# EXHIBIT A



George Soros's Illegal Enterprise