UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited,<br><br>        Plaintiffs,<br><br>-against-<br><br>George Soros and Open Society Foundations,<br><br>        Defendants. | Civil Action No. _____ |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiffs BSG Resources (Guinea) Sàrl ("BSGR Guinea"), BSG Resources (Guinea) Limited ("BSGR Guernsey"), and BSG Resources Limited ("BSGRL"), by and through their attorneys, Greenberg Traurig, LLP, file this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1. Plaintiffs disclose as follows:

1. BSGR Guinea is a wholly owned subsidiary of BSGR Guernsey, a private corporation;

2. BSGR Guernsey is wholly owned by plaintiff BSGRL, a private corporation;

3. BSGRL is a wholly owned subsidiary of Nysco Management Corp., an entity registered in the British Virgin Islands. There is no publicly held corporation that owns 10% or more of the outstanding common stock of BSG Resources Limited.

Dated: April 14, 2017
New York, New York

        GREENBERG TRAURIG, LLP

        By: */s/ Louis M. Solomon*
        Louis M. Solomon
        Michael S. Lazaroff

        200 Park Avenue
        New York, New York 10166
        (212) 801-9200

        Attorneys for Plaintiffs
        BSG Resources (Guinea) Limited,
        BSG Resources (Guinea) Sàrl and
        BSG Resources Limited