UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

BSG Resources (Guinea) Limited, BSG Resources
(Guinea) Sárl, and BSG Resources Limited,        Case# 17cv2726 (JFK)

                         Plaintiff(s),        AFFIDAVIT OF
          - against –        COMPLIANCE

George Soros and Open Society Foundations,

                         Defendant(s)
-----------------------------------------------------------------------

State of New York    )
                            )   SS.:
County of New York )

        I, Gabriela Galindo, being duly sworn depose and state that I am not a party in this action, am over the age of eighteen years and I reside in Queens County, New York.

        This affidavit is made pursuant to Section 307 of the Not For Profit Corporation Law of the State of New York.

        On April 21, 2017, a copy of the Summons in a Civil Action, Complaint Jury Trial Demanded with Exhibit A, Civil Cover Sheet, Practices of Judge John F. Keenan, Individual Practices of Magistrate Judge Andrew J. Peck, Electronic Case Filing Rules & Instructions, Plaintiffs' Rule 7.1 Corporate Disclosure Statement, and Notice of a Pretrial Conference was served on defendant **Open Society Foundations** by serving it on the Secretary of State of the State of New York pursuant to Section 307 of the Not For Profit Corporation Law of the State of New York. The affidavit of service on the Secretary of State is annexed hereto.

        On April 21, 2017 your deponent mailed a Notice of Service on the Secretary of State and a copy of the Summons in a Civil Action, Complaint Jury Trial Demanded with Exhibit A, Civil Cover Sheet, Practices of Judge John F. Keenan, Individual Practices of Magistrate Judge Andrew J. Peck, Electronic Case Filing Rules & Instructions, Plaintiffs' Rule 7.1 Corporate Disclosure Statement, and Notice of a Pretrial Conference to defendant **Open Society Foundations** at 224 West 57th Street, New York, New York 10019 by registered mail, return receipt requested, receipt is attached hereto. Registered receipt number, RE190643661US.

        On April 26th, 2017 your deponent received the return receipt of the registered mail signed by D. Dabady of Open Society Foundations dated April 25, 2017. Receipt is attached hereto.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
BSG Resources (Guinea) Limited, BSG Resources
(Guinea) Sárl, and BSG Resources Limited,    Case# 17cv2726 (JFK)

                            Plaintiff(s),    AFFIDAVIT OF
- against –    COMPLIANCE

George Soros and Open Society Foundations,

                          Defendant(s)
-------------------------------------------------------------------------

                                                       Gabriela Galindo

Sworn to before me this
27th day of April, 2017

_____
Notary Public

                              JOHN DICANIO
                   NOTARY PUBLIC STATE OF NEW YORK
                         WESTCHESTER COUNTY
                           LIC #01DI4977768
                     COMMISSION EXPIRES 2/11/2019

# EXHIBIT A

United States District Court
Southern District of New York

---

BSG Resources (Guinea) Limited, et al.,

                                                                       AFFIDAVIT OF SERVICE

                              Plaintiffs,                     Civil Action No. 17cv2726

        -against-

George Soros and Open Society Foundations,

                              Defendants.

---

State of New York )
                      ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on April 21, 2017 at approximately 3:35 PM deponent served the following specific papers pursuant to Section 307 of the Not for Profit Corporation Law: Summons in a Civil Action and Complaint with Jury Demand and Exhibit A, Notice of a Pretrial Conference, Civil Cover Sheet, Plaintiffs' Rule 7.1 Corporate Disclosure Statement, Individual Practices of Magistrate Judge Andrew J. Peck, Practices of Judge John F. Keenan, and Electronic Case Filing Rules & Instructions, that the party served was **Open Society Foundations**, an unauthorized foreign not-for-profit corporation, one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Sue Zouky, a white female with light brown hair, being approximately 60 years of age; height of 5'0", weight of 125 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                       _____
                                                                            Mary M. Bonville

Sworn to before me this 21st day of April, 2017

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2018

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sárl, and BSG Resources Limited,

                                  Plaintiff(s),

Against

George Soros and Open Society Foundations,

                                  Defendant(s),

Case# 17cv2726 (JFK)

NOTICE OF SERVICE

GENTLEMEN:

      Please take Notice that pursuant to Section 307 of the Not For Profit Corporation Law of the State of New York, a copy of the enclosed Summons in a Civil Action, Complaint Jury Trial Demanded with Exhibit A, Civil Cover Sheet, Practices of Judge John F. Keenan, Individual Practices of Magistrate Judge Andrew J. Peck, Electronic Case Filing Rules & Instructions, Plaintiffs' Rule 7.1 Corporate Disclosure Statement, and Notice of a Pretrial Conference in the above entitled action was served upon you on the day 21st day of April, 2017 by delivering a true copy to the Secretary of State of New York as shown by the affidavit of Mary M. Bonville attached hereto and made a part hereof.

      Also take note that in accordance with the laws of the State of New York, this service has the same force and effect as though the Summons in a Civil Action, Complaint Jury Trial Demanded with Exhibit A, Civil Cover Sheet, Practices of Judge John F. Keenan, Individual Practices of Magistrate Judge Andrew J. Peck, Electronic Case Filing Rules & Instructions, Plaintiffs' Rule 7.1 Corporate Disclosure Statement, and Notice of a Pretrial Conference were served upon you personally.

      And please take further notice that we are sending you herewith, by registered mail return receipt requested another true copy of said Summons in a Civil Action, Complaint Jury Trial Demanded with Exhibit A, Civil Cover Sheet, Practices of Judge John F. Keenan, Individual Practices of Magistrate Judge Andrew J. Peck, Electronic Case Filing Rules & Instructions, Plaintiffs' Rule 7.1 Corporate Disclosure Statement, and Notice of a Pretrial Conference.

DATED: April 21, 2017

                                  Yours Truly,
                                  Louis M. Solomon
                                  GREENBERG TRAURIG LLP
                                  Attorneys for Plaintiffs
                                  200 Park Avenue
                                  New York, New York 10166

TO:    Open Society Foundations
         224 West 57th Street
         New York, New York 10019

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OPEN SOCIETY FOUNDATIONS
224 WEST 57th STREET
NEW YORK, NEW YORK 10019

9590 9402 2532 6306 2087 95

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): DiDabady
C. Date of Delivery: 4-25-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

---

**Registered No.** RE190643661US

**Date Stamp:** 0005 04   APR 21 2017

Postage $ $7.20

Extra Services & Fees
☐ Registered Mail $ $11.70
☐ Return Receipt (hardcopy) $ $2.75
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $21.65

Customer Must Declare Full Value $ $0.00

Received by: 04/21/2017

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

NEW YORK NY 10007
OFFICIAL USE

FROM:
GABRIELA GALINDO
SERVING BY IRVING, INC.
233 BROADWAY, SUITE 2201
NEW YORK, N.Y. 10279   10007

TO:
OPEN SOCIETY FOUNDATIONS
224 WEST 57th STREET
NEW YORK, NEW YORK 10019

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)