# WILLKIE FARR & GALLAGHER LLP

BENJAMIN P. MCCALLEN
212 728 8182
bmccallen@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

May 12, 2017

Honorable John F. Keenan
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    BSG Resources (Guinea) Limited, et al. v. George Soros and Open Society Foundations, No. 1:17-cv-02726 (JFK)

Dear Judge Keenan:

We represent named Defendant Open Society Foundations ("OSF") in the above-captioned action. Based on the Affidavit of Service of Summons and Complaint filed by Plaintiffs, OSF's time to answer or move against the Complaint would be today, May 12, 2017. (Dkt. No. 10.) We write pursuant to Part 1.E of the Court's Individual Practices to request an extension of time to respond to the Complaint, and to request that the Court so-order the briefing schedule below. Plaintiffs consent to the adjournment of the deadline for OSF to respond to the Complaint to the same schedule previously So-Ordered by the Court for co-defendant George Soros (Dkt. No. 12):

- OSF shall answer, move or otherwise respond to the Complaint no later than June 2, 2017.
- Plaintiffs shall serve their opposition to an OSF motion, if any, no later than June 30, 2017.
- The OSF reply in support of an OSF motion, if any, shall be served no later than July 21, 2017.

The parties' agreement to and request for an order approving the foregoing schedule is without prejudice to any of the parties' rights to seek or oppose discovery. The parties have not previously requested an extension of time for an OSF response to the Complaint or for the establishment of a briefing schedule for an OSF motion.

Respectfully submitted,

/s/ Benjamin P. McCallen

Benjamin P. McCallen

cc:    Louis M. Solomon (via ECF)