# EXHIBIT A

# George Soros's Illegal Enterprise

**The Targets of Soros's Direct and Indirect Illegalities (Tortious Interference With Contract, Defamation, Fraud, Misrepresentation, Conspiracy, Prima Facie Tort):**





**COMPANIES RELATED TO STEINMETZ AND/OR BSGR**

**Intermediaries Misused By Soros (2 pictured here): Guinea and the OECD**



**Government of Guinea**



Soros Causes Massive Harm



**Organisation for Economic Co-Operation and Development**

**George Soros and His Army of NGOs**





**NGOs Controlled by Soros – e.g.,**

