

Louis M. Solomon
Tel 212.801.6500
Fax 212.805.5529
lsolomon@gtlaw.com

July 6, 2017

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007-1312

Re:   *BSGR v. Soros, et al., Civil Action No. 1:17-cv-02726*

Dear Judge Keenan:

We are counsel for Plaintiffs in the above-referenced action and will be appearing before Your Honor this afternoon at 2:30 p.m. for our initial pretrial conference.

We are in receipt of Defendants' request to treat today's conference as a pre-motion conference for a motion to stay discovery pending their motion to dismiss. Defendants sent their letter and made their request less than 24 hours before the conference. Plaintiffs object to the request. Defendants' request is inconsistent with this Court's individual practice rules and Local Civil Rule 37.2. Also, the Court does not have before it sufficient information to consider their request. We will be happy to discuss this at the conference this afternoon, should Your Honor wish.

We look forward to appearing before Your Honor this afternoon.

Thank you.

Respectfully,

*[signature]*

Louis M. Solomon

cc.  Counsel of Record

NY 246639265v2

GREENBERG TRAURIG, LLP  ■  ATTORNEYS AT LAW  ■  WWW.GTLAW.COM
200 Park Avenue, New York, New York 10166 ■ Tel: 212.801.9200 ■ Fax 212.801.6400