UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
BSG RESOURCES (GUINEA)                  :
LIMITED, BSG RESOURCES                  :
(GUINEA) SÀRL, and BSG                  :
RESOURCES LIMITED,                      :
                                        :
                Plaintiffs,             :
                                        :
    -against-                           :
                                        :
GEORGE SOROS, OPEN SOCIETY              :   No. 17 Civ. 2726 (JFK)
FOUNDATIONS, OPEN SOCIETY               :          ORDER
INSTITUTE, FOUNDATION TO                :
PROMOTE OPEN SOCIETY, OPEN              :
SOCIETY FOUNDATION, INC.,               :
ALLIANCE FOR OPEN SOCIETY               :
INTERNATIONAL, INC., OPEN               :
SOCIETY POLICY CENTER, and              :
OPEN SOCIETY FUND,                      :
                                        :
                Defendants.             :
------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-17

JOHN F. KEENAN, United States District Judge:

     This Order addresses Defendants' request to stay discovery until the later of the Court's denial of Defendants' motion to dismiss or request for a stay. Because the Court anticipates that third-party subpoenas will be necessary in this action and would like to avoid any undue delay, Defendants' request to stay all discovery is denied. Document discovery and interrogatories shall proceed according to the deadlines listed in the parties' June 26, 2017 Joint Discovery Statement (ECF No. 21) or otherwise negotiated by the parties. However, no depositions in this action shall proceed until the later of the Court's

decision on Defendants' motion to dismiss or request for a stay, at which time depositions may commence and the Court will set further discovery deadlines.  Defendants shall file their amended motion to dismiss by July 28, 2017, Plaintiffs shall file their response in opposition by August 18, 2017, and Defendants shall file their reply by September 8, 2017.  Any additional joinder of parties and any amendment of the pleadings must be made by August 31, 2017.

**SO ORDERED.**

Dated:   New York, New York
         July 7, 2017

_____
John F. Keenan
United States District Judge