UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BSG RESOURCES (GUINEA) LIMITED, BSG RESOURCES (GUINEA) SÀRL, and BSG RESOURCES LIMITED,<br><br>        Plaintiffs,<br><br>        v.<br><br>GEORGE SOROS, OPEN SOCIETY FOUNDATIONS, OPEN SOCIETY INSTITUTE, FOUNDATION TO PROMOTE OPEN SOCIETY, OPEN SOCIETY FOUNDATION, INC., ALLIANCE FOR OPEN SOCIETY INTERNATIONAL, INC., OPEN SOCIETY POLICY CENTER, and OPEN SOCIETY FUND,<br><br>        Defendants. | No. 1:17-cv-02726 (JFK) (AJP)<br><br>**RULE 7.1 STATEMENT** |

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for named Defendant Open Society Foundations ("OSF") states that OSF has no parent corporation and no publicly held corporation owns 10% or more of OSF. OSF is not an existing legal entity.

Dated: July 28, 2017
New York, New York

          Respectfully submitted,

          WILLKIE FARR & GALLAGHER LLP

          By:  /s/ Joseph T. Baio_____
              Joseph T. Baio
              Benjamin P. McCallen
              James Fitzmaurice

          787 Seventh Ave
          New York, New York 10019
          (212) 728-8000
          jbaio@willkie.com

*Attorneys for Defendants George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund*