# EXHIBIT 3

# Israeli billionaire detained on fraud suspicions

**Published: Aug 14 2017 05:27:20**

Tel Aviv (DPA) -- Israeli police detained Israeli diamond mogul Beny Steinmetz and four others on Monday on suspicion of producing fictitious contracts and transactions for the purpose of money laundering. Police said in a statement that the investigation involved real estate transactions in a foreign country. The suspects' homes and offices were raided by police Monday morning. Steinmetz, among Israel's wealthiest businessmen, was arrested in December 2016 as part of an investigation into deals made by Steinmetz's firm, BSGR, to acquire an iron-ore deposit in the west African state of Guinea. He was later released. A spokesman and lawyer for Steinmetz were both unavailable for comment. Steinmetz, through his lawyer Yuval Sassoon, has previously denied any wrongdoing in the Guinea corruption case, claiming the government of Guinea was attempting to illegally expropriate the mining rights of BSGR.

-0- Aug/14/2017 09:27 GMT

**Bloomberg Law®**

© 2017 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service