

Louis M. Solomon
Tel 212.801.6500
Fax 212.805.5529
lsolomon@gtlaw.com

August 16, 2017

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *BSGR v. Soros, et al.*, Civil Action No. 1:17-cv-02726 (JFK) (AJP)

Dear Judge Peck:

We are counsel for plaintiffs in the above-referenced action. We are in receipt of defendants' counsel's August 15, 2017 letter to the Court. While we disagree with the substance of defendants' letter, we write solely to respond to defendants' request that our upcoming conference with Your Honor be adjourned.

The upcoming conference date was chosen specifically to accommodate defendants' vacation schedules. Defendants could have served their requests for productions more promptly if they wanted to hold a meet and confer as to them in advance of the August 24 conference date.

We respectfully request that the August 24 conference with Your Honor not be adjourned.

Respectfully,

*Louis M. Solomon*

Louis M. Solomon

cc:  Counsel of Record (via ECF)

*NY 246716874v2*

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
200 Park Avenue, New York, New York 10166 ■ Tel: 212.801.9200 ■ Fax 212.801.6400