# EXHIBIT 2

Case 1:17-cv-0

# THE
# PHILANTHROPY
## OF
# GEORGE SOROS

## BUILDING OPEN SOCIETIES

———————

## CHUCK SUDETIC

With an Essay by
## GEORGE SOROS

and an Afterword by
## ARYEH NEIER



PublicAffairs
NEW YORK

Copyright © 2011 Open Society Foundations
Published in the United States by PublicAffairs™, a Member of the Perseus Books Group
All rights reserved.
Printed in the United States of America.

No part of this book may be reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information, address PublicAffairs, 250 West 57th Street, Suite 1321, New York, NY 10107.

PublicAffairs books are available at special discounts for bulk purchases in the U.S. by corporations, institutions, and other organizations. For more information, please contact the Special Markets Department at the Perseus Books Group, 2300 Chestnut Street, Suite 200, Philadelphia, PA 19103, call (800) 810-4145, ext. 5000, or e-mail special .markets@perseusbooks.com.

Book design by Lisa Kreinbrink
Set in 11-point Janson by Eclipse Publishing Services

Library of Congress Cataloging-in-Publication Data
Sudetic, Chuck.
   The philanthropy of George Soros : building open societies / Chuck Sudetic ; with an introduction by George Soros, and an afterword by Aryeh Neier.
      p. cm.
   Includes bibliographical references and index.
   ISBN 978-1-58648-822-2 (hbk.) — ISBN 978-1-58648-859-8 (electronic)
   1. Soros, George. 2. Open Society Fund (New York) 3. Capitalists and financiers—Conduct of life. 4. Humanitarianism. I. Title.
   HG172.S63S83 2011
   361.7'6092--dc22

                                    2011005156

First Edition
10  9  8  7  6  5  4  3  2  1