# EXHIBIT 8



Louis Solomon
Tel 212.801.6500
Fax 212.805.5529
lsolomon@gtlaw.com

June 5, 2017

James Fitzmaurice
Benjamin P. McCallen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Re:   BSGR v. Soros, et al.

Dear Counsel:

In furtherance to our May 18, 2017 letter, and after having reviewed your motion to dismiss concerning Defendant Open Society Foundations ("OSF"), we require additional information. Accordingly, pursuant to SDNY Local Civil Rule 26.1, we hereby demand that OSF furnish within seven (7) days a verified statement setting forth:

> (a) If the responding party is a natural person, that party's residence and domicile, and any state or other jurisdiction of which that party is a citizen for purposes of 28 U.S.C. § 1332;

> (b) If the responding party is a partnership, limited liability partnership, limited liability company, or other unincorporated association, like information for all of its partners or members, as well as the state or other jurisdiction of its formation;

> (c) If the responding party is a corporation, its state or other jurisdiction of incorporation, principal place of business, and any state or other jurisdiction of which that party is a citizen for purposes of 28 U.S.C. § 1332; and

> (d) In the case of an assigned claim, corresponding information for each original owner of the claim and for any assignee.

Thank you.

 Sincerely,

Louis M. Solomon

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∼
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
   GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS A
   SEPARATE UK REGISTERED LEGAL ENTITY
+ OPERATES AS
   GREENBERG TRAURIG, S.C.
∼ STRATEGIC ALLIANCE
− OPERATES AS
   GREENBERG TRAURIG LLP
   FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
   GREENBERG TRAURIG, P.A.,
   FLORIDA, USA
¤ OPERATES AS
   GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
   GREENBERG TRAURIG GRZESIAK SP.K.

*NY 246578112v2*

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
200 Park Avenue, New York, New York 10166 ■ Tel: 212.801.9200 ■ Fax 212.801.6400