# EXHIBIT 10

# WILLKIE FARR & GALLAGHER LLP

BENJAMIN P. MCCALLEN
212 728 8182
bmccallen@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

June 19, 2017

Louis M. Solomon
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166

**VIA EMAIL**

Re: *BSG Resources (Guinea) Limited, et al. v. George Soros and Open Society Foundations ("OSF")*, No. 1:17-cv-02726

Dear Counsel:

I write in response to your letters, dated May 18 and June 5, 2017.

Your May 18 letter states that, with respect to OSF – which we have informed you is not a juridical entity – you are interested in learning who directly or indirectly provided funding as described in the complaint for Guinea, Revenue Watch Institute and Global Witness. Foundation to Promote Open Society, based in New York and incorporated in Delaware, provided such funding during the time period of the allegations in the complaint.

We believe that this information renders moot the request in your June 5 letter purporting to seek information pursuant to SDNY Local Rule 26.1. In any event, among other things, Local Rule 26.1 is a "tool for determining quickly whether or not there is a basis to challenge diversity jurisdiction," by seeking a party's residence, domicile or state of incorporation. *See* Local Rule 26.1, Committee Note. Lack of diversity jurisdiction is not a basis of OSF's motion to dismiss, so there is no basis for a request under Local Rule 26.1.

Regards,

Benjamin P. McCallen

NEW YORK   WASHINGTON   HOUSTON   PARIS   LONDON   FRANKFURT   BRUSSELS   MILAN   ROME
in alliance with Dickson Minto W.S., London and Edinburgh