# EXHIBIT 11

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No 1545-0047 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)<br>▶ Do not enter social security numbers on this form as it may be made public.<br>▶ Information about Form 990 and its instructions is at www.irs.gov/form990. | **2015**<br>Open to Public Inspection |

**A** For the 2015 calendar year, or tax year beginning _____, 2015, and ending _____, 20___

| B Check if applicable | C Name of organization OPEN SOCIETY POLICY CENTER | D Employer identification number 52-2028955 |
|---|---|---|
| ☐ Address change | Doing business as | |
| ☐ Name change | Number and street (or P O box if mail is not delivered to street address) 224 WEST 57TH STREET | Room/suite | E Telephone number (212) 548-0600 |
| ☐ Initial return | City or town, state or province, country, and ZIP or foreign postal code NEW YORK, NY 10019 | G Gross receipts $ 17,000,000 |
| ☐ Final return/terminated | F Name and address of principal officer STEPHEN RICKARD<br>224 WEST 57TH STREET NEW YORK, NY 10019 | H(a) Is this a group return for subordinates? ☐ Yes ☒ No<br>H(b) Are all subordinates included? ☐ Yes ☐ No<br>If "No," attach a list (see instructions) |
| ☐ Amended return | | |
| ☐ Application pending | | |

**I** Tax-exempt status: ☐ 501(c)(3) ☒ 501(c)( 4 ) ◂ (insert no) ☐ 4947(a)(1) or ☐ 527
**J** Website: ▶ WWW.OPENSOCIETYPOLICYCENTER.ORG    H(c) Group exemption number ▶
**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶    **L** Year of formation 1997    **M** State of legal domicile DC

### Part I Summary

| | | | |
|---|---|---|---|
| 1 | Briefly describe the organization's mission or most significant activities TO PROMOTE SOCIAL WELFARE, INCLUDING ADVOCACY FOR THE REFORM OF PUBLIC WELFARE LAWS. | | |
| 2 | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets | | |
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 7 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 4 |
| 5 | Total number of individuals employed in calendar year 2015 (Part V, line 2a) | 5 | 0 |
| 6 | Total number of volunteers (estimate if necessary) | 6 | 0 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | 0 |
| b | Net unrelated business taxable income from Form 990-T, line 34 | 7b | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) | 8,000,000 | 17,000,000 |
| 9 | Program service revenue (Part VIII, line 2g) | 0 | 0 |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 0 | 0 |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 0 | 0 |
| 12 | Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 8,000,000 | 17,000,000 |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 10,535,232 | 7,653,480 |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 0 | 0 |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| b | Total fundraising expenses (Part IX, column (D), line 25) ▶ 0 | | |
| 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 2,054,913 | 2,580,172 |
| 18 | Total expenses Add lines 13-17 (must equal Part IX, column (A), line 25) | 12,590,145 | 10,233,652 |
| 19 | Revenue less expenses Subtract line 18 from line 12 | -4,590,145 | 6,766,348 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) | 4,243,090 | 10,591,160 |
| 21 | Total liabilities (Part X, line 26) | 1,107,368 | 689,090 |
| 22 | Net assets or fund balances Subtract line 21 from line 20 | 3,135,722 | 9,902,070 |

### Part II Signature Block

Under penalties of perjury I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Sign Here | Signature of officer *[signed]* | Date 11/10/2016 |
|---|---|---|
| | STEPHEN RICKARD | EXECUTIVE DIRECTOR |
| | Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name MARGARET A BRADSHAW | Preparer's signature *[signed]* | Date 11/08/16 | Check ☐ if self-employed | PTIN P00501222 |
|---|---|---|---|---|---|
| | Firm's name ▶ KPMG LLP | | | Firm's EIN ▶ 13-5565207 | |
| | Firm's address ▶ 345 PARK AVE NEW YORK, NY 10154-0102 | | | Phone no 703-286-8399 | |

May the IRS discuss this return with the preparer shown above? (see instructions)    ☒ Yes ☐ No
For Paperwork Reduction Act Notice, see the separate instructions.    Form **990** (2015)

JSA
5E1010 1 000
45274G 720F    V 15-7F    OSPC    PAGE 1

SCANNED DEC 14 2016

G40 8

OPEN SOCIETY POLICY CENTER                    52-2028955

| SCHEDULE R (Form 990) | **Related Organizations and Unrelated Partnerships** ▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37 ▶ Attach to Form 990. | OMB No 1545-0047 **2015** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Information about Schedule R (Form 990) and its instructions is at *www irs gov/form990* | Open to Public Inspection |
| Name of the organization OPEN SOCIETY POLICY CENTER | | Employer identification number 52-2028955 |

### Part I  Identification of Disregarded Entities Complete if the organization answered "Yes" on Form 990, Part IV, line 33

| (a) Name, address and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |
| (6) | | | | | |

### Part II  Identification of Related Tax-Exempt Organizations Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related tax-exempt organizations during the tax year

| (a) Name address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| (1) OPEN SOCIETY INSTITUTE  13-7029285 224 WEST 57TH STREET  NEW YORK, NY 10019 | CHARITABLE | NY | 501(C)(3) | PF | N/A | | X |
| (2) FOUNDATION TO PROMOTE OPEN SOCIETY  26-3753801 224 WEST 57TH STREET  NEW YORK NY 10019 | CHARITABLE | DE | 501(C)(3) | PF | N/A | | X |
| (3) OPEN SOCIETY FUND, INC  13-3095822 224 WEST 57TH STREET  NEW YORK, NY 10019 | CHARITABLE | NY | 501(C)(3) | PF | N/A | | X |
| (4) ALLIANCE FOR OPEN SOCIETY INTERNATIONAL  81-0623035 224 WEST 57TH STREET  NEW YORK, NY 10019 | CHARITABLE | DE | 501(C)(3) | 7 | N/A | | X |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990                     Schedule R (Form 990) 2015

JSA
5E1307 1 000
45274G 720F                    V 15-7F             OSPC                              PAGE 39