# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.: (212) 805-0036

Dated:   August 22, 2017                                   Total Number of Pages:

**MEMO ENDORSED:**

The Court is not available on 8/31.  Accordingly, the conf. is moved back to the original 8/24 at 9:30 AM.

Copies by ECF to: All Counsel
                  Judge Keenan

# GT GreenbergTraurig

Louis M. Solomon
Tel 212.801.6500
Fax 212.805.5529
lsolomon@gtlaw.com

August 21, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/22/17

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *BSGR v. Soros, et al.*, Civil Action No. 1:17-cv-02726 (JFK) (AJP)

Dear Judge Peck:

We received the Court's notice adjourning our conference to Friday, September 1. I was not asked about that date in advance and apologize for needing to ask for a modification. I am committed to bringing our daughter to college on September 1. Accordingly, we respectfully request that the Court set the conference for August 31 at any time convenient to the Court. We have sought the consent of defendants' counsel, and they have consented to any time on August 31. They also are available after Labor Day, when I am scheduled to be on trial.

We respectfully request that Your Honor set the conference for August 31 at any time convenient to the Court.

Respectfully,

/s/ Louis M. Solomon

Louis M. Solomon

cc: Counsel of Record (via ECF)

MEMO ENDORSED 8/21/17
The Court is not available on 8/31. Accordingly, the conf is moved back to its original 8/24 at 9:30 AM.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

copy ECF: AJP

BY ECF

NY 246723399v1

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
200 Park Avenue, New York, New York 10166 ■ Tel: 212.801.9200 ■ Fax 212.801.6400