

Louis M. Solomon
Tel 212.801.6500
Fax 212.805.5529
lsolomon@gtlaw.com

August 22, 2017

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *BSGR v. Soros, et al.*, Civil Action No. 1:17-cv-02726 (JFK) (AJP)

Dear Judge Peck:

Recognizing that Your Honor has gotten too many letters on this, we write in response to defendants' letter seeking to adjourn the conference Your Honor re-set for August 24.  We are sympathetic to counsel's family obligations, but as we advised her, the trial that I mentioned in yesterday's letter is scheduled to last the entire month of September.  Thus, plaintiffs are not available the week of September 11 **due to my trial obligations**.  We offered defendants' counsel to contact Chambers jointly to see if there is another time that works better for defendants, and offered several alternatives for this week and next.  As we mentioned to counsel, we do see a real need not to delay the conference beyond next week.

Nor do we have to wait to address any deficiencies in our discovery responses – as we told counsel, we are available Friday this week, or Monday late afternoon or Tuesday afternoon or Wednesday afternoon of next week, and would be pleased to set the second session for then.

Respectfully,

*Louis M. Solomon*

Louis M. Solomon

cc: Counsel of Record (via ECF)

NY 246725043v1

GREENBERG TRAURIG, LLP  ■  ATTORNEYS AT LAW  ■  WWW.GTLAW.COM
200 Park Avenue, New York, New York 10166 ■ Tel: 212.801.9200 ■ Fax 212.801.6400