# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited,<br><br>　　　　Plaintiffs,<br><br>　　　-against-<br><br>George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund,<br><br>　　　　Defendants. | No. 1:17-cv-02726 (JFK) (AJP) |

**ANDREW J. PECK, United States Magistrate Judge:**

　　1.　The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this proceeding or in any other federal or state proceeding.  This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

　　2.　Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

　　　　SO ORDERED.

Dated:　　New York, New York
　　　　　August __, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Andrew J. Peck**
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies **by ECF** to:  All Counsel
　　　　　　　　　　Judge John F. Keenan