# Exhibit 8



Louis M. Solomon
Tel 212.801.6500
Fax 212.805.5529
lsolomon@gtlaw.com

August 30, 2017

Elizabeth J. Bower, Esq.
James Fitzmaurice, Esq.
Benjamin McCallen, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099

Re:     *BSGR v. Soros, et al.*, Civil Action No. 1:17-cv-02726 (JFK) (AJP)

Dear Counsel:

We write to provide information in connection with the meet and confer process and the parties' discovery requests.

**Last known contact information**.  We agreed to provide such information for the following named individuals, to the extent our client has it:

- Asher Avidan – has not been associated with BSGR since on or about May 31, 2016.  We plan to get back to you re last known contact information.

- Issiaga Bangoura:  left BSGR's employ in or about 2013.  The last known address Plaintiffs have for him is his lawyer:  Rachel Lindon.  For her contact information, please see http://www.atticusavocats.com/cabinet/rachel_lindon/.

- Ibrahima Soury Toure:  left BSGR's employ in or about 2013.  The last known address Plaintiffs have for him is his lawyer:  Rachel Lindon.  For her contact information, please see http://www.atticusavocats.com/cabinet/rachel_lindon/.

- Roy Oron:  has not been associated with BSGR since in or about 2007.  We plan to get back to you re last known contact information.

- Plaintiffs did not employ, and do not have contact information for, the following: Frederic Cilins; Avraham Lev Ran; Michael Noy; and Ricardo Saad (an employee of VBG from Vale, not from BSGR).

We also respond to your other requests for similar information regarding the following:

*NY 246732190v2*

August 30, 2017
Page 2

- "officers or employees of Onyx Financial Advisors UK Ltd., in addition to Dag Cramer" – there is only on other person with relevant information:  Sandra Merloni-Horemans. She resigned as director of BSG Resources Ltd (and subsidiaries) effective January 31, 2016.  She is a custodian whose information within Plaintiffs' legal custody and control will be searched.  We plan to get back to you re last known contact information.

- "officers or employees of Pentler Holdings, Ltd." – the only persons Plaintiffs are aware of from Pentler are its principals:  Cilins, Noy and Lev Ran.

- "Beny Steinmetz's two sons, who attended a meeting with Mr. Steinmetz and Captain Moussa Dadis Camara in Guinea" – the sons' names are Avner and Nadav.  They have no relevant information.  You can contact them through us.

**Beny Steinmetz** – Beny Steinmetz is a custodian.  To the extent Mr. Steinmetz has possession, custody or control of documents/devices used for these business purposes, e.g., his phone, such documents/ device will be subject to search (this excludes documents/devices seized from him by law enforcement that are no longer in his possession, custody or control).

With respect to the discovery requests that referenced either mining executives or Guinean officials, please see the lists below:

**List of Mining Executives**

- Roger Agnelli
- Murilo Ferreira
- Eduardo Ledsham
- Pedro Rodrigues
- Daniela Chimisso dos Santos
- Clovis Torres
- Ricardo Saad
- Alex Monteiro
- Eduardo Etchart
- Gilberto Mansour
- Jose Andre Alves
- Paulo Bergman
- Marcio Senne
- Rafael Benke
- Ivo Brasil

August 30, 2017
Page 3

- Tom Albanese
- Sam Walsh
- Alan Davies
- Steven Din
- Jan Du Plessis
- David M. Smith
- Alison Kutler
- Debra Valentine
- Neville Tiffen
- Jordan Feilders
- Milvil Deschenes
- Laurel Green
- Thierno Diallo
- Ismael Diakité
- Richard Williams
- Jacques Nasser
- Marius Klopper
- Ian Wood
- James Ensor
- Sun Zhaoxue
- Aboubacar Sampil
- Philippe-Henri Edmonds
- Andrew Groves
- Ethelbert Cooper
- John Negroponte
- Haresh Kanabar
- Ivan Glasenberg
- Christian Wolfensberger
- Anthony Hayward
- Alexander Machkevitch

August 30, 2017
Page 4

- Amre Youness
- Oleg Deripaska
- Klaus Kleinfeld
- Daniel Cruise
- Alan Knight
- Suresh Rajapaskse
- Olivier Loubiere

**List of Guinean Officials**

*TECHNICAL COMMITTEE*

- Nava Touré
- Ibrahim Camara
- Alkhaly Yamoussa Bangoura
- Abdoulaye Yéro Baldé
- Abdoul Karim Sylla
- Saadou Nimaga
- Morciré Sylla
- Mamady Kaba
- Seydou Bari Sidibé
- Alhassane Camara
- Halaby Ahmed Salim
- Ousmane Keita
- Moustapha Kobélé Keïta
- Mamadou Taran Diallo
- El Hadj Ibrahima Bodie Baldé
- Ibrahima Bodie Baldé
- Ibrahima Kalil Kourouma
- Mamadou Mansaré

August 30, 2017
Page 5

*STRATEGIC COMMITTEE*

- Lamine Fofana
- Yansané Kerfalla
- Mohamed Diaré
- Christian Sow
- Cheick Sako
- El Hadj Ousmane Bah
- Mohamed Traoré

*OTHER OFFICIALS*

- Lansana Conte
- Dadis Camara
- Sekouba Konate
- Alpha Condé
- Ahmed Tidiane Souaré
- Ousmane Sylla
- Ahmed Kanté
- Louceny Nabé
- Mahmoud Thiam
- Lamine Fofana
- Yansané Kerfalla
- Abdoulaye Magassouba
- Noramou Cécé
- Aboubacar Koly Kourouma
- Guillaume Curtis
- Mohamed Alpha Condé
- Mamoudou Kouyaté
- Ousmane Coumbassa
- Ibrahima Kalil Kaba

August 30, 2017
Page 6


Very truly yours,

Louis M. Solomon