# EXHIBIT 10

## Bower, Elizabeth

**From:** lazaroffm@gtlaw.com
**Sent:** Wednesday, August 23, 2017 12:22 PM
**To:** Bower, Elizabeth
**Cc:** savittn@gtlaw.com; Fitzmaurice, James; McCallen, Benjamin; lsolomon@gtlaw.com
**Subject:** RE: Proposed letter concerning Protective order/ESI orders

Liz:

I am not sure what this has to do with our principled dispute about the scope of the protective order nor is it anything you raised in our meet and confer last Monday or until now. As I told you at our meet and confer and as is laid out in our letter, there is no basis for this type of restriction. We believe that is not consistent with the general practice in US courts. We have no particular plan to do anything with any particular discovery document. We do not even have any documents yet.

Thank you,

Michael

---

**From:** Bower, Elizabeth [mailto:EBower@WILLKIE.COM]
**Sent:** Wednesday, August 23, 2017 11:32 AM
**To:** Lazaroff, Michael S. (Shld-NY-LT); Solomon, Louis M. (Shld-NY-LT)
**Cc:** Savitt, Nancy (ProjectAtty-NY-LT); Fitzmaurice, James; McCallen, Benjamin
**Subject:** RE: Proposed letter concerning Protective order/ESI orders

Lou, Michael,
What do plaintiffs plan to do with defendants' non-confidential information obtained during discovery? You have not told us this and your letter never addresses it, and that issue seems central to the dispute.

Thanks,
Liz

Elizabeth Bower
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1252 | Fax: +1 202 303 2252
ebower@willkie.com | vCard | www.willkie.com bio

**From:** lazaroffm@gtlaw.com [mailto:lazaroffm@gtlaw.com]
**Sent:** Wednesday, August 23, 2017 9:53 AM
**To:** Bower, Elizabeth <EBower@WILLKIE.COM>
**Cc:** savittn@gtlaw.com; Fitzmaurice, James <JFitzmaurice@willkie.com>; McCallen, Benjamin <BMcCallen@willkie.com>; lsolomon@gtlaw.com
**Subject:** RE: Proposed letter concerning Protective order/ESI orders

Please see the attached updated letter together with a comparison to the last version you sent. We believe we should finalize this and send it to the Court today.

1

Michael S. Lazaroff
Shareholder
Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.3154
lazaroffm@gtlaw.com | www.gtlaw.com



---

**From:** Bower, Elizabeth [mailto:EBower@WILLKIE.COM]
**Sent:** Tuesday, August 22, 2017 8:06 PM
**To:** Lazaroff, Michael S. (Shld-NY-LT)
**Cc:** Savitt, Nancy (ProjectAtty-NY-LT); Fitzmaurice, James; McCallen, Benjamin
**Subject:** Re: Proposed letter concerning Protective order/ESI orders

Whether we can file tomorrow will depend on when we get it and what it says.

Elizabeth J. Bower


Elizabeth Bower
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1252 | Fax: +1 202 303 2252
ebower@willkie.com | vCard | www.willkie.com bio

On Aug 22, 2017, at 7:54 PM, "lazaroffm@gtlaw.com" <lazaroffm@gtlaw.com> wrote:

> Liz:
>
> We will be supplementing Plaintiffs' position in light of your additions.  We will send it to you tomorrow morning.  We also think we should make sure we finalize tomorrow so we can send the letter to court together with the signed ESI/502(d) stipulations.
>
> Thank you,
>
> Michael
>
>
> **From:** Bower, Elizabeth [mailto:EBower@WILLKIE.COM]
> **Sent:** Tuesday, August 22, 2017 6:38 PM
> **To:** Lazaroff, Michael S. (Shld-NY-LT)
> **Cc:** Savitt, Nancy (ProjectAtty-NY-LT); Fitzmaurice, James; McCallen, Benjamin
> **Subject:** RE: Proposed letter concerning Protective order/ESI orders
>
> Michael,
> If you intend to supplant Plaintiffs' position in this letter before submitting to the court we want to see it and have an opportunity to address it before it is filed.
>
> Liz

2

**Elizabeth Bower**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1252 | Fax: +1 202 303 2252
ebower@willkie.com | vCard | www.willkie.com bio

---

**From:** Bower, Elizabeth
**Sent:** Monday, August 21, 2017 5:12 PM
**To:** 'lazaroffm@gtlaw.com' <lazaroffm@gtlaw.com>
**Cc:** savittn@gtlaw.com; Fitzmaurice, James <JFitzmaurice@willkie.com>; McCallen, Benjamin <BMcCallen@willkie.com>
**Subject:** RE: Proposed letter concerning Protective order/ESI orders

Michael,

Attached please find a clean and redline version of the letter incorporating our comments.

Thanks,
Liz

**Elizabeth Bower**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1252 | Fax: +1 202 303 2252
ebower@willkie.com | vCard | www.willkie.com bio

---

**From:** lazaroffm@gtlaw.com [mailto:lazaroffm@gtlaw.com]
**Sent:** Wednesday, August 16, 2017 10:55 PM
**To:** Bower, Elizabeth <EBower@WILLKIE.COM>
**Cc:** savittn@gtlaw.com
**Subject:** Proposed letter concerning Protective order/ESI orders

Liz:

As we discussed, attached is a draft joint letter to Judge Peck that sets forth our substantial areas of agreement on the protective order/ESI orders and the one conceptual area of disagreement. I am also including the compare write that shows the remaining differences that flow from our disagreement. I left a space for you to insert Defendants' position. Please send me your comments by Friday so we can try to finalize and get to the Court.

Thank you,

Michael

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.