# WILLKIE FARR & GALLAGHER LLP

ELIZABETH BOWER
202 303 1252
ebower@willkie.com

1875 K Street, NW
Washington, DC 20006-1238
Tel: 202 303 1000
Fax: 202 303 2000

September 7, 2017

**VIA ECF AND HAND DELIVERY**

Honorable John F. Keenan
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *BSG Resources (Guinea) Limited, et al. v. Soros, et al.*, No. 1:17-cv-02726 (JFK) (AJP)

Dear Judge Keenan:

We represent Defendants in the above-captioned action. We write pursuant to Part 2.G of the Court's Individual Practices to request oral argument on Defendants' concurrently filed Objection to Magistrate Judge Andrew J. Peck's Order, dated August 24, 2017.

Respectfully submitted,

Elizabeth J. Bower

cc: All Counsel of Record via ECF