# EXHIBIT 3



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 7 05:21:44 EDT 2017*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start]  List At: [ ]  OR  [Jump]  to record: [ ]  **Record 2 out of 8**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

## OPEN SOCIETY FOUNDATIONS

| | |
|---|---|
| **Word Mark** | OPEN SOCIETY FOUNDATIONS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: downloadable publications, namely, articles, books, policy papers, research reports, practitioner's guides and newsletters in the fields of democratic awareness and development, human and civil rights, governmental and social policy, immigration, science and medicine, public health, education, arts and culture, economics and economic development, legal reform, media and communications, and international affairs. FIRST USE: 20100823. FIRST USE IN COMMERCE: 20100823<br><br>IC 016. US 002 005 022 023 029 037 038 050. G & S: printed publications, namely, books, magazines, brochures and leaflets in the fields of democratic awareness and development, human and civil rights, governmental and social policy, immigration, science and medicine, public health, education, arts and culture, economics and economic development, legal reform, media and communications, and international affairs. FIRST USE: 20100823. FIRST USE IN COMMERCE: 20100823<br><br>IC 036. US 100 101 102. G & S: philanthropic services concerning monetary donations, grants, scholarships, and fellowships in the fields of democratic awareness and development, human and civil rights, governmental and social policy, immigration, science and medicine, public health, education, arts and culture, economics and economic development, legal reform, media and communications, and international affairs. FIRST USE: 20100823. FIRST USE IN COMMERCE: 20100823<br><br>IC 038. US 100 101 104. G & S: providing on-line electronic discussion groups and bulletin boards and chat rooms for transmission of messages over telecommunications networks in the fields of democratic awareness and development, human and civil rights, governmental and social policy, immigration, science and medicine, public health, education, arts and culture, economics and economic development, legal reform, media and communications, and international affairs; providing online forums for the exchange of information and ideas in the fields of democratic |

awareness and development, human and civil rights, governmental and social policy, immigration, science and medicine, public health, education, arts and culture, economics and economic development, legal reform, media and communications, and international affairs; providing an on-line computer communications database in the field of transmission of news and commentary, all for the purpose of exchanging information in this field; providing online forums for the exchange of information and ideas in the fields of democratic awareness and development, human and civil rights, governmental and social policy, immigration, science and medicine, public health, education, arts and culture, economics and economic development, legal reform, media and communications, and international affairs. FIRST USE: 20100823. FIRST USE IN COMMERCE: 20100823

IC 041. US 100 101 107. G & S: Arranging and conducting educational conferences and seminars in the fields of democratic awareness and development, human and civil rights, governmental and social policy, immigration, science and medicine, public health, education, arts and culture, economics and economic development, legal reform, media and communications, and international affairs; research in the field of education. FIRST USE: 20100823. FIRST USE IN COMMERCE: 20100823

| Field | Value |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85312780 |
| **Filing Date** | May 4, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 11, 2012 |
| **Registration Number** | 4248358 |
| **Registration Date** | November 27, 2012 |
| **Owner** | (REGISTRANT) Open Society Institute charitable trust NEW YORK 400 West 59th Street, 4th Floor New York NEW YORK 10019 |
| **Attorney of Record** | Jennifer Lee Taylor |
| **Prior Registrations** | 2412029;3686387;3769307 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FOUNDATIONS" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |