**WILLKIE FARR & GALLAGHER** LLP

1875 K St., N.W.
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

September 25, 2017

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *BSG Resources (Guinea) Limited, et al. v. Soros, et al.*, No. 1:17-cv-02726 (JFK) (AJP)

Dear Judge Peck,

The parties to the above-referenced action have agreed to adjourn the status conference currently scheduled for this Wednesday, September 27, 2017 at 10:00 a.m. until a date during the weeks of October 16 or October 23 that is amenable to the Court and the parties. The parties plan to contact the Court this week to determine its availability.

Respectfully Submitted,

s/ Elizabeth J. Bower

Elizabeth J. Bower

cc: All counsel of record via ECF

MEMO ENDORSED 9/25/17

The 9/27 conference is adjourned at the parties' request to 10/19/17 at 9:30 AM. This does not extend any discovery deadlines.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Copy by ECF