UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
      BSG Resources (Guinea)

            -V-

      George Soros

------------------------------------X

#17 Cv 2726 (JFK)

The oral argument, set for Wednesday, October 18, 2017, has been rescheduled from 11:00 a.m. to **10:45 a.m.**

SO ORDERED.

Dated: New York, New York

10-11-17

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-17