# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** October 17, 2017                          **Total Number of Pages:**

**MEMO ENDORSED:**

1. The 10/19 conf is adjourned at the parties' request.

2. Conf date now is 11/15/17 at 9:30 AM.

3. All deadlines remain unchanged.

# GT GreenbergTraurig

Anne Reddy
Tel 212.801.9211
Fax 212.309.9500
reddya@gtlaw.com

**BY ECF**

October 17, 2017

Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED** 10/17/17

1. Re 10/19 conf is adjourned at the parties' req'st.
2. Conf date now is 11/15/17 at 9:30 AM.
3. All ddlns unajournd/sd.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Re: *BSGR v. Soros, et al.*, Civil Action No. 1:17-cv-02726 (JFK) (AJP)

Copy ecf'd per Court /s/ AJP

Dear Judge Peck:

The parties to the above-referenced action have agreed to adjourn the status conference currently scheduled for this Thursday, October 19, 2017 at 9:30 a.m. until a date in November that is amenable to the Court and the parties. The parties plan to contact the Court this week to determine its availability.

This is the parties' second request for adjournment; a prior adjournment was granted by Your Honor with regard to a conference scheduled for September 27, 2017.

Respectfully,

*Anne C. Reddy*

Anne C. Reddy

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/17/17

cc: all Counsel of Record

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬OPERATES AS
  GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS A
  SEPARATE UK REGISTERED LEGAL ENTITY
+ OPERATES AS
  GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞ OPERATES AS
  GREENBERG TRAURIG LLP
  FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
  GREENBERG TRAURIG, P.A.,
  FLORIDA, USA
¤ OPERATES AS
  GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP K

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
200 Park Avenue, New York, New York 10166 ■ Tel: 212.801.9200 ■ Fax 212.801.6400