UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BSG RESOURCES (GUINEA) LIMITED, BSG RESOURCES (GUINEA) SÀRL, and BSG RESOURCES LIMITED,

        Plaintiffs,

  v.

GEORGE SOROS, OPEN SOCIETY FOUNDATIONS, OPEN SOCIETY INSTITUTE, FOUNDATION TO PROMOTE OPEN SOCIETY, OPEN SOCIETY FOUNDATION, INC., ALLIANCE FOR OPEN SOCIETY INTERNATIONAL INC., OPEN SOCIETY POLICY CENTER, and OPEN SOCIETY FUND,

        Defendants.

---

### NOTICE OF APPLICATION FOR THE ISSUANCE OF INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)

PLEASE TAKE NOTICE that upon the Application for the Issuance of a Request for International Judicial Assistance (Letter Rogatory) for the Production of Documents in the Federative Republic of Brazil submitted by Defendants George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund (collectively, "Defendants"), and exhibits thereto, and all other papers and proceedings herein, Defendants will move this Court, before the Honorable Judge Andrew J. Peck, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order

issuing a Letter Rogatory addressed to the appropriate judicial authority of the Federative Republic of Brazil.

Dated: October 27, 2017  
New York, New York

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By: /s/ Elizabeth J. Bower_____  
    Joseph T. Baio  
    Benjamin P. McCallen  
    James Fitzmaurice

787 Seventh Avenue  
New York, NY 10019  
Telephone: (212) 728-8000  
jbaio@willkie.com

    Elizabeth J. Bower

1875 K Street, N.W.  
Washington, D.C. 20006  
Telephone: (202) 303-1000  
ebower@willkie.com

*Attorneys for Defendants*

TO:

GREENBERG TRAURIG, LLP

Louis M. Solomon  
200 Park Avenue  
New York, New York 10166  
(212) 801-6500  
lsolomon@gtlaw.com

*Attorneys for Plaintiffs*