# EXHIBIT E

# Part VII of VIII

MT: Vous me dtes de mentir à la FBI mais quel [inaudible] vous me donnez là ?

FC: Mais qu'est-ce que tu veux dire d'autre ? Qu'est ce que tu veux dire d'autre ? Si tu leur dis -

MT: Parce que j'ai besoin de quelque chose maintenant ici, j'ai...est-ce que je peux avoir quelque chose ici, de l'argent ?

FC: Ici, c'est compliqué. Ici, c'est compliqué, hein . A Freetown oui, mais ici c'est compliqué. Il faut que je regarde. Je peux pas te répondre tout de suite tout de suite, mais il faut que je regarde ce que je peux faire.

MT: Moi je veux une garantie. Est-ce que je peux parler à Michael ?

FC: Mais, il va rien changer, c'est pas lui. Tu veux voir quoi avec Michael de toute façon ? Ca va rien changer, c'est pas lui.

MT: Je veux qu'il me garantisse, si -

FC: Si quoi ? Explique moi ce que tu veux que je comprenne ?

MT: S'il peut me garantir que je vais avoir quelque chose ici, et il me garantie pour le reste -

FC: Mais, quelque chose ici, c'est quoi ?

MT: C'est que je n'ai rien ici, je t'avais dit ça -

0h45m38s FC: De l'argent ici, tu veux dire ? Ecoute, moi ce que je peux essayer de voir d'abord c'est d'avoir 50, de récupérer 50 ici, mais je suis pas sûr que ca va pouvoir se faire, je peux pas t'assurer et personne pourra t'assurer. Si c'est pas, si je - pour être sûr à 100% il faut que je parle avec... Il y en a qu'un qui décide. Tu dois comprendre que, toutes les personnes qui sont au milieu, il y a personne qui décide. Il y en a qu'un, c'est celui qui est en haut. Et c'est - c'est le seul. Quand moi je te dis quelque chose, que je te dis c'est à 100 %, c'est parce que je sais que c'est à 100%. Et il n'y a personne qui peut te dire à 100% si ce n'est pas lui là-haut. Comme ça, je ne veux pas te mentir. Je te dis toujours la vérité. Donc, c'est pour ça que ca sert à rien de parler avec Pierre, avec Paul, avec Jacques, ca sert à rien. Maintenant ce que je veux comprendre, c'est toi ici t'as besoin d'un peu parce que t'as besoin d'oxygene, c'est ça ? Et si j'arrive à trouver 50, ca va ? Ok. Je vais te donner la réponse demain. Je te dirai - je rentre pas dans le détail, je te dis oui, je te dis non, et je te... c'est tout ce que je vais te dire. D'accord ? Si c'est bon je vais voir comment on peut faire, je vais voir comment on peut faire.

MT: Moi, je pensais que si Michael me garantie ca allait.

FC: "Non mais, écoute, je vais te...Comment je peux t'expliquer, Michael c'est pas lui qui va te garantir. Il peut rien te garantir, personne ne peut te garantir si ce n'est pas l'autre là-haut. Moi je suis... Je te donne mon sentiment profond. Je pense que à...60-70% je pense que ce va être oui. Que je vais arriver à organiser ça. Mais je peux pas t'assurer. La seule chose que je peux assurer, de toute façon vu l'heure qu'il est, je peux parler avec personne maintenant, il faut que je parle avec une seule personne, c'est l'autre là-bas. Ok ? Donc ça, je vais voir. Pour, pour là-bas à...comment ca s'appelle, à Freetown, ça, il n'y a pas de problème. Je sais que ca c'est bon.

MT: Mais maintenant moi j'ai besoin de -

0h47m54s    FC:    Oui, je te dis, je vais m'occuper de ça, je te donne la réponse demain ou - oui demain normalement c'est bon. A moins que, je sais pas, à moins qu'il soit en voyage quelque part mais demain normalement, j'arrive, par message, à avoir une réponse. Ok ? Voilà.

           MT:    Je suis fatiguée.

           FC:    De toute façon, écoute, je t'ai toujours dit, je ne te laisserai pas tomber.  Je ne te laisserai pas tomber. Maintenant pour reprendre la conversation que l'on avait tout à l'heure, quand tu me dis, tu me dis qu'il faut mentir. Mais bien sûr qu'il faut mentir, tu peux pas leur dire... si tu leur dis, je t'assure tu dois comprendre ça, si tu leur dis oui j'ai touché n'importe quoi, de n'importe qui, pas spécialement de ça, mais de n'importe qui, tu as un très gros problème, mais pas un petit problème, un très très gros problème. Tu peux faire une croix sur les Etats-Unis. Tu peux faire une croix sur les Etats-Unis. Et c'est grave. Donc, la seule chose que tu peux dire, c'est... comme tu leur as dit là, à la fin de votre entretien là, ils t'ont dit rien, bon alors rentrez chez vous c'est tout ?

           MT:    Oui, oui oui.

           FC:    La seule chose que tu peux leur dire c'est - tu vas pas les revoir de toute façon, ou alors tu vas aller les revoir pour ton visa.  Ton visa il se termine quand sur ton truc là ?

           MT:    C'est août.

           FC:    Tu as ton passeport, ton, ton...

           MT :    Oui. C'est août. C'est août.

           FC:    Août, bon. Déjà jusqu'en août t'es tranquille normalement, par rapport à ça.

           MT :    C'est jusqu'à le 27 août.

           FC:    27 août 2013. Bon après ça, toi tu leur avais demandé de continuer sur euh - ou tu avais demandé de faire le visa investisseur ?

           MT :    Si j'ai ?

           FC:    Tu avais demandé de, de, de pouvoir revenir euh, de rester plus longtemps. C'est ça que tu voulais aller les voir ?

           MT :    Oui, si je voulais...

           FC:    Avoir un séjour sur combien de temps ?

           MT :    Allongé.

           FC .    Allongé. Bah écoute de toute façon, imagine dans la réalité des choses, tu n'as rien fait de mal, tu as rien touché, hein ? Tu as allez les voir pour ça, ils t'ont posé des questions en disant des conneries, en disant vous avez ça, vous avez ça. Tu as rien à te reprocher;  Tu peux retourner là-bas en disant, écoutez, qu'est-ce que je fais avec mon visa, je voudrais, j'ai besoin de rester ici, j'ai mon enfant qui est là, je suis entrain de travailler ici, je fais des projets. Ca c'est une possibilité. La deuxième possibilité, c'est de partir un petit peu, de laisser retomber ces histoires là, partir un petit peu là-bas en Sierra, laisser passer un petit peu tout ce, tout ce bazar... moi je pense que ce serait

peut-être une bonne idée de partir un peu. Si tu pouvais partir un peu ça serait bien. En même temps ça te permet d'aller là-bas, tu peux récupérer ton argent. Freetown, c'est une chose. Pas Conakry, Freetown, là-bas tu es un peu tranquille. Et ici les choses se calment un peu.

MT: Je pense pas s'ils vont revenir, je pense pas.

FC : Je sais pas. Comment tu as senti, toi ? Que ça allait continuer, ou que ça allait pas continuer ?

MT: Parce que, ils sont partis après.

FC : Comment ça, ils sont partis ?

MT: Ils sont partis, ils m'ont dit de partir. Ils sont partis, ils m'ont dit de partir. Et puis moi, je suis rentrée à la maison.

FC: Ils t'ont rien dit d'autres ?

MT: Non. Ils m'ont rien dit d'autres.

0h51m40s   FC: Et toi, tu leur as dit, "je ne comprends même pas de quoi vous parlez ?" Qu'est ce que tu leur as dit, exactement ? Comment tu leur as répondu ?

MT: Je leur ai dit, je leur ai dit.

FC: Ca a duré longtemps ça ?

MT: Je leur ai dit, je leur ai dit.

FC: Non, toi tu as attendu longtemps. Mais les questions, ça a duré longtemps ?

MT : Non, ça a pas duré.

FC: Combien, 10 minutes ?

MT : Je n'ai pas calculé de ça quand même. Parce que j'étais là, je me suis dit longtemps je suis assis. Moi je suis là...

FC: Mais après, quand ils t'ont posé les questions. Ils t'ont posé beaucoup de questions, ou pas beaucoup ?

MT : Pas beaucoup Frédéric. Comme je vous ai dit l'autre matin.

FC: Oui. Et les questions, c'étaient "est-ce que vous avez reçu l'argent ?" Qu'est-ce que c'était les questions exactement ?

MT: Je ne me rappelle plus de ça. C'est ce que j'avais dit le matin, je ne me rappelle pas. Je travaillais. Tu peux pas imaginer, je viens de la maison, je suis fatiguée. J'ai une journée fatigante. J'ai une journée fatigante aujourd'hui. En cherchant les documents dans la maison, ça m'a fatigué. J'ai peur.

0h52m50s   FC: Ecoute, la seule chose que tu dois avoir à l'esprit, même s'ils recommencent et ils essayent de te faire la pression, de te faire peur en te disant quoi que ce soit, tu dois toujours toujours toujours garder, en disant, j'ai rien à voir avec ça, j'ai jamais touché d'argent, j'ai jamais pris contact, je ne me suis jamais occupé des affaires du pays. Moi, je suis guinéenne, je m'occupais de

mes affaires, j'achetais du riz, je vendais du riz, j'achetais du sucre, je vendais du sucre, mais je ne me suis pas occupé des affaires du pays. Il y a des ministres, il y a des gens pour ça mais moi je ne me suis jamais occupé de ça, qu'est ce que vous voulez que je fasse de ça ? Oui, il y a des gens, un Monsieur Samuel là qui est venu, soi-disant parce que c'était un ami de quelqu'un que j'avais aidé quand il était en Guinée, et euh il est venu, il m'a demandé un truc. Tu parles pas de documents, tu parles pas de papiers, de rien du tout. Tu dis, voilà, moi il est venu en me demandant de rentrer au pays parce que le Président voulait me voir, me rencontrer. J'ai dit que j'avais rien à faire avec le Président et que j'avais peur de lui parce que c'est quelqu'un de mauvais. C'est quelqu'un de méchant, et moi je n'ai rien à voir avec tout ça. Donc euh tu sais, tu dis moi je suis fatigué, je suis fatigué de gens venant me voir en me disant de venir, de rentrer au pays, j'ai pas envie de rentrer au pays. Il a fait du mal à toute la famille de l'ancien Président, il a fait du mal à tout ça. J'ai pas, j'ai pas du tout l'intention de de de rentrer là-bas au pays. Je suis une femme seule, je suis abandonnée comme ça, et j'ai plus envie de rentrer au pays c'est sûr. Mais tu dois rester là-dessus, tu dois absolument rester là-dessus. Mais, je ne vais pas te laisser tomber, tu dois savoir ça. Personne va te laisser tomber. OK ? Tu sais, tu m'appelles. Même si tu es loin. Il y a des heures d'avion, mais je viendrais toujours te, te, pour t'aider. Je viendrais toujours pour t'aider.

MT: Je suis fatiguée. Je suis fatiguée de tout ça.

FC: Tu as quelqu'un avec qui tu parles un peu ici ? Ou t'as, ou t'as personne ?

MT: Ici, des relations...

FC: Ici, je sais pas. Ici, j'en sais rien. Tu as une Cény qui est ici, mais tu as, tu as une autre sœur qu'est ici, non ?

MT : Oui, j'ai ma grande sœur qui est avec moi, là ici.

FC: Elle sait tout ça?

MT: Non, j'ai, j'ai rien. Je les ai pas dit. Je les ai pas dit. Parce qu'ils vont être paniqués. Je les ai pas dit.

FC: Ils vont être paniqués, mais surtout si... Bon, normalement les questions ça s'arrêtent à toi, mais il faut que tout le monde soit sur la même idée, en disant qu'est-ce que c'est que ces histoires de...de business, de choses comme ça. Moi les seules affaires que j'ai fait, c'est d'acheter du riz et d'acheter du sucre, et des culs de poulets. Voilà, c'est tout ce que j'ai acheté. j'ai acheté des croupions de dindes, du sucre, et de la farine. Qu'est ce que vous voulez me raconter des histoires de mines. Est-ce que moi je connais quelque chose dans la mine, est-ce que je connais quelque chose dans [inaudible]."

MT: C'est pas facile.

FC: C'est pas facile, mais c'est sûr. Qu'est ce que tu veux que je te dise ? Ces histoires de Samuel, c'est... Celui qui te l'a envoyé, il a une bonne responsabilité. C'est Sampil ou je sais pas qui ça. Il t'a mis dans des, dans des merdes, de t'envoyer ce Samil. Il t'a mis dans des grosses, des grosses bêtises. Si tu m'avais parlé à l'époque de ça, je t'aurai expliqué mais qu'est-ce que tu veux que je te dise. Qu'est-ce que tu veux que je te dise. Voilà, écoute, on va détruire tout ce bazar là, on va... faire euh tout ce qu'il faut pour te protéger au maximum. Mais toi, en tout cas, il faut que tu gardes cette ligne de conduite comme ça. Ça c'est sûr.

