UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BSG RESOURCES (GUINEA) LIMITED, BSG RESOURCES (GUINEA) SÀRL, and BSG RESOURCES LIMITED,

    Plaintiffs,

 v.

GEORGE SOROS, OPEN SOCIETY FOUNDATIONS, OPEN SOCIETY INSTITUTE, FOUNDATION TO PROMOTE OPEN SOCIETY, OPEN SOCIETY FOUNDATION, INC., ALLIANCE FOR OPEN SOCIETY INTERNATIONAL INC., OPEN SOCIETY POLICY CENTER, and OPEN SOCIETY FUND,

    Defendants.

---

**NOTICE OF APPLICATION FOR THE ISSUANCE OF INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**

    PLEASE TAKE NOTICE that upon the Application for the Issuance of a Request for International Judicial Assistance (Letter Rogatory) for the Production of Documents in the Federative Republic of Brazil submitted by Defendants George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund (collectively, "Defendants"), and exhibits thereto, and all other papers and proceedings herein, Defendants will move this Court, before the Honorable Judge Andrew J. Peck, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order

issuing a Letter Rogatory addressed to the appropriate judicial authority of the Federative Republic of Brazil.

| | |
|---|---|
| Dated: October 27, 2017<br>New York, New York | Respectfully submitted,<br><br>WILLKIE FARR & GALLAGHER LLP<br><br>By:  /s/ Elizabeth J. Bower_____<br>     Joseph T. Baio<br>     Benjamin P. McCallen<br>     James Fitzmaurice<br><br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>jbaio@willkie.com<br><br>     Elizabeth J. Bower<br><br>1875 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 303-1000<br>ebower@willkie.com<br><br>*Attorneys for Defendants* |

TO:

GREENBERG TRAURIG, LLP

Louis M. Solomon
200 Park Avenue
New York, New York 10166
(212) 801-6500
lsolomon@gtlaw.com

*Attorneys for Plaintiffs*