# EXHIBIT F

# Part II of VIII

CONFIDENTIAL

MT:   Tell me something. Is Mahmoud Thiam ... I saw him on the internet. What does he have to do with ...

FC:   I don't know.

MT:   I saw him on the internet.

FC:   He's got nothing to do with um ... I know that Alpha had attacked him and ... um ... saying that um... The same. You know, always the same nonsense as with you, saying that he had received money, he favored BSGR when he was a minister. And what he did, Mahmoud Thiam, he made a press statement saying that first, it was all bullshit and then more, at the time, if I remember correctly, at the time Mahmoud Thiam had even helped, of his own funds, he helped ... What's his name? Alpha when it was election time but finally he settled his accounts. This is between them. It's between Thiam and Alpha.

MT:   Mahmoud Thiam and Alpha?

FC:   It's in the press. [Coughing] He had made a very, very powerful statement, very very powerful [Coughing] against, what's his name, against Alpha yeah. Very powerful against Alpha. And then I don't know, I don't know what became of Mahmoud Thiam. I think nobody has contacted him. I don't know, he's working in the United States, right? Where does he work?

MT:   [Inaudible]

FC:   Because he has dual nationality. He is Guinean and American, I think.

MT:   Really?

FC:   I think so. I think, I don't know. It seemed he was ... that he had dual nationality.

MT:   He thinks ... Alpha thinks he had received money from BSGR.

FC:   Alpha ... um ... that he favored at the time when he was a minister, and he favored the project of BSGR. But um ... it's still Alpha. He forgot that there was ... Who was already the Prime Minister when Mahmoud Thiam was ... There was the Prime Minister, there was everyone but all the people who have signed the BSGR agreement at the time of Lansana Conté, all the people who have all signed agreements even after when there was

MT:   Dadis.

FC:   When there was Dadis and everything, these people are now with Alpha. This is the same. Well yes. Because you take - what's his name? Fofana, he was already there at the time.

MT:   Fofana who?

FC:   The Minister of Mines.

MT:   Who?

FC:   The current Minister of Mines, he was already involved at that time. Similarly, there is his signature in the file - in the BSGR agreement, there is the signature of Fofana. All the people who were involved at the time are still in

28

CONFIDENTIAL

charge now. And Alpha says there was corruption in the file. But whose corruption? It's the same people who are there now – the Fofanas [inaudible], although there was Thiam, but there was the Prime Minister, there were all those people, so it's a bunch of nonsense. You see, it's - what's his name? The prime minister at the time, I can't remember who it was. It wasn't Doré, was it?

MT:     The Prime Minister of Dadis?

FC:     Um yeah. No, that. The time after Dadis. Kouyaté. Um not Kouyaté. Konaté.

MT:     Konaté.

FC:     Konaté. When there was Sekouba Konaté, I don't remember who was Prime Minister. But all of those people, they are still there today in the presidency or in ministries. So it's those people who should be asked the question. Why is he going to bother Thiam? Why is he going to bother everyone? It's simply because he schemed so much with the South Africans, with [inaudible], with all the people who have, you know, with the election company, [Weimart]. He stole the elections. He never - you know, the second round of elections, it's [Weimart] who did it

MT:     But that he bought all that, do you really think it's true? [Laughs]

FC:     Definitely. Definitely. Definitely. There's no question about it. It's 100% certain. He stole the election with all of those people. He entered into agreements to give them a piece of the BSGR file, to give them a piece of this, a piece of that. Withdraw contracts with companies that were present before him and give them to his friends. His son, he is involved in all of these schemes. He is involved in all those things. And there you have it. What more do you want me to say? It's not even a maybe. His son, he's in a company with - what's the name of the guy who helped at that time? What do you call him? The one who was in the SMEs, the thug.

MT:     Boubah.

FC:     Boubah. That's it. So Boubah was with the son. They are involved in all of those plots - they want to bring back Nimba's stories. They are involved in a company called Sable Mining and it's under their name. It's all a bunch of plotting. It's nothing but plotting. The problem is that I think he doesn't even know how to get out of all these plots, there are so many of them. He doesn't even know how to get out -

MT:     What did Mahmoud Thiam do? Because he received money [inaudible].

FC:     Mahmoud Thiam did not receive any money. What's his name? Alpha said, in order to attack the entire file, he said: "Mahmoud Thiam was corrupt, he received money" but Mahmoud Thiam has nothing to do with anything. You know the contract - that is what annoys Alpha the most - it's that the BSGR agreement was very well done at the time. Because, precisely to avoid problems of saying there is, there was someone who gave me the authorization, permission, and who signed, there is not a single person who gave permission. There are twenty signatures, thirty signatures on the BSGR contract: the minister of this, the minister of that, the budget minister, the permission of this one, the permiss – Everything was done with many, many people involved, so that, and ... Fortunately Beny was smart to insist

**p. 101**

CONFIDENTIAL

that it should be done in a very proper manner so that no one could attack it later. I mean when you look at the contract today, even Fofana was in it. But the one who - the current Minister of Mines, even he was in it. So everyone gave - so he's trying to attack Mahmoud Thiam, he's trying to attack this, he's trying to attack this by saying you gave money to this guy, you gave money to that guy. He even let it out that – I can't remember - that - I can't remember – that Mahmoud Thiam, he accused him of being invited to a hotel somewhere in Europe, I don't remember what part, by BSGR. The story's a bunch of bullshit. Mahmoud Thiam, he wrote in his public letter that he didn't need anyone to pay for his hotel room when he was traveling somewhere or other. You know, you see, the story's a bunch of bullshit, to tarnish the group and the group's image. And I'll tell you, it's all because he already entered into agreements with other people for this project. He wants to take the Simandou project from BSGR and give it to someone else. Because he's already sold it, he already made agreements with some people and with other people and he doesn't know how to get out of it, so he can't confirm BSGR in this agreement and he just wants them to step down. You know, he is the President of the Republic. The problem is that there is no serious opposition in Guinea and he does what he wants. He tries - he tries to... But in the meantime, you know, the problem is that it's been two years since he was elected, people are fed up, people are sick of him, they want to work, and they want to eat, and they want healthcare. And nothing happens in this country because of this idiot who has, who has - I can't even say who elected this imbecile - who stole the election. Because it's the truth. You know, right? You know it was stolen. Everyone knows it was stolen. And it was stolen with [Weimart]. That's why now - what's his name? Cellou - Cellou and all the others, they don't want [Weimart] to organize voting for the legislative elections. Because they'll do the same thing. And when they want to organize the votes of Guineans living outside of Guinea, what do you think that is? You know, the Guineans who are not in Guinea, who are outside of Guinea, who will vote in embassies, I won't even tell you about the cheating that goes on. It's all cheating. So that, that's Alpha. That's your President.

MT:    [Laughs]

FC:    That's your President Alpha. But in the meantime you know, in the meantime it's complicated. That's it.

MT:    And in the meantime, it's complicated.

FC:    In the meantime it's complicated and it's annoying everyone.

MT:    [Inaudible].

FC:    But Thiam, I think the issue ended immediately, I think he stopped attacking him because Thiam didn't let himself be messed around with.

MT:    Thiam must never tell him that he received the money.

FC:    But Thiam didn't receive anything. Thiam didn't receive anything. No, but Thiam has nothing to do with these stories

MT:    [Inaudible]

FC:    I tell you -

CONFIDENTIAL

CONFIDENTIAL

MT:    Asher was there at the time.

FC:    I'm telling you that that has nothing to do with it. You know there is a sort of legend in these BSGR matters. There's a story - it's like a legend. Everybody says this and that. Even you weren't there when it happened.

MT:    No I was in Freetown.

FC:    Right. Even you weren't there when it happened. And after it happened, because he also looks for stories about Konaté - at the time of Konaté. So he is looking for everything, you see. The only thing - the only difference is that, as you have seen, he attacks everyone except Konaté. He is afraid of Konaté.

MT:    Really?

FC:    Don't you think Alpha is afraid of Konaté? Alpha is very afraid of Konaté. So he got on everyone's nerves. He got on Thiam's nerves, he got - he never mentioned Konaté, not even a word about Konaté. The tiger isn't pushed around like that.

MT:    You know, at the time, the tiger [inaudible] to give me my money.

        You know, Thiam had said why the multi-billionaire didn't let go of my – my lady there. He had said that.

FC:    I wasn't there.

MT:    He said that to Aboubacar… [Inaudible].

FC:    I don't know him.

MT:    I heard Thiam. I didn't know him. It's Aboubacar in fact who made it so that I heard Mahmoud Thiam.

FC:    I don't know anything about these stories.

MT:    You weren't there. That's when I traveled to Conakry.

FC:    Come on, listen, let's just hope now that this President quits being a pain in the ass and that we finish this project because we are sick of it. We must finish this project because he's really sick of it.

        Ok.    Well, what are you doing these days? Are you preparing your store or what?

MT:    Yes, we go over there. Sometimes we stay the night because there are TVs, there are so many things. [inaudible]

FC:    And who financed all this?

MT:    The money that Adam had sent me.

FC:    Yes. Yes.MT:  Adam's money. When I took the money from Adam - when he transferred the money, remember, he said: "but why are you waiting?" [inaudible] Every day, fish, crabs, shrimp. That works well here.

FC:    In any case it's good that you - you have no partner, you're doing it on your own.

MT:    I'm doing it on my own. I'm afraid of being with someone.

FC:    You're right. You're right. You're right.

MT:    I am alone.

CONFIDENTIAL

FC:     So is Madou helping you a little?

MT:     Yes, Madou helps me a little.

FC:     Because Madou, she knows how to do all the paperwork, all of those things.

MT:     No, in fact she has contacts here in Jacksonville.

FC:     Really?

MT:     She has a friend who's guiding me.

FC:     Okay.

MT:     She has a friend who tells me that this is good; it's all right to do that, buy that; don't do that, that won't work.

FC:     Okay. And you got another house or you live -

MT:     No, I live in the same house -

FC:     The same place.

        Ok, fine that's good. It's good to have done that. It's good to have done that.

        Hmmm Mamadie, Mamadie. Listen, I'll do this. I'm going to come back at the beginning of April.

MT:     Okay.

FC:     I'm going back for the holidays. I'm going back just for one week, ten days, and I'll come back to see you.

[inaudible - airport announcement].

        Are you still lacking any equipment, anything like that?

MT:     Over there? No, we made [inaudible].

FC:     And tell me, you buy all the equipment – no, not the equipment - the fruit. Where will you buy it from?

MT:     There is a company that deals with that.

FC:     Wholesale. Do you buy in bulk and resell in retail?

CONFIDENTIAL

MT:   Yes, yes.

FC:   That's good. You're going to need some employees.

MT:   I didn't have much money to build the houses [inaudible].

FC:   But you'll still have some employees?

MT:   Mmm.

FC:   Saleswomen, stuff like that.

MT:   Yes.

FC:   Ok. You told me that you had a good number – you know quite a few Guineans in Jacksonville, right?

MT:   Yes.

FC:   Do they work here or not?

MT:   Yes but I haven't [Inaudible]

FC:   Yes you told me you were trying to distance yourself from... Yes because it's trouble.

1:05:00   MT:   Yes it's trouble. I wanted to buy houses here, if ... I thought, I said if BSGR gave me some money, Beny gave me, I was going to buy houses here, because the houses here, they're good.

FC:   Mm mm because the rental market is good here?

MT:   Yes because if you want to get people to leave their homes, you can make them leave. [inaudible] So I think that's good. If [inaudible] I told Beny...

FC:   Let me go back, let me go back, I'll look into everything and come back to tell you...

MT:   But not in front of Asher, if you're going to have a private meet with Beny, with BSGR, I'm afraid, otherwise they're going to [inaudible] and I have the house there.

FC:   Let me take care of it, I'm telling you and I'm telling you again that you're dealing with Frédéric and that's all that matters.

MT:   I know that when you say you're going to do it, I know it's certain.

FC:   You only have to deal with Frédéric, that's all.

MT:   I know. The houses here are good. There are houses that even you can take and rent.

FC:   Oh yeah?

MT:   You take the buildings there and rent them as offices.

FC:   [inaudible] So (...) she sleeps through the night now that she's older?

34

CONFIDENTIAL

MT:   Bah. She sleeps, but before sleeping there are problems. She tosses and turns, she hits me. She puts her [inaudible] on my head. [inaudible]. What she puts me through. I smell pee. [inaudible] I don't know why they do that. Turning to the left, turning to the right.

FC:   How old is she now? How long has it been?

MT:   Eleven months. In April, she will be one.

FC:   It went fast huh.

MT:   Yes.

FC:   It went fast.

MT:   Yes, it went fast.

FC:   Wow, how fast it went.

MT:   It went fast.

FC:   And the father, he's back?

MT:   He's back.

FC:   Does he have any problems, is he okay?

MT:   No, he doesn't have a problem.

MT:   [inaudible]

FC:   No, but in Conakry? In Conakry – he's not going back to Conakry?

MT:   No, he won't go back. It's not good.

FC:   So now he's never going back.

MT:   I don't know but I told him to be careful. I told him to be careful. I told him to be careful.

FC:   Right. Right. You know, I told him - I've told you – a long time ago I told him to be careful. A long time ago I told him to be careful. You know he said, "I have all the military groups with me, he will not dare, people will not abandon me." They won't abandon me, they won't abandon me, you know, what are you going to do if they catch him like that and put him in prison? What will he do? He won't do anything. So uh, and the other one is bad, he's very, very bad.

So he works a little in - he's trying to sell cars, that sort of thing?

MT:   Yes he's trying because he doesn't have much money.

FC:   And will he continue to send vehicles here? If he manages to sell them?

MT:   Yes.

CONFIDENTIAL

FC:    Is this a good business or no?

MT:    Yes, it is.

FC:    Because he had bought the [inaudible] cheaply. And I can't remember what other model. It was good, it was good. And (...) Is he still in the car business?

MT:    Yes, still in the car business. He doesn't have a choice.

FC:    Either way one needs to work hard. One way or another, one needs to work, eh. No one has a choice, you have to work hard.

       Well, listen... And today, what are you going to do? Are you going back there?

MT:    I'm going back there. They are going to call, he will come and get me.

FC:    Do you drive?

MT:    No I don't drive but -

FC:    There's the young man of your brother giving you a lift?

MT:    No [inaudible] to drop me off.

FC:    Okay.

MT:    But sometimes if I want to leave there, my husband may come. It depends. He takes me back to the restaurant.

FC:    Is the restaurant next to your fruit and vegetable project?

MT:    Yes. I have two stores.

FC:    Side by side

MT:    [inaudible] they're adjoining

FC:    And you're going to open an American restaurant, with hamburgers and all that?

MT:    Yes.

[Inaudible]

1:11:11    MT:    And what has become of Asher?

FC:    I don't know. I have no idea, I don't ... I don't have much contact with him. I don't have much contact. And you don't have any contact at all with, what's his name, your brother who worked with um ... mmm ... ah .. Ibrahim, you don't really have much contact with him either?

