# EXHIBIT F

# Part V of VIII

Président pour obtenir les blocs 1 et 2 de Simandou. Steinmetz a proposé de me donner cinq pour cent du chiffre d'affaires de BSGR en Guinée. Steinmetz m'a dit que je devais discuter des blocs 1 et 2 de Simandou avec le Président.

15. À la fin de la réunion avec Steinmetz, Ibrahima Touré m'a remis 200 000 USD. J'ai parlé au Président Conté du paiement de 200 000 USD, et il m'a dit qu'il s'agissait de ma bonne chance.

16. En septembre 2006, j'ai assisté à une réception organisée par BSGR en Guinée pour présenter BSGR aux fonctionnaires guinéens. Asher Avidan m'a invitée à la réception parce que, si nous étions vus ensemble, BSGR serait crédibilisé.

17. Le 20 juin 2007, j'ai signé un autre contrat intitulé *Protocole D'Accord* (le « Protocole de 2007 »). Celui-ci était entre BSGR Guinée et ma société, Matinda. Nous avons signé ce contrat après que BSGR Guinée a reçu les titres d'exploitation de mines d'uranium. Ce contrat était sensé transférer cinq pour cent de BSGR Guinée vers mon compte. Beny Steinmetz, Marc Struik, Asher Avidan, Patrick Saada, Isiagga [sic] Bangoura, et Ibrahima Touré étaient présents quand j'ai signé le contrat. Marc Struik a signé pour BSGR Guinée. Un avocat l'a pris afin de le légaliser et puis m'en a donné une copie. Une copie authentique et conforme du protocole est jointe à la présente, en Pièce 3.

18. BSGR voulait toujours les blocs 1 et 2 de Simandou. Au début de 2008, Asher Avidan et Issiaga Bangoura sont venus me rencontrer chez le Président à Dubréka. Avidan voulait vraiment mon aide pour garantir les blocs 1 et 2, et il m'a dit que BSGR avait besoin de nouveaux contrats parce que Struik n'était plus directeur de BSGR en Guinée (bien qu'il soit revenu ultérieurement). Lors de cette réunion, Avidan a appelé Beny Steinmetz et a mis le téléphone sur haut-parleur afin que j'entende la voix de Steinmetz. J'ai reconnu sa voix, et Steinmetz leur a dit de me donner ce que je voulais. J'ai continué à refuser de signer les contrats et j'ai congédié Avidan et Bangoura.

19. Le lendemain, Issiaga Bangoura a apporté deux projets de contrat à ma maison à Dubréka. Je lui ai dit de me les laisser. Je les ai lus attentivement, et j'y ai apporté des changements. Le jour suivant, j'ai appelé Bangoura pour qu'il reprenne les contrats avec mes modifications. Il l'a fait. Il est revenu le lendemain avec deux contrats dactylographiés, dont aucun n'avait été signé par Asher Avidan. Je lui ai dit qu'ils devaient être signés et tamponnés avec le tampon de BSGR, sinon je ne les signerais pas. Lorsqu'il est revenu avec les contrats signés et tamponnés, j'ai signé les deux.

20. Les contrats étaient intitulés *Contrat de Commission* et *Protocole D'Accord*. Le *Contrat de Commission*, entre BSGR et ma société, Matinda, était sensé me donner deux millions de dollars américains si BSGR recevait les blocs 1 et 2. Le *Protocole D'Accord* était sensé me donner cinq pour cent du produit des mines des blocs 1 et 2. Une copie authentique et conforme du *Contrat de Commission* est jointe à la présente, en Pièce 4, et une copie authentique et conforme du *Protocole D'Accord* est jointe à la présente, en Pièce 5.

3

MT

21. BSGR m'a demandé de dire au Président que Rio Tinto était sensé céder deux blocs au gouvernement guinéen. Le Président m'a dit de faire venir BSGR pour le rencontrer quand je serais prête.

22. Par la suite, Beny Steinmetz, Marc Struik, et Frédéric Cilins sont venus à Dubréka parce qu'ils voulaient rencontrer le Président Conté. Nous sommes allés à Brameya pour rencontrer le Président. Le Président était très occupé, mais il a accepté la réunion parce que je le lui ai demandé. Je suis restée à côté du Président pendant la réunion. Steinmetz a donné au Président une petite voiture incrustée de diamants pour « saluer le président ». (Autour de la même date, j'ai aussi reçu une de ces voitures, et le Ministre Souaré en a reçue une également.)

23. Beny Steinmetz a dit au Président qu'il voulait développer les blocs 1 et 2, et il a offert de l'argent au Président. Le Président l'a refusé. Le Président a expliqué à Steinmetz la relation du Président avec mon père. Le Président a dit à Steinmetz qu'il me confiait à Steinmetz, signifiant que j'étais là pour aider BSGR.

24. Plus tard, j'ai amené Asher Avidan et Ibrahima Touré à une réunion avec le Président, à laquelle j'ai également assisté. Au cours de cette réunion, j'ai demandé au Président de donner les blocs 1 et 2 à BSGR. Le Président a convoqué Mamady Sam Soumah, Secrétaire général du Président, et lui a dit d'enquêter sur le contrat de Rio Tinto et de déterminer s'il fallait saisir les deux blocs de Rio Tinto. Sam Soumah a dit qu'il se pencherait dessus.

25. Asher Avidan m'a contactée ultérieurement, après que les blocs 1 et 2 n'avaient pas été immédiatement accordés à BSGR. Avidan, le Président, et moi-même nous sommes rencontrés à un palais présidentiel. Au cours de cette réunion, le Président a convoqué Sam Soumah. Sam Soumah a proposé de partager les quatre blocs entre quatre sociétés, mais le Président a dit à Sam Soumah de les partager entre BSGR et Rio Tinto. Le Président a dit à Sam Soumah de préparer un décret saisissant les blocs 1 et 2 de Rio Tinto.

26. Pendant que le décret était en attente, avant qu'il ne soit signé, j'ai aussi reçu deux Land Cruiser. Les Land Cruiser étaient livrés par Avidan et un autre homme, et Avidan m'a dit que les Land Cruiser venaient de Steinmetz. Le Président m'a dit de garder un des Land Cruiser et d'offrir l'autre à ses enfants pour qu'ils puissent l'utiliser en vacances.

27. Au fil du temps, j'ai reçu plusieurs présents de BSGR. Asher Avidan m'a donné un collier qu'Avidan a dit qu'il a reçu alors qu'il visitait Beny Steinmetz en Israël. Plus tard, Avidan m'a donné une chaine en or blanc ornée de sept diamants.

28. Autour du moment du décret reprenant les blocs 1 et 2 de Rio Tinto, Asher Avidan m'a demandé de me présenter aux bureaux de BSGR. Au cours de cette réunion, Avidan m'a indiqué un lit sur lequel de la monnaie américaine était étalée. Avidan m'a dit qu'il y avait 1 000 000 de dollars américains et qu'ils étaient pour moi. Avidan a ensuite placé l'argent dans un sac et me l'a donné.

29. Après que le décret saisissant les blocs 1 et 2 de Rio Tinto est entré en vigueur, BSGR et plusieurs autres sociétés ont déposé des demandes pour les titres d'exploitation des blocs 1 et 2. BSGR se souciait de la concurrence avec d'autres sociétés pour ces blocs. Asher

4

MT

Avidan m'a encore appelée et m'a demandé de rencontrer le Président et Avidan. J'ai
appelé le Président et lui ai demandé si nous pouvions nous rencontrer et si Lounceny
Nabe, le nouveau Ministre des Mines, pouvait venir à la réunion. Le lendemain, Avidan,
moi-même et d'autres sommes allés au petit palais pour une réunion avec le Président. En
présence d'Avidan, le Président a dit que je serais un jour chassée de BSGR. Avidan a
promis au Président que cela ne se produirait pas. Le Président a ensuite convoqué Nabe
dans la salle. Le Président a dit à Nabe d'accorder les blocs 1 et 2 à BSGR. Nabe a dit qu'il
comprenait. Au début de décembre 2008, les blocs 1 et 2 ont été accordés à BSGR.

30. En décembre 2008, mon époux est décédé et a été remplacé par un gouvernement militaire.
Après 40 jours de deuil, j'ai été forcée de fuir en Sierra Leone.

31. Après que j'avais passé plusieurs mois à Freetown, Avidan a envoyé un représentant de
BSGR en Sierra Leone pour me remettre 50 000 dollars en nouvelle monnaie sur une plage
près de Freetown.

32. Durant l'été 2009, Issiaga Bangoura est venu à Freetown dans une voiture de fonction de
BSGR avec une déclaration, que j'ai signée, en date du 2 aout 2009. Il m'a dit que BSGR
ne voulait plus de moi dans la société et que je devais signer le document. La déclaration
prévoyait que je reçoive 4 millions de dollars en quatre versements pour finaliser mes
paiements avec BSGR.

33. Plus tard en 2009, j'ai reçu un virement électronique de 998 000 dollars auprès de Rokel
Commercial Bank, depuis un compte appartenant à Ghassan Boutrous, un Libanais.
Boutrous vendait du matériel en Guinée et servait à Avidan pour le transfert d'argent dans
cette transaction. J'ai reçu 2 000 dollars séparément, ce qui résulte en un paiement total de
1 000 000 de dollars.