MT: Mais vous revenez quand ?

FC: Quand il y a besoin.

0h57m08s MT: OK, parce que j'ai pas pu tout réunir quoi.

FC: Ah bon ?

MT: Oui. Là où je devais aller prendre les autres c'était fermé, mais comme tu m'as dit déjà, j'ai tout ce qui est dans la maison, photocopies quoi, j'ai tout.

FC: Les photocopies on s'en fout, moi j'ai pas besoin des photocopies. Tout ce qui est photocopie, il faut dégager tout ça.

MT: Comme tu m'as…

FC: [Il parcourt des documents] Ça, c'est pas grave. Ça, on s'en fout.

MT: Comme tu m'avais dit de photocopier les originaux. Je pense que je vais récupérer ça, le reste je peux récupérer le matin.

FC: Tu sais, je peux revenir dimanche. Je peux revenir samedi, quand tu veux. C'est toi qui me dit.

MT: Ok.

FC: Mais, ça, c'est des photocopies tout ça.

MT: Oui. Non, le tout c'est pas les photocopies.

FC : Ça, ça, c'est pas des photocopies.

MT: Mais ça quand même j'avais donné, envoyé ça, j'avais envoyé ça, l'original de ça à… J'avais envoyé l'original de ça.

FC: Tout ça. Moi je vais détruire ça, t'inquiète pas. Je ne peux pas détruire ça ici, à l'aéroport. Mais dès que j'arrive, j'ai un destructeur de papiers, je vais tout détruire. Mais dis-moi euh -

MT: On peut faire ça ici.

FC : Mais où ici ? Dans l'aéroport ? Où tu veux détruire ça ici ?

MT: Ils ont un truc pour déchirer.

FC: Mais il est fermé le bureau là-bas. Il est fermé le bureau, c'est trop tard maintenant. Qu'est-ce qu'il…Ce qu'il y a c'est que tout ça, c'est.. Si tu veux, c'est que des photocopies ça.

MT: Oui.

FC: Tu vois, ça. Tout ça, c'est des documents qui, c'est des photocopies ça…

MT: Mais, j'avais envoyé ça. L'original de ça.

FC: A qui ?

MT:     J'avais envoyé ça, sous…la lettre… Oui, j'avais envoyé ça, j'avais poster.

FC:     Mais à qui ?

MT:     J'avais envoyé ça, à Michael.

FC:     Posté ?

MT:     Oui.

FC:     Bon écoute, je vais regarder tout ça, bien comme il faut, et je vais détruire tout ça de toute façon, et tu m'appelles quand tu as les autres choses. Tu m'appelles si c'est samedi ou dimanche.  Demain tu regardes - quel jour on est aujourd'hui, jeudi ?

MT:     Mmm mmm.

FC:     Euh jeudi, bah je sais pas moi je peux revenir samedi, je peux revenir dimanche, comme tu veux. Tout ça c'est que des, tout ça c'est des papiers à Freetown avec Michael.  Ca, c'est Freetown. Ca, c'est Freetown. Tout ça, c'est F'reetown. Ca, c'est Freetown.

MT:     J'étais fatiguée en cherchant ça. [Inaudible], elle prend, elle jette les papiers. Tu sais, elle a commencé à marcher.

FC:     Ca, on s'en fout. Si tu veux, c'était la déclaration qu'on a fait avait fait, mais personne ne l'a utilisée ça de toute façon. Toi tu peux même garder si tu veux de toute façon,. Parce que ça c'est la déclaration que l'on avait fait à l'époque mais personne ne l'a utilisée ça.

MT:     Ok.

FC:     Attends, attends. Touche pas. Ca, je vais regarder juste la fin.

MT:     Ca, j'avais envoyé l'original

FC:     T'avais envoyé ou tu avais donné à Michael et ?

MT:     J'avais envoyé, j'avais posté.

FC:     Par la poste ?

MT:     Mmm.

FC:     Ca aussi. C'est encore des, c'est encore euh…Tout ça, c'est pratiquement tout euh, comment on appelle ça… Sauf ça.

MT:     Moi arrivée à la maison, je vais brûler tout ça.

FC:     Hein ?

MT:     Je peux brûler tout ça.

FC:     Ca tu peux, si tu veux. C'est pas grave. Ca, c'est simplement des choses. C'est ta déclaration donc ça c'est pas grave tu peux… tu peux garder, tu peux brûler, c'est comme tu veux. Mais…

MT:     Ca j'avais envoyé l'original.

FC: 27 et 28 février [inaudible].

MT: Original. C'est la même chose, l'original de ça était parti.

FC: Donc ça, c'est les deux mêmes. Ca, c'est...

MT: C'est la même chose.

FC: Ca c'est encore, encore la même chose.

MT: Oui.

FC: A chaque fois, c'est la même chose.

MT: C'est la même chose.

FC: De toute façon tout ça, je vais... Ca tu dis que c'est déjà envoyé, ça ?

MT: J'ai envoyé.

**1h02m20s** FC: A qui tu as envoyé alors ? Tu veux garder ça ou tu veux détruire ça ? Comme tu veux, ça sert à rien, c'était la déclaration que tu sais que on avait fait il y a longtemps, que tu avais fait il y a longtemps, au mois d'avril.

MT: Mmm. Tout ça c'est la même chose.

FC: Tout ça c'est pareil.

MT: Jusqu'à ici, c'est la même chose.

FC: En fait, tout ça on va détruire. Mais si tu veux, même ça, c'est un document qui dit...Tout ça, je vais le prendre, je vais le détruire. Mais ça sert à rien tout ça, parce que c'est que des photocopies. Mais on va détruire.

MT: Moi, je vais détruire.

FC: Non, non, non. C'est moi qui vais détruire.

MT: Parce que c'est toi qui m'a indiqué.

FC: Oui, non, mais je vais le détruire tout ça, de toute façon. Je vais le prendre et je vais tout détruire. Au moins, je sais qu'il n'y a pas de... qu'il n'y a rien qui traîne. Mais euh, samedi je reviens, comme ça en même temps j'aurai la réponse.

MT: Samedi ?

FC: Samedi, non ? Qu'est-ce que tu veux ? C'est après-demain.

MT: Samedi, à pas travailler.

FC: Oui mais, il n'y a pas de travail, mais toi... Toi, tu vas retrouver quand les documents?

MT: Samedi, il y a....

FC: Samedi ou dimanche ?

MT: Je vais t'appeler.

FC: Tu m'appelles ?

MT: Oui.

FC: Tu me dis si c'est samedi ou si c'est dimanche. Et les autres documents c'est quoi ? Ca, je vais détruire ça. Tu préfères que ce soit samedi ou dimanche ?

MT: Je vais t'appeler, quand je...

1h04m23s    FC: Est-ce que tu... tu sais. Qu'est ce que c'est qui reste comme document ? Parce que c'est des originaux qui doivent rester, parce que là il n'y a pas des originaux.

MT: Si, il y a des originaux.

FC: Oui, il y en a juste un. Il y en a juste un, mais en plus c'est pas le plus important.

MT: Parce que j'ai fait, j'ai fait que il rentre à la maison que il mette, mette sur ça. Donc, le temps j'ai commencé à la maison, j'ai trouvé ça. Je me suis dit, la maison c'est important.

1h04m52s    FC: La maison c'est sûr que c'est important. A la maison il n'y a plus rien ?

MT: Non, non. Il n'y a plus rien.

FC: D'accord. Et là où tu as mis les autres choses, tu vas regarder. Tu me dis. Tu peux aller n'importe quel jour là-bas ?

MT: Oui, je peux aller.

FC: Si tu veux, regarde si c'est bon pour toi samedi, et je viens.

MT: Je vais t'appeler. Je vais t'appeler. J'ai eu du mal de chercher, parce que j'ai peur. Et la petite, elle me fatigue. Quand tu mets les papiers, elle prend et elle jette de l'autre côté. Arrivé même, il faut que j'arrange.

FC: Ecoute, réfléchis à savoir si, si c'est bien pour toi d'aller un peu à Freetown. Tu réfléchis si c'est bien un peu, on en reparle samedi.

MT: Ok, je pense que c'est une bonne idée. Je pense.

FC: Moi aussi, je pense que c'est une bonne idée de partir un peu.

MT: Je vais réfléchir. Je suis fatiguée depuis le matin.

FC: Oui, je sais que tu es fatiguée, mais...

MT: Depuis le matin, je n'ai rien mangé, j'ai faim.

FC: Tu veux manger quelque chose ?

MT: Non, quand je vais rentrer.

FC: Tu sais, le problème c'est que ça te met une pression pas possible ça, je sais. Je sais bien. Il va falloir que j'y aille moi...

MT: Il est quelle heure ?

FC: Il est 9h, mais il y a un peu de retard. Donc euh, je vais aller regarder. Attends, bouge pas, je regarde....

MT: Ok.

1h06m27s   FC: Je vais pas risquer de louper, parce que après j'ai plus d'avion jusqu'à demain. C'est sûr que ça met la pression ça. En tout cas, restons calme. Restons calme, on va bien organiser ça comme il faut. On va se revoir samedi. Si c'est bon samedi, on va s'appeler samedi, tu me dis si c'est bon pour samedi...

MT: Ok.

FC: Et, à ce moment là, euh réfléchis si c'est bien pas un peu d'aller quelques temps à Freetown.

MT: Ok.

FC: Peut-être que c'est bien d'aller quelques temps à Freetown. Euh, voilà. Où alors en tout cas de ne plus aller à l'immigration pour l'instant, de ne plus aller là-bas. Parce que toi, tu es à la maison, là où tu étais toujours ? Ou tu as une autre maison maintenant ?

MT: Non, je suis à la maison...

FC: La maison où il y a Sény maintenant ?

MT: Oui, je voulais même déménager de là-bas. Parce que on est trop dans la maison. Et ça m'embête. Ça m'embête. C'est pas facile, Frédéric. C'est pas facile.

FC: Je sais que c'est pas facile. Ecoute, euh, on fait comme ça ? On se parle demain au téléphone ?

MT: Oui.

FC: Moi je regarde un peu comment je peux organiser ça mieux, je te donnerai les réponses. Et voilà.

1h08m04s   MT: Mais comment on va faire pour les 800 et le reste, et le reste ?

FC: Tu les auras. Ca c'est sûr. Mais tu sais, c'est pas peut-être, c'est à 100%.

MT : Mais comme tu m'as dit un avocat allait le faire.

FC : Oui, alors, un avocat. Mais le problème c'est que maintenant qui a envie de faire des papiers des avocats ? Tu sais avec tout ce qui se passe partout, les machins et trucs, c'est... Tu sais, toutes les choses que je t'ai dit qui allaient se passer, que je te dis à 100%, c'est à 100%. Tu peux me croire, tu peux avoir confiance en moi je pense. Tu... Quand je te dis, ca se fait, ca se fait. Y a pas... c'est pas peut-être. Tu comprends ?

MT: Ca je sais.

FC:     Donc, je t'assure il n'y a pas d'inquiétude là-dessus. L'important c'est de se sortir de cette période là maintenant où c'est, où c'est tendu quoi. On est d'accord ? Il faut que je file, parce que autrement je vais louper mon avion. Euh. Je, on se reparle demain ?

MT:     Oui. Oui.

FC:     Ok. Allez, ne te fais pas de soucis, tout va bien aller.

MT:     J'ai des soucis quand même. C'est pas...

FC:     Je sais...je sais, mais je sais que tu as des soucis. Je sais bien. Mais, ne fait... ne t'inquiètes pas, ca va aller, et euh...je...on se parle, on se parle demain pour samedi, d'accord ?

MT:     Ok.

FC:     On se parle demain pour samedi. Et puis voilà. Ok?

MT:     Oui.

FC:     Rentre bien. Je t'appelle vers quelle heure ? Tu m'appelles toi, ou tu veux que je t'appelle ?

MT:     Tu peux m'appeler ?

FC:     Je t'appelle dans la matinée ou en fin de matinée, ok ? Allez, ca marche. Rentre bien.

MT:     Oui. Allo ? [Au téléphone], oui...

        [Bruits de pas, annonces haut-parleurs]

**1h14m**

Femme non-identifiée :  Hi

MT:     Hi.

        [Musique]

MT:     A l'hôtel.

        [Bruits de voiture, musique]

MT:     Je suis là, à l'hôtel.

        [Bruits de porte]

MT:     [Au téléphone] Tu peux leur dire que je suis là ?

Femme non-identifiée :  Ok, ils arrivent et moi aussi.

        [Bruits de pas]

**1h19m07s**     **FIN DE L'ENREGISTREMENT.**

## ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 11 AVRIL 2013

Retranscription d'un enregistrement d'un appel téléphonique entre un homme non-identifié ("XX"), Frédéric Cilins ("FC") et Mamadie Touré ("MT").