MT:    I told you that a long time ago, I no longer have contact with him.

FC:    Yes, I know.

[inaudible]

CONFIDENTIAL

MT:     The sister is dead.

FC:     Whose sister?

MT:     Ibrahima Sory's.

FC:     What was her name?

MT:     [Adiamé]. [Adiamé].

FC:     Yes but I don't remember.

MT:     She was with me. She used to cook for me at home sometimes.

FC:     Wow. But she wasn't old.

MT:     No, she wasn't old. She was sick.

FC:     Where did she die? In Conakry ?

MT:     Yes. It affected me.

FC:     Yes, I can imagine.

MT:     She was very kind to me.

FC:     So she was also Ibrahim's sister?

MT:     Yes. She was very kind to me. [inaudible]

FC:     She was really sick. Really? And so who of the family is left in Conakry? Since your mother - your mother is no longer in Conakry either?

MT:     No, she left to [inaudible]

FC:     Because at the time she left,  she left with Ahmed for England right?

MT:     Yes. I'm writing a letter to bring her here. [inaudible] she must continue so I'm going to bring her here.

FC:     Because London isn't good for her?

MT:     We're not there. You know, when you're old you want to be with your children.

FC:     That's normal.

MT:     So as not to worry. If she is with us, there will be less worry.

FC:     Of course, of course. [inaudible], even later there won't be anybody. It's not easy with the papers here, right?

MT:     Yes but when you're legal, for example when you have a company, you can.

        [inaudible]

FC:     Yes, that's true.

CONFIDENTIAL

MT:     It's very cold outside.

FC:     Really? I checked the forecast this morning. When I saw it was cold, I took a small jacket anyway. I was going to leave with just-

MT:     It changes, it changes here. Sometimes it's cold, sometimes it's hot. What time are you leaving?

FC:     I have a flight in the afternoon. What time is it? Early afternoon. But don't worry about me. If you have to go I'll wait here. There is no - don't worry. Don't worry about me. And we'll talk again? Tomorrow I have a flight back to France. I fly tomorrow, I arrive on Wednesday night. And on the 8th, I'll be back here. On the evening of the 8th, I arrive in Miami. I'll call you either way.

MT:     Ok ok.

FC:     And that's it. You still have the same number?

MT:     Yes, the same number.

FC:     Now when you see Frédéric, you pick up.

MT:     [Laughs] Yes, if I see Frédéric, I'll pick up. [Inaudible] I get a lot of calls.

FC:     It doesn't matter.

MT:     She hits me, she hits me, she bites my hand.

FC:     Is she going to start walking soon?

MT:     Yes yes [inaudible].

FC:     What language do you speak to her in?

MT:     I speak to her in French.

FC:     In French? That's going to be funny because she's going to learn American.

MT:     Yes.

FC:     She will be a little American.

MT:     Yes.

FC:     She is already a little American but I mean in language and all that.

MT:     Yes. Yes. If I send her to boarding school [inaudible].

FC:     It's expensive, it's expensive. Madou, is she Guinean as well?

MT:     No.

FC:     What is she?

CONFIDENTIAL

MT:   She is American now.

FC:   Yes but what are her origins? She's not from Guinea?

MT:   No. She's from Côte d'Ivoire.

FC:   Ah okay.

MT:   But she did a lot of [inaudible].

FC:   Was she born here?

MT:   No.

FC:   When you're born here, you have - your life is different. You see what I mean because you live - you are American. You know even in your way of looking at things, your way of life and all that, whatever your origins, whatever you are, you're different. You're American. It's different. I have French friends who have children who were born here but they are French. There is a difference with their children because they have the American mentality while we, we keep our French mentality, our Guinean mentality. Even if you speak American, it has nothing to do with that. That's how it is. So you'll have a little American, American girl.

MT:   Yeah.

FC:   Who will explain the United States to you.

MT:   Really?

FC:   Oh yes. The Americans are not the same. They don't have the same way of life as we do. We try - we come here, we try to be a little like them and all that. But they have a particular American mentality, a very particular one.

MT:   Frédéric, can I count on you?

FC:   Mamadie, you can count on me. You know, there's one thing I've always told you, that, at least me, you can count on me 100% on my - on my honesty, my frankness, to tell you everything - good and bad. I tell you the good and the bad. I tell you everything, I don't lie to you, I don't try to take advantage of you, I'm not trying to - nothing. When I can help you, I help you. When I can help you, I help you. You see? Um, with the means that I have, I try to help you as best I can. That's why I was ...

1:20:24 am          I was even upset that you disappeared like that, I was hurt, I promise you.

MT:   But because I told myself it's the same. It's the same. I was afraid. Because you said the decision wasn't coming from you, it came from Beny -

FC:   I didn't tell you that like that, but it doesn't matter -

MT:   I told myself, maybe Beny is angry with me -

FC:   No one is mad at anyone, no one is mad at anyone, it's just seeing this situation stuck and annoying everyone, that's it, but no one is mad at anyone. Why would anyone be mad at anyone else? That's

CONFIDENTIAL

how it is. Well, listen, we're going to do anything so that things work out a bit and that's it.

You speak good English now, are you getting the hang of it?

MT:     [inaudible]

FC:     It's hard to understand sometimes. When you hear it on the speakers sometimes.

MT:     I don't hear it.

FC:     You'll have to start doing it, huh.

MT:     [inaudible]

FC:     Are you also going to take English lessons?

MT:     I have to check if I can talk to my sister.

FC:     You should take lessons. No, but even for your work and your business you have to speak a little English.

MT:     Right. Right. But I won't be there. It's them who will sell.

FC:     I know but hey, it's still your business. It's still your business. You must be there -

MT:     Yes, it works well.

FC:     That's all the cafés - Starbucks always sells. Look at that thing over there, in the morning, the Burger Kings, all that, that sells. You know, food, it always sells.

MT:     Wow I didn't even know that they had that here. I thought it was the only place. I didn't know.

FC:     Do you want to get something to eat?

MT:     No. I said I thought it was the only location.

FC:     No, look. You see?

MT:     That's good.

FC:     Yes, that's good.

I'm at the airport. Yes I have to go back, there are the Easter celebrations that are going to start. Then I have things to do there. [silence] Yeah.

Yes, what's his name - you know - there weren't any other warnings with his leadership that had questioned him last time before leaving. He told me once that he had been questioned by his [inaudible]

MT:     He blocked his bag of rice.

CONFIDENTIAL

FC:   He blocked his bag of rice. In fact, he hasn't returned since, right?

MT:   No.

FC:   Because he came back to Freetown. And then he came back here. So, since then he hasn't set foot in Conakry?

MT:   No, no, no. Here people gain weight.

FC:   Huh?

MT:   Here people gain weight quickly.

FC:   The problem is that, if you will, you see there you are careful with fruit and all that, but you'll see people having breakfasts, it's big stuff like this and all that. It makes you fat.

MT:   It's fattening. Even me I'm trying to cut back because it's not good for the health.

FC:   Of course it's not good. Of course. You know, after, when you get into this habit of eating like that when you're young, you can't undo it. If you stuff yourself like that it's terrible. For some people it's very difficult afterwards.

MT:   At the time, with cholesterol, I didn't know.

FC:   You have to get tested. I get tested every year, I get a blood test with everything.

MT:   I thought I was seriously ill. It was when I came here now, I knew it was the oil that tired me. Because the oil used there, it wasn't good.

FC:   Oh, if it's also palm oil, it's not good. You know, palm oil is not good for health. It's harmful. Okay, now, either way you're going to be eating fish and vegetables.

MT:   Yes

FC:   There you go, that there is the best diet.

MT:   With olive oil.

FC:   Olive oil is good, but not palm oil.

MT:   I'm going to get going.

FC:   Ok, Mamadie. We'll call each other.

Samsung. You always have the latest phones. You like the latest phones. Always the trendy phones. Is Samsung ok? Everyone says Samsung is better than the iPhone, no?

MT:   No. People say that the latest iPhone is better.

FC:   Really?

CONFIDENTIAL

MT:   Yes.

FC:   Oh. Many people are buying it now.

MT:   Yes that's what Cissé told me, that Samsung is better. But there are others who disagree, Samsung is better -

When it's your husband who accompanies you it's not easy. [Laughs] He always [laughs] - I have to go here, I have to go here. I say, but you, you're acting like the Americans. You must accompany me.

[On the phone] Hello, [inaudible]. Can you come pick me up now? [inaudible]

FC:   He'll give us the head's up and we'll go out there. That way I'll say hello to him at the same time.

MT:   [On the phone - inaudible (foreign language)]

FC:   He's already there, no?

MT:   He told me - he's coming anyway, [inaudible] There's no time.

FC:   He's not coming to pick you up?

MT:   No, he's coming. He has no time to - when you tell him -

FC:   You told him to call you when he's outside, that way I can at least say hello.

MT:   Yes I told him that you want to say hello to him. I told him to come.

FC:   Shall we go outside then?

[Inaudible]

01:30:54   FC:   Upstairs or downstairs? Upstairs?

[Inaudible]

01:32:42   MT:   Hello? [Inaudible]

01:35:31         END OF RECORDING

42

**p. 114**

CONFIDENTIAL

RECORDING OF A TELEPHONE CALL OF APRIL 10, 2013

Transcript of recording of a phone call between Frédéric Cilins ("FC") and Mamadie Touré ("MT").

REFERENCES:

      Case: 4.10.2013 Call 4

      File: Out_mama1634_04-10-2013_043405PM.wav

| 0:00:00 | | START OF RECORDING |
|---|---|---|
| | FC: | Hello? |
| | MT: | Hello, good evening. |
| | FC: | Hello. Yes Mamadie. |
| | MT: | Good evening Frédéric. |
| | FC: | How are you doing? |
| | MT: | I'm fine. |
| | FC: | Good. Uhm so are we good for tomorrow? |
| | MT: | Yes, we're good for tomorrow. But - |
| | FC: | Okay. Okay. |
| | MT: | I have a problem. |
| | FC: | Yes? |
| | MT: | I just left the immigration office. So - |
| | FC: | Yeah? |
| | MT: | I don't want to talk about it now because we're supposed to see each other tomorrow. |
| | FC: | Ok. So we'll talk about it, yes. Ok. Ok. Look, tell me all about it tomorrow then. |
| | MT: | Ok. |
| | FC: | Huh? I'm - I'm coming by plane, I'm flying in tomorrow ... late morning. Or you know what? I'll call you back in a minute, I'll give you the exact arrival time. You want us to meet up as soon as I get there? |
| | MT: | Yes, because you said you were going to come. |

43

CONFIDENTIAL

FC:    Yes of course, of course, I'm coming. And I've got time, because if you want I can get there in the morning - wait what time is it? - I get there I think around noon, something like that, and I'm free until the evening at 9 p.m. so I've really got a lot of time.

MT:    Okay. So you're coming at noon?

FC:    Yes. Yes, yes. But from noon until evening, 9 p.m., so I've got a lot of time.

MT:    Ok. Ok, that's good. Ok.

FC:    Ok? Ok. Ok. Alright, that's good. I'll call you later. I'll give you the exact time.

MT:    Ok. Thank you.

FC:    Because I don't have the ticket with me right now. Ok, see you later. Bye.

MT:    Yeah.

FC:    Bye bye.

0:01:46          END OF RECORDING

**p. 116**

CONFIDENTIAL

## RECORDING OF A TELEPHONE CALL OF APRIL 11, 2013

Transcript of recording of a phone call between Frédéric Cilins ("FC") and an unidentified person ("XX").

---

REFERENCES:

      Case: 4.11.2013 Call 5

      File: 305-744-6629 T-Mobile 2013-04-11 19-44-03 00108-1.wav

---

| | | |
|---|---|---|
| 0:00:00 | START OF RECORDING | |
| | FC: | Hello. |
| | XX: | Hello. |
| | FC: | Yes. |
| | XX: | Yes I'm going to try to send you some articles that I received from our friend. I'm going to try to send them to you on the [inaudible]. |
| | FC: | Ok, that works, no problem. I'll keep an eye out for them. |
| | XX: | Ok? |
| | FC: | Ok. |
| | XX: | Alright, see you later. |
| | FC: | That works. See you later. Ciao. Bye. |
| 0:00:25 | END OF RECORDING | |

45

CONFIDENTIAL

## RECORDING OF A MEETING OF APRIL 11, 2013

Transcript of recording of a meeting between Mamadie Touré ("MT") and Frédéric Cilins ("FC").

---

REFERENCES:

    Case: 4.11.2013 CW Meeting with Cilins 12-2PM

    File: 0372_001 .WAV

---

| | | |
|---|---|---|
| 0:00:00 | | START OF RECORDING |
| | FBI: | This is special agent Vanessa [Stelli]. This is April 11th, 2013. This is going to be a consensually monitored conversation between the [CHS] and Frédéric Cilins. |
| 18:16 | FC: | [From the phone of MT] Hello? |
| | MT: | [On the phone with FC] I can't find where you are. |
| | FC: | [From the phone of MT] In the room over there. In the airport. |
| | MT: | No, I can't find it. Which room? |
| | FC: | [inaudible] |
| | MT: | All right, I see you. |
| | FC: | Ah ok |
| | MT: | Hello. |
| | FC: | How are you? |
| | MT: | I'm fine. Are you doing well? |
| | FC: | [In] good shape? |
| | MT: | Yeah. |
| | FC: | Yeah? Do you want to grab a bite? |
| | MT: | Ok. |
| | | [inaudible - music] |
| | FC: | Did Cény drop you off? |
| | MT: | Cény didn't drop me off  because I told him 3 p.m. so he said he couldn't come. |

**p. 118**

CONFIDENTIAL

[inaudible]

MT:    That's better.

[inaudible]

FC:    Here? Do you want to sit over there? Or here, whatever you prefer. Do you prefer here?

MT:    Whatever you want.

FC:    It's all the same to me.

MT:    Ok.

FC:    So [inaudible]

What do you want to drink?

MT:    Cranberry.

FC:    Cranberry and I'll have strawberry and apple mix. [inaudible] Strawberry and orange. Thank you.

Is English difficult?

MT:    Yeah.

21:12    FC:    What's situation with immigration then?

MT:    You won't believe it when I tell you. I went there to get my visa. When I was there, I waited for the agent, they kept me waiting in an office. They kept me waiting for a long time. I was sitting there, asking myself what's going on? That's when I saw two people coming in, a woman and a man, and they told me they were from the FBI, that they were doing an investigation on bribes - regarding bribes for mining contracts in Guinea.

FC:    Wow.

MT:    I was sitting, I didn't know what to say.

FC:    Did they tell you it was the FBI? Did they call you there or did you go voluntarily?

MT:    It was I who went to immigration to get my visa.

FC:    You went - did you have an appointment or did you go just like that?

MT:    No! I went just like that to ask. And that's when they put me in an office.

FC:    Mmm.

MT:    I waited for a long, long, long time. I see two people coming through the door, they flashed their badges like this, saying they were from the FBI, that they're doing an investigation into bribes related to mining contracts in Guinea and asking if I have documents. I said I have no documents. They said if I refuse to speak to them, they're going to issue me a (subpoena) -

CONFIDENTIAL

FC:  They're going to ask you?