34. Je suis allée à Jacksonville et j'ai utilisé une part de cette somme pour acheter une demeure
pour moi-même et pour ma famille. Je suis ensuite retournée à Freetown. Pendant que
j'étais là, j'ai reçu un paiement supplémentaire de 998 000 dollars, que j'ai compris comme
venant de BSGR.

35. BSGR a finalement arrêté de me payer selon les contrats que nous avions déjà signés. J'ai
essayé d'obtenir des paiements de BSGR, et je me suis finalement tournée vers le nouveau
gouvernement guinéen pour leur aide. J'ai appelé le Chef d'état-major de l'armée pour son
assistance. Il a dit qu'il m'aiderait si je lui envoyais des copies des contrats que j'avais avec
BSGR. Il m'a aussi dit que le nouveau Ministre des Mines, Mahmoud Thiam, prônait
BSGR dans son litige avec moi.

36. Le Chef d'état-major a finalement parlé au Président Konaté au sujet de mes contrats avec
BSGR, disant aussi que le Chef d'état-major les avait vus personnellement. Selon le Chef
d'état-major, le Président Konaté a dit que cela ne devait pas arriver à la veuve d'un
président. Le Président Konaté a dit à Thiam que BSGR devait me payer ce qui m'était dû.

37. Après mon entretien avec le Chef d'état-major, Michael Noy et Patrick Saada sont venus
plusieurs fois à Freetown. Au cours d'une réunion avec Noy, Noy m'a demandé de signer
des documents non datés qui mettaient fin à mes accords préalables avec BSGR, les

5

MT

nouveaux documents entrant en vigueur à leur place. Noy m'a dit de garder ces documents secrets. Les documents tenaient compte du fait que j'avais reçu 2,4 millions de dollars et que j'allais recevoir 3,1 millions de dollars en plus. Je les ai signés. Une copie authentique et conforme de ces documents est jointe à la présente, en Pièce 6.

38. Plus tard, en juillet 2010, Michael Noy est revenu avec un nouveau contrat selon lequel je recevrais 5 millions de dollars en deux versements; j'ai également signé ce contrat. Enfin, il est revenu en août 2010 avec un autre contrat selon lequel je serais payée 5 millions de dollars en deux paiements sur les quatre années suivantes. Chaque fois qu'il revenait, il me disait que Beny Steinmetz voulait autre chose dans la forme ou le fond du contrat. Une copie authentique et conforme de ces documents est jointe à la présente, en Pièce 7.

39. Au fil des années, après la signature de ces contrats, BSGR a transféré de l'argent à mes comptes en Guinée et à Jacksonville (Floride). J'ai compris que la somme totale de cet argent remplaçait les cinq pour cent de l'exploitation minière que j'étais sensée détenir.

Je déclare que les renseignements précédents sont véridiques et exactes au meilleur de mes souvenirs.

12/2/2013
_____
Date

_____
Mamadie Touré

ÉTAT DE FLORIDE

COMTÉ DE Duval

Attesté sous serment (ou affirmé) et souscrit en ma présence ce __2__ jour de December 2013, par Mamadie Touré.

THOMAS L. DI VITA, II
Commission # DD 996126
Expires May 27, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

(SCEAU DE NOTARISATION) _____

Connaissance personnelle _____ OU identification présentée __X__

Pièce d'identité présentée __Florida Learner License   # T600-540-82-501-0__

1



2



## PROTOCOLE D'ACCORD

Entre les soussignés-

Madame Mamadié TOURE, femme d'affaires, de nationalité guinéenne, domiciliée à Dubreka

d'une part

Et

La Société PENTLER HOLDINGS LTD, domiciliée à Akara Building, 24 de Castro Street, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands, représentée par Monsieur Avraham LEV RAN

d'autre part

Etant préalablement exposé que

La Société BSGR Guinée s'est rapprochée des autorités guinéennes en vue d'établir un partenariat pour le développement et l'exploitation d'une partie des gisements de fer de SIMANDOU.

Dans le cadre de ce projet, BSGR Guinée a soumis aux autorités guinéennes une proposition qui permet l'actionnariat de la République de Guinée à hauteur de 15% et l'actionnariat de Madame Mamadié TOURE en tant que partenaire locale à hauteur de 5%. A cet effet, la société BSGR Guinée constituera, avec la République de Guinée, une société anonyme à participation publique, qui sera dénommée Compagnie Minière de SIMANDOU.

Afin d'intégrer l'actionnariat de Madame Mamadié TOURE la société BSGR Guinée transférera 17,65% de son capital à la Société Pentler Holdings Ltd dont 33,30% du capital seront attribués à Madame Mamadié TOURE.

Il est convenu que

### Article 1er:

La société Pentler Holdings Ltd s'engage à transférer à Madame Mamadié TOURE une participation gratuite de 33,30% de son capital, dès que la Compagnie Minière de SIMANDOU aura été constituée et aura obtenu les titres miniers nécessaires à l'exploitation de la zone minière de SIMANDOU, qui lui sera attribuée par la République de Guinée.

Page 1 sur 2



### Article 2

Madame Mamadie TOURE bénéficiera du versement de dividendes par la société Pentler Holdings Ltd de sa participation de 33,30% au même titre que les autres actionnaires, dès que les dettes contractées par la Compagnie Minière de SIMANDOU pour les besoins de l'exploitation de la zone minière par ladite société auront été remboursées et les premiers dividendes versés à la société Pentler Holdings Ltd.

### Article 3

Le présent protocole qui vaut loi entre les parties entre en vigueur dès sa date de signature.

Signé à Conakry en date du 20 février 2006

Fait en 2 exemplaires originaux

Madame Mamadie TOURE

La société Pentler Holdings Ltd, représentée par Monsieur Avraham LEV RAN

PENTLER HOLDINGS Ltd
Akara Building, 24 De Castro Street,
Wickhams Cay I, Road Town,
Tortola, B.V.I.
reg. n° 682814

VU POUR LA LÉGALISATION
MATERIELLE DES SIGNATURES
CONAKRY, LE 21/03/2.6.
LE GREFFIER EN CHEF

Le
Greffier
en Chef

3



## PROTOCOLE D'ACCORD

### ENTRE LES SOUSSIGNES

Société MATINDA AND CO.LIMITD-SARL Unipersonnelle en abrégé "MACO" dont le siège social se trouve à Dubréka, République de Guinée.

D'une part

Et

La Société BSGR Ressources Guinée SARL de droit guinéen, dont le siège social est sis à Conakry .

D'autre part

Etant préalablement exposé que

La Société BSGR Guinée s'est rapprochée des autorités guinéennes en vue d'établir un partenariat pour le développement et l'exploitation d'une partie des gisements de fer de SIMANDOU d'une part, et de la Société MATINDA AND CO-LIMITED –SARL afin que celle –ci l'assiste dans les voies et moyens permettant l'obtention des permis de recherches minières .

Sur ce, et des efforts conjugués, par arrêté N°A2007/582/MMG/SGG du 28 Février 2007, du Ministère des Mines et de la Géologie, quatre permis de recherches minières pour l'uranium couvrant une superficie total de 1413 km² ont été accordés à la Société BSGR Ressources Guinée dans les Préfectures de Lola et N'zérékoré ;

Ainsi, les parties conviennent librement de ce qui suit :

Afin de rétribuer les efforts fournis, la Société BSGR Guinée accepte de transférer 5% de toutes ses actions à la société MATINDA AND CO-LIMITED-SARL qui l'accepte

Le présent protocole qui vaut loi entre les parties entre en vigueur dès sa date de signature .

Signé à Conakry le 28 JUIN......2007

Fait en 2 exemplaires originaux

La Société BSGR                    La Société MATINDA AND CO LIMITED Sarl
Ressources Guinée

VU POUR LA LEGALISATION
MATERIELLE DES SIGNATURES
CONAKRY LE 20/01/07
LE GREFFIER EN CHEF

La Gérante

Nommé Mamadie TOURE

DIRECTEUR GENERAL

Le
Greffier
en Chef

4

## CONTRAT DE COMMISSION

Entre les soussignées :

La société BSG Resources représentée par Monsieur ASHER AVIDAN, directeur des opérations ayant le pouvoir à l'égard des présentes,

Et,

La société MATINDA AND CO LIMITED, représenté par Madame MAMADIE TOURE, femme d'affaires à DUBREKA.

Il a été convenu ce qui suit :

### ENGAGEMENT

La société BSG Resources s'engage de donner une somme totale de quatre millions de dollars à titre de commission pour l'obtention des blocs 1 et 2 de simandou situé en République de Guinée et couvrant les préfectures de KEREOUANE et BEYLA..

La société MATINDA AND CO LIMITED s'engage pour sa part de faire toutes les démarches nécessaires pour obtenir des autorités la signature pour l'obtention des dits blocs en faveur de la société BSG RESOURCES GUINEE.

La société BSG Resources se propose de repartir la commission ci-dessus comme suit : Une somme de deux (2) millions pour la société MATINDA AND CO LIMITED avec imputation de cent (100) USD déjà versée à titre d'avance.

Le reste de la somme sera repartie entre les personnes de bonne volonté qui auraient contribué à la facilitation de l'octroi des dits blocs, dans lequel la société BSG Resources Guinée diligentera en raison de la qualité de la contribution de chaque partie.

La totalité de la somme sera versée sans délai après la signature du dit document.

En outre, la société BSG Resources s'engage dans un délai raisonnable à la réalisation des infrastructures scolaires sous la propriété de Matinda and co limited en République de Guinée.