---

REFERENCES :

Dossier: 4.11.2013 Call 11

Fichier : 305-744-6629 T-Mobile 2013-04-11 14-03-26 00092-1.wav

---

0h00m0s    DEBUT DE L'ENREGISTREMENT

XX :    Allo ?

FC:    Allo. Tout va bien ?

XX:    Oui, ça va?

FC:    Tout va bien, tout va bien. Ca va, Ca va

XX:    Tu as fait bon voyage ?

FC:    Oui, je suis bien arrivé.Tout va bien. Tout va bien. Je te passe Mamadie pour te dire bonjour.

XX:    Ah OK.

MT:    Allo, Mika ?

XX:    Comment ça va Mamadie ?

MT:    Ca va et vous ?

XX:    Ca va, ça va, très bien. Ca fait longtemps.

MT:    Oui, oui. Vous m'avez appelée l'autre fois. Vous vous rappelez, mais j'avais pas noté le numéro.

XX:    Oui, comment va la petite.

MT:    Oui, elle va bien oui.

XX:    Elle va bien ?

MT:    Oui, oui.

XX:    Très bien. Et toi ? Tout va bien ? Tu viens pas nous visiter à Miami ?

MT:    Je vais venir. Oui.

XX:    tu veux venir ? C'est bien, c'est bien. Tu viens nous voir un peu pour te reposer.

MT:    Oui. Mais j'ai pas ton numéro, comme je vais faire. J'ai pas le numéro de Michael.

FC: Oui, je vais te le donner.

MT: Ok. Je vais venir. Je vais venir, je vais t'appeler.

XX: Ok. Viens, viens, viens un peu ici.

MT: Ok.

XX: Ok. A bientôt.

MT: Oui, oui. Merci.

FC: Allo.

XX: Oui. Tout va bien ?

FC: Oui, oui ca va, ca va.

XX: Ca va ? Ecoute euh .

FC: Oui, oui. On se rappelle tout à l'heure alors.

XX: OK, d'accord.

FC: J'ai l'avion à 21h de toute façon, alors…

XX: A 21h ? Ok,d'accord. Rappelle-moi après.

FC : OK, à toute, plus tard.

XX : a tout à l'heure

FC: Ciao, ciao.

**0h01m42s    FIN DE L'ENREGISTREMENT**

ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 11 AVRIL 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et un homme non-identifié ("HN").

---

REFERENCES :

Dossier: 4.11.2013 Call 10

Fichier : 305-744-6629 T-Mobile 2013-04-11 21-19-46 00110-1.wav

---

| 0h00m0s | DEBUT DE L'ENREGISTREMENT |
|---|---|
| HN : | Allo ? |
| FC : | Oui. |
| HN : | Oui. |
| FC : | J'attends, j'attends toujours le vol. Euh... je retournerai samedi maintenant, parce que tout n'était pas, n'était pas là, il faudrait que je revienne. |
| HN : | Ah bon ? |
| FC : | Oui. Parce que c'est pas au même endroit, enfin je ne sais pas quoi. Je te dirai. Bon. |
| HN : | Mais... mais [inaudible] |
| FC: | Comment ? |
| HN: | Mais elle est d'accord de tout donner ? |
| FC: | Oui, c'est fait. C'est fait déjà. |
| HN: | Ah oui ? |
| FC: | Oui, oui. Ce qu'était d'un côté, j'ai déjà là. Et... |
| HN: | Ok. |
| FC: | Et le reste euh, je, je... ca sera samedi. |
| HN: | C'est bien, c'est bien... mais je crois que...ce qu'il faudra faire c'est que, il faut qu'il parte. |
| FC: | Oui mais ca c'est prévu. C'est prévu, normalement. |
| HN: | Le meilleur... le meilleur chose à faire, c'est...c'est qu'il part, et qu'il revient. Après il peut revenir sans problème. |
| FC: | Oui, oui, oui. |
| HN: | Je sais pas, les 180 jours.... |

FC:     Ah non, c'est pas une histoire de jours là, c'est une histoire de dates là, parce qu'il y a... la...c'est, c'est....

HN:     C'est périmé ?

FC:     Non, non... c'est pas périmé encore...mais c'est jusque... fin août. Donc après., c'est justement pour ça, parce que après ça il... c'est terminé. C'est pas exactement comme nous, c'est des choses différentes. Je ne sais pas comment ça marche. C'est pas une histoire de 180, c'est autre chose, quoi. C'est pas comme nous. Je sais pas comment ça marche, mais enfin. Bon écoute, on verra ça, on en parlera demain.

HN:     OK. Bon écoute, demain quand tu es prêt, passe-moi un coup de fil. On va se voir, on va prendre un café ensemble, comme ça...

FC:     De toute façon, moi je suis prêt le matin, tu sais. Je sais pas, je t'appelle. Envoie-moi un texto quand tu es réveillé, toi tu me dit. Je serai prêt à partir de 7h, 7 h et demi, maximum je serai réveillé. Ok ?

HN:     Ok. D'accord. Bon vol. A demain, ciao. Bye.

FC:     A demain, ciao, ciao.

**0h02m33s     FIN DE L'ENREGISTREMENT**

<u>ENREGISTREMENT D'UN RENDEZ-VOUS DU 14 AVRIL 2013</u>

Retranscription d'un enregistrement d'un rendez-vous entre Mamadie Touré ("MT") et Frédéric Cilins ("FC").

---

REFERENCES :

      Dossier: 4.14.2013. CW meeting with Cilins

      Fichier : 1_0372_001.WAV

---

| | | |
|---|---|---|
| 0h00m0s | | DEBUT DE L'ENREGISTREMENT |
| | Agent FBI : | "Special Agent Antonio Roberson, Sunday April 14th, at approximately 2.35 pm on a Sunday, a consensual monitoring between CHS and Fréd Cilins is going to take place here at Tampa International Airport. Jacksonville Airport. |
| | | [Bruits de pas] |
| | | [Bruits de voiture] |
| | Homme non-identifié : | A l'aéroport, hein ? |
| | MT : | Hum, hum. |
| | | [Bruits de voiture, musique] |
| | Homme non-identifié : | Tu m'appelles ? |
| | MT : | Inaudible. |
| | Homme non-identifié : | Yeah, yeah. |
| | MT : | Ne bouge pas. |
| | | [Bruits de pas, annonces haut-parleurs de l'aéroport] |
| 0h07m09s | MT : | Comment ça va ? |
| | FC: | Ca va ? Oui j'en ai marre, il y a une heure de retard, parce que, je sais pas, il a commencé à aller décoller, il est revenu, il y avait un problème mécanique. Ils ont bricolé...ça va ? |
| | MT : | Ca va. |
| | FC: | la forme ? |
| | MT: | Oui. |
| | FC: | J'ai même pas mangé un morceau. On va aller s'asseoir, grignoter quelque chose. T'as mangé toi ? |

MT:   Non.

FC:   Alors, on va aller manger un petit bout. C'est pas que ce soit très bon, mais au moins c'est tout ce qui il y a.

FC:   On a eu des nouvelles de quelque chose ?

MT:   Non.

FC:   La petite ca va ?

MT:   Elle va bien, oui.

FC:   C'est juste une petite... c'est fini son histoire de gastro et tout ça, oui ?

MT:   Oui.

FC:   Tu sais que je suis grand-père depuis hier ?

MT:   Ah bon ?

FC:   Ca y est. C'est ma fille qui a accouché. C'était pas prévu, là. C'était prévu pour début mai, et comme elle avait de la tension, elle est allée à l'hôpital. Ils ont regardé. Le bébé il faisait presque trois kilos, ils ont dit allez [inaudible]. Comme elle était retournée, ils ont dû faire une césarienne.

MT:   Oui.

FC:   Voilà. La famille s'agrandit.

MT:   Oui.

      [Bruits ambiants]

FC:   On se met là, non ?

MT:   Ok.

FC:   Vas y, je te laisse t'installer. Bon tout est, tout est parti dans la... à la bataille là, avec les autres là. Je ne sais pas si tu as vu les journaux, mais euh y a, donc ils ont... le groupe a attaqué, Soros a attaqué tous ces gens-là, pour avoir fait des enquêtes, pour avoir fait toutes ces choses là, et en disant que voilà. Et en plus, c'est un peu compliqué mais il y avait d'autres sociétés qui étaient impliquées, qui étaient des sociétés de conseils de BSGR, qui en fait, étaient manipulées par Soros. Donc euh, tout un tas de trucs comme ça, donc euh, il y a, ils ont été attaqué en justice pour tout ça. Tu as prévu de voyager alors ou quoi ?

0h10m46s   MT:   Je suis en train de voir, réfléchir. Mais pour le moment, avant de parler, il me fallait le cash qu'on parlait là. J'ai besoin du cash maintenant là parce que je n'ai rien.

FC:   D'accord. Alors, je te dis : à Sierra tu vas récupérer 200. Ici là, avant-hier, j'ai récupéré 20.000. C'est tout ce que j'ai pu... J'ai pas autre chose. Mais ce que je peux faire pour t'aider aussi, c'est si tu dois prendre l'avion, je peux m'occuper de prendre ton billet d'avion si tu dois voyager en Sierra Leone.

MT :   Mais les 20.000, comment ca va se faire ?

FC : Je les ai là, j'ai voyagé avec. Tu sais j'aime pas trop ça, mais j'ai voyagé avec. Tu sais, en deux jours, c'est tout ce que j'ai pu avoir, réussi à avoir pour te donner un peu d'oxygène quoi.

MT : Ok.

FC : Ok? Je t'ai dit que je faisais de mon mieux.

MT : Ok.

FC : Je t'ai dit que je faisais de mon mieux. Regarde si tu veux. Comment...explique-moi comment u vas faire avec ton projet quand tu t'en vas. C'est Mado qui va s'en occuper ?

MT : Oui. Mais j'ai besoin d'envoyer encore de l'argent, parce que ça ne suffit pas.

FC : Ca ne suffit pas ?

MT : Oui. Tout le projet ca fait, tout le projet ca fait à peu près 700 comme ça.

FC : 700 mille ?

MT : 750, oui.

FC : Où ça ? ici ?

MT : Oui.

FC : Mais comment tu es parti dans un projet de 700, si tu n'as pas les 700 ?

MT : Je n'ai pas tous les 700, mais j'ai un peu dans le compte.

FC : Oui.

MT : Parce que pour le marché, je sais bien ça va s'ouvrir en avril. Fin avril. Parce que mai, on va ouvrir le marché. Donc c'est pour le restau que je suis coincée, j'aurai besoin...

FC : Le marché c'est bon ?

MT : Oui, ca va s'ouvrir en mai.

FC : De quoi, le restaurant ?

MT : Non, le...

FC : Le marché ?

MT : Oui.

FC : mais ça, c'est bon ?

MT : Oui. C'est bon.

FC : Ca c'est bon. Et pour le restaurant ?

MT : C'est pour le restaurant qui me cale un peu. J'aurai besoin de quelque chose.

**p. 160**

FC:     Oui mais, où tu veux que je trouve quelque chose ? Quelque chose, c'est combien quelque chose ?

MT:     Un peu d'argent pour ajouter, de ce que j'ai dans mon compte.

FC:     Oui, mais ça veut dire quoi un peu d'argent pour rajouter de ce que tu as dans ton compte ?

MT:     Même si j'ai 400, c'est bon.

FC:     Mais je ne vais pas trouver 400 moi, Mamadie. Tu sais, pourquoi tu pars dans des projets comme ça, quand tu as pas avant de faire ? Parce que c'est pas possible de partir dans des projets si tu as pas les fonds nécessaires pour le projet. Comment tu fais ça ?

MT:     Tu sais, on avait commencé, pour moi ça allait suffire. Je ne savais pas que il a ceci, il y a cela. Il y a des licences, tout ça là à acheter et c'est après c'est venu. Et puis les travailleurs faut les payer, il faut avoir 6 mois de salaires.

FC:     Ah oui, je suis d'accord avec toi. Mais moi, j'ai pas de solution. J'ai pas de solution. Là, tout de suite, tout de suite, j'ai pas de solution. Je te dis...

MT:     Non, c'est pas tout de suite. On attend que le marché commence. Après nous allons faire pour le restaurant. On attend que le marché s'ouvre. Après on va signer le contrat pour le restaurant aussi, c'est comme ça là...

FC:     Ecoute euh... moi je vais prendre une ceasar salad avec du poulet et puis voilà. Tu veux un coup de main ? Qu'est-ce que tu voudrais avoir toi ?

MT:     Un sandwich. Un sandwich.

FC:     Sandwich, comment tu veux ? Grilled sandwich avec du chicken, comme la dernière fois ? ou du maïs avec du poisson.

15m00s          MT :     Comme la dernière fois. Je peux avoir les 20.000 dans ma main ?

FC :     "C'est dans une enveloppe, je vais te donner ça tout à l'heure. Je me suis débrouillé pour retrouver ça. Donc tu as un sandwich chicken. Et qu'est ce que tu... tu penses voyager quand ?