MT:  They're going to give me a (subpoena).

FC:  What's a (subpoena)?

MT:  I don't know, it's something like, they'll give me a (subpoena) and make me appear-

Waiter [inaudible]

FC:  Not yet.

MT:  They'll give me a (subpoena), have me appear in Court before the judge, before the grand jury in Court, testify and give all the documents to the Court.

FC:  The documents, did you tell them that you didn't have any documents?

MT:  Yes.

FC:  We must destroy them, urgently, urgently, urgently. They must be destroyed very urgently, very urgently. What I don't understand -

MT:  I think -

FC:  What I don't understand -

MT:  I think, Frédéric, you could say that the same document that [inaudible], it's the same document that the American government is looking for. I don't know what to do.

FC:  You have to destroy everything - I told you that a long time ago - don't keep anything here, especially don't keep anything here, not even a small copy and you must destroy everything, everything, everything. I have here, I brought you - well did I show you the letter that the Guinean government sent? You know they had given a mission - we have to look at what we want to order.

MT:  Ok.

FC:  What I don't understand is that they didn't call you in, and then, it's you who goes to see them and they tell you that all of a sudden. I'm very surprised by this.

MT:  Me too. I was sitting there. I didn't even know what to do.

FC:  What were they speaking, French or English?

MT:  Now, one was speaking French and the other was speaking English. Obviously, his French was a little weird.

FC:  Mmm.

25:30   MT:  [inaudible] What do I do, Frédéric? I left, I -

FC:  It's nothing. Did they give you a paper, did they give you something?

MT:  They gave me a phone number in case I need to contact them.

CONFIDENTIAL

FC:   Let me see the number.

MT:   No, I didn't bring it with me.

FC:   Oh. You'll have to give it to me.

MT:   Look, I searched on the Internet, what is a grand jury?

FC:   ah - [he reads] "an official method of investigating..." – it's what I told you, there's one thing to do right away, it's what I told you - you say "I have nothing to do with all this," because there's even the group that's attacking, George Soros, based on all the investigations they have conducted, they have no right to do this, okay? Do you know what the problem is? In the report that I'll show you – let's order and then I'll show you everything. The problem is that Samy went to see all these people, saying uh she gave me the documents, she gave me this, she gave me that, she has proof of this and everything is in the [control tower [?]] of the American company with agents that [inaudible] us. When they told me about you, I said, but she's got nothing to do with all this, she was never involved with -

MT:   Do they know my name?

FC:   But of course, are you kidding or what? As long as Samy - when you saw Samy here - when he saw these documents, these copies, all of those things, he went to see them and he told them "Mrs. so-and-so, she has documents, she had a relationship with the such-and-such company, she had this, she was supposed to receive money ..." - Samy gave everything to those people. Samy gave them everything. They have all the copies that Samy had.

MT:   And did they mention my name?

FC:   But of course, I'll show you. Look, let's order and I'll show you. I noted everything. It's, it's ... You know there aren't fifty solutions. You have to destroy everything and deny all of this.

MT:   I don't know about all that but I'm going to order a sandwich.

FC:   Do you know what you want?

MT:   Yes. Because I don't understand everything that is in English here. I don't know what there is.

28:00   FC:   Oh oh oh. This is a very, very confidential document. Those people who led the investigation, they wrote a report. And this report, it says - it talks about everything they've reviewed and all that. This note - wait I'm going to put on my glasses [inaudible].

What you're telling me is unbelievable. What's incredible is that they don't come to see you, and they ask you that when you go to see them. That's what's unbelievable. As if they were ready - [He begins to read the report] *"This note is covered by professional secrecy and the privileges blahblahblah ... and should not be disclosed to anyone without the express permission of its authors."* That's the company DLA, that's who led the investigations, who investigated me, right? So I'm going to - wherever there is ... Right, you see? Here, they're talking about what happened.

49

CONFIDENTIAL

[He reads]  *"Marc Struik and Asher Avidan, directors of BSGR, are staying in Guinea and meet Ibrahima Sory Touré, brother of Mamadie Touré, fourth wife of President Conté, thus gaining access to the most influential circle in Guinea."*

There are plenty of lies in all this, eh? This isn't true, right? But they, that's how they saw, they gave the report to Condé - to Alpha Condé - that's how they made the connection and everything.

*"In order to get closer to the President's family, Frédéric Cilins organizes a donation of pharmaceuticals to the Henriette Conté foundation, valued at an estimated ten thousand dollars."*

This is false. It's nonsense.

*"In the meantime Frédéric Cilins moves into the Novotel in Conakry and, acting on behalf of BSGR, develops and implements a plan to allow BSGR to acquire the rights to Simandou."*

Uh ... Well, it's full of little things like that.

[He continues to read and to say that it's "nonsense]:  *"During a meeting attended by Frédéric Cilins, Roy Oron and three or four other representatives of BSGR. Oron offers President Conté a gold watch set with diamonds valued at $60,000.00. BSGR writes an uncovered check in the amount of $10 million or $7 million, according to sources, to Mamadie Touré. BSGR promises Mamadie Touré a commission worth $2.5 million, which will be paid if she succeeds in getting the company the mining rights for blocks 1 and 2 of Simandou. BSGR pays Frédéric Cilins a commission for the services rendered"*

I'm just giving you the parts where you and me are mentioned. So they're talking about uh ... Good.

*"Conté's four wives were the main actors in concluding transactions with Steinmetz [inaudible]. In the first place, Steinmetz is in contact with the President's first wife, Henriette Conté, of Susu origin. He then developed ties with Mamadie Touré, the fourth and youngest wife of the President, also of Susu origin. According to the source, Condé's – Conté's - wives were not very well organized and only had means of payment in cash, and didn't use overseas accounts. Frédéric Cilins is a Franco-Israeli national who acts as an intermediary between Steinmetz and Guinea. According to source 1, he is said to have detailed knowledge of Beny Steinmetz's activities and payments made by him and by representatives of BSGR."*

Waiter:  [inaudible]

FC:      Yes. So what do you want?

MT:      I don't know.

FC:      But what would you like? A salad?

MT:      What kind of sandwiches do they have?

CONFIDENTIAL

FC:     What kind of sandwiches? What would you like? Tell me what you'd like. Then I'll find it for you.

MT:     If there's chicken, something like that.

FC:     Do you have chicken with uh -

Waitress: Chicken sandwich ?

FC:     Chicken sandwich. Yeah. Make two of them please. What do you want with that?

Waitress: It comes with lettuce and tomatoes.

FC:     Yes.

Waitress: Do you want to add cheese or mushrooms?

FC:     Do you want cheese on it?

MT:     Yes

FC:     It comes with that - Yes, with cheese please.

Waitress: Cheddar? Swiss?

FC:     Cheddar.

Waitress: Cheddar.

FC:     Do you want to add coleslaw? Do you want fries, what do you want with it?

MT:     Yes, fries.

FC:     And the French fries please.

Waitress: Ok.

FC:     Ok? Both the same.

Waitress: Do you want mayonnaise, honey mustard or barbecue sauce?

FC:     Um ... Do you want sauce with it? Mayonnaise, mustard ... - Yes, mayonnaise. One with mayonnaise. Only one with mayonnaise.

Waitress: Barbecue?

FC:     No. Ok? Thank you.

Waitress: Thank you.

FC:     Ok. So.

        [He begins reading again] "*In the spring of 2008, BSGR came to Conakry with an uncovered check for $10 million which - which was refused. The source noted that it was surprising for Steinmetz to come to Conakry with such a check and given the means and that he assumed Steinmetz could find other means to make payments to Conté's wife.*

51

CONFIDENTIAL

*A classified U.S. diplomatic channel has subsequently stated that Rio Tinto had lost control of one of the world's largest deposits of iron ore after a rival had paid a pecuniary advantage of $7 million to officials in Guinea. The check used was refused for lack of funds.*"

It's nonsense. This is in the official report, which was handed to the authorities, to Conté and everyone.

[He continues to read] "*A family member of one of Conté's senior officials noted that it was common knowledge that BSGR had paid Mamadie Touré $150,000 in cash for the transfer of blocks 1 and 2 of Simandou from Rio Tinto to BSGR. An official from the Guinean Ministry of Mines reported that Mamadie Touré had played a role along with Louncény Nabé, then the Minister of Mines, to facilitate the transfer of the Simandou licenses from Rio Tinto to BSGR in November 2008, before the death of President Conté.*"

All this, you know, it's incredible, but that's how it is..

[He continues to read] "*Frédéric Cilins, a Franco-Israeli national, currently residing in Valleuris in France, played the role of intermediary in the transactions between Steinmetz and President Conté's wives. According to the source - a source*" - people I don't know who this is. Um ... "*with the help of Kassory Fofane, Cilins introduced Conté's wives to Steinmetz. Cilins acted as Steinmetz's advisor and was certainly associated with the Israeli secret services. The source reported that Cilins probably had detailed knowledge of Steinmetz's activities, particularly about payments made in Guinea. Cilins has ties to the Israeli Prime Minister Benyamin Netanyau and also appears to be linked with the Israeli right-wing and to the Israeli Foreign Minister Avigdor Lieberman. According to the source, Cilins proceeded to transfer funds on behalf of Steinmetz and, now, has political scores to settle with him. When questioned, Cilins provided many elements corroborating these allegations. Such elements reveal that Cilins helped BSGR to initiate and sustain the company's establishment in Guinea, pursued this goal by developing ties with the presidential family, offered many gifts to Guinean government officials, to members of the presidential family, allowed BSGR to obtain the first rights to Simandou and in exchange to compensate the company for its activities. Lansana Conté's wives. The first wife, Henriette Conté, received for her charitable foundation pharmaceuticals and supplies from Frédéric Cilins. In return she offered support to Cilins in the transactions managed by Steinmetz. According to the source, it was the fourth wife who then played a major role, Mamadie Touré Conté, originally from the prefecture of Forécariah. Also according to the source, she was the beneficiary of a $10 million check made by Steinnetz in 2008. According to other sources, she received a commission of $2.5 million for helping BSGR to acquire the Simandou rights.*"

When I read you the paragraph about - what do you call him? – about, about Samy. You'll see after. You'll understand.

[He resumes reading] "*Frédéric Cilins admits that he entered into a consulting contract in 2005 through which he committed to help BSGR obtain blocks 1 and 2 of the Simandou deposit.*"

CONFIDENTIAL

Well this is all bullshit. Blahblah. *"According to Cilins' statements, the agreement required him to act alone and to use his own resources and funds by means of a payment transfer and a bonus if successful. Frédéric Cilins established a presence in Conakry and began to secure meetings with high officials of the Republic of Guinea in order to develop a plan that would allow him to achieve his goals. Among the people he met and that he would have solicited"* - blahblahblah -*"Ibrahima Kassoury Fofana. Frédéric Cilins states that he offered small amounts of money and small gifts as part of these meetings. He also states that Kassoury Fofana, who has regularly and openly received visitors in the common rooms of Novotel, was known to be playing the role of intermediary between businessmen and the family of the President of the Republic."*

I never said any of this. This is nonsense.

*"Frédéric Cilins concluded that the rights - that they could be obtained by gaining access to the family of President Lansana Conté and ultimately to the President himself. As a first step, he decided to approach the First Lady Henriette Conté"* - they keep saying the same thing, medicine and other bullshit like that. Um ... here they talk about the small car that had been given upon the signing of the contract. *"Cilins initiated the first contact with Henriette Conté and mentioned doing so during an initial interview. However, he refused to discuss the relationship - Frédéric Cilins has also refused to discuss the relationship maintained between BSGR and the fourth wife of President Conté, Mamadie Touré. However, he did acknowledge that she was properly taken care of. This relationship was developed through Mamadie's brother, Ibrahima Sory Touré, either before Cilins' arrival in Conakry, or with his help in 2005. With the consent of President Conté, Mamadie Touré became the main lobbyist for BSGR in the government."*

Lobbyist means that it was you who helped BSGR within the government.

So, *"Mamadie Touré promoted the interests of BSGR knowing that a substantial commission would be paid to her when the licenses would be granted. It is also likely that several payments were previously made to her. In early 2008, BSGR wrote a check to Touré which varies between $10 and $7 million according to sources. The check was refused due insufficient funds and several stories about this have spread rapidly within the Conakry community. In the late 2008, with her husband's health deteriorating, she insisted that BSGR put its promise to pay a commission in writing. Nine draft agreements were prepared and exchanged."* There are nine drafts. *"finally the agreement was signed by Asher Avidan on behalf of BSGR, which undertook to pay a $2.5 million commission if license rights were obtained. After the granting of these rights in December 2008, shortly before the death of President Conté, Mamadie Touré received the payment of her commission. Ibrahima Sory Touré, originally a journalist and helicopter pilot"*.

You see, they're mixing everything up. They're saying he's a pilot - that he's a journalist and helicopter pilot. They mixing up IST and Samy. You see, it's nonsense. But the problem is that it's nonsense, but this is the official report. Um ... This... Well, there they start again – it's the same, the 7 million, the $7 million check, the $2.5 million paid ... Still the same story. So ...

CONFIDENTIAL

Then wait, I have to find it. Here they talk about - here it is. So they continue the same stories. Um ... [inaudible]. That's when you realize that everything started there. Because when they questioned me, of course I told them that all these stories were false. Then:

*"Evidence of the settlement regarding the commission of Mamadie Touré. The evidence - the documentation about the commission consists of nine documents with BSGR header, also including a series of drafts and a project made by Asher Avidan, as well as a final sealed document in which a $2.5 million commission was promised to Mamadie Touré for services guaranteeing the rights of Simandou. Samuel Mebiane"* - so that's Samy - *"allowed the Minister - the Minister Fofana to see these documents."* So it's Samy who brought it to Minister Fofana.

MT:   Yes, yes.