Fait en double exemplaire

Conakry le 27 février 2008

Pour la société BSG Resources Guinée

Le Directeur
des Opérations

Mr AVIDAN ASHER

Pour la société MATINDA AND CO LIMITED

Mme MAMADIE TOURE

5

## PROTOCOLE D'ACCORD

Entre les soussignés

La société **BSG Resources Guinée** représentée par Monsieur AVIDAN ASHER, directeur des opérations,

Et,

La société MATINDA AND CO LIMITED, représentée par Madame MAMADIE TOURE, femme d'affaires à DUBREKA.

Il a été convenu ce qui suit :

La société BSG Resources s'engage à donner 5% des actions des blocs 1 et 2 de simandou situé en République de Guinée et couvrant les préfectures de kerouané et beyla .

Fait en deux exemplaires

Conakry, le 28 février 2008

Pour la société BSG Resources Guinée                Pour la société MATINDA AND CO LIMITED

Monsieur AVIDAN ASHER                Madame MAMADIE TOURE

6

Contrat entre:

Pentler Holdings Ltd.                                    Matinda & Co. Ltd et

                                                         Mamadie Toure

Notre contrat de collaboration signé en 2005 est arrivé à son terme.
Notre rôle de conseiller et d'apporteur d'affaire pour tous nos projets en Guinée
dans les domaines commerciaux, minier et médical ont été mené de manière
professionnelle et avec grand succès.

Le rôle de la société Matinda & Co. Ltd a contribué à la grande réussite de nos
affaires mutuelles.
Suite à votre décision d'arrêter vos activités en Guinée, nous sommes arrivés à
un accord comme suit :

La société Matinda & Co. Ltd recevra la somme de 3.1 millions pour sa part dans
toutes les activités menées en Guinée.

Les deux sociétés Pentler Holdings Ltd. et la société Matinda & Co. Ltd, Mme
Mamadie Toure, ses partenaires et conseillers s'engagent irrévocablement à
assurer la confidentialité absolue sur toutes nos affaires communes menées en
Guinée et à ne pas dévoiler directement ou indirectement une affaire ou des
affaires communes.

La société Matinda & Co. Ltd, Mme Mamadie Toure, ses partenaires et
conseillers s'engagent à ne pas publier directement ou indirectement des
contrats signés avec une partie tierce, à respecter l'entière responsabilité de nos
activités en Guinée et de ne pas faire l'usage directement ou indirectement
d'aucun document, contrat ou accord signé ou pas signé, écrit ou verbal.

La société Matinda & Co Ltd s'engage par la présente à ne pas prendre contact
directement ou indirectement, verbalement ou par écrit, avec aucunes des
sociétés en Guinée avec lesquelles nous avons eu des collaborations, des
contrats, des accords verbaux ou écrits ; de ne pas utiliser directement ou
indirectement la voix de la justice sans avoir l'accord préalable écrit de la société
Pentler et ses associés.

La société Matinda & Co. Ltd, Mme Mamadie Toure, ses partenaires et conseillers se désistent par la présente, irrévocablement et d'une manière définitive, sans réserves et conditions, de toute sorte d'engagement ou obligation contractés avec la société Pentler Holdings Ltd et ses partenaires d'affaire.

La société Matinda & Co. Ltd et Mme Mamadie Toure certifient par signature de ces documents son accord irrévocable et s'engagent irrévocablement à ne pas faire l'usage de ces documents avec une tierce partie.

La société Matinda & Co. Ltd, Mme Mamadie Toure, ses partenaires et conseillers s'engagent à prendre toute la responsabilité concernant les réclamations, actes, plaintes ou toutes autres demandes de la part des institutions, sociétés, personnes guinéen à l'encontre de la société Pentler Holdings Ltd et / ou ses partenaires.

La société Pentler Holding Ltd vous remercie pour cette collaboration depuis l'année 2005 et pour tout le soutien que la société Matinda & Co. Ltd nous a apporté.

Ce contrat remplace et annule irrévocablement tout accord écrit ou verbal signé entre la société Matinda & Co. Ltd, Mme Mamadie Toure, ses partenaires et conseillers, et Pentler Holdings Ltd et/ ou ses partenaires ou toutes autres entités avec lesquelles Pentler Holdings Ltd et Matinda & co Ltd ont été en relation d'affaire en Guinée durant la période 2005 – 2010.

Signé à Freetown en date du.......................................

Madame Mamadie          Matinda & Co. ltd          Pentler Holdings Ltd
Toure

Témoin..........................................................

Témoin..........................................................

Declaration

Je, soussignée, Madame Mamadie Toure, représentante de la société Matinda & Co. Ltd déclare par la présente avoir reçu de la part de la société Pentler Holdings Ltd. la somme de 2 400 000 USD (deux millions quatre cents milles dollars) dans le cadre de notre contrat de collaboration signée en 2005.

Signé à Freetown en date du................................

Madame Mamadie                                    Matinda & Co. Ltd
Toure

Témoin.................................................

Témoin.................................................

7

Sujet a la bonne déroulement et a la bonne fonctionnement  et la suite de
l'opération mené par nos partenaires au projet de Simandu en Guinée, la société
Paentler Holdings Ltd s'engage a payer a madame Mamadie Toure la somme
supplémentaire de 5 millions USD payable en deux parties (chaque payement de
2.5 million USD).
Les dates définitives de ces deux payements seront communiquées en
maximum 48 heures après la date de signature de ce document.

Signé à Freetown en date du. *8 – 7 – 2010*

Madame Mamadie Toure

Pentler Holdings Ltd.

Sujet au bon déroulement et au bon fonctionnement  et la bonne suite des
opérations menés par Pentler et ses partenaires dans toues les activités en
Guinée (commerciales, médicaments, minières etc), la société Pentler Holdings
Ltd s'engage a payer a madame Mamadie Toure la somme supplémentaire de 5
millions USD payable en deux parties (chaque payement de 2.5 million USD).
Le premier payement sera effectué 24 mois après la signature de ce document.
Le deuxième payement de 2.5 millions sera effectué 24 mois après le premier
payement.
La société Matinda & Co. Ltd et madame Mamadie Toure s'engage par la
présente de ne pas faire usage de ce document de quelque manière que ce soit
directement ou indirectement et ne pas utiliser ce document contre la société
Pentler et/ ou ses partenaires et/ou ses associes en Guinée ou ailleurs.
Madame Mamadie Toure s'engage par la présente de prendre toutes les
responsabilités sur toutes actions mené en Guinée par toute tierce partie contre
Pentler et/ ou ses associées.

Signé à Freetown en date du... 03 . oct - 2010

Pour Matinda & Co. Ltd
Mme Mamamdie Toure

Pentier Holdings Ltd

PENTLER HOLDINGS LTD

EDITAYO PARK-GARNEM

Pièce n° 2

## Attestation

Je soussigné Frédéric Cilins, né le 15 décembre 1962 à Antibes, de nationalité française, atteste l'exactitude de ce qui suit.

La société BSGR m'a fait part d'allégations formulées par l'administration guinéenne à son encontre et dans lesquelles mon nom est évoqué et m'a interrogé sur ces allégations.

Je travaille depuis des années dans le domaine de l'import-export et du commerce international. Je m'efforce à une veille permanente des opportunités commerciales, où qu'elles se présentent. Au cours de ma carrière j'ai fait des affaires dans les pays les plus divers et j'ai pu acquérir une forte capacité de mobilité et d'adaptation.

Je suis présent en Afrique depuis le début des années 2000, d'abord au Kenya et en Ouganda, puis au Congo, en Angola, enfin en Afrique de l'Ouest. En Guinée, mon activité a notamment porté sur l'achat et la revente de produits pharmaceutiques. En 2005, j'ai appris l'existence de la société BSGR et compris l'intérêt qu'elle pourrait prendre au développement de projets miniers en Guinée.

Ayant ainsi une possibilité d'accès au groupe BSGR, je me suis investi dans l'étude des problèmes miniers en Guinée et, fort de ma présence locale, j'ai proposé à BSGR de l'assister et de coopérer avec elle.

J'ai très rapidement compris l'importance du massif du Simandou et le scandale que représentait aux yeux de tous les guinéens que je rencontrais l'inertie totale des sociétés minières présentes dans le pays depuis plusieurs années, qui n'avaient eu qu'une activité d'exploration des plus limitées. Ayant pu apprécier la réactivité et le dynamisme que sa dimension plus restreinte et sa nature privée permettaient à BSGR, il m'a semblé qu'il y avait là une opportunité tant pour la Guinée que pour BSGR. Vis-à-vis de BSGR je présentais par ailleurs l'avantage d'une connaissance du milieu qu'ils n'avaient pas, outre la nécessité en Guinée d'être francophone.

Hors de Guinée j'ai collaboré avec BSGR au Libéria, au Mali et en Sierra Leone, sur des projets qui n'ont pas toujours abouti.

Au cours de très nombreuses réunions avec le Ministère des mines et le Centre de promotion et de développement miniers (CPDM), j'ai donc présenté BSGR ainsi que les projets menés à bien par ce groupe. J'ai notamment présenté la mine de diamants de Koidu en Sierra Léone, les mines de cuivre et de cobalt en République Démocratique du Congo (mines de KOV, Kananga et Tilwezembe, installation de traitement de Kolwezi, electro-raffinerie de New Luili), les mines de cuivre et de cobalt en Zambie (mines de Baluba, gisement de Muliashi, fonderie de Chambishi). J'ai aussi présenté la mine et l'usine de ferronickel en Macédoine et au Kosovo, ou encore l'aciérie de Bakou. Le groupe avait aussi été l'actionnaire majoritaire de AngloVaal Mining en Afrique du Sud. J'ai insisté sur les capacités techniques du groupe notamment en matière d'ingénierie où leur société Bateman est l'un des leaders dans le domaine et très présent en Afrique.