MT :     Comme vous... qu'est-ce que toi tu penses ?

FC:     Moi je pense que, je pense que le temps que ce procès qui est parti avec Soros et tout ça, c'est bien de partir. C'est bien de partir un peu. C'est bien de partir, comme ça, tu es tranquille et ils ne risquent pas de venir te demander, te poser des questions... et voilà. Si -- on sait jamais -- je touche du bois -- mais si on sait jamais qu'ils viennent pour te voir pour poser des questions, tout ce que je te dis, c'est ce que tu dois faire.

MT :     Comment ?

FC :     De dire que tu n'as rien à faire avec tout ça. Que tu n'as rien à voir avec tout ça...

Une serveuse:   Hello, would you like something to drink ?

FC :     Humm, qu'est ce que tu veux boire ? Cranberry juice and then one grilled chicken sandwich and a ceasar salad with chicken.

Une serveuse: Anything to drink for you ?

FC :    No, nothing.

Une serveuse: No water ?

FC:    No water. Thank you. Euhm Si jamais ils, trucs, quelque chose à dire, c'est que t'as rien à voir avec tout ça. Ca c'est sûr. Même s'ils te disent, "on sait..." ou même s'ils te disent, ils te font des histoires, ils te racontent des mensonges, ils te racontent comme ça "ah oui mais on sait déjà, t'es obligée d'avouer..." même si ils te disent, tu sais comme il t'a fait le vieux en disant "mais t'inquiètes pas je te protège, je serai là, tu peux me dire, tu peux me dire, je te protège". Tu dis "tout ça c'est des conneries." Et c'est même le contraire, tu peux dire comme je t'avais dit l'autre fois "le vieux là-bas, il m'envoie sans arrêt des gens pour me demander de rentrer, et moi j'ai peur de rentrer au pays. Je ne veux pas rentrer au pays parce que je suis pas tranquille." C'est... dans le papier que l'on a fait l'autre jour, dans l'attestation, peut-être même qu'on aurait dû rajouter là-dessus en disant que, pas seulement, tu sais tu étais partie aux Etats-Unis parce que tu avais peur de BSGR, mais c'est pas du tout que tu avais peur de BSGR, c'est que t'avais ici et là ca, et que t'as peur de venir le voir. Peut-être que l'on aurait dû le mettre. Donc après c'est toi, si tu veux partir en début de semaine euh.... je ne sais pas. Moi je serais toi, je partirai tout de suite, j'attendrai pas, c'est pour ça je te dis si tu as besoin de - regarde un peu le billet d'avion, tout ça et tu me dis. Mais moi je peux pas te dire quand. A ta place moi je partirai dans la semaine là. En début de semaine là, je partirai. Parce que [inaudible] à Freetown t'es tranquille. A Freetown, t'as personne qui va t'embêter, en même temps ce qui est bien c'est que quand tu es là-bas, je peux organiser pour que tu récupères ce que tu dois récupérer.(...) Je sais pas, il y a Cissé qu'est là-bas ?

MT :    Oui.

FC:    Bon, si tu veux envoyer Cissé, peut-être. Ou toi, ou Cissé, on est tranquille.

MT :    OK.

FC:    Donc euh, je te laisse regarder toi les billets, avec Mado ?

MT :    OK.

FC:    Et on regarde ça... tu regardes ça ce soir, si tu veux. Tu me rappelles ce soir, tu me rappelles demain. Et on regarde ça. Moi je prends l'avion mardi, je rentre en France.

MT :    OK.

FC:    Ok. Tu as retrouvé...tu as ressorti tous les papiers ?

MT :    Oui, mais... j'ai ressorti tous les papiers, mais j'attendais que tu sois là pour euh... avec ce que je t'avais demandé.

FC:    Oui. Oui, oui. Non, mais la pochette que tu as là, c'est ça.

MT :    Oui, c'est ça, oui.

FC:    on peut regarder.

MT:    Pas avant d'avoir l'argent Frédéric. Et puis on avait dit 50. Toi tu amènes...

FC:    Non, non, non. Premièrement, ça c'est un plus. Le deal qu'on avait. Tu sais moi je change pas.

MT:    Oui mais tu as chnagé, on avait dit 50, toi tu amènes...

20m00s    FC:    Non, non, non. Ecoute-moi bien, écoute moi-bien. Je t'ai dit, le deal. Ecoute bien ce que je t'ai dit, et je le répète encore une fois. Le deal, c'est 200, maintenant. Tu vas récupérer ça. Et 800... attends, attends, je vais faire de mon mieux.

MT :    Tu avais dit 50 ?

FC :    Est-ce que tu crois que je suis magicien que je peux trouver l'argent tout de suite. J'arrive de France, tu crois que je me promène avec 50.000 dollars ? Mais ca c'était pas prévu dans le deal. Ca c'est même pas déduit des 800, c'est juste en plus pour t'aider. Donc c'est pas dans le deal, ça n'a rien à voir ça. Ca, ça n'a rien à voir avec les documents. Rien à voir avec les documents, c'est juste en plus pour t'aider. Tu le sais ça ? Donc ne me dis pas, oui d'abord, t'es pas venu avec 50, t'es venu avec 20. ca n'a rien à voir, c'est juste... même le billet d'avion ça n'a rien à voir avec les documents. Le deal des documents et de l'attestation c'est ce que je t'ai dit : on détruit tous les documents, tu as 200 et puis 800 qui sont à toi , quoi qu'il arrive. Quoi qu'il arrive, tu as 1 million qui sont à toi. Quoi qu'il arrive, 200 maintenant, 800 plus tard. Ca, c'est le deal pour les documents, c'est pas autre chose. C'est pas les 50 ou les 20. Tu le sais ça ? Non ?

MT :    Non, moi je pensais que dans le un que tu vas enlever les 50...

FC :    Je ne vais pas enlever, même les 20 là, je vais pas les enlever.

MT :    Alors, qui me donne les 20 ?

FC :    Qui te donne les 20 ? Pour l'instant c'est Frédéric qui te donne les 20. Je suis allé les récupérer chez des co - c'est pour ça que je te dis, tu sais, regarde - je ne te raconte pas d'histoire, tu vois ? Je suis allé les récupérer chez, chez, chez - de trois personnes différentes, avec des enveloppes de la banque, tu vois sur trois enveloppes. Donc pour l'instant les 20, c'est personne d'autre que Frédéric qui te les donne. Comment veux-tu, comment veux-tu que quelqu'un m'envoie en 2 jours 20.000 comme ça de n'importe où ? Je ne suis pas associé aux Etats-Unis, je ne me promène pas avec 50.000 dollars, même pas 20.000. Même pas 20.000. Tiens. Tu comprends. Donc ça, si tu veux, c'est quelque chose qui est en plus. Ce que je t'avais donné -

MT .    Donc c'est en plus des 1 million et puis les 20.000 et puis BSR.

FC :    Voilà.

MT :    C'est le complément...

FC :    Ce que je t'avais donné l'autre fois à.... Comment ca s'appelle... Qu'est-ce que c'est que je t'avais donné l'autre fois à... ah la la...à Freetown.

MT :    Les 5 mille ?

FC :    Oui, les 5 mille, puis après je sais plus quoi, ca c'est toutes les sommes en plus. Personne ne les déduit de rien du tout. Donc tu sais, quand je te dis

que on fait le maximum pour t'aider, tu dois comprendre qu'on fait le maximum pour t'aider. Je ne te déduis ça de nulle part, tu vois ? Je ne te déduis ça de nulle part, c'est juste pour t'aider. Voilà. Bah, j'espère que tu comprends qu'on est là pour t'aider, non ?

MT : Je comprends.

FC : Mais, est-ce que tu comprends et tu es d'accord, ou tu comprends, mais t'es pas trop d'accord ?

MT : Je comprends mais pour moi tu allais venir avec les 50 parce que vu... euh

FC Parce que je ne savais pas combien j'allais pouvoir récupérer. Je ne savais pas. Je te dis, je fais du mieux. La seule chose que je peux te proposer, en plus, et encore une fois c'est pas, ça ne va pas être déduit de rien du tout, c'est de te prendre les billets d'avion, si tu veux. Qu'est ce que tu veux que je te dise, je fais mon maximum, je fais mon maximum. Ah la, la, C'est pas facile tout ça. Tu sais, je comprends que tu as besoin, d'aide. Je comprends. Mais, tu sais, regarde tout au long de ce parcours, qui est toujours avec toi pour te soutenir et qui est pas là pour te soutenir, et tu vas vite voir la différence. Tu vas vite voir la différence. Après, si tu veux, moi je peux pas rentrer dans tes trucs. Tu pars dans un projet, pour faire un restaurant et cela, après d'un coup il te faut 400 mille, comment tu veux que je fasse moi pour te trouver 400 mille ? C'est pas facile. C'est pas facile, et tu aurais dû penser avant. Bon ce qu'il y a de bien, c'est que en avril mai, tu peux ouvrir l'autre sans problème. Ca c'est bien, ça va commencer à faire de, à faire de l'argent ça, hein ?

MT : Oui.

FC Ah la la. Après ça, tout est là dans les documents. Il n'y a plus rien ? Tu peux me faire voir s'il te plait ?

MT Finissons de manger. Je vais te faire voir...

FC non C'était juste pour regarder ce qu'il y avait, parce qu'il y a eu tellement de bazar de documents dans tous les sens que....ah la la. Et tu avais trois choses, tu m'as dit ? tu avais les fruits et légumes, et tu avais les poissons aussi. Ca c'est en même temps avec les fruits et légumes ? C'est en même temps avec le marché ça ?

MT : Oui.

FC Donc c'est deux magasins ? Un magasin avec le marché, avec les fruits et légumes et les poissons, et un magasin pour le restaurant. C'est bien ça. Qui t'as donné l'idée ?

MT J'ai contacté beaucoup de gens.

FC Ouais,

MT Parce que quand je suis là, il n'y a pas quelqu'un qui me donne de l'argent, pour acheter ce que je veux, à manger. Donc j'ai pensé, pourquoi ne pas prendre l'argent là, et puis, investir sur quelque chose. Alors, j'ai contacté beaucoup de gens. Ils m'ont dit de, de faire le marché de poisson et puis le restaurant. Parce que tous les jours on a besoin de manger. Ils m'ont dit le début c'est pas facile, mais quand même dans l'avenir.

**p. 164**

FC : Et c'est bien situé, ça ?

MT : Oui.

FC : T'es dans le, dans la, dans la pleine ville ?

MT : C'est un quartier où y a même pas. Y a même pas de trucs comme ça là.

FC : Donc les gens vont venir, c'est bien ça.

MT : Oui. Je voulais acheter…on m'avait conseiller d'acheter un terrain, mais comme je n'avais pas d'argent pour acheter un terrain…

FC : Non il faut pas acheter un terrain, c'est bien. Et là, tu as fait une société pour ça ?

MT : Oui.

FC : C'est pas, c'est pas Matinda ?

MT : J'ai fait ça avec Pentiana [?] LLC. Mais j'avais pas d'argent d'acheter le terrain alos j'ai loué le magasin…

FC : T'as bien fait.

MT : Si je gagne l'argent dans l'avenir, je vais le faire.

FC : C'est cher la location ?

MT : Oui. C'est cher, parce que c'est…

FC : Combien ca vaut ça ?

MT : Premièrement ça dépend, parce qu'après deuxième, troisième année, quatrième année, cinquième année, et puis ça monte.

FC : Tu penses que tu as bien négocié ? C'est pas trop cher ?

MT : Je pense que j'ai bien négocié.

FC : Oui ?

MT : Je pense que j'ai bien négocié, mais ce qui était mieux c'est si le terrain était pour moi, c'est ce qui était mieux.

FC : Oui mais un terrain, après il faut construire, c'est cher la construction?

MT : Oui mais, quand tu achètes un terrain, c'est pour toi pour toujours.

FC : Je suis d'accord avec toi biensur…

MT : Tu n'as rien à payer à quelqu'un.

FC : Bien sûr, bien sûr.

MT : C'est différent de ce que je fais maintenant. Mais je suis obligé.

FC: Oui, enfin avoir un terrain, si tu veux, ça...tu vas pas faire juste une petite cabane, tu vas faire quelque chose de grand si c'est un terrain, non ?

MT: Comme ici.

FC: C'est grand comme ici ?

MT: C'est comme ici, que j'allais faire.

FC: C'est grand quand même. Et là ce que tu as loué c'est grand, comme tout ça ?

MT: Oui, c'est grand oui.

FC: Wow, c'est bien ça. Moi je connais là les French market qu'ils font, c'est grand aussi, c'est bien. French market c'est beau, hein ? Des bons produits. Et qui s'occupent d'acheter le matériel, la marchandise, tout ça ?

MT: On passe avec une société. Oui, on passe avec une société.

FC: Donc, tu fais les fruits, les légumes, et les poissons ?