FC:   *"The Minister, after careful consideration, deemed them - the documents - deemed them to be genuine. When asked about the source of these documents, Mebiane said he had received them from Mamadie Touré in order to keep them in a safe place. He stated that Touré"* - so you Mamadie Touré - *"insisted on the importance of these documents because her husband was dying and she was afraid of being taken advantage of by BSGR. This writing was the record of their promise. He also stated that Mamadie Touré feared BSGR, that even her physical integrity was threatened and thus had moved to the United States for safety reasons.* So supposedly you have moved to the United States because you were afraid of BSGR. Um ... *"Our preliminary investigations suggest that what Mebiane told is correct. After moving to Florida, Mamadie Touré acquired luxury real estate in an amount equal to that of the commission. Finally, some people in the Ministry - Ministry of Mines confirmed that Mamadie Touré was extremely active and had aggressively lobbied on BSGR, citing the president's name in the process, in particular during these last months of 2008. Therefore the settlement of the commission explains her care and involvement.*

MT:   [Sigh]

FC:   [He continues to read]   *"In general, we have enough evidence to make a case of apparent corruption. In particular, the evidence provided by Frédéric Cilins makes possible the pursuit of a very unusual case of corruption. The evidence surrounding Mamadie Touré is also highly detrimental to BSGR because it directly involves one of its highest managers."*

44:09     So the problem is that, in the first place like I told you, we must urgently, urgently, urgently destroy everything, but it's super urgent. Super urgent. And then anyway, you say - you have nothing to do with it, you have nothing to do with it, you - what's his name - Samy, you can't say he didn't come to see you. You say "of course, he came to see me but I never gave him anything whatsoever. I've never given him anything because I have nothing. He came to see me for - because the President wanted to meet me but I didn't want to have anything to do with the new President". He came to see you, because he came to ask you to go to the President, the President wanted to speak with you. There have been several people who are sending you - who come to see you so that the President can meet you, and you're afraid of him because you know he's a liar, and someone who

CONFIDENTIAL

is working against you, against your family, against all these things. And you have nothing to do with it. You have nothing to do with it. But it must be taken care of quickly. It must be taken care of quickly to clear you of all this. Because, besides, if you like, what happens is that as they are attacking now, you know, there's going to be ... the war will start, when I told you it's going to start, now it's going to start between everyone. Because that report is made to attack the group and to say that the group was corrupted, so Simandou will be taken from them. That's the thing. But I'm surprised at what you're telling me. It's amazing that they came. If they call you, I understand. But they didn't call you and they came to see you, this is what I don't understand. When you went there - but that's okay, just be clear with what you're saying -

MT:     But I'm afraid.

FC:     You're afraid, but listen I won't leave you. We won't leave you. Nobody is going to leave you. Okay? And what did you agree on with them?

MT:     I told them "I have no records, documents."

FC:     And when they told you "do you know BSGR? Did you do that? Did you do that? You can't say you don't know them. You say "yes it's a group, as there were fifty groups there in Conakry. You say, "Look, you know I'm a single woman, I'm young. I take care of my own business, my family, I've never dealt with anything whatsoever. I never had a role or anything. I went very rarely to the Palace when um, that's it - then another question arises. There are some who say "she was married," you have people saying "she wasn't married." Has there ever been a formal wedding ceremony with uh - with Conté? What happened exactly? Because that is very important. If you're officially married, you get into a category that is very, shall we say, dangerous, exposed because as a husband - as a married woman, wife, you get in the family. As a "friend", a friend of the family, because he had known your dad and your whole family for a long time. It's different, than as a wife. Do you see what I mean? So there's a big whole story behind it. You don't know this, but everyone is struggling to say, "she was the wife" or "she was a friend of the family". It's two things that are completely different. So according to - I don't know - if you want...

MT:     You know our law. You marry four women, and it's not even required to be official - according to our laws.

FC:     I don't know. I don't know. If you want, there are two things. There's a civil side, there's a religious side, then, is there - if you want, even the lawyers are working on it. Because all that, the whole case there is dealt with by the lawyers in Paris, by the lawyers in England who are fighting to attack, to counter this story of Alpha's. You see?

MT:     [inaudible] currently, there's a new law there, if you're with a President for five years, if the President admits that he's been with you for five years, you become one of his heirs.

FC:     Really?

CONFIDENTIAL

MT:   Do you know that?

FC:   No, I don't.

MT:   Yes.

FC:   Well, listen. I don't know about that. I don't want to tell you - if you want it's something that everyone is now talking about. By saying it's a wife, it's not a wife, how should she be considered? Because there's law, there's custom, there are various things. Then there's the side, uh, I mean the official side. There's the religious side, or the custom, which are still other things. I don't know what to say.

MT:   You know, [inaudible]. Our country has certain customs.

FC:   I know, I know, but you must know one thing. It's that, being seen as a wife, you have an additional risk. Namely, as a wife, this is what I had explained you the other time when we met Ahmed. As a wife, you have an additional responsibility of especially not meddling in the affairs. Not having to meddle in anything. Of course even less to receive any help, any commission, anything like that. It is even more risky and dangerous as a wife, than not being married. Do you see what I mean? Because if you are not married, you have the right to do business, things like that. As a wife it becomes more complicated, because if you do business, you have to prove that you haven't taken advantage of your - your relationship as a wife. Do you see what I mean? So I think that -

50:26      MT:   I have to - what do I have to say about that?

FC:   What -

MT:   What do I have to say about that? I have to say -

FC:   I don't know. I can't tell you that you must say that you're not the wife. I can't tell you to say that. It's for you to think, do you think you should say you're the wife, or do you think you should say that you're not the wife. You can say you were - everyone bothered you with it by saying you were a wife or you weren't. But you were just a friend of the - the President's family and your family were longtime friends and that's it.

MT:   But I can't say that because -

FC:   Then don't say it - [inaudible]

MT:   [inaudible] knows I'm the boss's wife so she could give me to the first lady so -

FC:   Look, I understand so don't lie, I'm not asking you to lie. I'm just telling you that you should think about it. Now for the rest, you have to say "look, I've always been - I bought merchandise, I had it brought here, I distributed it with the [inaudible], that was my business" - you see.

Waitress [inaudible]

CONFIDENTIAL

FC: Thank you. You just say, "look, look, it was my business, I was doing my job. Then, there were plenty of people who were jealous of me, who believed I was doing a lot of things, who annoyed me with BSGR, they annoyed me with all these things but I have nothing to do with it. But I have nothing to do with all that.

MT: Mmm mmm.

FC: I've never received a penny, any money at all. I know BSGR as I know all the groups that are in Guinea because Guinea is my country. But I have nothing to do with it. And Samuel Mebiane..." And you can say "Look, I have a lot of people who came to see me in relation to this case – about all these stories that are in Guinea - Samuel Mebiane came asking me to go see the President and I refused. And I refused." It was a big mistake to go see this misfortunate Samy. That's unbelievable. Who knew this Samy?

MT: If I say - I'm going to say something - I lied. I saw Samy like that, I didn't even know him.

FC: You didn't even know him?

MT: Yes, he said he was a friend of - what's his name? - of Sampil.

FC: Wow.

MT: But he - he doesn't get along with Sampil. He told me something like that.

53:50   FC: How can you not call me when you've got that? How can you not call me? Besides, these are people that you don't even know. But this is amazing. Look, in any case, it must be done urgently. That's for sure. Do you have it at home?

MT: Not at home. I hid it. You know where the records, the important stuff is kept.

FC: Where do you mean? Where are you going?

MT: For example, there are some places here where you can keep papers. And when you need them you go get them. You're the only one who has the key.

FC: Look, you absolutely, absolutely must do that. Even this afternoon, when you go back. Make sure nobody sees you and nobody knows that you're going there. Isn't there anyone else you can send in your place to destroy them?

MT: No [inaudible].

FC: Good... This is why it's important that when - in the formal proceedings to be held, of BSGR - because there will be some - if you already appear as someone - as I told you last time. As I have done myself, because you've seen now my name is everywhere in it, everywhere. As often as yours. There's my name every time - and it's even worse because I have Henriette and you. The only advantage is that by giving our statement at the same time as - I mean - the formal proceedings and saying that we have nothing to do with it, it appears officially. That is, your statement will officially appear in the thing.

CONFIDENTIAL

Waitress: Everything good here?

FC:    Yes, thank you. This is why it is important to give this statement by saying I have nothing to do with it. You see? I didn't get a 10 million NSF check, I didn't get the 2.5 million, I have nothing to do with it. [Silence]

Did the people seem aware of the file, when they came to see you?

MT:    No idea.

FC:    No?

MT:    I was there. I was just afraid.

FC:    Please don't mention anything on the phone. Especially don't mention anything on the phone. Nothing, nothing, nothing. And when you talk about things on the phone, be distant. They listen to everything. Care must be taken.

MT:    [inaudible]

FC:    They can listen to everything, they can listen with your phone, they can listen to everything.

MT:    Really?

FC:    Well of course they can with your phone - a phone can be tapped, huh. What do you think?

[inaudible] Be distant. You see. Not just now. Care must be taken all the time.

MT:    Ok.

FC:    Don't mention anything.

58:50        Were there many documents left?

MT:    No.

FC:    We must find a place to get rid of - destroy them, destroy them completely, burn them. Well, you can't do that at home. You can do that I don't know where, but I don't know how you can do that. Is it far from here?

MT:    I can do that in my room. In the bathroom.

FC:    Is it far from here? where you have them? Is it far? Do you want us to go together?

MT:    No, I don't have the key with me.

FC:    because if you want...

MT:    but don't worry, I'll do it

[inaudible]

CONFIDENTIAL

FC:    Huh?

MT:    It's ok.

1:00:51    FC:    Because in fact - we should speed things up.

Do you see what I mean? We must do that quickly now. Before, we took our time, we took our time, but -

[silence]

FC:    And for your visa, what did they tell you?

MT:    [inaudible] I left for home.

[Silence]

MT:    [inaudible] the testimony.

FC:    I have it here. [inaudible]. We'll talk about all that.

[Silence]

what a bastard this Samy, what a bastard

MT:    I never liked the [inaudible].

FC:    Did Ahmed and - did Ahmed and Cissé tell you a bit about how it happened when we met in Miami? Did they tell you?

MT:    Yes, yes.

FC:    It was [inaudible].

MT:    Yes. I remember it was -

FC:    ... not allowed to do [inaudible]. It was harsh when we were there

1:04:28    FC:    Did you understand what he did now with the documents? He went to see Fofana, he went to see Conté - Condé. He went to see Alpha Condé.

And all the problems are a result of that. All the problems are a result of that. All the problems are a result of that. All the problems they're trying to - because they say if they get it back, eh [inaudible], but don't waste any time. You're in a big, big, big mess. Here in the United States it's already over. In the United States it's already over for you. They'll understand what you have and they'll throw you out. They will even prosecute you. This is serious. That's why if you had - if we had met to talk about it. The risk is very, very serious for you and for everyone. The group, the story of permits and those things. But you personally have a problem. Because these documents, if they authenticate these documents - because there are plenty of copies floating around - if there are original documents that prove it, but you're the first [inaudible]. Because it's forbidden to do that. Do you understand? That's why I told you if - you - unfortunately it's done, it's done, but it's a big mistake.

CONFIDENTIAL

Look, alright. What I had told you. I brought here a testimony, you'll read it, you'll look at it. I'll read it to you. Simply, it just says that you have nothing to do with it, you have nothing to do with it. There's a paragraph, I don't know, the lawyers have - if you want, as IST worked in the group and as they say that IST, being your brother, close to you, family here and there, he helped the group there, they put a paragraph above by saying that first of all IST isn't your brother, he's your half-brother. And secondly, you were in conflict. You were not very close, but rather rivals, [inaudible] Unfortunately, unfortunately - because I like it when you were friends - but unfortunately this is the truth. So you're kind of rivals. So, this was included too. Simply, the lawyers think it's good that it shows that you're not that good of friends, okay? And since you're not friends, there's no reason to - even if you wanted to help, as you weren't that good of friends with um, you have no reason to help BSGR. Do you see what I mean? So that's one thing. Tell me when you're ready. If there's anyone who can recover, I don't know if it's Cisse, who can recover 200 in Freetown, whenever you like. However, what - I've been asked to see when the documents are destroyed. That's why I asked if you wanted to go together. To see, to be 100% sure that everything is destroyed and there's nothing floating around. So if you want us to do it today, we can do it today.

MT:   But I don't have the key with me, that's the thing.

FC:   No, but if you want, you can take a taxi. I'll wait. You go - we meet. You give me a meeting plan. You go find your key. I'm waiting and we're going together. I have a flight at 9 pm, so you know I have time. I have a flight at 9 pm. That and then as I told you, time to get ready, time to get ready...

MT:   I can do it, even if you're not there. I can do it.

FC:   I know. But I was asked to see if it was done. Do you understand?

MT:   Frédéric, I can do it. If I decided to come, I left all my time.

FC:   I know. I know. Mamadie, you know - you know, you and me we understand each other by looking in your eyes, I know very well. But I was asked to do it and you know I can't lie. If I'm asked: what did you see, Frédéric, if I saw I say yes. If I didn't see I can't say yes. I can't lie. As I don't lie to you, I don't lie to anyone. You know that. You know that. So that's why I'm a little - I never thought we would be doing this alone today. That's why I even told you, if you want, if it's not finished today I'll come back Sunday. I'll be back Saturday. Because I never thought that - but right now there is - I promise you, given what you've told me - it's urgent, it's really urgent.

MT:   I'm telling you that I'll do it. [inaudible]

FC:   I agree with you.

MT:   [inaudible] I'm really sick of it.

1:09:22   FC:   I'll tell you something. By doing so, by putting the group in the proceedings to be held to fight these people, you'll be on their side. So you'll also be defended by lawyers who will say she has nothing to do with it. Look, proof aside, we went to ask her for a testimony

CONFIDENTIAL

saying she had nothing to do with us. She signed it. She has nothing to do with all that. All of Samuel's bullshit and all that it´s nonsense. You see? Ow ow ow.

It's unfortunate that for a time, you did things – we talked all the time but you never told me all this stuff. I was a bit left outside. You left me out but that's it. But it's a shame because I would have never let you do all this. Never never never.

MT:     Yeah.

FC:     I would have never let you do all this. Well, it's useless to look back huh. Now it's done, it's done. This is why poor Ahmed, you know, he told me: "Frédéric you know" - when you weren´t giving any news he told me: "Frédéric, you know, I hope it's all right, I hope" - have you spoken to Ahmed ever since?

MT:     No.

FC:     He worries a lot for you.

MT:     Yeah.

FC:     He worries a lot for you.

1:11:04   MT:   But the rest of the money now, how is it going to happen? How much?

FC:     I told you that there would be a million, there will be a million. You get two hundred now, and 800 as soon at the other is gone - as soon as the other. As soon as the other no longer exists, and everyone says he has a very serious cancer. It's the pancreas, I think. That he has pancreatic cancer and just a few more months to live, I don't know. I don't wish anyone's death, because I don´t like wishing someone's death. But in any case, if he dies or if he goes until the end of his term. He has two more years in office. When he's gone, you get the rest.

MT:     But I don't know how much.

FC:     800. Well I told you, in all, there was one million. That's one thing. When the case is closed, you should get it and you will get it. Do you see what I mean? It's two different things. What you should get, the 5 that you should get when the case is closed, if they don't throw us out.

Waitress: Are you finished?

FC:     Yes, thank you.

Waitress: Are you interested in dessert?

FC:     Do you want anything sweet? You want coffee, tea, do you want -

MT:     No, I don't.

FC:     No?

Waitress: Do you want the check?

CONFIDENTIAL

FC:    The check. Yeah, yeah we want the check and um...

MT:    Thank you.

FC:    And um... What was I saying? Yes - what you should get when - if the group is not thrown out and it - its project is confirmed, the 5 that you should get, you'll get it for sure, no problem. Moreover, some people's story, what we are discussing now, that is, instead of being one when you [inaudible], it's going to be 200 now and 800 when the other leaves. 200 now it's because I've tried. You told me try to get an amount right away, because I need for [inaudible] there. So that's why you have 200 -

MT:    But then you told me 300.