000039

Il n'a jamais été question que je dissimule ma coopération avec BSGR. Certes je précisais toujours que je n'étais pas un collaborateur de BSGR, mais un indépendant. Mais la part essentielle de mon travail a consisté à présenter la société et promouvoir sa force de frappe.

A mon initiative BSGR a donc déposé des demandes de permis d'exploration de minerai de fer qu'elle a obtenus en février 2006 sur des zones au nord et au sud de Simandou qui n'avaient jamais encore fait l'objet d'exploration ni de demande de permis. Quelques mois plus tard, elle a aussi déposé et obtenu des demandes de permis d'exploration de bauxite sur les préfectures de Dinghiri, Mali et Koubia. J'ai ensuite assisté BSGR, ce qui était peut-être secondaire mais indispensable et critique, dans son installation dans le pays. J'ai à cette occasion pu constater l'importance et la rapidité des efforts accomplis par le groupe pour lancer les opérations.

J'ai évidemment été conduit à rencontrer le Président Conté, sans doute à deux ou trois reprises. Je lui ai présenté BSGR et les travaux accomplis par elle. Lors d'une de nos entrevues, je lui ai apporté une montre en guise de présent. Je n'ai pas un souvenir précis de la valeur de cette montre, mais je peux certifier qu'elle était inférieure à 5.000 USD. Je n'avais pas informé BSGR de mon initiative, s'agissant d'un usage local bien établi et conçu en Guinée comme une simple bonne manière. Les guinéens appellent cet usage la "kola". C'est du reste moi qui ai financé l'achat de cette montre comme tous les autres frais que j'ai encourus, et je n'en ai jamais demandé le remboursement à BSGR.

Le président n'était pas un spécialiste des mines. C'était un militaire très attaché au monde agricole. Il a néanmoins insisté sur l'importance du Simandou pour le pays et m'a répété lors d'une réunion que "les guinéens nous regardaient" et qu'il fallait que BSGR fasse tous ses efforts.

En général mes interlocuteurs au sein de l'administration guinéenne ont été très sensibles au sérieux, à la fiabilité et aux résultats de BSGR sur le terrain et ce, dans un contexte où la Guinée, dont le sous-sol renferme les réserves de fer parmi les plus importantes de toute l'Afrique, n'avait jamais encore été en mesure d'en extraire la moindre quantité, du moins significative.

Dans les premiers temps de ma présence en Guinée, c'est-à-dire plusieurs mois avant de rencontrer BSGR, j'avais été amené à rencontrer Mme Henriette Conté, épouse du Président de la République Lansana Conté.

Comme d'autres femmes de chefs d'Etat africains, elle dirigeait une association caritative.

Pour ma part je n'ai jamais fait don de produits pharmaceutiques à cette association ou toute autre organisation qu'aurait dirigée Mme Conté, voire à cette dernière personnellement. Je sais en revanche que des sociétés pharmaceutiques, qui distribuaient leurs produits en Guinée, ont pu faire don de produits à l'organisation de Mme Conté. Je n'ai jamais été impliqué à aucun titre dans ces opérations que je crois du reste antérieures à ma rencontre avec elle.

Au cours de cette période, j'ai également fait la connaissance de M. Ibrahim Touré, journaliste guinéen réputé et se détachant nettement du lot. Il m'a fait bénéficier de sa connaissance du pays. Il m'a présenté sa demi-sœur Mlle Mamadie Touré, qui réalisait quelques activités d'importation et de revente dans le secteur agro-alimentaire qu'il estimait susceptible de



Il n'a jamais été question que je dissimule ma coopération avec BSGR. Certes je précisais toujours que je n'étais pas un collaborateur de BSGR, mais un indépendant. Mais la part essentielle de mon travail a consisté à présenter la société et promouvoir sa force de frappe.

A mon initiative BSGR a donc déposé des demandes de permis d'exploration de minerai de fer qu'elle a obtenus en février 2006 sur des zones au nord et au sud de Simandou qui n'avaient jamais encore fait l'objet d'exploration ni de demande de permis. Quelques mois plus tard, elle a aussi déposé et obtenu des demandes de permis d'exploration de bauxite sur les préfectures de Dinghiri, Mali et Koubia. J'ai ensuite assisté BSGR, ce qui était peut-être secondaire mais indispensable et critique, dans son installation dans le pays. J'ai à cette occasion pu constater l'importance et la rapidité des efforts accomplis par le groupe pour lancer les opérations.

J'ai évidemment été conduit à rencontrer le Président Conté, sans doute à deux ou trois reprises. Je lui ai présenté BSGR et les travaux accomplis par elle. Lors d'une de nos entrevues, je lui ai apporté une montre en guise de présent. Je n'ai pas un souvenir précis de la valeur de cette montre, mais je peux certifier qu'elle était inférieure à 5.000 USD. Je n'avais pas informé BSGR de mon initiative, s'agissant d'un usage local bien établi et conçu en Guinée comme une simple bonne manière. Les guinéens appellent cet usage la "kola". C'est du reste moi qui ai financé l'achat de cette montre comme tous les autres frais que j'ai encourus, et je n'en ai jamais demandé le remboursement à BSGR.

Le président n'était pas un spécialiste des mines. C'était un militaire très attaché au monde agricole. Il a néanmoins insisté sur l'importance du Simandou pour le pays et m'a répété lors d'une réunion que "les guinéens nous regardaient" et qu'il fallait que BSGR fasse tous ses efforts.

En général mes interlocuteurs au sein de l'administration guinéenne ont été très sensibles au sérieux, à la fiabilité et aux résultats de BSGR sur le terrain et ce, dans un contexte où la Guinée, dont le sous-sol renferme les réserves de fer parmi les plus importantes de toute l'Afrique, n'avait jamais encore été en mesure d'en extraire la moindre quantité, du moins significative.

Dans les premiers temps de ma présence en Guinée, c'est-à-dire plusieurs mois avant de rencontrer BSGR, j'avais été amené à rencontrer Mme Henriette Conté, épouse du Président de la République Lansana Conté.

Comme d'autres femmes de chefs d'Etat africains, elle dirigeait une association caritative.

Pour ma part je n'ai jamais fait don de produits pharmaceutiques à cette association ou toute autre organisation qu'aurait dirigée Mme Conté, voire à cette dernière personnellement. Je sais en revanche que des sociétés pharmaceutiques, qui distribuaient leurs produits en Guinée, ont pu faire don de produits à l'organisation de Mme Conté. Je n'ai jamais été impliqué à aucun titre dans ces opérations que je crois du reste antérieures à ma rencontre avec elle.

Au cours de cette période, j'ai également fait la connaissance de M. Ibrahim Touré, journaliste guinéen réputé et se détachant nettement du lot. Il m'a fait bénéficier de sa connaissance du pays. Il m'a présenté sa demi-sœur Mlle Mamadie Touré, qui réalisait quelques activités d'importation et de revente dans le secteur agro-alimentaire qu'il estimait susceptible de



3

m'intéresser vu mes autres activités. Je l'ai rencontrée à plusieurs reprises dans sa maison de Dubreka et j'ai réalisé quelques affaires dans ce domaine avec elle. Autant que je me souvienne elle exerçait son activité à titre personnel et non sous couvert d'une société. Je ne lui ai jamais connu d'activités, a fortiori de comptes hors de Guinée. A l'occasion de nos contacts, Mme Touré m'a indiqué qu'elle possédait un site peut-être diamantifère dans le secteur de Forecariah et m'a demandé s'il serait susceptible d'intéresser BSGR. J'en ai fait part à la société dont le géologue, après analyse du sol, a rendu un rapport de mission défavorable à la réalisation du projet. BSGR a donc décliné l'offre de Mme Touré.

A ma connaissance, les relations entre BSGR et Mme Touré ont été limitées à cette possible opportunité d'affaire. Je n'ai jamais demandé à Mme Touré d'intervenir en faveur de BSGR auprès de quiconque et notamment pas auprès du président dont elle n'a du reste autant que je le sache jamais été l'épouse.

Ma connaissance de Mme Touré, qui maîtrisait mal le français et semblait éloignée des milieux d'affaires, me conduit à douter qu'elle ait pu avoir de quelconques liens avec l'administration guinéenne ou un quelconque pouvoir d'influence sur celle-ci. Il me paraît en particulier exclu qu'elle ait jamais décidé de l'organisation de réunions au sein du Ministère des mines. Je n'ai en tout cas jamais pu constater qu'elle intervienne soit dans ces réunions, soit même pour les organiser. Autant que j'ai pu comprendre il m'a semblé qu'on prêtait à Mme Touré certains pouvoirs supranaturels relevant de la culture africaine, dont j'ignore évidemment la nature ou les effets supposés et dont elle retirait un certain statut social. Je peux confirmer que Mme Touré n'a jamais été présente lors de nos rencontres avec le président ou n'a même jamais été tenue informée par moi ou à ma connaissance BSGR de ces rencontres, y compris au stade du projet et de la prise de rendez-vous.