MT : Oui. Et même le pain.

FC: Ah. C'est bien. C'est une bonne idée. Je ne sais pas si, le restaurant c'est une bonne idée tu crois ? Parce que il n'y en a pas beaucoup là-bas ?

MT: Non.

FC: A cet endroit là ?

MT: Oui. Il y en a pas beaucoup. J'arrive les gens ont besoin de se [inaudible].

FC: Oui, oui. Non c'est sûr, mais...Tu sais le problème du restaurant, bon après il y a du personnel et faut s'occuper de tour ça. Là, il faut faire attention qu'on te vole pas; C'est pas facile, non plus.

MT: Oui.

FC: Il y a ta sœur qui va travailler un peu là-bas ?

MT: Non.

FC: Qui va travailler alors ?

MT: Il y a des gens que je vais prendre qui vont travailler.

FC: Oui. Il faut faire attention qu'on ne te vole pas quoi.

MT: On a un système qu'ils ont mis. "ADP" là, je pense pas s'ils vont voler. Et puis y a le caméra aussi. Je pense pas s'ils vont voler. C'est une société qui paye, qui, qui est chargée de ça... bien sûr je vais les payer, c'est eux qui s'occupent de ça. A-D-P, ADP.

FC: ADP ?

MT: Oui.

FC: Ecoute, c'est bien.

MT: Le restaurant c'est pas facile. Mais quand ca part...[inaudible]

FC: Oui, non, je suis d'accord avec toi. C'est un peu plus compliqué quoi, le restaurant peut-être.

MT: Oui, c'est compliqué, oui.

FC: Et puis il faut du matériel. Parce qu'il y a rien aujourd'hui dans le local où tu vas faire le restaurant ? Ou il y a la cuisine déjà ? Ou il y avait rien ?

MT: Non, il y a rien. C'est moi qui pose tout.

FC: Tout ?

MT: Oui.

FC: Et tu as déjà la licence de cuisine et tout ? La licence pour faire la cuisine... ouvrir le restaurant ?

MT: Je dois faire ça. Je dois essayer tout ça.

FC: Wow, wow. Mais tu sais que c'est long pour avoir une licence de restaurant, c'est pas facile, non ?

MT: Ah bon ?

FC: Ah je crois, hein ? Tu as pas ça comme ça hein, une licence de restaurant.

MT: Je pense pas.

FC: Parce qu'après ils doivent venir, ils doivent vérifier la cuisine, si elle est bien faite avec les normes, avec ci, avec là. Ils doivent venir inspecter tout, tout la cuisine, parce que tu fais du chaud, il y a les grills, y a les frigos, y a...

MT: Oui. C'est tout ça, j'ai pris, je dois prendre un [inaudible] .

FC: Oui, non, mais, Tout ça, ça va coûter beaucoup d'argent.

MT: Oui, mais Frédéric, je n'ai pas de choix. Le peu que j'ai, si je n'investis pas qui va me faire nourrir. C'est ça.

FC: Moi je n'aurai pas commencé les deux en même temps. J'aurai commencé les fruits et légumes, et le poisson mais je n'aurai pas commencé le restaurant tout de suite.

MT: La communauté...tout le monde attend le restaurant.

FC: Oui ?

MT: Oui. Ils attendent le restaurant, et le marché. Chaque fois, ils me demandent, quand, quand, quand ? Ils sont excités de ça.

FC: Oui, oui. La communauté, c'est quoi?

MT: Parce que, y en a pas de restaurant.

**p. 167**

FC:  Dans le secteur là-bas ?

MT:  Oui.

FC:  Bah écoute, c'est bien. C'est bien d'avoir des projets. Et là-bas, comment ca se passe à... l'école ? C'est ouvert, pas ouvert ?

MT:  C'est pas ouvert.

FC:  T'as déjà ouvert une partie quand même ? Là où il y a les magasins, les choses là...

MT:  Oui, oui.

FC:  C'est ouvert?

MT:  Oui. Les magasins, c'est ouvert, oui.

FC:  Et jamais il y a Alpha qui a dit, qu'il voulait reprendre... qu'il voulait te reprendre ça parce que... jamais il y a eu ça ?

MT:  Non. Ca m'appartient. Ca m'appartient.

FC:  Oui, mais s'il te dit, ça, ça a été donné par euh... parce que avant ça appartenait à qui ? A l'Etat ? Ou ça appartenait à qui ?

MT:  Non. Là-bas, c'est pour le [inaudible]. Il m'a donné, tout le monde sait ça.

FC:  Oui. Je suis d'accord [inaudible]

MT:  C'est [inaudible] qui était derrière ça.

FC:  C'est pas ça que je te dis. A qui... le terrain, il appartenait à qui ?

MT:  Au patron.

FC:  Personnellement ?

MT:  Oui.

FC:  Ah d'accord.

MT:  Tu savais pas ?

FC:  Non, je ne savais pas, je ne savais pas, si ça appartenait à l'Etat...

MT:  Ca appartenait, on m'a donné....

FC:  Non, je ne savais pas, je ne savais pas, si ça appartenait à l'Etat ou si ça appartenait au patron personnellement.

MT:  Ca appartenait au patron, personnel, puis il m'a donné. Mais c'est... c'est la Première qui était jaloux de ça, pourquoi le patron a donné euh... mais il a donné, a donné. Elle a dit "Mais, pourquoi?", parce que quand le Préfet m'a dit la Première l'a appelé, pour lui dire pourquoi comme ça, comme ça, alors je suis partie immédiatement voir le patron.(...)

FC:     Oui ?

MT:     J'ai dit il y a ta Première qui veut le terrain, là. Je comprends pas pourquoi le Préfet m'a parlé de ça. Et puis le Président, j'étais fâchée, je l'ai dit que si je la vois là-bas, je vais acheter le coupe-coupe et se sera pas bon pour elle. Alors, j'étais assis, j'attendais qu'il me donne une réponse, alors c'est là où une réponse, c'est là où il a dit, je te donne encore de l'argent, vas, tu achètes encore 50 coupe-coupe et tu vas travailler. J'ai beaucoup de terrain pourquoi ils s'en prennent pas à ces terrains là, pourquoi...

FC:     Comment ça des coupe-coupe ?

MT:     Les coupe-coupe ! J'ai dit n'importe qui je vais voir, je vais lui couper chair, là, le pied, ou la main... quelque chose comme ça. Alors, il a dit non, ne fait pas la bagarre. Tiens, va acheter 50 coupe-coupe, celui que tu vois là-bas, fais ce que tu veux. J'ai beaucoup de terrain pourquoi ils s'en prennent pas de ces terrains là, sauf le terrain que je t'ai donné. Il dit ça, c'est la jalousie. Et tout le monde a rit là-bas. Et puis, il a dit, vas, tu vas construire. Mais ne coupe pas, là.

FC:     Ah d'accord.   Et le Prefet, lui, il était...parce que la Première est allée le voir...

MT:     Oui, mais il a dit à la Première, j'ai donné, j'ai donné [inaudible] .

FC:     Non, l'important, parce que moi je croyais que, avant ces terrains là, l'idée c'était pas sa propriété personnelle...

MT:     C'était sa propriété personnelle [inaudible]

FC:     Ecoute bien, ce que je vais te dire, parce que là, dans l'histoire là, ils peuvent te dire aussi : vous avez...on vous a donné quelque chose de l'Etat, parce que vous étiez.

MT:     Dans, dans cette affaire..

FC:     Non, mais ils peuvent tout mélanger, parce que en fait, Alpha a essayé un temps de mélanger ça et il a dit..

MT:     Non, attends je vais te dire, quand l'autre Préfet était là, je, ... tu sais il est parti dire à Daddis, que le groupe ils étaient venus, ils voulaient faire quelque chose, le terrain là, comme ça, comme ça. Mais Daddis, il a dit je peux pas. J'ai fouillé, j'ai regardé le terrain, son mari lui a donné, qu'est-ce que vous voulez que je fasse, je ne peux pas la, lui prendre ça. Et il chassé [inaudible] de son bureau, il dit tu veux me créer de problèmes, je dis, je peux pas faire ça. Prendre euh la petite, qu'est ce qu'elle a fait ? Elle n'a rien fait, je peux pas.

FC:     Parce que Alpha lui, il disait, ces terrains là, ça appartenait à l'Etat, et lui a été donné gratuitement et donc on doit reprendre ça. Je te garantie que Alpha a dit ça

MT:     Non

FC:     C'est tant mieux, tant mieux.

**p. 169**

MT: Il peut pas j'ai tous les papiers. Vous savez dans le pays on a des règles, quand tu as un titre, même le Président, même le Président ne peut pas t'enlever. Quand tu as le titre foncier, personne ne peut enlever.

FC: Je suis d'accord avec toi.

MT: Parce qu'on ne donne pas un titre foncier à deux personnes.

FC: Je suis...mais bien sûr. Mais Alpha a dit, a dit, quelque chose, lui il a dit, comme je t'ai dit, il a dit...j'avais parlé de ça, il y a 6, 8 mois de ça...il disait, d'ailleurs, c'est pour ça que, il disait que, il voulait reprendre ça, parce que ça, le titre foncier ça avait été donné, mais avant ça appartenait à l'Etat. Peut-être qu'il avait pas encore cherché, et peut-être que entre temps il a trouvé que, en fait, ça n'appartenait pas à l'Etat, ça appartenait personnellement au patron. Tu vois ?

MT: Frédéric, ça c'est impossible. On donne pas un titre foncier à deux personnes, Alpha...

FC: Non, tu n'as pas compris ce que je voulais dire.

MT: Attendez, le Président... Quand j'étais à Conakry, je faisais la [consultation?], tu sais, il y avait des terrains à côté de moi, à côté de moi qui, le terrain là appartenait à l'Etat, mais ils n'ont pas touché à mon terrain. Ils ont fait tomber la maison des gens, ils avaient des clôtures tout ça. Mais le Président Alpha avait dit, que tous les maisons, si une personne a consulté, ce soit le terrain de l'Etat, de ne pas faire tomber...de dire à la personne de payer le prix du terrain, mais pas le faire tomber. Parce que au fait, quelqu'un va dire...pourquoi faire tomber ça ? C'est, c'est comme ça, j'étais là-bas, il a dit. Et les clôtures qui étaient à côté de moi, étaient, étaient, appartenaient aux terrains de l'Etat. Donc ils ont fait tomber tous les clôtures. Mais la mienne, personne n'a touché, parce que tout le monde sait. Est-ce que, est-ce que c'est...je pense pas que c'est quelque chose qui...quelque chose qui appartenait... tant que tu es Président, tu peux donner à qui tu veux.

FC: Mais bien sûr, c'est...

MT: C'est pas condamnable.

FC: Non. Je sais que c'est pas condamnable. Mais si ça m'appartient à moi, parce que ... Imagine, moi je suis Président [inaudible], il y a aucun problème...

MT: Frédéric... Frédéric, dans le cas comme ça, c'est méchant, personne ne va, tout le monde dira que c'est méchant. Tu vas voir une dame euh, qui veut investir dans les choses comme ça, tout ça là, tu t'imagines combien j'ai mis là-bas, jusqu'à présent ?

FC: Comment il a dit à tout le monde qu'il allait le reprendre ça. A l'époque... il y a quelques mois de ça, il avait dit.

MT: Non, non. Daddis est venu, il n'a pas repris. Konaté est venu, il n'a pas repris. Qui va reprendre ? Tu sais, quand Daddis était là, il était du... Ils ont cassé ma maison, ils ont pris pas mal de trucs dans ma maison, mes frères, mes sœurs, ils ont détruit, tout ce qu'on avait là-bas, à Dapopa [?], mais ils n'ont pas touché à cette... c'est anormal je vois, c'est anormal ça, c'est anormal. C'est anormal ça. Ce terrain il a signé, c'est lui qui a signé, il m'a donné parce que la Première faisait la jalousie avec ça, donc il a signé, il m'a

donné. Il dit, c'est pour toi. Va te faire ce que tu dois faire et je te soutiendra. Comment il a parlé de ça pour me récupérer, pour récupérer ça. Les autres n'ont pas fait, parce que la vérité est là. C'est comme lui, il peut donner le terrain à quelqu'un, c'est pas un crime. Est-ce que c'est un crime ? Si un Président de la République donne un terrain à quelqu'un, c'est pas un crime ça ? C'est pas un crime.

FC:     Oui, mais, lui euh, tu sais, tout le bazar qui fait, qu'est-ce que tu crois. Tu sais c'est un...un type, tu sais lui on peut pas avoir confiance...

MT:     Et quand Daddis était là, tu sais très bien ce qu'il a fait. Il a fait semblant, tu sais très bien ce qu'il a fait, et puis, mais il a dit la vérité. Son mari il a donné, il a donné, même moi je peux donner un terrain à quelqu'un, pourquoi lui le prend ? C'est méchant. Et il a cherché [Bonabo] [?]. Voilà. Il a cherché. Euh, j'avais aidé un militaire, là. C'est lui qui m'a appelé pour me dire ça. J'ai dit c'est méchant, pourquoi il, [Bonabo] [?], que quand son frère était malade, c'est mon papa qui lui avait sauvé parce que mon papa était Major. Tu sais ça ? Il était Major.