FC:    I - listen, I thought of getting 300, I got 200. I'll keep trying. 200's for sure, it's accepted. I'll still see if I can get 200-250 maybe, I'll get the most. But I got 200. You see? I'll try, I promise you I'll try.

MT:    But beside the 5, there will be nothing.

FC:    There will be the 5 and there will be 800. That will make 6 with what you have. That's one thing, it's already accepted. Depending - listen carefully to what I tell you - because I've always told you that, because I know it's like that. Depending on how it ends. If it's good for him, if we don't cut too right, left, I don't know, there will be more. I don't know how much. There will be 3, 4, 5 more, I don't know. But there will be more. And that's the communication I was given directly by number 1, I don't even want to mention his name. It's like that. Okay? And that's for sure.

1:14:03    MT:    Number one? Michael?

FC:    No, no.. Beny [whispering].

MT:    Ok.

FC:    Ok? Everything I tell you is directly from Beny. The other day when I tell you, I'm - I'm waiting there during the meeting, I went on a journey, I traveled to see him directly, talk face to face, and have - everything I tell you comes from him. Nobody else. All right?

MT:    I didn't know.

FC:    Nobody else. Nobody else. I purposely went to see him, to see him and discuss all this thoroughly. I always told him, I always told him. Just last week, I told him, I told Beny, I always repeated that she was - that she'll never betray you, she'll never betray you, she'll never give the documents to anyone. He told me "look", he said "look, that's fine, but I want you to go see. I want you to destroy these documents." He told me, you see, "do what you want but I want you to tell me "I saw Mamadie and the documents, it's finished, there are no more documents." And with that, I tell you, I repeat, to make it clear in your mind, you'll have the scheduled 5 in any case. You will have them, if they're not kicked off. If they're still in the project. What you will have, whatever happens, is the one million, that is 200 plus 800, you'll have that - see I've got a piece of paper just like that for [he writes on a

CONFIDENTIAL

paper], good, ok? we'll put it like this: 1, 5 and I don't know how much. 1, 800, 200. So this [inaudible] and that, you'll have them anyway, no matter what. Even if they're kicked off, you'll have them when the old man goes. That's right away, when the old man goes. Those, that's if it's positive.

MT:     The 5?

FC:     The 5. Ok. This, it is if it's ok. If it's ok, depending on how it is, if too much isn't cut from him. Because you've seen all that they wanted to ask him, if too much isn't cut from him. It will be here. I think it will be there. It's almost certain. I don't know how much. 2, 3, 5, I don't know. But it will be there nevertheless. So, in addition, if you want, imagine, perhaps, imagine it's 5, eh I don't know, it makes a total of 11. Do you understand? That's the thing as it is. Ok? On the contrary, I assure you that, last week, it was vital, he said, "look, go, see, I want you to tell me, Frédéric, I want you to tell me you destroyed those papers. I want you to tell me." I can't ... You see?

        [inaudible]

Waitress: No change?

FC:     No change, thank you.

Waitress: Do you need the receipt?

FC:     No thank you. That's okay.

Waitress: Thank you. Have a good day.

FC:     Thank you. You too. Bye.

MT:     [inaudible]

FC:     Pardon me?

MT:     I said you have to leave a little something.

FC:     I gave, I gave. It was 30, I gave, I gave 35.

MT:     Okay.

FC:     Normally you have to give 10-20%, it's more than 35. The lady gets a tip. You know the people here work very hard. Not like in Europe, right? They work hard. You know, I have great respect for these people, because, poor people, you know it's not easy here.

        Well, what do we do Mamadie?

MT:     I have to sign the documents.

FC:     Yes but what do you want us to do for those documents over there?

MT:     I told you that I'll sign and I'll go - after - if I rest [inaudible] inside the house, in the bathroom.

CONFIDENTIAL

1:18:52    FC:    How can we arrange it for me to be there when you're going to destroy them? I have to tell him that I saw it. That's what I'm trying to explain to you. I have to tell him I saw when she destroyed them. It's annoying to tell you this but I'm compelled by him - it's not that I, it's not that I, it's not that I - it's in your interest to do so. I know it, I know that it's in your interest to do so. But I have to tell him I saw that it was done, that's what I -

    MT:    But it's really - I'm sick of all this.

1:19:18    FC:    You know, I know you're sick of all this, but you can't even imagine how sick of this I am. Did you see my name there? My name is everywhere. Everywhere, everywhere, everywhere. That's it. That thing is 28 pages. 28 pages. That I can tell you is - nobody knows that we have it, right? Nobody knows we have it, because we had to pay for it.

        Look, look how it is. Report concerning hmmhmm ... It's... This... The real problem - everything started from here. The story of Samuel Mebiame. Everything started from here.

    MT:    Yeah.

    FC:    Oh dear. So listen, what do you want me to do?

    MT:    We will sign.

    FC:    Yes, yes. I agree with you to sign, but - huh?

    MT:    I say [Inaudible].

    FC:    Yes, I know. Um ... That's what I showed you, this is the official thing, you know? When they officially sent it to the Presidency. I read it to you when we were in Freetown, remember?

    MT:    Mmm mmm.

1:21:00    FC:    Here, you see, that's a testimony that I've made and the lawyer asked me to make some changes. You see, there are - there are three pages.

    MT:    Mmm mmm.

    FC:    You see: "*I have never asked Ms. Touré to intervene on behalf of BSGR to anyone, and especially to the President ...*" right, you see? Oh dear.

1:21:42    FC:    Ok, I'll read it to you.

        [Silence]

        [He reads a testimony] "*My name is Mamadie Touré. I am of Guinean nationality. I lived most of my life in Guinea and today I live in the United States. The representatives of the company BSGR came to see me and told me that the Republic of Guinea accused them of facts in which I have been implicated. They explained to me the facts and asked me if I would agree to say my opinion about the matter. I agreed because - because - because what they referred to is wrong and I want to testify today as follows. My family situation. I'm the half-sister of Ibrahim Touré and not his sister. We have never*

CONFIDENTIAL

*been very close, but rather rivals. My relationship with the company BSGR. It has been claimed that I had signed agreements with BSGR and BSGR was to pay me commissions in return for my services in their favor. This is false. I have never signed any agreement with BSGR either directly or through anyone whatsoever. It has been claimed that I lobbied official leaders of Guinea, for BSGR, so that BSGR could obtain mining rights in Guinea. This is false. I've never lobbied Guinean officials for BSGR. I have never given instructions or asked anyone to make decisions for BSGR. I have never been involved in the mining business in the country. It seems to be claimed that BSGR paid me money. This is false. I have never received money from BSGR, either directly or indirectly. There is talk about a $7 million check that they have allegedly given me, this never happened. It has been claimed that they gave me money in cash, amounts of $2.5 million, this is false. They never paid me this money, or any other money. Neither to me directly or to someone else on my behalf. In addition, they have not promised to transfer anything whatsoever, to me, or to anyone else, on my behalf. Finally, I would like to say that it's ridiculous that I have allegedly moved to the United States because I'm afraid that BSGR would attack me. This idea has never crossed my mind. I am very shocked about the facts I was exposed to by BSGR using my name, and I have nothing to do with this company, nor with the facts they are accused of."* That's it. Ok?

MT:   Mmm mmm.

FC:   [Inaudible] You must write Jacksonville, the date and sign. So that's it - I have a copy if you want.

In fact all this says is that - which is included in the report they had - so by saying that all these things in the report are false. You didn't receive any money, you didn't receive any paid or unpaid check, or anything else.

[Silence]

MT:   But if I remember correctly, you said that -

FC:   Pardon me?

1:28:49    MT:   If I remember correctly you told me that as long as Beny is there, he will continue to give me a little more money -

FC:   When? Give you when?

MT:   You said - if he stays - as long as he stays, if he stays in Guinea he will give me a little money. If he stays, for as long as he stays.

FC:   If he stays, you'll get what was planned. That's what I mean.

MT:   Ok.

FC:   Here you must write [inaudible] "at Jacksonville" and it is... the 11th.

MT:   How do you spell Jackson-

FC:   Jacksonville, it's like that.

CONFIDENTIAL

|  |  |  |
|---|---|---|
|  |  | [Silence] |
|  |  | [Inaudible] |
| 1:30:21 | FC: | Let me check my messages. Wait, just a second. I answer because I have children who are looking for stuff. |
|  |  | [Silence] |
|  | FC: | What was I saying? So that - shall we go make a copy there if you want one? I'll send it to you by email or there's a small office across, we can go make a copy if you want. |
|  | MT: | Where's that? |
|  | FC: | Across over there, I think there's a small office where you can make copies. |
|  | MT: | Should I wait for you? |
|  | FC: | Yes well let's go together. Let's go together. |
|  | MT: | Where? |
|  | FC: | There, over there. Um, in front. Where we met. Right next to it there's a small office, where we can make some copies. In the airport. |
|  | MT: | Ok. |
|  | FC: | Tell me, what do we do now? Because - to destroy that stuff. I'm bothering you with that, but - |
|  | MT: | I told you, I'll do it. |
|  | FC: | Yes but - |
|  | MT: | What I say is more important than - |
|  | FC: | I agree with you. |
|  | MT: | It's more important than... |
|  |  | [Silence] |
| 1:32:30 am | MT: | I wanted to call Michael. You have the number - |
|  | FC: | Call him? |
|  | MT: | Yes to say hello. He left me - |
|  | FC: | Yes, I know. I told him. I told him. But do you know when it was? He left you a message when you went missing. He tried to reach you just for that. |
|  | MT: | Yeah. |
|  | FC: | Shall I call him now? |

CONFIDENTIAL

MT:    Yeah.

[inaudible]

FC:    I'll put you through.

[The recording of this call also appears in the reference of the telephone recording of November 4, 2013, registered under case "4.11.2013 Call 11" and under the file: "305-744-6629 T-Mobile 2013-04-11 14-03-26 00092-1.wav"]

Hello? How are you? I'm fine. [pause] Yes I arrived. Everything is fine. I'll give the phone to Mamadie to say hello [inaudible].

[FC passes the phone to Mamadie]

MT:    Hello, Michael. [pause] Okay and you? [pause] Yes yes. You called me the other day, I wanted to call you back you but you didn't leave the number. Yeah. So uh. Yes. [pause] Yes, she's fine. [pause] Yes. [pause] Yes. [pause] I will come, [pause] Yes, yes. [pause] Yes.

But I don't have his number, what will I do if I want to call him?

FC:    Whose number?

MT:    Michael's.

FC:    I'll give it to you.

MT:    Ok. [On the phone] I'll come, I'll come, I'll call, Ok. Ok. Yeah. Bye, Thanks.

FC:    [He takes the phone] Hello? Okay, listen. Yes, yes it's okay. [pause] Yeah, yeah alright. Let's call each other back later. My flight is at 9 pm.

MT:    He wants me to go there.

FC:    Where?

MT:    I told him I'm going to [inaudible].

FC:    Go where?

MT:    To Miami.

FC:    You know, we leave at the same time.

MT:    Yes, yes.

FC:    Tuesday.

MT:    Yes

1:35:25    FC:    We will leave Tuesday. It bothers me, Mamadie, this story of seeing that stuff destroyed because I've been asked that so clearly that I can't - I'm not going to be able to lie.

CONFIDENTIAL

MT:    Who?

FC:    You know who. There's only one person I speak to. The the the the.... the big boss. So if he says, "I want you to watch when it's destroyed," I can't lie to him. I can't lie to anybody.

MT:    So what can I do? Because I tell you I will do it. I've already signed this -

FC:    This is - sorry - this is not about signing. This is - the deal was that, the deal was to destroy it when we come back, but we must - we're here to make the copies.

       [Inaudible then silence]

FC:    Thank you. Do you have a place to put - to put this?

MT:    Mmm.

FC:    Let's fold it. Fold it like this?

MT:    Yes

       [Silence]

FC:    Now we take a taxi, I'll wait for you, you'll take your key, we go there, we destroy them and that way everything's fine.

MT:    You can't leave with me, Frédéric

FC:    Oh dear, as you like, well I don't know. I can't tell him it's done, if it's not done. That's what I - if I haven't seen, I can't tell him. I can't -

MT:    I told you, I'll do it.

FC:    I know you'll do it, because it is in your interest to do so, but do you understand what I mean? I can't tell him yes if - I can't tell him that I was there if I wasn't there. I can't lie to him. I can't lie to him.

MT:    Then, in this case I have to go home, and I'll call you.

FC:    Ok. You go there. You do it and you give me - you tell me the address where you want us to meet and uh .. You send me a message on the phone and I will take a taxi and meet you wherever you want.

MT:    Ok.

FC:    All right?

MT:    Yes

FC:    Ok. That's settled. So I will wait for your call then? I'll wait here.

MT:    Ok.

CONFIDENTIAL

|        | FC:  | Ok? |
|--------|------|-----|
|        | MT:  | Thanks. |
| 1:38:57 | FC: | See you later. It will work. Don't worry. Look, I've never let you down. When you needed me, I've always been there and I'll always be there. So even in this mess, we will always walk together, because you've seen in the documents, both of us are in the same mess. |
|        | MT:  | But I don't want you to say you'll give me 5, then 5, something, okay, that is not respected. |
|        | FC:  | Do you think that – in what you have had so far, hasn't it been respected? In what you - |
|        | MT:  | It always takes time, sometimes everything changes. |
|        | FC:  | Yes - it's not that it is taking time, but look have you seen how long the case is taking? The case is also taking time. If it wasn't for Sammy's story, everything would have already been finished. |
|        | MT:  | Ok. |
|        | FC:  | Do you understand? That's what you have to understand. |
|        | MT:  | Ok. |
|        | FC:  | Ok? |
|        | MT:  | Yes |
|        | FC:  | I'll wait for your call, I'm here. |
|        | MT:  | Ok. |
|        | FC:  | See you later. |
| 1:39:44 | [MT hangs up on FC] | |
| 1:43:05 | MT: | I need to go here. At this address. |
|        | Taxi: | [inaudible] |
|        | MT:  | Yeah. |
|        | Taxi: | [inaudible] |
|        | MT:  | Thank you. |
|        | [Car door closing] | |
|        | Taxi: | [inaudible] |
|        | MT:  | What? |
|        | Taxi: | [inaudible] |

CONFIDENTIAL

[Ambient noise]

1:51:40

    FBI agent:    This is Special Agent Vanessa Steli. I am now ending the consensually recorded conversation.

01:51:54             END OF RECORDING


## RECORDING OF A TELEPHONE CALL OF APRIL 11, 2013

Transcript of a recording of a phone call between Frédéric Cilins ("FC") and an unidentified person ("HN").

REFERENCES:

    Case: 4.11.2013 Call 12

    File: 305-755-6629 T-Mobile 2013-04-11 14-10-27 00093-1.Wav


0:00:00        START OF RECORDING

    HN:    Hello?

    FC:    Yes

    PN:    Yes?