Je n'ai d'ailleurs connaissance d'aucuns cadeaux ou versements de fonds de BSGR à Mme Touré. Moi-même s'il m'est arrivé de lui donner des présents d'usage, tels par exemple, qu'un flacon de parfum, c'est sans bien entendu en référer à BSGR ou l'en informer, parce que cela faisait partie de la "politesse locale" et que je souhaitais maintenir de bonnes relations avec quelqu'un qui faisait partie du paysage local.

J'atteste enfin que je n'ai jamais effectué de versements, a fortiori dissimulés, à quiconque en ou hors de Guinée pour le compte de BSGR ni souscrit aucun engagement de paiement pour son compte à cet égard. Au cours d'une réunion au Ministère des mines en février 2006, en présence de la presse et de nombreux fonctionnaires, M. Roy Oron, alors PDG de BSGR, a remis officiellement au Ministre une voiture de course de "formule 1" miniature. Compte tenu des circonstances je n'ai pas eu l'impression qu'il s'agissait d'un objet de valeur.

J'ai cessé d'assister BSGR en Guinée et j'ai quitté le pays au cours de l'année 2006, n'y ayant plus d'affaires en cours. BSGR avait alors recruté un "Directeur pays" en la personne de M. Asher Avidan.

Fait à Antibes
le 26/11/2012

Pièce n° 3

Société Civile Professionnelle
Yann JEZEQUEL
Christine PINHEIRO
Et Anne-Sophie GRUEL
Huissiers de Justice associés
44 rue Poliveau
75005 PARIS

EXPEDITION



# PROCÈS-VERBAL DE CONSTAT

## L'AN DEUX MILLE TREIZE ET LE VINGT NEUF NOVEMBRE

### À LA REQUÊTE DE :

**LE GOUVERNEMENT DE LA REPUBLIQUE DE GUINEE** pris en la personne de son
Président de la République en exercice
Elisant domicile auprès du cabinet DLA PIPER UK LLP
domicilié 17 rue Scribe 75009 PARIS

### LEQUEL M'EXPOSE :

Qu'il a le plus grand intérêt à faire retranscrire des enregistrements téléphoniques et
conversations entre Mamadie Touré et Frédéric Cilins.

Qu'il me requiert, en conséquence, pour assurer la sauvegarde de ses droits, de procéder à
toutes constatations utiles et d'en dresser procès verbal.

### POURQUOI DEFERANT A CETTE REQUISITION :

Je, **Christine PINHEIRO**, Huissier de Justice associée, près du Tribunal de Grande Instance
de PARIS, demeurant 44, rue Poliveau 75005 PARIS, soussignée,

Certifie avoir reçu, ce jour en mon Etude, à mon attention, un pli fermé,

### J'AI VU, RECONNU ET CONSTATE CE QUI SUIT :

Société Civile Professionnelle
Yann JEZEQUEL
Christine PINHEIRO
Et Anne-Sophie GRUEL
Huissiers de Justice associés
44 rue Poliveau
75005 PARIS

J'ai procédé à l'ouverture du pli et constaté la présence d'une clé USB.

Je constate que cette clé USB contient :

- les dossiers suivants :

| | | |
|---|---|---|
| 3.15.2013. Call 1 | 3.16.2013. Call 2 | 3.20.2013. Call 3 |
| 3.25.2013. CW Meeting with Cilns | 4.10.2013.Call 4 | 4.11.2013 Call 5 |
| 4.11.2013. Call 10 | 4.11.2013. Call 11 | 4.11.2013. Call 12 |
| 4.11.2013. CW meeting with Cilns 7.45-9PM | 4.11.2013.CW meeting with Cilns 12-2PM | 4.14.2013. CW meeting with Cilns |

- un projet de retranscription.

Je constate que les dossiers contiennent des enregistrements audio.

J'ai procédé à l'écoute de chacun des fichiers audio.

J'ai alors constaté que la retranscription figurant dans la clé USB, est conforme audits enregistrements et ci-après reproduite :

2

ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 15 MARS 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et Mamadie Touré ("MT").

REFERENCES :

Dossier: 3.15.2013 Call 1 / Device 1

Fichier : 2_Out_mama1634_03-15-2013_070354PM.wav

| 0h00m0s | DEBUT DE L'ENREGISTREMENT |
|---------|---------------------------|
| FC : | Allo. |
| MT : | Allo oui Frédéric, bonsoir. |
| FC : | Eh Mamadie. |
| MT : | [Rires] |
| FC : | Alors toi. Incroyable. Qu'est-ce que tu m'as fait là ? |
| MT : | J'étais énervée. |
| FC : | Je t'ai cherchée - mais ça va bien, ça va bien et toi, comment ça va ? C'est ça qui m'inquiète. Comment ça va toi ? |
| MT : | Ca va, ca va, ca va. |
| FC : | Ca va un peu ? Eh la la la la. Tu as disparu comme ça. Tu as disparu. Tout va bien ? La petite va bien ? Tout le monde va bien ? |
| MT : | Oui, elle va très bien. |
| FC : | Bon, tant mieux. Déjà ça, c'est une bonne chose. |
| MT : | Oui. |
| FC : | Déjà ça, c'est une bonne chose. Bon, bah écoute comme Cény t'as dit, moi je suis, je suis ici aux Etats-Unis. |
| MT : | Mmm mmm. |
| FC : | Donc je sais pas, dans la semaine prochaine, quand tu veux. Tu me dis le jour qui te convient. |
| MT : | Mmm mmm. |
| FC : | Et puis voilà. Pour se voir et se parler un peu quoi. |
| MT : | Ok. |

CONFIDENTIEL

FC : Ok ? Je sais pas, quel est le jour qui te convient le mieux ? comme ça parce que moi j'ai des petites choses à faire à droite à gauche, comme ça je sais que je m'organise et je laisse ce jour-là de libre.

MT : Mais qu'est-ce que tu m'offres d'abord ? Avant de te voir. Qu'est-ce que tu as pour moi ?

FC : Qu'est-ce que j'ai pour toi ? Tu sais j'ai pour toi déjà de te voir et de te parler et de te - tu sais, quand on s'est quitté la dernière fois, on s'est parlé et tu m'as dit : "Ecoutes, regardes ça et regardes si tu peux avoir quelque chose tout de suite" et puis après ben voilà. Ça c'est toi qui m'a appelé le samedi ou le dimanche. Le lundi j'essaies de t'appeler parce que j'avais eu une réponse positive pour ça. J'essaies de t'appeler pour te dire ça et depuis j'ai pas réussi à t'avoir. Voilà quoi. Déjà rien que ça - tu vois, depuis, je voulais te dire ça. Donc euh... c'était déjà une bonne nouvelle, tu comprends ? que tu aies déjà quelque chose - ce que tu m'avais demandé en fait. Tu m'avais dit : "Est-ce qu'on peut avoir - si on peut avoir quelque chose tout de suite, c'est bien, parce que comme ça, ça me permet de faire ça, ça." Donc euh voilà.

MT : Ok. Donc tout est arrangé maintenant ?

FC: Tout est arrangé déjà depuis longtemps, parce que tout de suite après j'avais eu - je sais plus qui j'avais eu au téléphone - mais après toi j'arrivais pas à te joindre donc j'avais laissé un message. J'avais - enfin bon tu sais bien quoi. Tu sais bien. Donc je sais pas comment tu veux organiser ça, mais bon on peut pas faire ça par téléphone quoi.

MT : Mmm mmm. [inaudible - bruits de télévision/radio]

FC : Ok ?

MT : [inaudible]

FC : Donc euh voilà, et puis après écoutes, autrement rien de plus. Là-bas au niveau du truc là - bon je crois de toute façon que tout le monde est au courant mais j'ai appris que le vieux était très malade. Je savais pas ça.

MT : Qui - qui est très malade ?

FC : Le vieux là-bas, le patron là. Il a - je crois qu'il a un cancer et c'est assez grave quoi.

MT : Ah bon ?

FC : C'est assez grave. Ouais.

MT : Ah bon ?

FC : Ouais, ouais. Apparemment il a - il a un mauvais cancer quoi. Il a un mauvais cancer et il se fait beaucoup de souci parce que ça va - il va pas durer d'après ce que je sais.

MT : [inaudible]

FC : Ah. Ben ça c'est une nouvelle - c'est une nouvelle que j'ai eu il n'y a pas si longtemps. Et quand j'en parlais avec Cény, Cény me disait qu'il était au courant alors je savais pas. Je pensais que toi aussi tu étais au courant. Je sais pas, ou peut être Cény avait mal compris, j'en sais rien. En tout cas, ce que je te dis, c'est sûr. Ce que je te dis, c'est sûr.

MT : [inaudible] Il continue à bouger.

CONFIDENTIEL

FC :   Oui, il continue - bon, jusqu'à présent, il continue. Jusqu'à présent, de toute façon il est toujours là. Qu'est-ce que tu veux faire ? Il est toujours là. Ok ?

MT :   Ok.

FC :   Euh... Donc tu regardes. Tu veux qu'on se rappelle quand pour fixer ça ? Tu veux qu'on se rappelle - tu réfléchis et tu me dis demain le jour qui t'intéresse ?

MT :   Ok.

FC :   Hein ? Tu regardes ça ?

MT :   Ok. Ok.

FC :   Bon allez, ça marche.

MT :   Tu veux que je viens avec les dossiers ou [inaudible] ?