FC:     Oui, il était à l'armée ?

MT:     Il était à l'armée, et c'est les...c'est les français qui lui ont appris. Il a étudié dans affaire de docteur.

FC:     Ah oui ?

MT:     Oui.

FC:     Ah ça je savais pas, ça.

MT:     Il avait sauvé le, l'un des frères de Bonabo. Oui il a fait ça.

FC:     Bonabo [inaudible], tu veux dire ?

MT:     Oui. C'est impossible...est-ce que c'est un crime?

FC:     Qui est encore chez toi ?(...) Ta famille, qui est à Conakry ?

MT:     Ma famille est là-bas... sont là-bas.

FC:     A Forécariah, à Forécariah, y a qui à Forécariah maintenant, dans ta maison ?

MT:     Forécariah ? J'ai pas de maison à Forécariah.

FC:     La petite maison où tu étais ? Enfin la maison où tu étais. La Maison de Forécariah...

MT:     Non, j'ai pas eu...

FC:     Ah pardon...Forécariah... à, à Dubréka ?

MT:     Dubréka, j'ai ma maman qui est partie pour [inaudible]. Et puis j'ai ma sœur qui est là-bas.

FC:     La maison, que je connais de Dubréka, qui habite là-bas ? Ta maman elle est là-bas maintenant ?

MT: Oui. Elle est partie dans [inaudible] pour saluer la mort du [inaudible], et puis de suite là.

FC: Donc elle est à Dubréka, maintenant ?

MT: Oui, elle va se retourner.

FC: Et là, elle est avec elle ?

MT: Oui, elle est avec elle, parce que sa...

FC: Qu'est-ce que tu veux ? Tu veux du ketchup, quelque chose ?

MT: Non, c'est bon.

Une serveuse: Do you need anything ? Mayonnaise, Mustard, anything like that?

FC: Mayonnaise ?

MT: Non, c'est bon.

FC: It's ok, thank you.

Une serveuse: Enjoy.

FC: Là, elle est avec ta maman à Dubréka alors ?

MT: Oui. Mais qui t'as raconté des trucs là, soit disant qui veut prendre mes terrains ?

FC: Je ne sais plus ce qu'il avait dit, à la Présidence...

MT: A qui ?

FC: Je ne sais pas à qui exactement, mais à la Présidence, ils disaient qu'ils voulaient absolument te reprendre...

MT: C'est méchant. Quelque chose que mon mari m'a donné, puis j'ai... j'ai investi là-bas. C'est méchant.

[Bruits de couverts]

0h43m02s  FC : T'as eu des nouvelles d'Ahmed, non ?

MT: Non. Tu sais, un jour j'étais avec euh le Président, y a la sœur de feu, de feu Sékou Touré, qui était là, et elle avait un problème avec son terrain. Mais tout de suite le Président a donné l'ordre de, d'aller lui...d'aller retourner ça.

FC : Ca veut dire quoi retourner ça ?

MT: Parce que les hommes ont pris ça, pensaient que quand ils sont allé l'aider de prendre les terrains de la sœur de Sékou Touré. Alors comme t'as dit, non, rendez lui son terrain, tout de suite. C'est poli. Rendez-lui, pourquoi prendre ?

FC : Bien sûr.

MT: Dans l'immédiat, ils sont partis. Ils ont fait…Tu sais même le terrain là, il y a un des fils du patron, il voulait ce terrain là aussi.

FC : Oui, il y a longtemps. Je me rappelle de ça.

MT: Il voulait ça, mais il a pas eu.

FC : Est-ce que les gens… je passe complètement à autre chose, hein ? Les gens qui t'ont posé des questions l'autre jour, ils t'ont laissé une carte ?

MT: Une carte ?

FC: Une carte de visite ?

MT: C'est leur numéro qu'ils avaient laissé.

FC: Juste le numéro de téléphone. Il n'y a pas une carte de visite ?

MT: Oui, c'est ça, je dis, une carte de visite.

FC: Tu as la carte de visite ici ?

MT: Non, je ne suis pas venu avec.

FC: Ah, c'est dommage.

MT: Pas maintenant. Pourquoi ?

FC: Pour savoir qui c'était. Tu sais, si tu peux. Avec ton téléphone, tu prendras une photo, tu m'enverras la photo par téléphone.

MT: D'accord. Je laisserai à personne m'enlever ce terrain là, c'est mon souvenir.

FC: Je sais. Non mais je crois que, si, vu que depuis qu'il a dit ça, il a rien fait. je pense qu'il va pas toucher.

MT: Tu sais pourquoi il n'a pas donné aux autres ? Il disait que les autres allaient vendre, et ils n'allaient pas réutiliser. C'est pour ça, il disait…ça je confirme. Il disait confiance en toi, je sais que tu peux le faire.

[Bruits ambiants]

FC: Les gens disent qu'il a sacrifié son frère. Tu crois que c'est vrai ? Alpha ?

MT: J'ai pas entendu ça.

FC: T'as jamais entendu ça ?

MT: Non.

FC: T'as jamais, jamais entendu ça ?

MT: Jamais entendu.

FC: Tu sais son frère qui était mort tout de suite après qu'il a été élu.

MT: J'ai entendu, oui. Il était mort. L'un de ses frères.

**p. 174**

FC: Et Ousmane ? Ousmane Conté ?

MT: Il va bien.

FC: Il est où ? Il est toujours à Conakry ?

MT: Oui.

FC: Qui s'occupe de toutes les rizières et de tout ce qu'il avait ?

MT: Comme quoi ?

FC: Les rizières. Là où ils faisaient le riz ? Qui s'occupe de ça ?

MT: Il y a personne.

FC: Tu veux dire que là où le patron avant, il faisait tout le riz et tout ça, il fait plus rien ?

MT: Non.

FC: C'est pas possible. Plus personne fait ça ?

MT: Plus personne. Les gens se sont partagés. Les villageois, c'est eux qui font ça.

FC: Ils font pour eux, maintenant.

MT: Oui. Ils savaient faire. Des chances avec l'argent.

FC: Bah oui, mais il faut travailler quoi.

MT: Oui.

FC: Tu sais, à une époque j'étais allé voir, parce qu'il y avait un... il travaillait dans le... comment on appelle ça ? J'étais à Beaufort là-bas. Il y avait euh...des cannes à sucre. Pour faire du sucre et tout ça... mais il n'y a personne qui travaille. C'est compliqué... c'est compliqué. Ca c'est des bons projets, ça. La canne à sucre. Parce que la canne à sucre, tu fais du sucre. On avait regardé, ce qui restait de la canne à sucre, tu le brûles. Tu fais des [inaudibles] avec ça. Ca c'est des bons projets.

MT: Oui.

FC: Maintenant, tu vois. Le Ministère de l'Agriculture et tout ça, il devrait aider les gens à faire ça. Qu'est-ce que tu veux faire.

MT: Ils veulent faire ça maintenant.

FC: Maintenant ?

MT: oui, Ils vont faire ça maintenant.

FC: Ah non, ah non. Il n'y a personne qui veut rien faire là-bas maintenant. Il faut être fou pour aller faire quelque chose là-bas. A Conakry. Qui tu veux qui aille faire quelque chose là-bas. Avec le vieux, il n'y a rien qui se passe. Tu sais, le pays maintenant il faut juste que l'autre il s'en aille et qu'il y est quelque chose de normal qui se passe là-bas. C'est un truc de fou. Tu sais la

la la Guinée, ca pourrait être un pays, comme la Guinée équatoriale, pas Bissau, la Guinée équatoriale, ca pourrait être un pays magnifique, magnifique. Tu te rends comptes du nombre d'années perdues depuis 2005. Je ne parle pas d'avant, avant lorsqu'il n'y avait que Rio Tinto. Je te parle de 2005, 2006. Depuis 2006 qu'il y a le groupe là, on est en 2013, il s'est rien passé. Rien, rien. Ça fait un an, un an et demi que euh le groupe là ils avaient prévu de commencer à évacuer Zogota ou je sais pas quoi. L'autre gisement. Ils ont rien fait, tout est arrêté. Non seulement ils ont tout arrêté, mais ils ont cassé tous les camions, toutes les machines, tout ça. Des millions et des millions de dégâts ils ont fait. C'est, c'est grave de voir que le pays, il est comme ça. Parce que les gens, malheureusement, ceux qui, ceux qui ont le plus souffert de tout ça, c'est la population quoi. Parce qu'il n'y a rien qui se passe, y a pas d'investissements, y a pas de trains, y a pas de si, y a pas de... y a rien. Et tu sais que ça pourrait être euh, je te dis, ça pourrait être un pays comme la, comme la Guinée équatoriale. Avec plein d'activité, avec plein de, plein de choses. Regarde, rien que Freetown avec le peu qu'ils ont déjà de mines, ca va déjà beaucoup mieux. Et ils ont, ils ont... si tu veux, à côté de Conakry, c'est déjà, à côté de la Guinée, c'est comme si la Guinée c'était toute la table, Freetown c'est gros comme ça. C'est ridicule ce qu'ils ont à côté de, à côté de la Guinée. Mais malgré tout, ils travaillent. Quel malheur de ce type là, c'est...Qu'est-ce que tu veux faire ? Ça fait mal au ventre, ca fait mal au cœur. Ça fait mal au cœur. Je vais te manger toutes tes frites hein ? Et, comment il s'appelle, Seny, il reste ici, mais il n'a pas de visa lui pour rester ici ?

MT: Il est là...

FC: Il est juste là, quoi. Il faut faire attention...

MT: Pourquoi ?

FC: Bah, parce que quand tu as pas de visa quelque part, si t'es arrêté, ils vont te...tu as des problèmes non ?

MT: Non, il va bientôt il va avoir son green card.

FC: Ah bon ? Ah. Comment il a fait ça ?

MT: Il a, il a, il a appliqué... donc bientôt ils vont lui donner.

FC: Ah ça c'est bien ça, c'est une bonne nouvelle ça. Ca c'est bien. Et euh... sa femme Florence, elle a une fille aussi non ? Elle est toujours en France, non ?

MT: Oui.

FC: Alors, elle doit être grande sa fille. Elle doit avoir quoi, 14 ans, 15 ans? Quel âge ?

MT: Non, non, non.

FC: Elle avait déjà 4,5 ans quand on l'avait vu. Elle a peut être pas 14 ans mais elle doit avoir 12 ans...non ?

MT: Je pense pas, tu sais elle a 12 ans.

FC: Ca fait déjà combien de temps qu'il est ici ? Moi je me souviens j'avais aidé. J'avais envoyé des, un peu quelque chose à Florence, à Florence... la petite

**p. 176**

elle était déjà née. Je sais pas quel âge elle avait, je crois qu'elle avait déjà 2-3 ans... C'était en 2006, 3 ans, 6, oui t'as raison, elle doit avoir 9-10 ans, 9-10 ans. Oui, tu as raison, 9-10 ans. Ah la la. Tu veux un autre Cranberry ? Tu veux un dessert ou quelque chose, non ? Je ne sais pas ce qu'il y a là. Je vais demander ce qu'ils ont comme dessert. Qu'est ce que tu voulais toi ? Je vais demander ce qu'elle a. Toi tu aimes bien la vie ici ?

MT: C'est pas comme...

FC: Ca peut pas être comme Conakry, comme la Guinée... c'est tellement différend. Entre l'Afrique et les Etats-Unis. Ca peut pas être pareil.

MT: Oui, ca c'est vrai. Ici c'est beau. Mais... y a pas de famille qui vient, salut...C'est la seule différence. Et tu peux pas non plus aller chez les gens, sans rendez-vous.

FC: Oui.

MT: Les coutumes diffèrent.

FC: Après c'est bon, c'est sûr. Mais si tu as des amis ici qui sont africains, tu peux avoir le même comportement que quand tu es en Afrique.

MT: Oui.

FC: Le tout c'est de pas être tout seul quoi. Il commence à y avoir une petite communauté

MT: Mais j'aime bien ici.

FC: C'est sûr que c'est bien, c'est sûr que c'est bien. Ah l'Amérique, c'est l'Amérique, hein ? Tu peux faire ce que tu veux. Moi je pourrai pas venir ici, parce que j'ai ma famille en France et tout ça, mais autrement bon. C'est quand même agréable. Et il y a pas l'hiver ici, déjà ca c'est bien. Encore que ici, à Jacksonville, il fait plus froid qu'à Miami quand même.

MT: Ah bon ?

FC: Il n'y a pas de différence [inaudible] en hiver ici.

MT: Oui, un peu, un peu.

FC: Il fait plus froid ici, que dans le sud à Miami.