    FC:    Listen, she left, I'll see her again in a short time. So the document is done, it's signed.

    PN:    Really?

    FC:    Yes, it's done, yes. Uh,, without the husband's story, because anyway she'll never write that, that's for sure. Wait. And uh, on the contrary, when she went there to renew her documents to stay here

    PN:    huh, huh

    FC:    They kept her waiting, they kept her waiting, and there are ... there were two uh specialized service agents, who were, who began to question her, saying they were doing ... working on a case of, of, of bribery in uh her country, concerning a specific case, and this is the specific case. And they began to ask her a lot of questions, and there, with one person - the crazy thing is, she went like that without an appointment, and they kept her waiting for a very long time, and that's it.

    PN:    Ok, so what did she say?

    FC:    Well, she said the only thing she could say, that she had nothing to do with it and that this was nonsense.

CONFIDENTIAL

CONFIDENTIAL

PN:   Oh. And how did it end?

FC:   For the moment, like that.  For the moment, like that.

PN:   And did she get...

FC:   No, no, no. No, no, no. She's gone and I'm not telling you about her state.

PN:   I imagine. I imagine.

FC:   Ok, listen, let's not talk much on the phone, because I don't know where we are in all this. So uh, that's it.

PN:   Ok, alright. That's what should be done. Okay.

FC:   In any case, I think if you have to make some comments over there, I think you should set your phone aside.

PN:   Yes, yes. Don't worry. Okay.

FC:   I'll keep you posted later, because, well. Ok, see you later.

PN:   See you later, bye.

FC:   Ciao, ciao.

0:02:54        END OF RECORDING

CONFIDENTIAL

<u>RECORDING OF A MEETING ON APRIL 11, 2013</u>

Retranscription of a recording of a meeting between Mamadie Touré ("MT") and Frédéric Cilins ("FC").

REFERENCES:

      File: 4.11.2013 CW meeting with Cilins 7.45-9PM
      Case file: 0372_002.WAV

| | | |
|---|---|---|
| 0h00m0s | | START OF RECORDING |
| FBI Agent: | | "This is special agent Vanessa Stely. This is April 11[th], 2013. We're about to make a consensually monitored conversation with Frédéric Cilins." |
| | | [Sound of footsteps] |
| MT: | | [On telephone] "Yes, yes, yes." |
| | | [Sounds of car, music] |
| 0h20m07s | | |
| Unidentified man: | | [Inaudible] |
| | | [Music, sounds of car] |
| 0h24m24s | | |
| MT: | | Go. |
| Unidentified man: | | Huh? |
| MT: | | Go. Hello? [on the telephone] Huh? I'm on my way uh to the... Who is it? Ok, I'm on my way. The taxi driver has made a mistake, but he's turned around. So I'm on my way, yes. In how many minutes? |
| Unidentified man: | | 15 minutes. |
| MT: | | [On the telephone] In 15 minutes, yes. Yes. |
| | | [Music, sounds of a car] |
| 0h36m00s | | |
| Unidentified man: | | [Inaudible] |
| MT: | | Go quickly please. |
| Unidentified man: | | [Inaudible]. |

CONFIDENTIAL

| | MT: | We were there, you took us to... I, I said "Airport", if you didn't understand, you should have asked me. |
|---|---|---|
| Unidentified man: | | [Inaudible] |
| | MT: | We need to be quick. No-one is here. [On the telephone] Right, I'm here. Ok. |
| | | [Sound of footsteps] |
| 0h39m23s | MT: | [On telephone] I left the, the document under the thing. Can you bring me it? Where are you? Are you still parked? Ok, come down, I'm on my way. Come down, give me it. |
| | | [Sound of footsteps] |
| 0h41m59s | FC: | Hey, have you been running? |
| | MT: | I'm tired, yes. |
| | FC: | You're tired? Do you want something to drink? |
| | MT: | Yes. |
| | FC: | Well, that place over there is open. What do you want? |
| | MT: | Water. |
| | FC: | Water? |
| | MT: | Yes. |
| | FC: | Ok, if you want you can stay sitting there, I'll get you some water. Back in a minute. You want water, not fruit juice? |
| | MT: | No, water. That's fine. I'm tired. Thank you. |
| | | [Background noise] |
| | FC: | Do you want a glass? Hang on, I'll get a glass. |
| | MT: | I'm fine. |
| | FC: | Have you been running? |
| | MT: | I've been running. |
| 0h43m28s | FC: | You know, as I told you, they've taken it to court, that's what I was watching. It's in English though. Don't you think you should go away for a few days, somewhere else? Do you think it's better to stay here? Your visa that you have, how long have you got left? |
| | MT: | [Inaudible] |
| | FC: | That's only if you want. Uh...Beny Steinmetz...who is going after George Soros for everything they've done. Because the document you saw, it was created at Soros' request. You see? [Inaudible] |

74

CONFIDENTIAL

MT:        You're telling me to lie to the FBI but what [inaudible] are you giving me now?

FC:        But what else do you want to say? What else do you want to say? If you tell them –

MT:        Because I need something here now, I have... can I have something here, some money?

FC:        It's complicated here. It's complicated here, you know. In Freetown, OK, but here it's complicated. I need to see. I can't give you an answer straight away, but I'll have to see what I can do.

MT:        I want a guarantee. Can I speak to Michael?

FC:        But that won't change anything, it's not him. What do you want to check with Michael anyway? It won't change anything, it's not him.

MT:        I want him to give me a guarantee, if –

FC:        If what? Explain to me what you want me to understand?

MT:        If he can guarantee that I will get something here, and he gives me a guarantee for the rest –

FC:        But something here, what is that?

MT:        The thing is that I don't have anything here, I told you that –

0h45m38s FC:        Money here, you mean? Listen, what I can try to do first is to get 50, to get 50 here, but I'm not sure that will be possible, I can't guarantee it and no-one can guarantee it. If it's not, if I – to be 100% sure I'll need to speak to... There is only one who decides. You have to understand that, of all the people in the middle, there is no-one who can decide. There's only one, the person at the top. And he – he's the only one. When I tell you something, when I say it's 100% sure, that's because I know it's 100% sure. And no-one can tell you it's 100% sure except the guy at the top. So I don't want to lie to you. I always tell you the truth. So that's why there's no point talking to every Tom, Dick and Harry, that's useless. Now what I want to understand is, it's you here who needs a bit because you need a little breathing room, is that it? And if I manage to find you 50, is that OK? OK. I'll give you an answer tomorrow. I'll tell you – I won't go into detail, I'll say yes or no and I'll... that's all I'll tell you. OK? If that's OK I'll see how we can do it, I'll see how we can do it.

MT:        I thought that if Michael guaranteed it it would be fine.

FC:        "No but listen, I'll... How can I explain it, Michael isn't the one to make guarantees. He can't guarantee you anything; no-one can except the guy at the top. Me, I'm... I'll give you my gut feeling. I'm 60% - 70% sure it'll be a yes. That I will manage to organize it. But I can't promise anything. The only thing I can guarantee, anyway at this time I can't talk to anyone, I need to talk to just one person, it's the other guy over there. OK? So I'll find out about that. For, for over there in... what's it called... in Freetown, there, there's no problem. I know that that's fine.

MT:        But now I need -

75

CONFIDENTIAL

0h47m54s  FC:      Yes, I'm telling you, I'm going to take care of that, I'll give you an answer tomorrow or – yes, it should be fine for tomorrow. Unless, I don't know, unless he's travelling somewhere tomorrow, but I should manage to get an answer, by message. Ok? There you go.

MT:      I'm tired.

FC:      Anyway, listen, I've always said to you, I won't let you down. I won't let you down. Now, going back to the conversation we were having earlier, when you said to me, you said to me that we need to lie. Well of course we need to lie, you can't tell them... if you tell them, I swear you have to understand that, if you tell them I've received anything, from anyone, not particularly from this, but from anyone, you have a very big problem, not just a little problem, a very very big problem. You can kiss the United States goodbye. You can kiss the United States goodbye. And that's serious. So the only thing you can say, is... as you told them, at the end of your interview, they told you nothing, OK so go home that's it?

MT:      Yes, yes yes.

FC:      The only thing you can say to them is – you're not going to see them again anyway, or you'll go to see them again for your visa. When does your visa say it expires?

MT:      In August.

FC:      You have your passport, your, your...

MT:      Yes. It's August. It's August.

FC:      August, OK. So you don't have to worry about that until August then.

MT:      It's until August 27.

FC:      August 27, 2013. Well after that, did you ask them to continue with uh – or did you ask them for the investor visa?

MT:      Did I what?

FC:      You asked to, to, be able to go back to, uh, to stay longer. Is that what you wanted to see them about?

MT:      Yes, if I wanted to...

FC:      How long was the stay?

MT:      Extended.

FC:      Extended. Well listen, anyway, imagine that in fact you haven't done anything wrong, you hadn't received anything, you know? You went to see them about that, they asked you questions and talked garbage, saying you had done this, that and the other. You have nothing to feel guilty about; you can go back there saying, listen, what should I do with my visa, I'd like to, I need to stay here, my child is here, I'm working here, I'm making plans. That's a possibility. The second possibility is to go away for a little while, to let it all die down, go away to Sierra, let all this, this mess

76

CONFIDENTIAL

blow over... I think that it might be a good idea to go away for a while. If you could go away for a bit it would be good. And that would mean you could go there and pick up your money. Freetown is something else. Not Conakry, Freetown, there you'd be left in peace. And here, things would calm down a bit.

MT:     I don't think so, if they're going to come back, I don't think so.

FC:     I don't know. How did you feel about it? That it was going to continue or not?

MT:     Because they left afterwards.

FC:     What do you mean, they left?

MT:     They left, they told me to leave. They left, they told me to leave. And then I went home.

FC:     Didn't they say anything else to you?

MT:     No, nothing else.

0h51m40s FC:     And you, you said to them "I don't even understand what you're talking about"? What exactly did you say to them? How did you answer them?

MT:     I told them, I told them.

FC:     Did it take long?

MT:     I told them, I told them.

FC:     No, you waited a long time. But the questions, did they take a long time?

MT:     No, not long.

FC:     How long, ten minutes?

MT:     I didn't even pay attention to that. Because I was there, I was thinking that I had been sitting for a long time. I was there...

FC:     But afterwards, when they asked you the questions. Did they ask you a lot of questions, or not many?

MT:     Not many, Frédéric. As I told you the other morning.

FC:     Yes. And the questions, was it "did you receive the money"? What exactly were the questions?

MT:     I don't remember that any more. That's what I said to you in the morning, I don't remember. I was working. You can't even imagine, I've just come from home, I'm tired. I've had a tiring day. I've had a tiring day today. Looking for the documents at home tired me out. I'm scared.

0h52m50s FC:     Listen, the only thing you should be thinking about, even if they start again and try to put pressure on you, and scare you by saying things, you must always, always, always keep saying: I have nothing to do with that, I never received money, I never made contact, I have never been involved in the country's affairs. I am Guinean, I minded my own

77

CONFIDENTIAL

business, I bought rice, I sold rice, I bought sugar, I sold sugar, but I was never involved in the country's affairs. There are ministers, there are people who do that, but I was never involved in that, what would I do there? Yes, there are people, a certain Mr. Samuel who came, supposedly because he was a friend of someone who I helped when he was in Guinea, and, uh, he came, he asked me for something. You don't talk about documents, you don't talk about papers, you don't talk about anything. You just say, this is how it is, he came to ask me to go back to the country because the President wanted to see me, to meet me. I said that I had nothing to do with the President and that I was scared of him because he's a bad person. He's a bad person, and I don't want anything to do with all that. So, uh, you know, you say I'm tired, I'm tired of people coming to see me and telling me to come, to go back to the country; I don't want to go back to the country. He hurt all the family of the former President, he hurt everything. I don't, I really don't intend to... to... to... to go back there, to the country. I'm a single woman, I've been abandoned, and I no longer want to go back to the country, that's certain. But you must stick with that, you absolutely must stick with that. But I won't let you down, you have to know that. No-one will let you down. OK? You know, you can call me. Even if you're far away. The flights are at certain times, but I will always come to help you. I will always come to help you.

MT:     I'm tired. I'm tired of all that.

FC:     Do you have someone who you talk to a bit here? Or don't you, don't you have anyone?

MT:     Here, I have some family...

FC:     Here, I don't know. Here, I really don't know. You have Cény here, but you have, you have another sister here, don't you?

MT:     Yes, I have my older sister here with me.

FC:     Does she know all of this?

MT:     No, I, I haven't told them. I haven't told them. They would panic. I haven't told them.

FC:     They will panic, but especially if... Well, the questions should stop at you, but everyone needs to be on the same page, by saying what is this business, and things like that. The only business I have been doing is buying rice and sugar, and chicken hinds. That's it, that's all I've bought. I've bought parson's noses, sugar and flour. Why are you talking to me about this mine business? Do you really think that I know anything about mines, do you really think I know about [inaudible].

MT:     It's not easy.

FC:     It's not easy, but it's safe. What do you want me to say to you? This Samuel business, it's... Whoever sent him to you, he has a lot to answer for. It's Sampil or I don't know who. He's made a great big mess for you, sending you this Samuel. He's really got you in big trouble, big trouble. If you had spoken to me at the time, I would have explained to you, but what am I supposed to say? What am I supposed to say? OK, listen, we'll get rid of all this mess, we'll... do, uh, everything it takes to protect you as much as possible. But you, anyway, you need to stick with this course of action. That's for sure.

CONFIDENTIAL

| | | |
|---|---|---|
| | MT: | But when are you coming back? |
| | FC: | When I need to. |
| 0h57m08s | MT: | OK, because I haven't been able to get everything together on my own. |
| | FC: | Oh? |
| | MT: | Yes. The place where I was supposed to get the others was closed, but as you've already told me, I have everything which is in the house, photocopies and whatnot, I have everything. |
| | FC: | The photocopies don't matter, I don't need photocopies. All the photocopies, we should get rid of them. |
| | MT: | As you... |
| | FC: | [He goes through the documents] This, this isn't a big deal. This, we don't give a shit about. |
| | MT: | As you told me to photocopy the originals... I think I'll take that back, I can pick up the rest tomorrow. |
| | FC: | You know, I can come back on Sunday. I can come back on Saturday, whenever you want. It's up to you. |
| | MT: | OK. |
| | FC: | But this, these are all photocopies. |
| | MT: | Yes. No, not all of them are photocopies. |
| | FC: | That and that, they aren't photocopies. |
| | MT: | But that one, I gave that one though, sent it... I sent that, the original of that... I sent the original of that. |
| | FC: | All this. I'll destroy it, don't worry. I can't destroy it here, at the airport. But as soon as I arrive, I have a shredder, I'll destroy it all. But tell me, uh – |
| | MT: | We can do it here. |
| | FC: | But where? In the airport? Where do you want to destroy it in here? |
| | MT: | They have a machine for shredding. |
| | FC: | But the office is closed. The office is closed, it's too late now. What is... the thing about that is... Well, they're only photocopies. |
| | MT: | Yes. |
| | FC: | You see that. All those, they are documents which, they are photocopies... |
| | MT: | But I sent that. The original of that. |
| | FC: | Whom to? |

**p. 151**

CONFIDENTIAL

MT:    I sent it, under... the letter... Yes, I sent it, I mailed it.