FC :   C'est comme tu veux toi. C'est comme tu veux toi. Si tu veux - il faut d'abord qu'on se voit une première fois pour voir comment on fait les détails et après on le fait. Mais une première fois il faut qu'on se voit pour en parler quoi.

MT :   Ok.

FC :   Donc si tu veux moi euh je peux prendre l'avion pour te voir. Comme tu veux, c'est toi qui décide.

MT :   Ok

FC :   Regardes ce qui est le plus facile pour toi et on fait comme ça.

MT :   Ok. Ok.

FC :   Ok ?

MT :   Ok.

FC :   Allez, ça marche.

MT :   Ouais.

FC :   Bon ben écoutes. Je te souhaite une bonne soirée et je suis content de - je suis content que tu m'ais téléphoné, qu'on se soit parlé et puis qu'on va se voir quoi. Hein mais surtout, ce qui est important c'est que tu me dises quel jour parce que, si tu veux, lundi moi ça m'arrange pas mais mardi si tu veux, je peux - on peut faire ça.

MT :   Ok. Mardi ?

FC :   Mardi si tu veux oui.

MT :   Ok.

FC :   C'est parce qu'il faut que je regarde aussi les billets. Il faut que je regarde aussi les billets d'avion et tout ça. Donc si tu veux on s'appelle demain matin.

MT :   Ok, je vais réfléchir.

CONFIDENTIEL

FC :   Réfléchis à ça et si tu veux, on se parle demain matin pas trop tard comme ça je peux encore prendre les billets d'avion.

MT :   Ok. A quelle heure le matin ?

FC :   Ok ça marche. Je sais pas, je sais pas. Il faut que je regarde quels sont les horaires des avions et il faut que je regarde tout ça.

MT :   Ok. ok

FC :   Je connais pas les horaires qu'il y a.

MT :   Ok.

FC :   Mais je vais regarder quoi.

MT :   Ok.

FC :   Ok ?

MT :   Ok.

FC :   Allez ça marche. On se parle demain matin hein ?

MT :   Ok. Merci.

FC :   Allez, merci à toi, bonne soirée.

MT :   Bonne soirée.

FC :   Merci. Ciao ciao. Bye.

**0h06m40s**      **FIN DE L'ENREGISTREMENT**

CONFIDENTIEL

ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 16 MARS 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et Mamadie Touré ("MT").

REFERENCES :

Dossier: 3.16.2013 Call 2 / Device 1

Fichier : 4_Out_mama1634_03-16-2013_050315PM.wav

0h00m0s   DEBUT DE L'ENREGISTREMENT

FC :   Allo ?

MT :   Allo bonjour Frédéric.

FC :   Oui, ça va Mamadie ?

MT :   Oui ça va un peu, et vous ?

FC :   Ça va. Oui, ça va, ça va. Ça va. Tu as reçu mon message écrit ?

MT :   J'ai reçu oui.

FC :   Voilà. Moi je peux arriver à neuf heures et je repars à trois heures trente, un truc comme ça.

MT :   Mais malheureusement, parce que mardi je n'aurai pas le temps - je dis malheureusement je n'aurai pas le temps mardi parce que j'ai rendez-vous avec le médecin.

FC :   Ok non mais on peut pousser à mercredi si tu veux. C'est comme tu veux. Moi je te proposais mardi parce que lundi je pouvais pas mais après, mardi, mercredi, le jour que tu veux.

MT :   Je vais te rappeler après pour te dire quel - qu'on se voit la semaine prochaine parce que -

FC :   Ahhh la semaine prochaine attention ! La semaine prochaine moi je m'en vais. Je vais partir le mardi 26. Donc euh après, la semaine prochaine ça va être compliqué.

MT :   Pourquoi je dis ça ? Parce que [inaudible], j'ai rendez-vous avec eux parce que je dois aussi signer les papiers avec eux.

FC :   Avec le quoi ? Le market quoi ?

MT :   [Panera] market.

FC :   C'est quoi ça ?

CONFIDENTIEL

MT :   [Panera]. Je vais voir les poissons et puis les fruits.

FC :   Ah d'accord. Et tu vas faire ça aux Etats-Unis ?

MT :   Oui. [inaudible] donc ils doivent commencer [inaudible] donc si je vais pas avec le rendez-vous pour signer, c'est pas bon.

FC :   Oui, mais quel jour tu vas avoir ça ? Tu sais pas encore ?

MT :   C'est parce que j'ai rendez-vous avec eux aussi. Après l'hôpital, j'ai rendez-vous avec eux aussi. Mais c'est pas le mardi que j'ai rendez-vous avec eux quand même.

FC :   Tu sais pas encore quel jour tu as rendez-vous avec eux ?

MT :   Non je sais mais ça - ça va me prendre du temps quoi. Parce que - je préfère que ce soit la semaine prochaine qu'on se voit parce que -

FC :   Euh ouais. Ouais.

MT :   Ils m'ont envoyé des lettres sur ce qu'on doit faire donc on doit faire beaucoup de choses.

FC :   Je comprends.

MT :   Après il faut faire l'installation - il y un truc là qu'ils installent, de la banque et puis beaucoup de trucs. Et puis où installer - c'est-à-dire des contrats quoi . Par exemple, des contrats avec la banque, des contrats pour payer la télé et puis avec la banque, ils veulent qu'ont disent où on va mettre ça et puis signer tout ça là.

FC :   D'accord, d'accord. Mais ça tu le fais où ce projet là ?

MT :   Je le fais à Jacksonville. Je te l'avais dit.

FC :   Ah d'accord. D'accord, d'accord. Bah écoute c'est bien ça. C'est bien. Et le financement de ça, tu as tout trouvé, c'est tout bon ?

MT :   Non mais je t'avais dit. Avec le peu que j'avais, j'ai dit je dois faire ça. Je t'avais dit, tu te rappelles, avec les poissons et puis les fruits ?

FC :   Oui, oui. C'est bien. Et bah écoutes, si tu veux, autrement on peut repousser à la fin de la semaine. Si tu veux je peux venir. Parce que nous on peut - une fois qu'on se voit pendant une heure, une heure et demie ou - ça prend pas plus que ça. Après, si tu veux, si j'arrive à neuf heures le matin, je peux prendre un taxi et puis je peux te retrouver quelque part en ville comme ça, ça t'évite de venir à l'aéroport si tu veux.

MT :   Oui mais pendant que tu es là, quand tu es en réunion, vous êtes concentrés. Tout le monde se concentre parce que si tu ne te concentres pas, le truc [inaudible], c'est fini quoi. Parce que même avec les gens là [inaudible] ils vont venir, on va s'asseoir, ils vont cuisiner et ils vont voir [inaudible]. Donc il demande à ce que je sois là quoi. Et tout le monde mange [inaudible puis coupure de la ligne].

**0h04m38s     FIN DE L'ENREGISTREMENT**

CONFIDENTIEL

## ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 16 MARS 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et Mamadie Touré ("MT").

REFERENCES :

Dossier : 3.16.2013 Call 2 / Device 1

Fichier : 8_Out_mama1634_03-16-2013_051039PM.wav

0h00m0s    DEBUT DE L'ENREGISTREMENT

FC :    Allo ?

MT :    Allo oui.

FC :    Oui bah je sais pas, ça marchait pas le téléphone.

MT :    Oui j'avais pas de [inaudible].

FC :    Oui, écoute, je sais pas. Tu fais comme tu peux. Moi ce qu'il y a c'est que je peux pas rester plus tard que mardi parce que j'ai des choses - j'ai des rendez-vous qui sont pris après en Europe et je dois absolument rentrer. Donc, si tu veux, je peux venir samedi, dimanche, j'en sais rien moi. Comme tu veux. Moi écoutes je peux pas te dire mieux. Je suis libre tous les jours. C'est toi qui choisis le jour qui te convient, d'accord ? Allo ?

MT :    Tu veux que moi je te dise ce qui va m'arranger. Ce qui m'arrange c'est ce que je te dis.

FC :    Alors quel jour ? Le lundi alors ? La semaine prochaine, le lundi ?

MT :    Je peux pas te dire le lundi exactement. Laisse-moi regarder mon rendez-vous avez la fille qui m'aide et je vais te rappeler. La semaine prochaine.

FC :    Ok. Ah si tu me rappelles la semaine prochaine, c'est trop tard hein parce que moi je te dis - mardi, mardi soir, je suis dans l'avion, je peux pas le changer ça.

MT :    Pourquoi je te dis ça ? C'est dû à mes rendez-vous. C'est ce que je t'ai dit. C'est dû à mes rendez-vous.

FC :    Je comprends. Oui, vas-y.

MT :    Si je suis pas aux rendez-vous, ici c'est pas comme en Guinée. Si tu n'es pas au rendez-vous, tout va se mettre à perdre.

FC :    Oui, oui, oui, je comprends ce que tu veux dire. Mais après si tu veux, même si tu as ton rendez-vous et tout ça, tu peux t'échapper une heure. Si je viens - je viens te voir, pendant une heure on peut parler quand même, c'est pas grave. Non ?

7

CONFIDENTIEL

MT :   Comment je vais m'échapper du rendez-vous ? Je peux pas m'échapper. Comment je vais m'échapper. Non.

FC :   Non mais je veux dire - c'est pas t'échapper. Je veux dire, si tu es là-bas à Jacksonville, je viens te voir pour une heure. Même si tu as des choses à faire, tu peux te libérer une heure quand même. C'est ça que je te dis. Tu comprends ?