MT: Ah bon. Pourtant tu m'as dit que ici c'est chaud.

FC: Non c'est chaud, mais je crois que en bas il fait plus chaud là non. Non Il fait chaud l'été, mais je te parle de l'hiver. Il y a un peu d'hiver ici là quand même.

MT: Oui, y a un peu. Mais ça neige pas. Ca neige pas quand même.

FC: Bah c'est sûr. C'est sûr que c'est pas la vie à Londres hein. A Londres. Mais pourquoi ta maman elle est pas restée à Londres, pourquoi [inaudible]...

Une serveuse: How's everything ? Cranberry ?

FC: Yes another cranberry, and wich desert you have today ? the desert of the day is?

Une serveuse:  [Inaudible]

FC:     Euh, chocolat, citron et…the other one ?

[Inaudible]

FC:     Ah Cheesecake

[Inaudible]

Une serveuse:  and Cranberry Juice ?

FC:     Two please.

Une serveuse:  OK.

FC:     Thank you. Hum. Oui, elle était partie avec Ahmed, pour Londres, non ?

MT:     Oui.

FC:     Et ça lui a pas plu ? Elle devait rester là-bas, non , au départ ?

MT:     En fait, comme elle avait pas ses enfants là-bas, je crois ça, c'était bien mais quelque chose lui manquait. C'est ça…

FC:     Parce que à Londres il y a qui ? Il y a Ahmed avec sa femme et ?

MT:     Ahmed était même pas tranquille là-bas.

FC:     Ahmed il était à Conakry lui. Et après il y a sa femme là-bas et les enfants

MT:     Sa femme, s'est très bien occupé d'elle quand même.

FC:     Il est bien Ahmed, c'est un gentil garçon. Il est gentil, tu sais il essaye d'être droit. Tu sais c'est pas quelqu'un qui essaye de jouer.

MT:     Oui, il est comme ça, il est très gentil.

FC:     Tu es venue en taxi ?

MT:     Oui. Je suis venue en taxi, oui.

01h02m00s    FC:     Et donc les gens là, ils t'ont donné une carte. Une carte de visite ?

MT:     Oui.

FC:     Avec leurs noms. Et c'est quoi marqué dessus ?

MT:     C'est les écritures, qui sont là bas (…) les écritures, et puis il y a le numéro de téléphone.

FC:     oui mais y a pas un nom, il y a le nom des gens quand même, non ?

MT:     Il n'y a pas mis ça. J'ai pas fait attention, mais la c'est le numéro, leur numéro quoi.

FC:     C'est la femme qui parlait français ?

**p. 178**

MT:     Oui. Mais son français était...

FC:     Un peu moyen quoi...

MT:     Oui. Il y avait comme anglais façon là. Il y avait un peu d'anglais là dedans.

FC:     Mais ils étaient gentils. Ils n'étaient pas agressifs quoi ?

MT:     Non, ils ne m'ont pas agressé. Ils ne m'ont pas agressé.

FC:     Ils t'ont dit qu'ils faisaient une enquête ?

MT:     Oui.

FC:     Par rapport à quoi précisément, ils ont dit ?

MT:     Ils ont dit qu'ils étaient entrain de faire un enquête, et les pots de vin, concernant les contrats miniers en Guinée. C'est ce qu'ils avaient dit. Et ils ont dit si j'ai des documents. J'ai dit "non, j'ai pas de documents." Ils ont dit si je ne parle pas des documents, ils vont me comparaître devant le grand jury. Et me donner un subpoena. Me donner un subpoena. Ils vont me donner, pardon ils vont me donner un subpoena et me comparaître à la Cour devant un grand jury.

FC:     c'est quoi un subpoena ?

MT:     J'en ai aucune idée. Aucune idée. J'en ai aucune idée. Et, ils vont me comparaître aux Cours et puis devant le Grand Jury.

FC:     je vais marquer ça. Je vais regarder ce que c'est ce subpeona, je connais pas ça.

MT:     Et aussi, ils ont dit, je vais donner tous les papiers à la Cour. Tous les documents à la Cour. Du moins...alors je leur ai dit. Moi je n'ai rien dit, hein ? je n'ai pas dit si j'ai des documents.

FC:     Tu as dit que tu n'as rien du tout.

MT:     Je n'ai rien dit, et puis...ils ont laissé leur numéro de téléphone, mais comme je vous dit je pense que le dossier que nous voulons de tous, c'est le même dossier que le Gouvernement américain veut.

FC:     De toute façon, c'est simplement le dossier de de des photocopies qui ont atterries chez Alpha, c'est tout.

Une serveuse:     (...)When you're ready. No rush.

FC:     Thank you.

MT:     Excuse me.

Une serveuse:     Thank you.

01h05m40s     MT :     Et le grand jury, c'est quoi ?

FC :     C'est un jury qui... pour toutes ces opérations là, pour ces choses-là. C'est pour ça que je te dis, c'est bien de partir. C'est bien de partir. Un subpoena je ne sais pas ce que c'est. [Pause] Bon alors, pourtant je t'avais dit, la

dernière fois que l'on s'était vu, je t'avais dit, garde rien chez toi. Tu m'écoutes pas. Tu as eu de la chance. Tu as eu de la chance que ce soit... qu'on t'est demandé quand tu es allée là-bas parce que s'ils viennent chez toi qu'est-ce que tu fais ? Même si c'est des photocopies, des choses comme ça après tu peux pas leur dire que t'es pas au courant. T'as des photocopies chez toi? Pourquoi t'as des photocopies chez toi ? Tu vois.

MT : Tu penses que la photocopie est valable ? Même si [inaudible]...

FC : La photocopie c'est pas valable, mais peu importe. C'est pas ça. C'est que, si tu dis à quelqu'un je suis au courant de rien et j'ai rien à voir avec tout ça, mais que, il y a des documents ou des photocopies avec ton nom et tout ça, tu peux pas dire que tu n'es pas au courant, parce qu'il y a ton nom. Pourquoi t'as ça chez toi ? Tu sais qu'il faut tout détruire, c'est simple. [Pause] Après, il y a une chance que tu as, c'est que avec ton passeport diplomatique il y a certaines choses qu'ils ne peuvent pas faire. Donc ça c'est déjà une bonne chose... Legal definition is writ commanding a [inaudible] ... Je crois qu'un subpoena c'est une demande officielle, de venir à la Cour. Je crois, hein. [Pause] Je crois que c'est ça. Je crois que c'est ça. Je vais mieux me renseigner. Mais je crois que c'est ça. [pause] C'est pour ça que le mieux c'est de partir, parce que s'il te demande officiellement d'aller là-bas tu peux pas refuser. Si tu es pas là, t'es pas là. Si t'es pas là, on peut rien te demander. Tu comprends ? C'est pour ça le mieux c'est... regarde un peu. Si tu pars t'es obligée de partir avec Ma ?

MT : Oui.

FC : Ah c'est ça, je crois, c'est une... c'est une demande officielle d'information. [Pause] C'est un ordre. C'est un ordre, d'apparaître à la Cour. Si tu vas... si tu réponds pas à cette demande d'aller à la Cour, tu es arrêtée. En fait, ca s'écrit S U B P O E N A. C'est subpoena. Ca s'écrit pas "supina". C'est une manière un peu plus compliquée. Ca s'écrit comme ça.

MT : Et le grand jury ?

FC : Le Grand Jury c'est eux qui vont te poser les questions. Une fois que tu reçois le subpoena tu peux pas (...) parler. C'est un truc officiel quoi. [Pause] Ca peut être fait. Ils peuvent te demander ça, soit par téléphone, soit par.. soit en personne, en te rencontrant. Il faut détruire ça vite. Malheur. Parce qu'ils disent, t'as un autre type de subpoena qui t'impose de venir en disant "je voudrais que vous emmeniez les preuves de ça ça ça... et t'oblige à les [inaudible] mais après si tu as pas, tu as pas. Si ça n'existe pas. [inaudible] to make copies of documents...ils peuvent aussi te demander par la poste, en disant envoyez nous, nous pensons que vous avez des documents comme ça, comme ça, comme ça, envoyez-les nous. [Pause] Tu veux qu'on regarde ça maintenant ?

MT : Mmm.

FC: Hein ?

MT: Quoi ?

FC: Tu veux qu'on regarde ça maintenant ou qu'est-ce que tu veux faire ?

MT: Qu'est-ce que ? Moi je pensais avoir 50, je sais j'ai dit ça.

FC: Je sais. Comment tu veux ? Tu sais je ne suis pas magicien moi, hein ? Euh, je peux voir, si je peux encore trouver. Pas ici, ici j'aurai plus, ça c'est sûr. Mais je quitte après demain... euh non, je ne sais pas quoi te dire. Ça c'est la note, la note de...Quand tu voyages, tu voyages par où ? Tu fais Jacksonville, tu passes par où ?

MT: Par Bruxelles.

FC: Tu fais Jacksonville-Bruxelles direct ? Non ? Par New York.

MT: Non. C'est Bruxelles. Washington, des fois Chicago.

FC: Là, si tu voyages, tu vas voyager toute seule ? Enfin, avec Ma ?

MT: Oui, avec Ma.

FC: Ecoute, je sais, je sais, je sais pas quoi te dire. Là comme ça tout de suite, j'ai pas d'autres solutions. Je vais...laisse-moi....Je te dis pas oui, je te dis pas non. Laisse-moi réfléchir ce que je peux trouver comme solution. Après le problème qu'il y a c'est que...

Une serveuse: I got you some change.

FC: No, thank you very much. Thank you, thank you.

Une serveuse: Oh thank you so much, have a great one.

FC: De toute façon, même si... de toute façon toi c'est pour ici que tu en as besoin ?

MT: Oui.

FC: Si j'arrive, encore à faire quelque chose, il y aura toujours Mado ici.

MT: Oui, Mado est là.

FC: Bon, au pire on arrivera toujours à...même si toi t'es pas là, on arrivera à organiser quelque chose. Tu vois ce que je veux dire où pas ?

MT: Oui.

01h19m04s FC: Je vais faire de mon mieux. Je te dis, je te dis mais bon, mais bon tout ça, comme je te dis, c'est en plus. C'est pas quelque chose que je déduis, ou j'enlève de quoi que ce soit.

FC : Mais tu sais, ne mélange pas tout dans ta tête. Il y a une chose, c'est cette histoire d'urgence pour que tu sois tranquille. Parce que, ces gens là ils rigolent pas, si demain ils viennent, ils ne rigolent pas eux hein.

MT: Ah bon ?

FC: Bah non. Tu étais tranquille quand t'étais avec les gens là, quand ils t'ont interrogé ?

MT: Non.

FC: Ah bah alors, voilà, tu crois que c'est des gens ils sont tranquilles, bien sûr que non. Bien sûr que non. Donc ça, c'est une urgence de se couper de ça.

**p. 181**

Se couper de ça, partir un peu, ça c'est une urgence. Après ton projet de, ton projet de restaurant et de machin, bon, ok, mais... ça c'est une urgence, urgence, urgence, y a vraiment urgence. [Pause] Après si tu veux retrouver moins là-bas, tu veux retrouver que 150 là-bas et que j'essaye de te trouver le moyen d'avoir 50 ici, tu viens me le dire. Ca c'est plus facile.

MT : c'est ?

FC : Si tu préfères, là-bas, à Sierra, au lieu d'avoir 200, d'avoir que 150 et que j'organise, que j'essaye d'avoir 50 ici, ça tu viens me le dire, ça. Tu comprends ce que je te dis.

MT : Mmm Mmm. C'est-à-dire dans les 200, tu enlèves 50 pour me donner ?

FC : Pour les trouver ici. J'aurai pas ça tout de suite, ca va prendre quelque temps mais c'est ça, tu dois me dire ça. Qu'est-ce que tu préfères faire ? Si t'as besoin de plus ici, plus que là-bas, je sais pas moi. C'est toi qui - comment je peux savoir - c'est toi qui doit me dire.

MT : Frédéric on avait parler de ça, je te dis que j'ai, que j'ai besoin de quelque chose pour ici, tu m'as dit que maintenant tu vas envoyer, que tu vas envoyer...

FC : Non, non, non, je t'ai pas dit. Je t'ai pas dit, si je viens ici, je viens avec 50. Je t'ai dit, je vais voir ce que je peux faire. Je t'ai pas dit oui, je viens avec 50. Et encore une fois, je te les enlève de nulle part. C'est quelque chose que je te donne en plus. Qu'est-ce que... tu peux pas me...me reprocher ça. D'accord ? Maintenant je te pose la question, c'est toi qui décide. Tu as 200. Soit tu les veux là-bas, soit tu les veux ici, soit tu les veux moitié, moitié, c'est toi décide. Maintenant je te pose une question, je m'en fou moi, c'est toi qui décide. Qu'est-ce qui t'arrange ?

MT : Moi, c'est 50 que je voulais pour ici.