FC:    But who to?

MT:    I sent it to Michael.

FC:    Mailed?

MT:    Yes.

FC:    OK, listen, I'll look at all that, properly, and I'll destroy all of that anyway, and call me when you have the other things. Call me if it's Saturday or Sunday. Check tomorrow – what day is it today, Thursday?

MT:    Mm hmm.

FC:    Uh, Thursday, well I don't know, I can come back on Saturday, I can come back on Sunday, as you like. All that, it's just, all that is just papers in Freetown with Michael. That's Freetown. That's Freetown. All that, that's Freetown. That's Freetown.

MT:    I was tired when I was looking for that. [Inaudible], she takes papers and throws them around. You know, she's starting to walk.

FC:    This one isn't important. If you like, it's the declaration we made, but no-one has used it anyway. You can even keep it if you like. Because it's the declaration that we made at the time, but no-one has used it.

MT:    OK.

FC:    Hang on, hang on. Don't touch. I'm just going to look at the end of that one.

MT:    I sent the original of that one.

FC:    Did you send it or did you give it to Michael and...?

MT:    I sent it, I mailed it.

FC:    By mail?

MT:    Mm hmm.

FC:    That too. That's another, that's another, uh... All of that, it's practically all, uh, what's it called... except that one.

MT:    When I get home I'll burn all of that.

FC:    Huh?

MT:    I can burn all of that.

FC:    Yes, you can, if you like. It doesn't matter. Those, they are just things. It's your declaration so it doesn't matter, you can... you can keep it, you can burn it, as you like. But...

MT:    I sent the original of that one.

CONFIDENTIAL

FC:         February 27 and 28 [inaudible]

MT:         Original. It's the same thing, the original of that one was sent.

FC:         So those are the same. That one is...

MT:         It's the same thing.

FC:         That one is the same thing again.

MT:         Yes.

FC:         They are all the same thing.

MT:         It's the same thing.

FC:         Anyway, all of that, I'll... You say you already sent that one?

MT:         I sent it.

1h02m20s FC:   So who did you send it to? Do you want to keep that or destroy it? It's up to you, it's not needed, it was the declaration which you know we made a long time ago, which you made a long time ago, in April.

MT:         Mm. All of that is the same thing.

FC:         All of that is the same.

MT:         So far it's all the same thing.

FC:         In fact, we'll destroy all of that. But if you like, even that, it's a document which says... All that, I'll take it, I'll destroy it. But that's useless because it's just photocopies. But we'll destroy it.

MT:         I'll destroy it.

FC:         No, no, no. I'll destroy it.

MT:         Because you told me.

FC:         Yes, no, but I'll destroy all of that anyway. I'll take it and destroy it all. At least I know that there is no... nothing left hanging around. But, uh, on Saturday I'll come back, that way I'll have the answer at the same time.

MT:         Saturday?

FC:         Saturday, is that ok? What do you want? It's the day after tomorrow.

MT:         Saturday isn't a working day.

FC:         Yes but, there is no work, but you... When are you going to get the documents back?

MT:         On Saturday there is...

FC:         Saturday or Sunday?

CONFIDENTIAL

MT:     I'll call you.

FC:     You'll call me?

MT:     Yes.

FC:     Let me know whether it's Saturday or Sunday. And what about the other documents? I'll destroy that. Do you prefer Saturday or Sunday?

MT:     I'll call you, when I...

1h04m23s  FC:     Do you... you know. What documents have you got left? Because the originals should stay, because there, there aren't any originals.

MT:     Yes, there are some originals.

FC:     Yes, there is just one. There is just one, and what's more, it's not the most important.

MT:     Because I made, I made him go back home to put, put on that. So by the time I started at home, I found that. I said to myself that home is important.

1h04m52s  FC:     Of course home is important. Isn't there anything else at home?

MT:     No, no. There's nothing else.

FC:     OK. And have a look in the place where you put the other things. Let me know. Can you go there any day?

MT:     Yes, I can go.

FC:     If you like, see if Saturday is good for you, and I'll come.

MT:     I'll call you. I'll call you. It was hard to look because I was scared. And the little one is a pain. When you put papers down, she takes them and throws them somewhere else. As soon as I arrive I'll have to sort it out.

FC:     Listen, think about whether it's OK for you to go to Freetown for a while. Think about it a bit, we'll talk about it again on Saturday.

MT:     OK, I think that's a good idea. I think.

FC:     I think it's a good idea too, to go away for a bit.

MT:     I'll think about it. I've been tired since this morning.

FC:     Yes, I know you're tired, but...

MT:     I haven't eaten anything since this morning, I'm hungry.

FC:     Do you want to eat something?

MT:     No, when I get home.

CONFIDENTIAL

| | FC: | You know, the problem is that this puts incredible pressure on you, I know. I know very well. I'm going to have to go... |
|---|---|---|
| | MT: | What time is it? |
| | FC: | It's at 9, but it's a bit late. So, uh, I'll go and look. Hang on, don't go anywhere, I'll have a look... |
| | MT: | OK. |
| 1h06m27s | FC: | I don't want to miss it, because afterwards there aren't any more planes until tomorrow. This really does put pressure on us. Anyway, let's stay calm. Let's stay calm, we'll organize it properly. We'll see each other on Saturday. If it's OK for Saturday, we'll call each other on Saturday, let me know if Saturday is good for you... |
| | MT: | OK. |
| | FC: | And then, uh, think a bit about whether it's a good idea to spend some time in Freetown. |
| | MT: | OK. |
| | FC: | Maybe it would be good to spend some time in Freetown, uh, that's all. Or anyway, to avoid going to immigration for the time being, to avoid going there. Are you still at home where you were before? Or do you live somewhere else now? |
| | MT: | No, I'm at home... |
| | FC: | The house where Sény is now? |
| | MT: | Yes. I wanted to move out though, because there are too many of us living there. And it's annoying. It's annoying. It's not easy, Frédéric. It's not easy. |
| | FC: | I know it's not easy. Listen, uh, I tell you what. Shall we speak on the phone tomorrow? |
| | MT: | Yes. |
| | FC: | I'll have a look at how best I can organize this. I'll give you the answers. And there you have it. |
| 1h08m04s | MT: | But what are we going to do for the 800 and the rest, and the rest? |
| | FC: | You'll get it. That's for sure. But you know, it's not maybe, it's 100%. |
| | MT: | But as you said, a lawyer was going to do it. |
| | FC: | Yes, well a lawyer... But the problem is that who is going to want to deal with the paperwork from lawyers now? You know, with everything that's going on everywhere, all the things, it's... You know, all the things I told you were going to happen, when I tell you it's 100% sure, it's 100% sure. You can believe me, you can trust me I think. You... when I say it will happen, it will happen. There is no... it's not a maybe. Do you understand? |
| | MT: | I know that. |

CONFIDENTIAL

| | |
|---|---|
| FC: | So I assure you, there is no need to worry about that. What is important is that we get out of this period we're in now, this period of tension. Do you agree? I have to run, otherwise I'm going to miss my plane. Uh. I, shall we speak tomorrow? |
| MT: | Yes. Yes. |
| FC: | OK. Right, don't worry, everything is going to be fine. |
| MT: | I'm still worried though. It's not... |
| FC; | I know... I know, I know very well that you have worries. I know very well. But don't... don't worry, it'll be OK, and uh... I... we'll speak, we'll speak tomorrow about Saturday, OK? |
| MT: | OK. |
| FC: | We'll speak tomorrow about Saturday. And that's it. OK? |
| MT: | Yes. |
| FC: | Get home safely. What time should I call you? Are you going to call me, or do you want me to call you? |
| MT: | Can you call me? |
| FC: | I'll call you during the morning or at the end of the morning, OK? Right, that's fine then. Get home safely. |
| MT: | Yes.  Hello? [On the telephone] yes... |
| | [Sound of footsteps, loudspeaker announcements] |
| 1h14m | |
| Unidentified woman: | Hi |
| MT: | Hi. |
| | [Music] |
| MT: | At the hotel. |
| | [Sounds of car, music] |
| MT: | I'm here, at the hotel. |
| | [Sound of a door] |
| MT: | [On the telephone] Can you tell them I'm here? |
| Unidentified woman: | OK, they are on their way and so am I. |
| | [Sound of footsteps] |
| 1h19m07s | END OF RECORDING. |

CONFIDENTIAL

<u>RECORDING OF A TELEPHONE CALL ON APRIL 11, 2013</u>

Retranscription of a recording of a telephone call between an unidentified man ("XX"), Frédéric Cilins ("FC") and Mamadie Touré ("MT").

_____

REFERENCES:

    File: 4.11.2013 Call 11

    Case file: 305-744-6629 T-Mobile 2013-04-11 14-03-26 00092-1.wav

_____

| | | |
|---|---|---|
| 0h00m0s | | START OF RECORDING |
| | XX: | Hello? |
| | FC: | Hello. Is everything OK? |
| | XX: | Yes. How are you? |
| | FC: | Everything's fine, everything's fine. I'm fine. I'm fine. |
| | XX: | Did you have a good trip? |
| | FC: | Yes, I arrived safely. Everything's fine. Everything's fine. I'll put Mamadie on to say hello. |
| | XX: | Ah OK. |
| | MT: | Hello, Mika? |
| | XX: | How are you Mamadie? |
| | MT: | Fine, and you? |
| | XX: | I'm fine, I'm fine, very well. It's been a while. |
| | MT: | Yes, yes. You called me one time. You'll remember, but I didn't write down the number. |
| | XX: | Yes, how's the little one? |
| | MT: | Yes, she's fine yes. |
| | XX: | Is she OK? |
| | MT: | Yes, yes. |
| | XX: | Very good. And you? Is everything OK? Aren't you coming to visit us in Miami? |
| | MT: | I will come. Yes. |
| | XX: | You want to come? That's good, that's good. You can come and see us for a bit to relax. |
| | MT: | Yes. But I don't have your number, how can I? I don't have Michael's number. |

CONFIDENTIAL

| | |
|---|---|
| FC: | Yes, I'll give you it. |
| MT: | OK. I'll come. I'll come, I'll call you. |
| XX: | OK. Come, come, come here for a bit. |
| MT: | OK. |
| XX: | OK. See you soon. |
| MT: | Yes, yes. Thank you. |
| FC: | Hello. |
| XX: | Yes. Is everything OK? |
| FC: | Yes, yes I'm fine, I'm fine. |
| XX: | You're fine? Ah well. |
| FC: | Yes, yes. Let's call each other later then. |
| XX: | OK. |
| FC: | I've got my plane at 9pm anyway, so... |
| XX: | At 9pm? Ok. Call me back afterwards. |
| FC: | Ok, speak to you later. |
| XX: | Speak to you later. |
| FC: | Ciao, ciao. |
| 0h01m42s | END OF RECORDING |

CONFIDENTIAL

<u>RECORDING OF A TELEPHONE CALL ON APRIL 11, 2013</u>

Retranscription of a recording of a telephone call between Frédéric Cilins ("FC") and an unidentified man ("UM").

REFERENCES:

    File: 4.11.2013 Call 10

    Case file: 305-744-6629 T-Mobile 2013-04-11 21-19-46 00110-1.wav

| | | |
|---|---|---|
| 0h00m0s | | START OF RECORDING |
| | UM: | Hello? |
| | FC: | Yes. |
| | UM: | Yes. |
| | FC: | I'm waiting, I'm still waiting for the flight. Uh... I'll be back Saturday now, because not everything was, was there, I'm going to have to come back. |
| | UM: | Oh? |
| | FC: | Yes. Because it wasn't in the same place, well, I don't know. I'll tell you. Right. |
| | UM: | But... but [inaudible] |
| | FC: | What? |
| | UM: | But has she agreed to give everything? |
| | FC: | Yes, that's sorted out. It's already sorted out. |
| | UM: | Really? |
| | FC: | Yes, yes. What was there, I already have. And... |
| | UM: | OK. |
| | FC: | And the rest, uh, I, I... it'll be Saturday. |
| | UM: | That's good, that's good... but I think that... what needs to be done is, he needs to leave. |
| | FC: | Yes, but that's planned. That should be planned. |
| | UM: | The best... the best thing to do, is... is for him to leave, and then come back. Afterwards he won't have any problem coming back. |
| | FC: | Yes, yes, yes. |
| | UM: | I don't know, 180 days. |

CONFIDENTIAL

FC:    Oh no, it's not a question of days here, it's a question of dates, because there is... the... it's, its...

UM:    Has it expired?

FC:    No, no... it hasn't expired yet... but it's until... the end of August. So afterwards, that's exactly why, because after that it... it's over. It's not exactly like us, it's a different thing. I don't know how it works. It's not a question of 180, that's something else. It's not like us. I don't know how it works, but anyway. Ok, listen, we'll look at that, we'll talk about it tomorrow.

UM:    OK. Well listen, tomorrow when you're ready, give me a call. We'll see each other, we'll go and have a coffee, something like that...

FC:    Well anyway, I'm ready in the morning, you know. I don't know, I'll call you. Send me a text when you wake up, let me know. I'll be ready from 7am or 7:30am, at the latest, I'll be awake. OK?

UM:    OK. Have a good flight. See you tomorrow, ciao. Bye.

FC:    See you tomorrow, ciao, ciao.

0h02m33s    END OF RECORDING

CONFIDENTIAL

<u>RECORDING OF A MEETING ON APRIL 14, 2013</u>

Retranscription of a recording of a meeting between Mamadie Touré ("MT") and Frédéric Cilins ("FC").

---

REFERENCES:

      File: 4.14.2013. CW meeting with Cilins

      Case file: 1_0372_001.WAV

---

| | |
|---|---|
| 0h00m0s | START OF RECORDING |
| FBI Agent: | "Special Agent Antonio Roberson, Sunday April 14th, at approximately 2.35pm on a Sunday, a consensual monitoring between CHS and Fréd Cilins is going to take place here at Tampa International Airport. Jacksonville Airport. |
| | [Sound of footsteps] |
| | [Sound of car] |
| Unidentified man: | To the airport, yeah? |
| MT: | Mm hmm. |
| | [Sounds of car, music] |
| Unidentified man: | Will you call me? |
| MT: | [Inaudible] |
| Unidentified man: | Yeah, yeah. |
| MT: | Don't go anywhere. |
| | [Sounds of footsteps, loudspeaker announcements at the airport] |
| 0h07m09s MT: | How are you? |
| FC: | How are you? Yes, I'm fed up, it's an hour late, because, I don't know, it started to go to take off, it came back, there was a mechanical problem. They've been fiddling with it... how are you? |
| MT: | I'm fine. |
| FC: | Are you doing OK? |
| MT: | Yes. |
| FC: | I haven't even eaten a thing. Let's sit down, have a bite to eat. Have you eaten? |

CONFIDENTIAL

MT:     No.