MT :   C'est ce que je te disais. Tu es venu me voir ou tu n'es pas venu me voir Frédéric ? Disons la vérité. Tu es venue me trouvée, j'étais [inaudible].

FC :   Non mais je te - ce que je dis Mamadie. Ecoute bien. Moi ce que je dis simplement, je dis d'accord tu as plein de rendez-vous et tout ça. Mais tu peux pas me dire que dans toute une semaine de temps, tu peux pas m'accorder une heure si je viens te voir. Tu me dis n'importe quel jour, de telle heure à telle heure et moi je m'organise pour venir. Je te dis pas de te déplacer, je te dis pas quoique ce soit. Je te dis simplement une heure - tu restes une heure disponible quelque part et tu me dis : "Tel jour, tu peux te libérer une heure ?" et moi je me déplace et je viens te voir. Dans une semaine entière, tu peux arriver à trouver une heure où je peux venir te voir où tu es même si tu viens pas à l'aéroport même si pas tout ça. Tu comprends ?

MT :   Frédéric, si je te dis j'ai des rendez-vous, tu dois me croire. C'est comme toi quand tu as des rendez-vous tu peux pas - [inaudible]. Quand tu as un rendez-vous, est-ce que tu as l'habitude de dire - quelqu'un peut venir te dire [inaudible]. Ils vont me prendre pour quelqu'un qui n'est pas responsable .

FC :   Non mais tu as raison. Bien sûr tu as raison. Mais je te dis, tu es pas - il y a 24 heures dans la journée et il y a sept jours dans une semaine. Tu es pas toute la journée en rendez-vous. Il y a bien une heure où tu peux être libre pour qu'on puisse se parler. Tu tu  d'accord ? C'est ça que je dis.

MT :   Tu peux comprendre que j'ai des réunions, je vais être fatiguée, j'ai l'enfant. C'est pas facile. Il faut qu'on pense à moi. Il y a pas quelqu'un qui va s'occuper de mon enfant.

FC :   Bon écoute, tu sais, Il n'y a pas de problème. Moi je te laisse faire comme tu fais comme tu veux. Moi Mamadie je vais te dire, je vais pas me mettre à genoux.

MT :   Même ma soeur qui m'aide elle a son enfant qui est malade. [inaudible]. Il a cinq mois. L'enfant est malade aujourd'hui.

FC :   Je comprends.

MT :   Chaque fois, l'enfant tombe malade. Tu vois quoi ? Elle peut même pas venir s'occuper de moi. Elle a deux enfants. Il n'y a personne pour l'aider. Les rendez-vous, [inaudible]. c'est vrai des fois quand on sort le matin on rentre que la nuit.

FC :   Je comprends. Ecoute, moi je te laisse faire comme tu veux, comme tu peux. En tout cas, moi si tu veux, je pense que - le fait qu'on se voit je pense que c'est bien pour toi. Moi je vais pas me mettre – je peux pas te dire plus que ça. Je pense que c'est une bonne chose qu'on se voit, c'est une très bonne chose pour toi parce qu'il y a des bonnes choses à faire par rapport à tout ce que je t'avais dit. Maintenant, si tu peux, tu peux, si tu peux pas, tu peux pas.

CONFIDENTIEL

Qu'est-ce que tu veux ? Je peux pas te dire plus que ça. Je vais pas me mettre à genoux pour te dire -

MT :  Je t'ai pas dit de te mettre à genoux. La raison pour laquelle je te dis [inaudible]. Je peux pas faire passer les gens qui veulent m'aider quand même ici. Ils font ça pour moi comme ça. Je les paie pas.

FC :  Tu sais que moi aussi - la raison pour te voir c'est aussi pour t'aider. Tu le sais ça. Et ça représente quand même pas mal d'argent qui peut arriver comme ça. Maintenant, comme je te dis, c'est pas une histoire de semaine -

[Inaudible - FC et MT parlent en même temps]

Moi je suis là jusqu'au - je te dis je pars le mardi 26 au soir. Si on arrive à se voir avant, c'est bien. Si ça n'arrive pas, qu'est-ce que je peux faire ? Je sais pas quoi te dire.

MT :  C'est les rendez-vous qui ont fait ça. C'est la secrétaire [inaudible]. Tout le monde veut faire son boulot. [Inaudible] Maintenant, qu'est-ce que vous me donnez comme ça ? Combien vous avez à me donner ?

FC :  Non mais c'est pas combien vous avez à me donner. On s'était parlé la dernière fois. Tu m'as dit : "Sur un, est-ce que tu peux avoir une partie avant ?" La réponse elle est oui. Et quand - je voudrais qu'on se voit et qu'on parle de tout ça, c'est tout. Tu comprends ? Tu m'avais dit : "Est-ce que tu peux avoir deux, trois - est-ce que tu peux faire quelque chose avant et le reste on fait comme tu as dit ?" Donc je t'ai dit oui. Maintenant, il faut qu'on se voit. On peut pas faire ça par téléphone, c'est impossible. Donc euh si tu peux, tu peux. Si tu peux pas, tu peux pas. Moi je sais pas quoi te dire. En tout cas moi je peux pas - mon problème c'est que mon départ du 26, je peux pas le changer. Malheureusement, je peux vraiment pas le changer parce qu'on m'attend en Europe et je dois absolument rentrer en Europe. Je peux pas changer. Donc moi je peux être libre le matin, l'après-midi, la nuit, le jour, quand tu veux.

MT :  [Inaudible]

FC :  J'ai pas compris ce que tu as -

MT :  Je dis je suis sincère, tu vas pas me laisser dans la boue et puis tu vas [inaudible].

FC :  Non, non, c'est pas que le rendez-vous est plus important. C'est que le problème qu'y a c'est que j'ai je dois absolument absolument rentrer le 26. J'ai des choses avec ma famille, je peux pas changer ça. C'est pas pour aller me promener ou pour aller faire quoique ce soit. Et en plus, il y a les fêtes de Pâques qui arrivent, j'ai de la famille d'Italie, j'ai plein de choses comme ça. Si je rentre pas le 26, ça va être un gros problème pour moi. Donc je te dis, entre maintenant où je te parle et le 26, à chaque minute, tu me dis : "Frédéric, tu viens tel jour à 3h du matin", je vais venir tel jour à 3h du matin. Je suis libre tous les jours, tous les jours, même lundi - je t'ai dit que j'avais des choses - même ça je peux les changer si c'est bon pour toi. Mais le problème qu'y a c'est que je peux pas dépasser le 26. Ça c'est sûr, sûr, je peux pas dépasser le 26. Mais tout le reste du temps, je te dis, je suis libre 24h/24, 7j/7 pour toi. Tu es la raison principale de ma venue et j'ai aucun problème de me rendre libre pour ça. Mais après le 26, je vais avoir beaucoup de mal, beaucoup beaucoup de mal. Et je suis même prêt à venir et à rester deux jours si tu veux à t'attendre là-bas. Le jour où tu me dis :

CONFIDENTIEL

"Ecoute, viens le lundi et tu repars le mardi", je peux même passer une nuit là-bas. J'ai aucun problème avec ça parce que je pense que c'est très important qu'on se voit. Mais après je peux pas, je t'assure - c'est pas que je veux pas, c'est que vraiment je peux pas dépasser le 26 parce que je dois absolument rentrer. Voilà.

MT :   Ok. ok. Je vais te rappeler, comme je t'avais dit, je vais te rappeler la semaine prochaine. (...)  tu t'inquiètes pour toi mais tu ne comprends pas. Donc, de toute façon je vais te rappeler la semaine prochaine comme je t'ai dit.

FC :   Ok. Ecoute, la semaine prochaine, si tu me rappelles le mardi, je serai - je te dit, mardi soir je serai dans l'avion hein, je pourrai pas changer ça.

MT :   Frédéric, tu dois m'aider. Je t'ai toujours dit de m'aider.

FC :   Mamadie, tu sais, "tu dois m'aider". Moi, je suis le premier à t'aider.

MT :   Tu ne m'aides pas. Tu ne m'aides pas. Tu ne m'aides pas. Quand je t'ai toujours dit, quand j'ai des problèmes, aides moi. C'est toi seul que je peux compter.

FC :   Mamadie, Mamadie, Mamadie ; écoute-moi, écoute-moi écoute-moi bien écoute-moi bien. La dernière fois - tu sais moi je suis pas un milliardaire - la dernière fois, quand je suis venu te voir, moi-même, de mon propre argent, je t'ai donné une enveloppe avec 5.000 dollars dedans. Il y a beaucoup de gens qui viennent te voir et t'amènent 5.000 dollars tous les jours pour te voir ? T'as beaucoup de gens comme ça ? Tu sais, tu ne peux pas me dire que je ne t'aides pas. C'est pas possible.

MT :   Quand je t'ai dit mardi, je suis malade et j'ai d'autres rendez-vous, tu dois pas te fâcher pour ça.

FC :   Je me fâche pas. Moi je me fâche pas. Je te dis, je te dis, je suis obligé de prendre en considération toutes les choses. Moi, je te dis je viens ici pendant 12 jours et j'avais informé Cény en lui disant : "Ecoute, j'arrive le 14. Entre le 14 et le 26, je suis libre tous les jours pour voir Mamadie." Tous les jours je suis libre. Donc tu peux pas me dire que je fais pas d'efforts. Je viens, je reste 12 jours ici, je suis venu que pour toi Mamadie. Je suis venu que pour toi. N'importe quel jour tu me dis de venir, je viens. Bien sûr j'ai pris d'autres rendez-vous mais je suis libre -

MT :   Quand je te dis mes rendez-vous, tu dois attendre [inaudible]. Je ne suis pas une menteuse. Tu dois accepter ça.