FC : Je n'ai pas. Voilà, je n'ai pas. En tout cas, avant de partir je n'aurais pas. Je n'aurai pas. Donc je te dis, je peux essayer. Maintenant est-ce que tu veux que je les enlève de là-bas ou est-ce que tu veux pas les enlever de là-bas, qu'est-ce que tu veux faire ?

MT : Je comprends rien, moi. Tu avais dit tu vas essayer 50 et aujourd'hui c'est 20 qu'est annoncé...

FC : Parce que j'ai pas pu avoir. Si toi je te dis demain, tiens, trouve-moi 50 et tu trouves pas tu trouves que 20. Qu'est-ce que tu fais ? Tu m'amènes 20. Voilà. Je ne me suis pas engagé. Je ne t'ai pas dit oui à 100%. On est d'accord ? je t'ai dit: "je vais faire ce que je peux, je vais faire pour le mieux", je t'ai dit "je dois m'occuper de ça, le truc, je vais voir avec...comment je peux faire", j'ai pu faire 20, qu'est-ce que tu veux que je te dise ? Bon, si euh... je te dis, si j'arrive encore à organiser quelque chose et Mado est là, je peux envoyer à Mado. J'ai même pas son téléphone à Mado, mais tu me donneras ça.

MT : Et si Mado est en voyage, parce que Mado m'a dit que lui allait...elle doit aller en Côte d'Ivoire en Afrique.

FC : Ah, elle est en Afrique là maintenant ?

MT : Elle doit aller.

FC: Elle va partir quand ?

MT : Elle me parlait de ça...dès qu'elle veut aller. Je pense pas que...comme elle doit aller là, je sais pas.

FC: Bon écoute, de toute façon il y a quelqu'un qui peut recevoir ça ici ou pas, si je peux trouver quelque chose ?

MT : Combien de temps ? Mais combien de temps ?

FC: Je ne sais pas. Je te dis rien, je te dis ni combien, ni quand parce que après toi tu crois que c'est sûr et certain et après tu vas me faire la même histoire que maintenant pour les 50 d'avant-hier. Et les 50, je te dis moi, je ne suis pas... donc je sais pas. Mais bon Mamadie tu sais tu peux pas changer comme ça. Toi, ce que t'as besoin, t'as besoin. Le deal, au départ, c'est un million. Sur un million il y a 200 et 800, ça c'était le deal au départ. Tout le reste c'est des choses en plus, tu peux pas me reprocher ça. T'as pas le droit de me reprocher ça. Tu comprends ?

MT : Je comprends.

FC: Tu peux pas me reprocher rien du tout là-dessus, parce que je fais de mon mieux. [Pause] Pourquoi tu voyages pas avec Mado alors ?

MT : Parce qu'elle elle va en Côte d'Ivoire. Moi je vais en Sierra.

FC: Mais après tu vas à Abidjan, tu prends un vol à Abidjan, il y en a tous les jours.

MT : Parce que je n'ai rien à faire en Côte d'Ivoire.

FC: Mais tu vas pas en Côte d'Ivoire. Ah, parce que toi tu passes par Bruxelles, de Bruxelles tu prends direct... oui d'accord, oui d'accord. Oui, t'as raison. [Pause] Bon, on essaye d'avancer un peu ?

1h25m45s MT : Oui. [Pause] Et les 200, qui garantit les 200 ?

FC : Est-ce que une fois je t'ai dit quelque chose qui ne s'est pas fait. Quand je te dis oui à 100%, est-ce que une fois je t'ai dit quelque chose qui s'est pas fait?

MT : Mais le problème, c'est pas toi qui contrôle, c'est ça.

FC : Non, c'est... c'est qui ?

MT : C'est pas toi qui contrôle.

FC : Je te dis que oui c'est moi qui contrôle, je te dis c'est moi qui contrôle et tu auras à 100% tes 200 à Sierra. C'est sûr à 100%. Est-ce que une fois je t'ai menti ?

MT : On avait dit 300, c'est 200 que je vois...

FC : Mamadie écoute, tu sais moi je suis fatigué de ça. Je vais... je t'ai pas dit 300, c'est 300. Je t'ai dit, je vais voir.

MT: Tu m'avais dit c'était...Tu m'avais dit que tout le monde s'est mis d'accord sur les 300...

**p. 183**

FC: Non …non, non. Je t'ai dit je vais…

MT: Tu m'avais dit ça.

FC: Bah…écoute tu sais moi je suis fatigué moi Mamadie de ça…

MT: Mais il faut bien te rappeler, tu m'avais dit.

FC: Non, je t'ai jamais dit ça. Je t'ai dit, je vais… Tu m'as demandé une partie. Je t'ai dit, une partie je vais voir quelle… si ça va être possible ou pas. Parce que au départ il n'y avait pas 200, 300, 800. Il y avait 1 et c'était tout. C'était comme ça. Tu m'as dit, non, non, non, on était assis, là, avec Cissé, tu m'as dit il faut essayer de voir si il n'y a pas…

MT: La dernière fois qu'on avait parlé. La dernière fois qu'on avait parlé, tu m'as dit…

FC: Avant que tu disparaisses… écoute moi bien.

MT: Mais après on s'est revu…

FC: Non, on ne s'est pas revu. Quand on s'est revu c'était, c'était ici…

MT: Frédéric, je t'ai dit, quand on s'est revu je t'ai dit… Tu m'as dit que c'est oui, c'est oui, c'est oui. Pourquoi, t'as dit c'est oui, c'est oui, c'est oui.

FC: Qu'est ce que j'ai dit ?

MT: Je t'ai dit pourquoi.

FC: Et là c'était 200 ?

MT: Et vous êtes revenu et t'as dit 200.

FC: J'étais pas revenu…ce, la semaine dernière j'avais dit…

MT: T'avais dit 300, Frédéric. Je ne suis pas un enfant de… Tu avais dit tu auras 300 comme ça, on avait parlé de ça.

FC: Bon. Ecoute, alors ca veut dire que je t'ai menti ? Qu'est-ce que tu veux faire ? Moi je suis fatigué de ça, Mamadie. Tu veux faire quoi ? Tu me dis ce que tu veux faire. Moi je, je suis fatigué. Tu me fais de reproches. Je viens, je t'amène de l'argent, je te trouve des solutions, je te fais ci, cela. Moi je suis fatigué. Donc, tu me dis ce que tu veux. C'est toi qui décide, voilà. Tu veux, tu veux. Tu veux pas, tu veux pas. Je ne suis pas un enfant non plus et je ne suis pas ton enfant de courses. Donc, je te, je te dis que…

MT: Frédéric, je suis plus fatiguée que toi…étant donné une femme et un enfant avec, je suis plus fatiguée que toi.

FC: Et alors, je dois supporter tout ce que tu me fais supporter.

MT: Non, je suis plus fatiguée. Quand tu me dis que c'est ça, normalement ça doit être ça.

FC: Bon alors, je t'ai menti. Je suis désolé, je t'ai menti.

MT: Quand tu me dis ..Quand tu me dis, ça, après, c'est ça.

FC: Alors, quand je te dis 50, c'était... j'ai pris un engagement de te donner 50, c'est ça ? Mais c'est de l'argent qui vient de chez moi. Qu'est-ce que tu peux me reprocher ? Je te l'enlève de nulle part.

MT: Frédéric, j'ai bonne mémoire. Tu m'avais dit 300, tu as dit tout est d'accord. Tu m'as dit ça. J'ai entendu, tu m'as dit ça.

FC: Non.

MT: Et c'était là-bas tu m'as dit ça. C'était là-bas.

FC: Pas du tout. C'est pas du tout. C'est quand on était ici...

MT: Non, c'est là-bas. Si tu te rappelles, c'est là-bas.

01h29m00s FC : Ecoute-moi bien. Avant de disparaître, on était ici. Tu m'as dit - il y avait Cissé qui était là - tu m'as dit écoute, l'histoire des uns, et tout ça ici et là, je veux absolument avoir une partie. Je t'ai dit je sais pas, je vais voir. Qu'est ce que tu veux, tu m'as demandé d'avoir 300 et machin, je veux avoir quelque chose. Je t'ai dit écoute je sais pas, je vais voir ce que je peux avoir. Quand je t'ai dit que j'ai eu une réponse positive, après quand on s'est vu, je t'ai dit, tu as disparu, j'ai eu une réponse positive. La réponse positive, la réponse positive, c'était pour avoir une partie. Maintenant la partie, c'est une partie des 200 qu'on m'a donné. Qu'est ce que tu veux que je te dise ? On m'a donné, je te les donne. Tu les veux, tu les veux, tu les veux pas, tu les veux pas. Je ne sais pas quoi te dire. Voilà. Je ne sais pas te dire mieux que ça. Maintenant, ces papiers là, si tu veux les garder et aller les amener chez eux, va les amener chez eux. C'est toi qu'on va prendre, que l'on va mettre en prison, c'est ton machin.... Donc de toute façon toi ton intérêt c'est de les détruire, donc je ne vois même pas quelle histoire tu fais là. Parce que de toute façon, ça, c'est une bombe atomique pour toi. C'est ça. Si je veux t'aider de partir en Sierra, c'est pourquoi tu crois ? C'est parce qu'ils vont te prendre, ils vont te prendre, ils vont te faire une tête comme ça, te poser des questions des questions des questions, et ca va être un drame. C'est pour ça je te dis que je veux absolument t'aider et que tu ailles là-bas et que tu sois tranquille. Parce que ton histoire de fruits et légumes, si tu es ici, et qu'ils te font, qu'ils t'envoient de subpeona et tout ce bazar, et qu'ils t'emmènent là-bas. Ton histoire de fruits et légumes, tu peux oublier. Ton histoire de restaurant, tu peux oublier. Ton histoire de maison ici, tu peux oublier. Tu crois qu'ils vont te laisser comme ça toi. Depuis longtemps je te dis ça, donc écoute...Tu sais, je ne suis pas un enfant non plus, hein.

MT: Et moi, je suis un enfant ?

FC: Non. Non. Ah oui, toi t'es un enfant parce que tu prends des décisions qui sont très mauvaises. Oui. C'est une bonne idée d'aller voir Samy. C'était une très très bonne idée d'aller donner des photocopies à Samy. Parce que si tu es dans la merde aujourd'hui avec des subpoena, avec des gens qui veulent... ton truc, c'est à cause de ça.

MT: Non.

FC: Ah non ? C'est à cause de quoi alors ?

MT: Si tu étais... si tu étais arrangé comme il fallait, ça n'allait pas arriver. Ca n'allait pas arriver.

FC: Ok, ok.

MT: On me dit aujourd'hui on te paye ça, et demain on te paye ça. On te dit aujourd'hui on te paye ça, demain on te paye ça. Ca a été toujours comme ça, Frédéric. Soit raisonnable.

FC: Bah écoute, je ne sais pas quoi te dire.

MT: Quand tu dis à quelqu'un, je vais te faire ça, et que tu changes. Une fois, deux fois, trois fois. Je vais te donner deux, et tu viens avec euh un. Je vais te donner 3. et tu viens avec euh… tu vois qu'est-ce que ça fait ?

FC: Ok.

MT: C'est pas…

FC: C'est pas à cause de ça qu'il y a une enquête, hein ? S'il y a une enquête, c'est parce qu'il y a un Samuel qui est allé se promener avec tout ce que tu lui as donné hein ?

MT: Je l'ai pas demandé, de, de..

FC: Ah, je te dis pas que tu lui as demandé, en tout cas, tu lui as donné. Si tu lui avais pas donné, il ne serait pas allé voir…il ne serait pas allé voir Fofana, il ne serait pas allé le vieux, et il ne serait pas allé voir les Soros et compagnie. Voilà.

MT: Qui est Fofana ?

FC: Fofana, c'est le Ministre des mines. Et oui, Mamadie, tu peux faire ce que tu veux, s'il y a…s'il y a un gros bordel aujourd'hui, c'est parce que Samy est passé par ici. Crois-moi, crois-moi, je sais exactement ce que je dis, parce que je connais un peu le dossier quand même. Voilà, bon. Je ne dis pas que tu es une enfant, mais je dis que tu as fait des mauvaises décisions. Voilà. [Pause] Je vais vite voir juste l'écran, je reviens, voir à quelle heure il est mon vol.

[Pause]

Homme non-identifié: Stand up. Put your hands behind your back [inaudible]

01h35m32s FIN DE L'ENREGISTREMENT

Société Civile Professionnelle
Yann JEZEQUEL
Christine PINHEIRO
Et Anne-Sophie GRUEL
Huissiers de Justice associés
44 rue Poliveau
75005 PARIS

Puis j'ai placé la clé USB sous scellé afin d'être annexée au présent procès verbal de constat.

## TELLES SONT MES CONSTATATIONS

Et de tout ce que dessus, j'ai fait et rédigé le présent procès verbal de constat, pour servir et valoir ce que de droit.

## SOUS TOUTES RESERVES

## ACTE SOUMIS A LA TAXE PARAFISCALE