FC:     Ok, so let's have a bite to eat. It's not very nice, but that's all there is.

FC:     Have we had any news on anything?

MT:     No.

FC:     How's the little one?

MT:     She's fine, yes.

FC:     She's just a little girl... has her stomach bug cleared up?

MT:     Yes.

FC:     Do you know that as of yesterday I'm a grandfather?

MT:     Really?

FC:     Yes, that's it now. My daughter gave birth. It was unexpected. It was supposed to come at the start of May, but because she had high blood pressure she went to the hospital. They had a look. The baby was almost three kilos, they said [inaudible]. Because she went back, they had to do a cesarean.

MT:     Yes.

FC:     There you go. The family is getting bigger.

MT:     Yes.

        [Background noise]

FC:     Let's sit here, shall we?

MT:     OK.

FC:     Go on, I'll let you sit down. Well, everything has, everything has turned to... to war, with the others. I don't know if you've seen the news, but, uh, there are, they have... the group has attacked. Soros has attacked all those people, for doing investigations, for doing all of those things, and saying that's that. And also, it's a bit more complicated, there were other companies involved, which were consulting companies for BSGR, which in fact were actually handled by Soros. So, uh, a whole load of things like that, so, uh, there are, they are being prosecuted for all that. So have you thought about travelling?

0h10m46s MT:     I'm looking at that, I'm thinking about it. But for the moment, before we talk, I need the money we were talking about. I need the money now because I don't have anything.

FC:     OK. So this is how it is: in Sierra you'll pick up 200. Here, the day before yesterday, I got 20,000. That's all I was able to... I don't have anything else. But what I can do to help you as well, is if you have to take the plane, I can buy your plane ticket if you have to travel to Sierra Leone.

MT:     But how will that work, for the 20,000?

CONFIDENTIAL

FC:     I've got it here, I travelled with it. You know, I don't like that much, but I travelled with it. You know, in two days, it's all I could get, manage to get to give you something to live on.

MT:     OK.

FC:     OK? I told you, I did my best.

MT:     OK.

FC:     I told you I did my best. Have a look if you want. How... explain to me what you're going to do with your project when you leave. Is Mado going to take care of it?

MT:     Yes. But I need to send more money, because that's not enough.

FC:     That's not enough?

MT:     Yes. The whole project, the whole project is more like 700.

FC:     700 thousand?

MT:     750, yes.

FC:     Where? Here?

MT:     Yes.

FC:     But why did you start a project for 700, if you don't have 700?

MT:     I don't have the full 700, but I have a bit in the account.

FC:     Yes.

MT:     Because for the market, I know that it will open in April. End of April. Because in May, we're going to open the market. So it's for the restaurant that I'm stuck, I need...

FC:     So for the market it's OK?

MT:     Yes, it will open in May.

FC:     What, the restaurant?

MT:     No, the...

FC:     The market?

MT:     Yes.

FC:     But is it OK?

MT:     Yes, it's OK.

FC:     That's OK. And for the restaurant?

MT:     It's the restaurant that's holding me back. I need something.

CONFIDENTIAL

| | | |
|---|---|---|
| | FC: | Yes but where do you think I'm going to find something? Something, how much is this something? |
| | MT: | A bit of money to add to it, to what I've got in my account. |
| | FC: | Yes, but what do you mean by a bit of money to add to what you've got in your account? |
| | MT: | Even if I have 400, that's OK. |
| | FC: | But I'm not going to be able to find 400, Mamadie. You know, why do you get yourself into projects like that, when you don't have enough beforehand? You can't get involved with projects if you don't have the necessary funds for it. How do you do that? |
| | MT: | You know, we started, and I thought it would be enough. I didn't know that there was this, that and the other. There are licenses, all that to buy and then that happened. And then you have to pay the workers, you need six months of salary. |
| | FC: | Ah yes, I agree with you. But I don't have a solution. I don't have a solution. Right now, I don't have a solution. I'm telling you… |
| | MT: | No, it's not for right now. We'll wait for the market to start. Afterwards we'll do it for the restaurant. We'll wait for the market to open. Afterwards, we'll sign the contract for the restaurant too, that's how it is… |
| | FC: | Listen, uh… I'm going to have a Caesar salad with chicken and that's all. Do you want a hand? What do you want? |
| | MT: | A sandwich. A sandwich. |
| | FC: | A sandwich, how do you want it? Grilled sandwich with chicken, like last time? Or corn with fish? |
| 15m00s | MT: | Like last time. Can you give me the 20,000? |
| | FC: | It's in an envelope, I'll give you it later. I managed to get it. So you're having a chicken sandwich. And what do you… when do you think you'll be travelling? |
| | MT: | Like you… what do you think? |
| | FC: | I think that, I think that during the trial which has started with Soros and everyone, it would be good to leave. It's better to leave for a while. It's better to leave, that way, you'll be left in peace, they won't come and ask you questions… and that's that. If you never know – knock on wood – but if we find out that they are coming to see you and ask you questions, you must do everything that I'm telling you. |
| | MT: | How? |
| | FC: | Say that you have nothing to do with all that. That you have nothing to do with all that… |
| A waitress: | | Hello, would you like something to drink? |
| | FC: | Hmm, what do you want to drink? Cranberry juice and then one grilled chicken sandwich and a Caesar salad with chicken. |

CONFIDENTIAL

| | |
|---|---|
| A waitress: | Anything to drink for you? |
| FC: | No, nothing. |
| A waitress: | No water? |
| FC: | No water. Thank you. Uh, if they ever, what's it, have something to say, you have nothing to do with all that. That's for sure. Even if they say, "we know..." or if they tell you, tell you tales, or lie to you, they say to you "oh yes but we already know, you have to admit it..." even if they say, you know like the old guy, "don't worry, I'll protect you, I'll be there, you can tell me, you can tell me, I'll protect you". You tell them "that's all bullshit". And it's even the opposite, you can say like I told you the other time, "that old guy, he kept on sending people to ask me to come back, and I'm scared of going back to the country. I don't want to go back to the country because I'm not at ease there." It's... on the paper we filled out the other day, on the certificate, maybe we should even have added something there to say, not only did you come to the United States because you were scared of BSGR, but it wasn't at all that you were scared of BSGR, it's because here and there, you had things, and that you're scared to come and see him. Maybe we should have put that. So it's up to you, if you want to leave at the start of the week, uh... I don't know. If I were you, I'd leave straight away, I wouldn't wait, that's why I'm asking you if you need – look at plane tickets, and let me know. But I can't tell you when. If I were you, I would leave next week. At the start of next week, I would leave. Because [inaudible] in Freetown you'll be in peace. In Freetown, no-one is going to bother you, and also the good thing is that when you're there, I can arrange for you to pick up what you need to pick up (...). I don't know, is Cissé there? |
| MT: | Yes. |
| FC: | OK, if you want, send Cissé, maybe. Either you or Cissé, that way we're sorted. |
| MT: | OK. |
| FC: | So, uh, I'll let you look at the tickets, with Mado? |
| MT: | OK. |
| FC: | And we'll look at that... you look at that tonight, if you want. Call me tonight, call me tomorrow. And we'll look at that. I'm taking the plane on Tuesday, I'm going back to France. |
| MT: | OK. |
| FC: | OK. Have you found... have you got all the papers out? |
| MT: | Yes, but... I've got all the papers out, but I was waiting for you to be there to uh... with what I asked you for. |
| FC: | Yes. Yes, yes. No, but the envelope you've got there, is that it? |
| MT: | Yes, that's it, yes. |
| FC: | Can we look? |

CONFIDENTIAL

MT:   Not before you give me the money Frédéric. And we said 50. You've brought me...

FC:   No, no, no. Firstly, that's a bonus. The deal we had. You know I don't change.

MT:   Yes but you have changed, we said 50, you've brought me...

20m00s   FC:   No, no, no. Listen, listen. I said, the deal. Listen to what I said to you, and I'll say it again. The deal is 200 now. You'll get that. And 800... just wait, wait, I'll do my best.

MT:   You said 50?

FC:   Do you think I'm a magician and I can just find money straight away? I've just come from France, do you think I'm walking around with 50,000 dollars? But that wasn't part of the deal. That's not even deducted from the 800, it's just extra to help you out. So it's not in the deal, that has nothing to do with it. It has nothing to do with the documents. Nothing to do with the documents, it's just extra to help you. Do you know that? So don't say to me, well firstly, you haven't brought the 50, you've brought 20, that has nothing to do with anything, it's just... even the plane ticket has nothing to do with the documents. The deal with the documents and the certificate is what I told you: we destroy all the documents, you get 200 and then 800 which are for you, whatever happens. Whatever happens, you have 1 million for you. Whatever happens, 200 now, 800 later. That's the deal with the documents, nothing else. It's not 50 or 20. Do you know that? No?

MT:   No, I thought that you were going to deduct the 50...

FC:   I'm not going to deduct it, even this 20, I'm not going to deduct it.

MT:   So who's giving me the 20?

FC:   Who's giving you the 20? For the moment Frédéric is giving you the 20. I went to get it from some co – that's why I'm telling you, you know, look – I'm not telling you lies, you see? I went to get it from, from – from three different people, with envelopes from the bank, you see, in three envelopes. So for the moment, the 20, it's only Frédéric who is giving you it, no-one else. How am I supposed to, how am I supposed to get someone to send me 20,000 in 2 days out of nowhere? I'm not associated with the United States, I don't walk around with 50,000 dollars on me, not even 20,000. Not even 20,000. Here. You understand. So that, if you like, it's something extra. What I gave you –

MT:   So it's on top of the 1 million and then the 20,000 and then BSR.

FC:   That's right.

MT:   It's in addition...

FC:   What I gave you the other time in... What's it called... What I gave you the other time in... oh dear... Freetown.

MT:   The five thousand?

FC:   Yes, the five thousand, and then I can't remember what, that's all extra. No-one is deducting them from anything. So you know, when I tell you

94

CONFIDENTIAL

that we're doing everything we can to help you, you have to understand that we are doing everything we can to help you. I'm not deducting it from anywhere, you see? I'm not deducting it from anywhere, it's just to help you. There you go. Well, I hope you understand that we are here to help you. Do you?

MT:   I understand.

FC:   But do you understand and agree, or you understand but you don't really agree?

MT:   I understand but I thought you were going to bring 50 because... uh...

FC:   Because I didn't know how much I was going to be able to pick up. I didn't know. I'm telling you, I'm doing my best. The only thing I can offer, on top, and again, it's not, it's not going to be deducted from anything, is to buy your plane tickets, if you like. What can I say, I'm doing all I can. I'm doing all I can. Oh dear. All of this, it isn't easy. You know, I understand that you need help. I understand. But, you know, look at the long term, who is always there to support you and who isn't there to support you, and you will soon see the difference. You will soon see the difference. But then I can't get involved in your things. You decide to launch a project, to set up a restaurant and all that, and then you need 400 thousand, how am I supposed to find 400 thousand for you? It's not easy. It's not easy, and you should have thought of that before. Well, the good thing is, in April or May you'll be able to open the other one no problem. That's good, it will start to make money, won't it?

MT:   Yes.

FC:   Dear me. Anyway, is everything there in the documents. There's nothing left? Can you show me please?

MT:   Let's finish eating. I'll just show you...

FC:   No, it's just to see what's there, because there has been such chaos with documents everywhere... dear me. And you had three things, you said? You had fruit and vegetables, and you had fish too. That's at the same time as the fruit and vegetables? Is it at the same time as the market?

MT:   Yes.

FC:   So there are two shops? One shop with the market, with the fruit and vegetables and fish, and a shop for the restaurant. That's good. Who gave you the idea?

MT:   I contacted a lot of people.

FC:   Yeah.

MT:   Because when I'm there, no-one gives me money, to buy what I want to eat. So I thought, why don't I take some money and then invest in something. So I contacted a lot of people. They told me to set up the fish market and then the restaurant. Because we need to eat every day. They told me that the start isn't easy, but in the future it will be easier.

CONFIDENTIAL

FC:     And is it in a good location?

MT:     Yes.

FC:     Are you in the town center?

MT:     It's an area where there isn't already one. There's nothing like it.

FC:     So people are going to come, that's good.

MT:     Yes. I wanted to buy… I was advised to buy some land, but seeing as I didn't have money to buy land…

FC:     No, but you shouldn't buy land, that's good. And have you set up a company for it?

MT:     Yes.

FC:     It's not Matinda, is it?

MT:     I did it with Pentiana [?] LLC. But I didn't have money to buy land so I've rented the shop…

FC:     Good decision.

MT:     If I earn money in the future, I will do it.

FC:     Is the rent expensive?

MT:     Yes. It's expensive, because it's…

FC:     How much is it worth?

MT:     It depends, because after the second, third, fourth, fifth year, then it goes up.

FC:     Do you think you negotiated well? Isn't it too expensive?

MT:     I think I negotiated well.

FC:     Yes?

MT:     I think that I negotiated well, but what would be better would be if the land was mine, that would be better.

FC:     Yes but with land you have to build on it, is building expensive?

MT:     Yes but when you buy land it's yours forever.

FC:     I agree with you, of course…

MT:     You don't have to pay anything to anyone.

FC:     Of course, of course.

MT:     It's different from what I'm doing now. But I have to.

CONFIDENTIAL

| | |
|---|---|
| FC: | Yes, I mean, having land, if you like, it's… you aren't just going to build a little shack, you'll want to do something big if it's land, won't you? |
| MT: | Like here. |
| FC: | Is it as big as here? |
| MT: | It's like here, what I was going to do. |
| FC: | It's big. And the place you've rented, is it as big as that? |
| MT: | Yes, it's big, yes. |
| FC: | Wow, that's good. I know the French markets they do, they're big too, it's good. French markets are nice, aren't they? Good products. And who buys the equipment, the merchandise, and all that? |
| MT: | You go with a company. Yes, you go with a company. |
| FC: | So you're doing fruit, vegetables and fish? |
| MT: | Yes. And even bread. |
| FC: | Ah, that's good. It's a good idea. I don't know if the restaurant is a good idea, what do you think? Because there aren't many there? |
| MT: | No. |
| FC: | In that place? |
| MT: | Yes. There aren't many. I arrive and people need to [inaudible]. |
| FC: | Yes, yes. No, that's for sure, but… You know, the problem with the restaurant, well then there are the staff and you have to take care of all of that. You have to be careful that no-one steals from you. It's not easy, either. |
| MT: | Yes. |
| FC: | Is your sister going to work there a bit? |
| MT: | No. |
| FC: | Who's going to work there then? |
| MT: | I'm going to hire people to work. |
| FC: | Yes. Be careful that no-one steals from you though. |
| MT: | We have a system that they've set up. "ADP". I don't think they will steal. And there's the camera too. I don't think that they will steal. It's a company that pays, that, that, takes care of that… of course I'm going to pay them, they deal with all of that. A-D-P, ADP. |
| FC: | ADP? |
| MT: | Yes. |