FC :   Je ne te dis pas que tu es une menteuse. Je dis simplement que sur une semaine, tu peux pas me dire : "Frédéric, écoute, j'ai pas une heure pour parler avec toi." Tu peux pas me dire ça, c'est pas possible. Sur une semaine, même un Président de la République il va me recevoir pour me voir pour une heure s'il a envie de me voir.

MT :   Je peux pas te faire attendre dans un coin comme ça. Je peux pas faire ça.

FC :   Moi, tu me fais attendre sans aucun problème. Tu me dis: "Frédéric, viens lundi, mardi, tu viens mardi, mercredi, tu viens le jour que tu veux" et je viens et je t'attends dans un hôtel et j'attends que tu sois disponible. Il n'y a aucun problème, je suis prêt à faire ça.

CONFIDENTIEL

MT : Frédéric, je te dis des fois quand on sort le matin, même le manger, il faut que je m'arrête chez McDonald's ou quelque chose comme ça pour acheter à manger. Je n'ai même pas le temps de manger tellement [inaudible]. Tu peux même pas comprendre. Parce que c'est pas ton boulot [inaudible]. Tu peux pas comprendre. C'est trop chargé, trop trop chargé. Des fois la réunion, vous pouvez rester là-bas la nuit. Tu peux pas comprendre. [inaudible] Mais même quand je vous dis, toi tu peux pas comprendre parce que tu n'as jamais fait, c'est pas ton boulot.

FC : Je sais pas. Je sais pas mais, écoute, je sais pas. Essayes de - je sais pas - regarde ça tranquillement et si tu veux on s'appelle la semaine prochaine et tu me dis. Moi, toute la semaine prochaine je - tu regardes ça la semaine prochaine mais tu ne peux pas m'appeler la semaine d'après encore. Parce que tout la semaine prochaine je suis libre mais après ça va pas.

MT : Ok. Je vais donner à manger à... Comme on dit, la semaine prochaine je vais t'appeler.

FC : D'accord super. La semaine prochaine tu m'appelles - voilà, la semaine prochaine, tu m'appelles quand tu veux. Je suis disponible, prêt à venir. Mais c'est pas ce mardi-là hein que je m'en vais, c'est celui d'après. Toute la semaine prochaine je suis libre hein. D'accord ?

MT : Je te dis que je vais t'appeler.

FC : Voilà super. Ok ? Mais après je te dis, toute la semaine prochaine je suis complètement libre pour toi. Tu m'appelles quand tu veux.

MT : Ok.

FC : D'accord ?

MT : Oui.

FC : Allez, ça marche. Bon, en tout cas, je vois que tu as des projets. C'est bien. C'est bien. Ça c'est une bonne chose. Et en même temps, si tu veux, ça pourra te servir ces choses-là donc c'est bien.

MT : Ok.

FC : Ok ?

MT : Oui.

FC : Allez, ça marche. Ok, allez j'attends ton appel. Merci à toi. Merci.

MT : Oui.

FC : Merci. Ciao ciao.

0h14m33s    FIN DE L'ENREGISTREMENT

CONFIDENTIEL

ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 20 MARS 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et Mamadie Touré ("MT").

REFERENCES :

    Dossier:  3.20.2013 Call 3

    Fichier :  Out_mama1634_03-20-2013_070750PM.wav

| 0h00m0s | DEBUT DE L'ENREGISTREMENT | |
|---|---|---|
| | FC : | Allo ? |
| | MT : | Allo Frédéric bonsoir. |
| | FC : | Comment vas-tu Mamadie ? |
| | MT : | Ça va un peu et vous ? |
| | FC : | Ça va bien ? Oui, ça va. Ça va, ça va. Ici il y a un peu de pluie là, depuis deux jours là mais ça va. Et chez toi ? Ça pleut aussi non ? |
| | MT : | Ça va un peu oui. |
| | FC : | Alors dis-moi, qu'est-ce qu'on fait ? |
| | MT : | Moi, je préfèrerai qu'on se rencontre le lundi. |
| | FC : | Lundi ? Ok, c'est bon. Ok, si tu me dis lundi, je m'organise pour lundi. Je vais voir, je dois avoir les mêmes horaires que je t'avais dit. Je dois avoir un vol le matin et ensuite on a de neuf heures du matin jusqu'à trois heures de l'après-midi quoi. |
| 1m05s | MT : | J'aimerais que, arrivée là-bas, que tout soit en ordre quoi. [inaudible] |
| | FC: | Euh, c'est-à-dire ? |
| | MT : | C'est-à-dire... |
| | FC : | Arriver euh... |
| | MT : | De ce qu'on a parlé, là ce [inaudible] c'est-à-dire, je sais pas si vous me comprenez, c'est-à-dire Beny avait demandé... |
| | FC : | Oui, de faire avec les documents tout ça ? Mais euh ça c'est bon ou pas parce que depuis on en a jamais reparlé. Donc comme je peux pas en parler par téléphone, de toute façon pour le lundi j'aurai pas tout qui sera prêt hein. C'est impossible. Faut que je voie ensuite avec l'avocat et avec tout ça. Donc moi c'est surtout pour te voir et pour qu'on parle de tout ça. Pour qu'on voit |

CONFIDENTIEL

exactement comment on le fait et comment c'est parce que, la dernière fois, quand on a voulu mettre tout en place, tu m'as dit "de toute façon on peut pas le faire maintenant parce que j'ai pas les documents avec moi et voilà et voilà". Donc je savais pas s'il fallait aller faire ça, dans quel endroit, dans quel pays et tout ça. Donc euh, moi c'est pour ça que je veux venir te voir. Pour qu'on regarde très précisément ce qu'on fait et comment on le fait et ensuite il faudra que, à partir du moment où on se met d'accord sur ce qu'on fait et comment on le fait, il faut que je revienne pour qu'on le fasse, on le fasse comme il faut quoi. Tu comprends?

MT :   Frédéric, est ce que Bény tient à ce que vous me rencontrez et que il est d'accord à ce que vous me donnez cette somme?

FC :   Bien sûr. Bien sûr, bien sûr. Non mais moi ce qui est, ce qui est, ce qui est important c'est qu'on se voit et qu'on se parle et qu'on voit exactement ce... tu sais, tu as disparu d'un coup, on s'est plus parlé, on a plus rien fait ici et là. C'est important qu'on se voit, qu'on se parle et qu'on s'entende sur ce qu'on va faire. C'est ça, c'est juste ça qui est important. Après, une fois qu'on se voit et qu'on se parle, on va pas parler de tout ça par téléphone.

MT :   Je sais mais j'avance seulement parce que je veux pas aller, me déplacer, aller vous voir à l'aéroport, j'ai l'enfant vous voyez et que vous me dites que Bény n'est pas d'accord.

FC :   Non non mais je te dis pas que je suis pas d'accord. Je te dis si tu veux, j'ai suffisamment de temps pour prendre un taxi et qu'on se retrouve quelque part en ville si tu veux pas perdre du temps à bouger. Si tu es occupée avec la petite. Tu me dis simplement où tu veux qu'on se retrouve et on se retrouve là où tu veux. Si ça se fait gagner du temps, moi il y a aucun problème.

MT :   C'est ça mais si on voit seulement c'est pour parler et que ça ne vient pas de Bény tu vois c'est c'est fatiguant. Moi en ce moment je vais être fatiguée.

FC :   Ecoutes - non non tu vas pas me fatiguer et je veux pas parler de tout ça au téléphone. Moi je te dis tout simplement je veux pas parler de tout ça au téléphone, c'est... ni de quoi que ce soit. Je veux simplement qu'on se voit et qu'on se parle mais pas au téléphone.

MT :   Ok. Ok.

FC :   Ok ? Donc comme ça on s'explique, exactement ce qu'il y a, la situation, qu'est-ce qu'on fait, qu'est-ce qu'on fait pas et puis de là, quand on se quitte, je mets tout ça en place comme il faut. Ok ?

MT :   Ok.

FC :   Voilà, donc moi je te dis je vais regarder là encore les horaires d'avion. Lundi, je peux venir et tu me dis simplement - donc, moi si tu veux, si j'arrive à neuf heures à l'aéroport, je peux, je peux prendre un taxi et te retrouver à dix heures où tu veux. A dix heures, dix heures et demie. Je te retrouve où tu veux. Tu me donnes simplement l'adresse de où tu veux qu'on se retrouve, comme ça tu n'as pas besoin de venir jusqu'à l'aéroport et puis - et puis après, quand on a terminé, on se boit un truc, après je repars à l'aéroport et puis voilà.

MT :   Ok.

CONFIDENTIEL

FC :   C'est bon ?

MT :   Oui, oui.

FC :   Ok, ça marche. Alors écoute, je vais vérifier tous les horaires des avions et je
te rappelle demain matin ?

MT :   Ok.

FC :   En tout cas, je peux prendre le billet pour lundi hein ?

MT :   Ok.

FC :   D'accord. Ok, ça va. Allez, ça marche.

MT :   Oui.

FC :   Allez, bonne soirée. Je t'appelle demain.

MT :   Ok. [inaudible]

FC :   Bonne soirée. Bye bye. Merci. Bye.

0h05m32s      FIN DE L'ENREGISTREMENT