# EXHIBIT F

# Part VI of VIII

CONFIDENTIEL

## ENREGISTREMENT D'UN RENDEZ-VOUS DU 25 MARS 2013

Retranscription d'un enregistrement d'un rendez-vous entre Mamadie Touré ("MT") et Frédéric Cilins ("FC").

---

REFERENCES :

        Dossier:  3.25.2013 CW Meeting with Cilins

        Fichier :  FBIJK_001.wav

---

| | | |
|---|---|---|
| 0h00m0s | DEBUT DE L'ENREGISTREMENT | |

    Agent FBI:     This is special agent Angela Hill. It is March 25th 2013 at 8:41am. This is going to be a consensually monitored conversation between... Names ?

    MT:     Mamadie Touré.

    AH:     And who's the target?

    MT:     Frédéric Cilins.

          [Inaudible jusqu'à 0h15m28s]

    FC :     Alors la petite, comment ça va ?

    MT :     Ca va bien.

    FC :     Tu as quelqu'un qui te la garde ?

    FC :     D'accord. Alors qu'est-ce que c'est ton projet de fruits et de légumes ?

    MT :     Quoi ?

    FC :     Ton projet ? C'est quoi ? Tu es en train de faire quoi ?

    MT :     Ici ?

    FC :     Oui.

    MT :     Je suis en train de faire un restaurant et puis les fruits, vendre les fruits.

    FC :     Fruits et légumes ?

    MT :     Oui. Tout ce qui est banane, tout ce qui est tomate [inaudible].

    FC :     D'accord.

    MT :     Je veux aussi vendre euh - faire un restaurant où il y a [inaudible].

    FC :     Et les fruits tout ça, tu vas vendre au détail au public ou en gros - comment tu vends - comme un magasin quoi ?

CONFIDENTIEL

MT :   Comme ça.

FC :   Comme un magasin. Ok.

MT :   Comme ça là. Tout le monde vient au magasin.

FC :   Oui oui oui. Et c'est une chaîne ? Comme il y a les fresh market. C'est une chaîne ou c'est un magasin à toi ?

MT :   Moi c'est un magasin que j'ai pris en location.

FC :   D'accord. C'est bien. C'est bien.

MT :   Deux magasins en location. Un c'est pour les fruits et les poissons. Et un c'est pour -

FC :   Les poissons aussi ?

MT :   Oui. Parce qu'ici les poissons ça marche beaucoup.

FC :   C'est bien. Tu as eu l'idée - ça, comme ça ?

MT :   [inaudible] on a fait des recherches avec des amis. On a trouvé que - les fruits ça marche. Tout ce qui peut marcher, même si c'est les bonbons, il faut vendre.

FC:   C'est bien. C'est bien. Ben écoute c'est une bonne chose.

MT:   [inaudible] ici ça marche

FC :   Ouais bien sûr. Et tu fais ça toute seule ?

MT:   Non j'ai quelqu'un qui m'aide. J'ai quelqu'un qui m'aide. Y a... Les gens qui sont là, quand ils veulent faire du business ils vont te chercher [inaudible].

FC:   Ils t'aident à financer ou ils t'aident à, à tenir le magasin, avec des employés, et tout ça ?

MT:   Il t'aide comment faire, en ce qui concerne les employés. [Inaudible]

FC:   D'accord, d'accord. Parce que toi ici tu as, tu as le droit de, de, de travailler, tu as le droit de tout ça ? T'as quoi ? Une green card, une carte verte ? Qu'est-ce que tu as ?

MT:   Non non, j'ai pas une carte verte.

FC:   C'est un visa d'investisseur, alors c'est comment ?

MT:   Non non. C'est un visa simple que on m'a donné.

FC:   Simple ?

MT:   Oui.

FC:   Mais t'as quand même le droit de travailler ?

MT:   De travailler ?

**p. 89**

CONFIDENTIEL

FC: Non parce que normalement ici c'est pas facile tu sais quand tu veux travailler.

MT: Non tu peux faire, tu dois appliquer. Tu peux faire après tu vois.

FC: Parce que toi tu peux rester indéfiniment ici ? Tu as, tu as, tu vas travailler six mois, et après tu dois sortir ou tu peux rester tout le temps ?

MT: Maintenant là moi je veux appliquer quoi. Je veux appliquer ici.

FC: Appliquer ça veut dire quoi ? Faire l'application de...

MT: Après que le magasin est là, que tout est en place, je veux

FC: Ouais parce que tu sais, il y a des avocats qui sont spécialisés dans ça. Là juste la personne que j'avais là au téléphone, c'est quelqu'un qui fait ça et [inaudible] avec un avocat qui fait le visa. Alors, je me rappelle plus comment ça s'appelle. C'est un visa pour les investisseurs. Par exemple, toi tu investis dans un magasin, des choses comme ça. Tu crées un travail. Eh ben tu as le droit d'avoir un visa pour 5 ans, ou 3 ans ou 5 ans, ou, ou un truc comme ça. Et, et tu fais ton affaire quoi, tu fais ton business. C'est bien.

Alors qu'es-ce qu'il s'est passé dans la tête de Mamadie qu'elle a disparu ? Tu sais j'ai eu Ahmed au téléphone, Ahmed au téléphone.

MT: Attends moi j'étais fâchée Frédéric. J'étais fâchée.

FC: Fâchée ? Pourquoi ?

MT: J'étais fâchée.

FC: Pourquoi ?

MT: J'étais fâchée parce que le fait que vous m'avez dit la dernière fois que euh, euh, ils disent qu'ils peuvent pas d'abord et vous allez réfléchir. Ça m'a, ça m'a, ça m'a, j'étais choquée moi. J'étais choquée. Le fait que vous avez dit peut-être qu'ils vont accepter de m'aider ou bien ils vont pas accepter de m'aider.

FC: C'est pas une histoire d'accepter de m'aider. Je t'ai dit, je t'ai dit laisses-moi voir. Tu as même pas attendu la réponse. On s'est parlé le dimanche, ou le; ou le samedi tu m'as téléphoné le samedi. Je t'ai dit on se reparle lundi et de là, plus rien plus personne.

MT: J'en avais marre de tout ça. J'en avais marre. J'en ai marre de tout ça.

0h20m30s  FC: Tu sais moi aussi j'en ai marre. Mais que, qu'est-ce qu'on peut faire ? Moi tu crois pas que j'en ai marre moi ? Je ne peux plus entendre parler de cette affaire moi, je peux plus entendre parler de cette affaire, j'en ai ras-le-bol mais tu peux même pas l'imaginer, mais est-ce qu'on a le choix ? On a pas le choix. A cause de cet imbécile de gars là, qui est là, qui emmerde tout le monde, qui rend toutes les choses compliquées, on est là, qu'est-ce que tu veux que je te dise ? Qu'est-ce que tu veux que je te dise ?

MT : Quel gars ?

FC : Le...le... le... Alpha, quel gars ?A cause de lui on est comme ça, si c'était pas lui tu sais on discuterait même plus de ces histoires là et à cause de ça,

17

**p. 90**

CONFIDENTIEL

pardon de le dire comme ça, on est, on est dans la merde avec ce gars là. Tu sais, c'est une histoire de fou. Moi, je deviens dingue par ce que tout le monde en a marre, tout le monde est énervé, tout le monde dépense de l'argent à cause de lui pour rien, parce que ca coûte de l'argent tout le temps cette histoire là, à tout le monde, à tout le monde pour rien. Tu sais ça devient une horreur ce deal là et en plus on sait même pas où il veut aller. Là, il a fait - une réunion, encore une réunion mais c'est ridicule, ils sont venus à la réunion, les gens de... de... de... Alpha, en disant "bon, alors qu'est ce que vous avez a proposé ?" Qu'est-ce que vous avez à proposer quoi ? C'est vous qui ne voulez pas que l'on travaille, qui veulent pas que l'on reste, qu'est-ce que vous voulez qu'on vous dise ? Dites-nous ce que vous voulez ? Mais personne sais ce qu'il veut. Personne ne sait ce qu'il veut. Même ses amis proches, je vais te dire moi je parle avec ses amis proches, qui sont avec lui depuis 20 ans, 25 ans, 30 ans, qui le connaissent très très très très bien, ils sont fatigués, ils ne comprennent même plus ce qu'ils veulent - ce qu'il veut - et ils en ont marre. Mais est-ce que quelqu'un a le choix ? Il n'y a que lui qui a la clé du problème alors tu sais. Là il paraît qu'il est très malade, il a son cancer, il a des choses comme ça. Tu sais les gens en ont tellement marre, ils souhaitent juste qu'il s'en aille, que c'est fini, et voilà.

0h22m41s        Alors la dernière fois si tu veux, je peux pas te dire - moi tu sais, Mamadie, moi quand je te dis quelque chose c'est que c'est comme ça. Si je te dis, c'est que c'est comme ça. Quand j'avais besoin de 24h, 48h pour pouvoir te donner une réponse claire [Inaudible]

MT:     [inaudible] Les autres, ils m'ont trop fatiguée. [Inaudible] Donc je me disais [inaudible].

FC:     Mais ça sert à quoi de disparaître comme ça ? Est-ce que si on parle pas on trouve des solutions ?

        T'aurais pu me dire Frédéric, je suis fâchée, je suis énervée, n'importe quoi. Tu m'avais déjà dit ça. Mais qu'est-ce que ? Bon, enfin, le passé c'est le passé. Tu sais, moi, la chose qu'il y a c'est que moi je te dit tout.

        Quand je te dis quelque chose, je te dis le bon, je te dis le mauvais. Tu sais, je te mens pas. Je joue pas avec toi. Je te dis exactement la vérité de tout ce qu'il se passe. Eh... Voilà. C'est comme ça, qu'est-ce que tu veux que je te dise ?

        Tu sais, tout le monde... tu sais, je vais te dire... Tu n'as pas eu Ahmed depuis longtemps au téléphone parce que... Il s'est fait beaucoup de souci. Il s'est fait beaucoup de souci. Je ne sais ce qu'il s'est passé chez toi pour arriver à décider ça. A moins qu'il a m'a raconté des histoires et qu'il savait exactement où tu étais ou quoi mais en tout cas moi je l'ai eu au téléphone. Il m'a dit : "Ecoute Fred"... En tout cas il sait... je l'ai eu au téléphone - il est en Guinée - parce qu'il doit avoir des nouvelles. Je lui dit : "Ecoute on va se parler, on va se voir la semaine prochaine". Il me dit : "En tout cas tu lui diras bien qu'on fait pas ça".

MT:     [Inaudible] Moi j'ai pas déjeuné avant de venir.

FC:     Ah! Tu veux un... Je t'ai pas proposé parce que je savais pas. Tu veux un...

MT :    Je veux pas sucré.

        [Inaudible]

CONFIDENTIEL

| | | |
|---|---|---|
| 0h28m15s | MT : | C'est pas sucré parce que tu me disais la dernière fois que tu n'aimais pas le sucre. |
| | FC : | Non j'aime pas trop sucré moi. Si c'est un peu sucré mais pas - je préfère le salé au sucré mais bon le matin des fois [inaudible]. |
| | MT: | C'est le visa que j'ai. |
| | FC: | Jusqu'au 27 août 2013 ? |
| | MT: | Mais je peux encore prolonger si je veux. Je peux prolonger à six mois encore. |
| | FC: | C'est bon ? |
| | MT: | Parce que la dernière fois... |
| 0h29m01s | FC : | Tu avais gardé le passeport diplomatique ? |
| | MT : | Oui. |
| | | [Inaudible] |
| | FC: | C'est bon ? Tu avais gardé le passeport diplomatique ? |
| | MT: | Ouais. Ouais. |
| | FC : | Je pensais qu'ils te l'avaient enlevé. |
| | MT: | Non. [Inaudible] donc aujourd'hui j'ai peur. Est-ce que c'est vrai qu'ils vont réellement me punir, Frédéric, quand je parle. Si, c'est-à-dire la société BSGR ne dit pas allez voir Mamadie, vous pouvez pas vous-même décider de m'aider. Vous pouvez pas. |
| | | [Inaudible] |
| | FC: | Ouah ! Qu'est-ce qu'elle a grandi ! |
| | | [Inaudible] |
| 0h31m00s | FC: | On va faire ce que l'on a dit l'autre fois, tu vas récupérer trois cent [inaudible], tu vas récupérer trois cent tout de suite et le reste on va le mettre quelque part. Au moins ça déjà, c'est pris tout de suite et ça ça n'a rien à voir avec ce que tu auras quand ce sera terminé, ça sera quelque chose en plus comme je te l'avais dit. C'est que des avantages. |
| | MT : | Trois cent ? |
| | FC: | Trois cent mille. |
| | MT: | OK. |
| | FC: | Au moins ça te permettra peut-être de faire ton restaurant ou faire des investissements. [Silence] |
| | | Ca va permettre de faire... de faire euh... des investissements. Comment ça s'appelle ? Ces histoires d'école à Conakry ? Qu'est-ce que tu as fais ? Tu as rien pu faire. |

CONFIDENTIEL

MT :   C'est la [Inaudible]

0h32m32s   FC :   Donc, on va faire ça ? Ok ?

MT :   On va faire ça.

FC :   Euh... Il faut que je revienne. Euhmm... Il faut qu'on détruise ces papiers et en même temps on met une partie chez l'avocat, une partie tu récupères tout de suite, et voilà.

MT :   J'ai pas compris.

FC :   Je reviens. On détruit ces papiers. Une partie de l'argent tu vas prendre tout de suite, et une partie on va le laisser bloqué chez l'avocat euh le temps que l'on avait dit. Comme je t'avais dit la dernière fois.

MT :   [Inaudible]

FC :   Je t'avais dit écoute, au départ je t'avais dit on prend un et on bloque un. Après tu m'avais dit est-ce que sur ces uns-là tu peux avoir une partie tout de suite. Maintenant, je te dis, sur ces uns là, 300 tu vas récupérer tout de suite et le reste on va le laisser chez l'avocat.

MT :   Mais... L'avocat, quel avocat ? Je ne le connais pas.

FC :   Beh oui, mais nous on va trouver un avocat.

MT :   Tu n'as pas encore trouvé ?

FC :   C'est pas ça ? Je pouvais pas te parler donc je savais pas. On va trouver quelqu'un euh... ça peut pas être quelqu'un aux Etats-Unis, il faut que je trouve quelqu'un en dehors des Etats-Unis, parce que c'est interdit, ici on a pas le droit de faire ça.

MT :   Pourquoi ?

FC :   Parce que c'est ... c'est pas une bonne idée de le faire avec un avocat américain

MT :   La dernière fois c'était avec Adam.

FC :   Adam, je ne veux plus en entendre parler de Adam. Adam il a fait que des.. des, des, des conneries. Adam il a pas été bien Adam. J'étais très en colère avec lui. Parce que tout ce qu'il a fait pour cette histoire de South Beach. Il a pris... Il a pris beaucoup d'argent, de frais d'avocats. Il a pris beaucoup d'argent de frais d'avocat. C'est pas du tout une bonne chose. Je suis allé voir un autre avocat mais malheureusement... Ici on peut pas le faire. D'après ce que m'a dit l'avocat, avec la loi américaine, on peut pas faire un truc comme ça, il faut qu'on le fasse à l'extérieur des Etats-Unis. Mais je vais bien regarder ça. Moi je voulais déjà que l'on se voit, et qu'on se parle et qu'on se comprenne bien. Une fois que l'on se comprend bien, dans les - maintenant rapidement, on va faire ça et déjà, tu auras déjà un peu d'argent ce qui va te permettre de respirer. Parce que si...

MT :   Vous savez très bien j'ai peur des gens de BSG, vous le savez très bien. Vu ce qu'ils m'ont fait...

CONFIDENTIEL

FC :   Mais qu'est-ce que tu as comme problème avec eux ?

MT :   Parce que BSGR me dit je vais te donner ça, c'est pas clair, c'est ce qui me fait peur et tu le sais. La dernière fois je t'avais dit ça au téléphone [inaudible] [...] venu me voir, je t'avais dit ça si tu te rappelles.

FC :   Tu me parles du passé mais je te parle de maintenant moi. Là t'as pas à faire avec BSGR, tu as à faire avec Frédéric et moi je suis là.

MT :   Oui mais si quand même si Beny t'as envoyé ici, c'était pas...

FC :   Non mais, je te dis, tu n'as pas à faire avec quelqu'un d'autre qu'avec moi. Je suis là, l'important c'est que l'on puisse se parler, que l'on puisse s'entendre et qu'on puisse organiser les choses comme il faut, c'est tout. Mais euhmm je te dis, je suis là. Je t'avais dit l'autre fois, je suis là, je m'occupe de... de... de ce truc-là. Je dis pas d'avoir confiance aveuglément, je demande rien de plus que de m'écouter et qu'on se parle.

MT :   Je sais.

FC :   Mais voilà. Je te demande rien de plus que ça.

0h36m56s   MT :   Je veux dire, ça vient de Beny j'ai confirmé, mais les autres j'ai pas confiance.

FC :   Ecoute-moi, je vais te dire, tu sais je me suis demandé tellement de chose quand tu as disparu comme ça, je me suis dit mais qu'est-ce qui se passe. Elle est quelque part... Tu sais j'avais tellement peur quand tu étais à Freetown, quand tu parlais avec ces gens là, qu'ils te fassent du mal, qu'ils te... j'en sais rien moi, qu'ils soient venu te chercher ici, qu'ils t'aient embarquée là-bas, ça ne m'étonne pas si ça c'était passé. Tout ce temps que tu as disparu tu es toujours restée ici, tu es pas partie ?

MT :   Non non. J'étais là. J'ai dit [inaudible] de mes projets. Ça n'a pas été facile.

FC :   Non mais je comprends que ça n'a pas été facile mais ce que je veux dire c'est que...

MT :   [Inaudible]

0h37m44s   FC :   Je t'assure j'ai eu tellement, franchement j'ai eu peur. Je me suis dit, ces gens qui te cherchaient, que je t'avais dit de ne pas aller les voir la nuit, parce qu'ils te mettent dans une voiture, qu'ils t'amènent à Conakry, tu sais même pas ce qui va t'arriver. je me suis dit si elle est partie quelque part en Afrique ou quoi. Tu sais l'Afrique c'est pas comme les Etats-Unis, c'est dangereux, c'est dangereux. Ici, tu as... bon... la police. Là-bas, à Freetown, je te dis, on te mets dans le coffre de la voiture, le matin tu te réveilles tu es quelque part à Conakry hein.  Tu sais c'est pas quelqu'un de gentil et quelqu'un en qui tu peux avoir confiance Alpha, tu le sais ? Tu le sais. Donc moi, quand tu avais ces gens qui venaient te voir sans arrêt, je me suis dit ouah qu'est-ce qui s'est passer. Tu sais, parce que tu peux disparaître un jour, trois jours, une semaine mais tu as disparu longtemps. Tu as disparu longtemps. Donc j'avais Ahmed au téléphone mais j'ai eu, après, j'ai eu ton frère, Cény, au téléphone. Finalement au bout d'un moment Cény me dis : "Bon, écoute"... Voilà, il t'a fait passer des messages pour qu'on se parle mais c'était... Enfin... Ecoute.

CONFIDENTIEL

0h39m00s   MT :   Tu sais je suis fatiguée.  Parce que je me disais si ça vient de Beny je sais que c'est la vérité, mais si ça vient pas de Beny, ils vont me tourner tourner...

FC :   Tu dois te dire que ça vient de Frédéric, point. Voilà. Tu dois te dire ça vient de Frédéric et Frédéric est là, et je vais tout faire. Moi je suis obligé de rentrer demain parce que j'ai la famille, tu sais, j'ai... Je dois m'occuper de ma maman. Tu sais j'ai perdu mon papa, je dois m'occuper de ma maman. Je peux pas ne pas rentrer demain, je suis obligatoirement, je dois rentrer demain. Il y a les fêtes de Pâques qui arrivent, y a tout ça. Je rentre, j'organise tout ça et je reviens te voir et on fait ça. Je vais revenir.

MT :   Quand ?

FC :   Je te dis déjà. Je te dis déjà. Je reviens le... début avril... le 8 avril. J'arrive à Miami. Entre le 8 et le 16 je vais revenir te voir. Mais je m'organise, je m'organise. En tout cas, je voilà, je lâche pas tant qu'on ne termine pas.

0h40m19s   MT :   Vous m'avez dit si un jour le gouvernement vient me voir, qu'est-ce que je dois faire ?

FC :   Quel gouvernement ?

MT :   Vous m'aviez dit que les gens de la CIA, je sais pas... ils sont venus te voir. Si jamais ils viennent ?

FC :   Moi si tu veux... C'est un bureau qui est indépendant, j'ai pas leur carte de visite là, c'est un bureau qui s'appelle Veracity, qui est payé par le cabinet d'avocats que finance George Soros, tu vois qui c'est George Soros ? George Soros, c'est un milliardaire qui essaye de travailler avec Alpha pour récupérer ces mines, pour récupérer tout ça. Donc George Soros a payé ce cabinet de Veracity, qui est avec tous les anciens agents, comme ça, pour préparer le dossier pour attaquer le contrat de BSGR avec la Guinée. Donc ces gens-là sont venus et ils ont fait toutes les investigations, les questions et tout ça. Les papiers que je t'avais fait voir l'autre fois avec toutes ces listes de questions, ces listes de choses où toi tu es mentionnée dessus, je t'avais fait lire ça, tu te souviens ? Voilà, tout ça c'est plein de questions qu'ils ont posées en demandant pourquoi, comment. Moi je leur ai expliqué la vérité, que tout ça c'était des conneries et que voilà... parce que, comment il s'appelle ? Alpha, il essaye d'utiliser ça pour dire qu'il y a eu des choses qui n'étaient pas légales dans le contrat de BSGR avec la Guinée. Donc voilà, Mamadie a... comment dire... touché de l'argent du groupe BSGR pour essayer de les favoriser à l'époque de Lansana Conté et toutes ces choses là, donc ça c'est ce qu'ils essayent de dire de façon à ce que, à ce que le contrat soit abandonné à cause de ça. Mais en même temps, si... ça, je veux dire, c'est quelque chose d'illégal, ça pose des problèmes à toi aussi, même ici, surtout ici, c'est pas même ici. Ici il y a tout un truc je sais, la politique et les affaires c'est complètement séparé.  Toi tu es une personne qui est politiquement exposée par rapport à ce qu'il y avait à l'époque de Lansana Conté, donc voilà, c'est ce que Alpha essaye de faire. Alpha il essaye de se battre pour arriver à prouver ces choses-là et enlever le contrat de BSGR

MT :   Si jamais les gens, ce groupe là, je les rencontre un jour. Comment est-ce que je dois faire ?

FC :   Quels gens ? les gens de Alpha qui tournent comme ça ?

MT :   Les gens qui sont partis te voir.

CONFIDENTIEL

FC : Tu leur dis simplement que toi tu n'as rien à voir avec tout ça, tout ce qui se dit, c'est des bêtises. Comme on avait fait sur l'attestation, tu te rappelles ? Que moi j'ai rien à voir avec tout ce que vous me dites et voilà...

MT : Que je n'ai jamais vu BSGR.

FC : Pas que tu ne l'as jamais vu. Tu connais la société, parce que ne peux pas dire que tu n'as jamais vu. Tu connais, t'étais à Conakry, tu étais là-bas, tu vivais en Guinée à l'époque donc tu ne peux pas dire que tu ne connais pas, mais tu n'as rien à voir avec toutes ces histoires de contrat, de machin, de soi-disant l'argent touché, tu n'as rien à voir avec tout ça, c'est tout, c'est des mensonges.

MT : Si BSGR m'a donné de l'argent ?

FC : Tu dis que tu n'as rien n'avoir. Tu dis que tu n'as jamais touché d'argent de personne.

MT : Avec BSGR ?

FC : Et puis voilà. Bien sûr. Bien sûr.

MT : Je n'ai pas à dire le nom de BSGR ?

FC: Comment ?

MT : Je n'ai pas à dire le nom de BSGR ?

FC : Non, c'est eux qui vont essayer de te poser des questions comme ça, mais c'est pas... Ecoutes, aujourd'hui, ce n'est pas arrivé. Et si c'est pas encore arrivé aujourd'hui, je pense qu'il y a moins de risque maintenant que ça arrive. C'aurait dû arriver il y a longtemps. Comme c'est pas arrivé depuis un certain temps. Moi, ça remonte. La première fois qu'ils m'ont... ça remonte à un an et demi. Tu vois ? Donc si ça devait arriver pour toi, ça serait déjà arrivé il y a six mois, il y a un an. Tu vois ? Il sont pas venus donc je pense pas qu'ils vont venir mais on ne sait jamais. Voilà, après...

0h45m04s  MT : Au cas où ils doivent venir, je dis je n'ai jamais connu BSGR.

FC : Oui, t'as pas d'affaire avec eux. Tu te rappelles les papiers que l'on avait fait ? C'est simple, simplement une attestation disant : "J'ai rien à voir avec ça. Tout ce qui a été dit, tout cette histoire de toucher de l'argent, pas toucher de l'argent, j'ai rien à voir avec ça." Voilà. De toute façon, quand je vais revenir, je vais revenir avec un truc bien clair. Ça va être écrit. Tout ce qui a... Quand on te pose des questions, tout est écrit là-dessus, tout sera avec les réponses à donner.

MT : [Inaudible]

FC : Est-ce qu'aujourd'hui tu as des gens qui t'embêtent ou quoi ?

MT : Non.

FC : Ah bon.

MT : Comme tu m'avais dit quand les gens ils vont venir.

CONFIDENTIEL

FC :   Non j'ai pas dit quand ils vont venir. Attends, attends. Touchons du bois. J'espère que personne jamais va venir. Parce que s'ils viennent, c'est déjà, c'est embêtant donc j'espère que jamais ils vont venir.

0h46m00s   MT :   L'autre fois tu m'avais dit ça, tu m'avais dit le gouvernement il peut venir, il peut venir chez toi taper la porte. Si ils viennent tu as dit de détruire, ou bien de dire que [inaudible]...

FC :   Voilà, de ne pas garder des choses ici. Maintenant, ces fameux papiers ils sont ici aux Etats-Unis ? mais parce que quand on va se voir la prochaine fois, il faut que l'on détruise ça. Comme ça.

MT :   Tu veux qu'on détruise où ?

FC :   Laisse-moi bien réfléchir et organiser bien comme il faut et on va le faire comme ça, ok ? Ok, Mamadie.

Ces gens qui étaient derrière toi quand t'étais à Freetown, t'as plus de nouvelles de personne ?

MT :   Non.

FC :   Tu m'as jamais dit qui c'était.

MT :   [Rires]

FC :   Hein ?

MT :   Tu les connais pas.

FC :   Je les connais pas ?

MT:   [Inaudible] Donc c'est privé.

FC :   Non, comme tu m'avais dit que [inaudible] c'était des américains, je savais pas.

MT :   Non.

FC :   C'était des guinéens alors ?

MT :   C'était des léoniens.

FC :   Ah c'était des léoniens ? Ah la la.

Donc tu penses que tu vas l'ouvrir quand ton magasin ?

MT :   [Inaudible] il m'ont dit début mai

FC :   début mai ; et eux qu'est-ce qu'ils font quoi pour toi ? C'est dans un centre commercial, c'est dans quoi ?

MT :   Il faut aménager. Il faut aménager. Les appareils on les met pas comme ça. Il faut mettre des tuyaux en bas. Il faut mettre l'électricité.

FC :   D'accord. Ouais ouais.

CONFIDENTIEL

MT :  Dis-moi un peu. Est-ce que Mahmoud Thiam... je l'ai vu à l'internet. Qu'est-ce qu'il a à voir avec...

FC :  Je sais pas.

MT :  Je l'ai vu à internet.

FC :  Il a rien à voir avec euh... Je sais que Alpha l'avait attaqué et euh... en disant que euh... Pareil. Tu sais, toujours les mêmes bêtises qu'avec toi, en disant qu'il avait touché de l'argent, qu'il avait favorisé BSGR lorsqu'il était ministre. Et ce que lui il a fait, Mahmoud Thiam, il a fait une déclaration dans la presse en disant que premièrement, tout ça c'était des conneries et puis en plus, lui à l'époque, si je m'en rappelle exactement, à l'époque Mahmoud Thiam avait même aidé, de ses fonds propres, il avait aidé... Comment il s'appelle ? Alpha quand il était en période électorale mais enfin, il a réglé ses comptes. C'est entre eux quoi. C'est entre Thiam et Alpha.

MT :  Mahmoud Thiam et Alpha ?

FC :  C'est dans la presse. [Toussotements] Il avait fait une déclaration comme ça, très très forte, très très forte [Toussotements] contre, comment il s'appelle, contre Alpha ouais. Très forte contre Alpha. Et après je sais pas, je sais pas ce qu'il devient Mahmoud Thiam. Personne n'a de contact avec lui je crois. Je sais pas, il travaille aux Etats-Unis non ? Il travaille où ?

MT :  [Inaudible]

FC :  Parce que lui, il a la double nationalité. Il est guinéen et américain, je crois.

MT :  Ah bon ?

FC :  Je crois hein. Je crois hein, je sais pas. Il me semblait qu'il était... qu'il avait la double nationalité.

MT :  Il pense que... Alpha pense qu'il avait reçu de l'argent de la main de BSGR.

FC :  Alpha... euh... qu'il avait favorisé, à l'époque où il était ministre, et qu'il avait favorisé le projet de BSGR. Mais euh... c'est toujours Alpha. Il a oublié que il y avait... C'était qui déjà le premier ministre quand Mahmoud Thiam était... Il y avait le premier ministre, il y avait tout le monde mais tous les gens qui ont signé le contrat de BSGR à l'époque de Lansana Conté, tous les gens qui ont signé tous les accords même après quand il y avait

MT :  Dadis.

FC :  Quand il y avait Dadis et tout ça, ce sont des gens qui sont aujourd'hui avec Alpha. C'est le même. Beh oui. Parce que tu prends - comment il s'appelle ? Fofana, il était déjà à l'époque.

MT :  Qui Fofana ?

FC :  Le ministre des mines là.

MT :  Qui ?

FC :  Le ministre des mines actuel, il était déjà, à l'époque, impliqué. Même, il y a sa signature dans le dossier - dans le contrat de BSGR, il y a la signature de Fofana. Tous les gens qui étaient impliqués à l'époque sont encore en

CONFIDENTIEL

charge maintenant. Et Alpha dit le dossier ça a été de la corruption. Mais la corruption de qui ? C'est les mêmes qui sont aujourd'hui - les Fofana [inaudible], même s'il y avait Thiam, mais il y avait le premier ministre, il y avait tous ces gens-là donc c'est n'importe quoi. Tu vois, il est - comment il s'appelle ? Le premier ministre à l'époque je sais plus qui c'était . C'était pas Doré non ?

MT :    Le premier ministre de Dadis ?

FC :    Euh ouais. Non, ça. L'époque après Dadis. Kouyaté. Euh pas Kouyaté. Konaté.

MT :    Konaté.

FC :    Konaté. Quand il y avait Sekouba Konaté, je ne sais plus qui était le premier ministre. Mais tous ces gens-là, ils sont encore là aujourd'hui à la présidence ou dans les ministères. Donc c'est à ces gens-là qu'il faut aller poser la question. Pourquoi il va emmerder Thiam ? Pourquoi il va emmerder tout le monde ? C'est tout simplement parce qu'il a tellement magouillé avec les sud-africains, avec [inaudible], avec tous les gens qui l'ont, tu sais, avec la société des élections, [Weimart]. Il a volé les élections. Il a jamais - tu sais, le deuxième tour des élections, c'est [Weimart] qui l'a fait

MT :    Mais qu'il achète de tout ça, vous pensez vraiment que c'est vrai ? [Rires]

FC :    A 100%. A 100%. Mais à 100%. C'est même pas peut-être. C'est à 100 %. Les élections, il les a volées avec tous ces gens-là. Il a pris des accords pour leur redonner un morceau du dossier BSGR, leur donner un morceau du dossier de ceci, un morceau du dossier de cela. Enlever les contrats avec les sociétés qui étaient avant lui et les redonner à ses amis. Son fils, il est impliqué dans toutes ces magouilles. Il est impliqué dans toutes ces choses-là. Et voilà. Qu'est-ce que tu veux que je te dise ? C'est même pas peut-être. Son fils, il est dans la société avec - comment il s'appelle celui qui avait aidé à l'époque ? Comment tu l'appelles ? Celui qui était dans les PME, le voyou.

MT :    Boubah.

FC :    Boubah. Voilà, voilà. Alors Boubah il était avec le fils. Ils sont impliqués dans toutes les combines de la - ils veulent récupérer les histoires de Nimba. Ils sont dans une société qui s'appelle Sable Mining et ils ont leur nom qui est dedans. C'est des magouilles tout ça. C'est que des magouilles. Le problème c'est que je pense qu'il ne sait même plus comment s'en sortir de toutes ces magouilles, tellement y en a. Il sait même plus comment s'en sortir -

MT :    Qu'est-ce qu'il a fait Mahmoud Thiam ? parce qu'il a reçu de l'argent [inaudible].

FC :    Mahmoud Thiam n'a pas reçu d'argent. Comment il s'appelle ? Alpha dit, pour attaquer tout le dossier, il dit : "Mahmoud Thiam était corrompu, il a touché de l'argent" mais Mahmoud Thiam a rien à voir de rien du tout. Tu sais le contrat de - c'est ça qui est, qui emmerde le plus Alpha - c'est que le contrat de BSGR; il a été très très bien fait à l'époque. Parce que, justement pour éviter les problèmes de dire il y a, c'est un tel qui m'a donné l'autorisation, l'accord, et qui a signé, y a pas une personne qui a donné l'accord. Y a vingt signatures, trente signatures sur le contrat de BSGR : le ministre de ça, le ministre de ça, le ministre du budget, les accords de ceci, les acc - Tout a été fait avec beaucoup beaucoup de gens impliqués, de façon justement et... Heureusement que Beny a eu l'intelligence d'insister

26

CONFIDENTIEL

pour que ce soit fait de façon très très régulière pour pas qu'on puisse ensuite l'attaquer. Je veux dire quand tu prends le contrat aujourd'hui, même Fofana il était dedans. Mais celui qui - le ministre des mines d'aujourd'hui - même lui, il était dedans. Donc toute le monde a donné - donc il essaye d'attaquer Mahmoud Thiam, il essaye d'attaquer ça, il essaye d'attaquer ça en disant vous avez donné de l'argent à celui-là, vous avez donné de l'argent à celui-là. Il est même allé sortir que - je sais plus - que - je me rappelle plus - que Mahmoud Thiam il a accusé qu'il était invité à l'hôtel je sais pas trop où quelque part en Europe par BSGR. Que des conneries comme ça histoire de dire. Mahmoud Thiam, il a écrit dans sa lettre publique qu'il n'avait besoin de personne pour lui payer sa chambre d'hôtel quand il était en voyage je sais pas trop où. Tu sais, voilà, c'est que des conneries histoire de dire, de salir le groupe et l'image du groupe. Et je vais te dire, tout ça c'est parce que lui, il a déjà pris des accords avec d'autres gens pour donner ce projet. Il veut enlever le projet de Simandou de BSGR pour le donner à quelqu'un d'autre. Parce qu'il a déjà vendu ça, il a déjà pris des accords avec les uns, avec les autres et il sait pas comment se sortir de cet accord-là donc il ne peut pas confirmer BSGR dans cet accord-là et il veut simplement les dégager. Tu sais il est Président de la République. Le problème c'est qu'il y a aucune opposition sérieuse en Guinée et il fait ce qu'il veut. Il essaye - il essaye de... Mais en attendant, tu sais, le problème qu'il y a c'est que ça fait deux ans qu'il est élu, les gens en ont marre, les gens sont fatigués, ils veulent travailler et ils veulent manger et ils veulent se soigner. Et il se passe rien dans ce pays là à cause de cet espèce d'imbécile qui a, qui a - je peux même pas dire qui a été élu cet imbécile - qui a volé les élections. Parce que c'est la vérité. Tu sais bien non ? tu le sais bien que ça a été volé. Tout le monde sait que ça a été volé. Et ça a été volé avec [Weimart]. C'est pour ça que maintenant - comment il s'appelle ? Cellou - Cellou et tous les autres, ils veulent pas que ce soit [Weimart] qui organise l'électorat pour les législatives. Parce qu'il va faire pareil. Et quand ils veulent organiser le vote des guinéens qui habitent à l'extérieur, qu'est-ce que tu crois que c'est ça ? Tu sais, les guinéens qui sont pas en Guinée, qui sont à l'extérieur de la Guinée, qui vont voter dans les ambassades, je te dis pas la triche qu'il y a à ce moment-là. Ça triche énormément. Donc c'est ça, ça c'est Alpha. Ça c'est votre Président.

MT :     [Rires]

FC :     Ça c'est votre Président Alpha. Mais en attendant tu sais, en attendant c'est compliqué. Voilà.

MT :     Et en attendant c'est compliqué.

FC :     En attendant c'est compliqué et ça emmerde tout le monde.

MT :     [inaudible].

FC :     Mais Thiam, je pense que ça s'est arrêté tout de suite cette histoire, je crois qu'il a arrêté de l'attaquer parce que Thiam s'est pas laissé faire.

MT :     Thiam ne dois jamais lui dire qu'il a reçu l'argent.

FC :     Mais Thiam n'a rien reçu. Thiam n'a rien reçu. Non mais Thiam, ça a rien à voir avec les histoires

MT :     [Inaudible]

FC :     Moi je te dis -

CONFIDENTIEL

MT :   C'est Asher qui était là à l'époque.

FC :   Moi je te dis que ça n'a rien à voir. Tu sais il y a une part de légende dans ces affaires de BSGR. Il y a une histoire - c'est comme une légende. Tout le monde dit ah il y a ça, ah y a ça, ah y a ça. Même toi tu n'étais plus là quand ça s'est passé.

MT :   Non moi j'étais à Freetown.

FC :   Voilà. Même toi tu n'étais plus là quand ça s'est passé. Et après quand ça s'est passé, parce qu'il cherche aussi des histoires de Konaté - à l'époque de Konaté. Donc il cherche tout tu vois. Seulement la seule chose - la seule différence qu'il y a c'est que, tu as vu, il attaque tout le monde mais il attaque pas Konaté. Il a peur de Konaté.

MT :   Ah bon ?

FC :   Alpha tu crois pas qu'il a peur de Konaté ? Alpha il a très peur de Konaté. Donc il a tapé sur tout le monde. Il a tapé sur Thiam, il a tapé sur - il a jamais parlé de Konaté, même pas une virgule sur Konaté. Le tigre se laisse pas faire comme ça.

MT :   Tu sais, à l'époque, le tigre [inaudible] pour me donner mon argent.

Tu sais, Thiam avait dit pourquoi le multimilliardaire il la lâche pas ma - la dame là. Il avait dit ça.

FC :   Moi j'étais pas là.

MT :   Il avait dit ça à Aboubacar. [inaudible].

FC :   Je connais pas.

MT :   Moi j'avais entendu Thiam. Je ne le connaissais pas. C'est Aboubacar en fait qui a fait que j'ai entendu parler avec Mahmoud Thiam.

FC :   Je connais pas du tout ces histoires.

MT :   Tu n'étais pas là. C'est quand j'ai voyagé à Conakry.

FC :   Enfin, écoutes, il faut juste espérer maintenant que ce Président là il arrête de nous faire chier, qu'on termine ce projet parce qu'il y en a marre. Faut qu'on termine ce projet parce qu'il y en a vraiment marre.

Ok. Bon, qu'est-ce que tu fais de tes journées ? Tu prépares ton magasin quoi ?

MT :   Oui, on va là-bas. Des fois on reste la nuit parce qu'il y a des télés, il y a plein de choses. [inaudible]

FC :   Et qui a financé tout ça ?

MT :   L'argent que Adam m'avait envoyé là.

FC :   Oui. Oui.

CONFIDENTIEL

MT : L'argent de Adam. Quand j'ai pris l'argent de Adam - quand il a viré l'argent, tu te rappelles, il a dit : "mais pourquoi tu attends ?" [inaudible] Tous les jours, les poissons, les crabes, les shrimps. Ça marche beaucoup ici.

FC : En tout cas c'est bien que tu - tu as pas d'associé, tu fais ça toute seule.

MT : Je fais ça toute seule. J'ai peur d'être avec quelqu'un.

FC : Tu as bien raison. Tu as bien raison. Tu as bien raison.

MT : Je suis seule.

FC : Donc il y a Madou qui t'aide un peu ?

MT : Oui y a Madou qui m'aide un peu.

FC : Parce que Madou elle sait faire tous les papiers, toutes ces choses-là quoi.

MT : Non, en fait elle a des relations ici à Jacksonville.

FC : Ah ouais ?

MT : Elle a un ami qui me guide.

FC : D'accord.

MT : Elle a un ami qui me dit ça c'est bon ; si vous faites ça, ça va ; achetez ça ; ne faites pas ça, ça va pas marcher.

FC : D'accord. Et tu as repris une autre maison alors ou tu habites -

MT : Non j'habite la même maison -

FC : Le même endroit.

Ok. Bon mais c'est bien. C'est bien d'avoir fait ça. C'est bien d'avoir fait ça.

Hmmm Mamadie, Mamadie. Ecoutes, moi je vais faire ça. Je vais revenir début avril.

MT : D'accord.

FC : Je rentre pour les fêtes. Je rentre juste une semaine, dix jours. et je reviens te voir

[inaudible - annonce aéroport].

Il te manque encore des équipements, des choses comme ça ?

MT : Là-bas ? Non, on a fait [inaudible].

FC : Et dis-moi, tu achètes ça, tout le matériel - non pas le matériel - les fruits. Tu vas acheter ou ça ?

MT : Il y a une société qui est concernée de ça.

FC : En gros quoi. Tu achètes en gros et tu revends au détail ?

**p. 103**

CONFIDENTIEL

MT : Oui, oui.

FC : C'est bien ça. Il va te falloir un peu de personnel

MT : J'ai pas eu beaucoup d'argent pour faires les maisons [inaudible].

FC : Mais tu vas avoir un peu de personnel quand même ?

MT : Mmm.

FC : Des vendeuses, des choses comme ça.

MT : Oui.

FC : Ok. Tu m'avais dit que tu avais quand même pas mal - y a pas mal de guinéens qui sont à Jacksonville que tu connais c'est ça ?

MT : Oui.

FC : Ils travaillent ici ou pas ?

MT : Oui mais j'ai pas [inaudible]

FC : Oui tu m'avais dit que tu essayais de rester un peu loin de. Oui parce que c'est des problèmes.

**1h05m00s**   MT : Oui c'est des problèmes. Moi je voulais acheter des maisons ici, si... j'avais pensé, j'ai dit si BSGR me donnait un peu d'argent, Beny me donnait, j'allais acheter des maisons ici, parce que les maisons ici, c'est bon.

FC : Mm mm parce que le marché des locations c'est bon ici ?

MT : Oui parce que si tu veux faire sortir les gens de les maisons, tu peux les faire sortir. [inaudible] Donc je pense que c'est bien. Si [inaudible] J'avais dit à Beny...

FC : Laisses-moi rentrer, laisses-moi rentrer, je vais voir tout ça et je reviens te dire...

MT : Mais pas devant Asher, je veux que si vous allez faire tête à tête avec Beny, avec BSGR, j'ai peur, sinon ils vont [inaudible] et j'ai la maison là.

FC : Laisse-moi faire, je te dis et je te répète tu as à faire avec Frédéric et c'est tout ce qu'est important.

MT : Je sais quand toi tu dis que tu vas le faire, je sais que c'est sûr.

FC : Tu as à faire à Frédéric, c'est tout.

MT : Je sais. Les maisons ici c'est bien. Y a des maisons même tu peux prendre, tu loues ça.

FC : Ah ouais ?

MT : Tu prends les buildings là. Tu loues ça en bureaux.

FC : [inaudible] Donc (...) elle dort toutes les nuits maintenant elle est grande ?

CONFIDENTIEL

MT :   Bah. Elle dort, mais avant de dormir c'est des problèmes. Elle tourne par-là, elle tourne à gauche, elle me tape. Elle met son [inaudible] sur ma tête. [inaudible]. Qu'est-ce qu'elle me fait là. Je sens le pipi là. [inaudible] Je sais pas pourquoi elles font ça. Tourne à gauche, à droite.

FC :   Ça lui fait quoi maintenant ? Ça lui fait combien ?

MT :   Onze mois. En avril, elle aura un an.

FC :   C'est vite passé hein.

MT :   Oui.

FC :   C'est vite passé.

MT :   Oui, c'est vite passé.

FC :   Ouah, qu'est-ce que c'est vite passé.

MT :   C'est vite passé.

FC :   Et le papa, il est rentré ?

MT :   Il est rentré.

FC :   il a pas de problème lui ça va ?

MT : non il a pas de problème

MT :   [inaudible]

FC :   Non mais à Conakry ? à Conakry - il va pas rentrer à Conakry.

MT :   Non, il va pas rentrer. C'est pas bon.

FC :   Donc du coup maintenant il va plus rentrer.

MT :   Je sais pas mais je lui ai dit de faire attention. Je lui ai dit de faire attention. Je lui ai dit de faire attention.

FC :   C'est sûr. C'est sûr. Tu sais, je lui avais dit - je te l'ai dit - il y a longtemps que j'ai dit de faire attention. Il y a longtemps que j'ai dit de faire attention. Tu sais il avait dit "j'ai tous les groupes de militaires avec moi, il osera pas faire, les gens vont pas m'abandonner". Vont pas m'abandonner, vont pas m'abandonner, tu sais, qu'est-ce que tu vas faire s'ils l'attrapent comme ça et le mettent dans une prison ? Qu'est-ce qu'il va faire ? Il va rien faire. Donc euh.. et l'autre c'est un mauvais, c'est un très très mauvais.

Donc il travaille un peu dans - il essaie de vendre ses voitures, de faire ces choses là ?

MT :   Oui il essaie parce qu'on a pas beaucoup d'argent.

FC :   Et il va renvoyer des véhicules encore ici après ? S'il arrive à vendre ceux-là ?

MT :   Oui.

CONFIDENTIEL

FC :   C'est un bon business ou pas ?

MT :   Oui.

FC :   Parce qu'il avait acheté pas cher les [inaudible] là. Et je sais plus quel autre modèle. C'était bien, c'était bien. Et (...)Il est toujours dans les voitures ?

MT :   Oui, toujours dans les voitures. Il a pas le choix.

FC :   De toute façon il faut bien travailler. D'une manière ou d'une autre, il faut bien travailler hein. Personne n'a le choix, il faut bien travailler.

Bon, écoutes... Et aujourd'hui, qu'est-ce que tu vas faire ? Tu retournes là-bas ?

MT :   Je retournes là-bas. On va téléphoner, il va venir me prendre.

FC :   Tu conduis là ?

MT :   Non je conduis pas mais -

FC :   Tu as le jeune là de ton frère là qui te conduis ?

MT :   Non [inaudible] de me déposer.

FC :   D'accord.

MT :   Mais des fois si je veux partir là-bas, il se peut que mon marie vienne. Ça dépend. Il me raccompagne au restaurant.

FC :   Et le restaurant il est à côté de ton projet de fruits et légumes ?

MT :   Oui. C'est deux magasins que j'ai

FC :   côté côté

MT :   [inaudible] c'est collé quoi

FC :   Et tu vas faire un restaurant à l'américaine là, avec les hamburgers et tout ça ?

MT :   Oui.

[inaudible]

1h11m11s   MT :   Et Asher qu'est-ce qu'il est devenu ?

FC :   Je sais pas. Je sais pas du tout, j'ai pas... j'ai pas trop de contacts avec lui. J'ai pas trop de contacts. Et tu as plus de contacts du tout avec comment il s'appelle, ton frère qui travaillait avec euh... mmm.. ah... Ibrahim, tu as plus trop de contacts avec Ibrahim ?

MT :   Je vous avait dit ça il y a longtemps, j'ai plus de contacts avec lui.

FC :   Oui, je sais.

[inaudible]

CONFIDENTIEL

MT :   Elle est morte la sœur là.

FC :   La sœur de qui ?

MT :   D'Ibrahima Sory.

FC :   Comment elle s'appelait ?

MT :   [Adiamé]. [Adiamé].

FC :   Oui mais je me rappelle pas.

MT :   Elle était avec moi. C'est elle qui préparait pour moi des fois à la maison.

FC :   Ouah. Mais elle était pas vieille.

MT :   Non elle était pas vieille. Elle était malade.

FC :   Elle est morte où ? A Conakry ?

MT :   Oui. Ça m'a touché.

FC :   Oui j'imagine.

MT :   Elle était très gentille avec moi.

FC :   Donc elle c'était la sœur aussi d'Ibrahim ?

MT :   Oui. Elle était très gentille avec moi. [inaudible]

FC :   Elle était vraiment malade. Ah oui ? Et donc qui il reste à Conakry alors de la famille ? Puisque ta maman - la maman elle est plus à Conakry non plus ?

MT :   Non, elle est partie au [inaudible]

FC :   Parce qu'elle était partie à l'époque elle était partie avec Ahmed en Angleterre non ?

MT :   Oui. Je suis en train de faire une lettre pour la faire venir ici. [inaudible] elle doit continuer donc je vais la faire venir ici.

FC :   Parce que Londres c'est pas bien pour elle ?

MT :   On est pas là-bas. Tu sais, quand tu es vieille tu veux être avec tes enfants.

FC :   C'est normal.

MT :   Pour ne pas qu'il y a des soucis. Si elle est avec nous, ça va faire moins de soucis.

FC :   Bien sûr, bien sûr. [inaudible], même plus tard il y aura personne. C'est pas facile pour les papiers ici quand même non ?

MT :   Oui mais quand tu es légal, par exemple quand tu as une société, tu peux. [Inaudible]

FC :   Oui ça c'est vrai.

CONFIDENTIEL

MT :   Dehors il fait très froid.

FC :   C'est vrai ? ce matin, je regardais la météo. Quand j'ai vu qu'il faisait froid, j'ai pris un petit blouson quand même. J'allais partir juste avec -

MT :   Ça change, ça change ici. Des fois c'est froid, des fois c'est chaud. Vous allez retourner à quelle heure ?

FC :   Là j'ai l'avion dans l'après-midi. Quelle heure il est ? En début d'après-midi là. Mais t'inquiètes pas pour moi. Si tu dois y aller, je vais attendre là. Y a pas de - t'inquiètes pas. T'inquiètes pas pour moi. Et on se reparle ? Demain, je prends l'avion pour rentrer en France. Je prends l'avion demain, j'arrive mercredi soir. Et le 8, je reviens ici. Le 8 au soir, j'arrive à Miami. Je t'appellerai de toute façon.

MT :   Ok ok.

FC :   Et voilà. Tu es toujours sur le même numéro ?

MT :   Oui sur le même numéro.

FC :   Maintenant quand tu vois Frédéric, tu décroches.

MT :   [Rires] Oui, si je vois Frédéric, je décroches. [Inaudible] j'ai beaucoup d'appels.

FC :   C'est pas grave.

MT :   elle me tape, elle me tape, elle me mord la main

FC :   elle va commencer a marcher là ?

MT :   oui oui [inaudible]

FC :   Tu lui parles en quelle langue ?

MT :   je lui parle le français.

FC :   En français ? Ça va être marrant parce qu'après elle va apprendre l'américain.

MT :   Oui.

FC :   Ça va être une petite américaine.

MT :   Oui.

FC :   C'est déjà une petite américaine mais je veux dire dans le langage et tout

MT :   Oui. Oui. Si je l'amène à l'internat [inaudible]

FC :   C'est cher, c'est cher. Madou, elle est guinéenne aussi ?

MT :   Non.

FC :   Elle est quoi ?

CONFIDENTIEL

MT :   Elle est américaine maintenant.

FC :   Oui mais elle a des origines de où ? Elle a pas d'origine de Guinée ?

MT :   Non. Elle est de Côte d'Ivoire.

FC :   Ah d'accord.

MT :   Mais elle a fait beaucoup de [inaudible].

FC :   Elle est née ici ?

MT :   Non.

FC :   Quand tu es née ici, tu as - ta vie elle est différente quoi. Tu vois ce que je veux dire parce que tu vis - tu es américain. Tu sais même dans ta manière de vivre les choses, de vivre et tout ça, quelles que soient tes origines, quel que soit ce que tu es, tu es différent. Tu es américain quoi. C'est différent. Moi j'ai des amis français qui ont des enfants qui sont nés ici mais eux sont français. Il y a un décalage avec leurs enfants parce que les enfants ils ont la mentalité américaine alors que nous on reste avec la mentalité française, guinéenne. Même si on parle américain, ça n'a rien à voir quoi. C'est comme ça. Donc toi tu vas avoir une petite fille américaine américaine.

MT :   Ouais.

FC :   Qui va t'expliquer ce que c'est les Etats-Unis.

MT :   Ah bon ?

FC :   Eh oui. Ils sont pas pareils les américains. C'est pas la même manière de vivre comme nous. Nous on essaye - on vient ici, on essaie de faire un peu comme eux et tout ça. Mais eux ils ont une mentalité américaine spéciale, très spéciale.

MT :   Frédéric, je peux compter sur toi ?

FC :   Mamadie, tu peux compter sur moi. Tu sais, il y a une chose que je t'ai toujours dit c'est que, en tout cas moi, tu peux compter à 100 % sur ma - sur mon honnêteté, ma franchise, de tout te dire - le bien et le mal. Je te dis le bien et le mal. Je te dis tout, je te mens pas, j'essaie pas de profiter de toi, j'essaie pas de - rien. Quand je peux t'aider, je t'aide. Quand je peux t'aider, je t'aide. Tu vois ? Euh avec les moyens que j'ai, j'essaye de t'aider du mieux que je peux. C'est pour ça que j'étais...

1h20m24s          J'étais même vexé que tu disparaisses comme ça, j'étais vexé, je te promets.

MT :   Mais parce que je me disais c'est pareil. C'est pareil. J'avais peur. Parce que tu disais la décision vient pas de toi, ça vient de Beny -

FC :   Je t'ai pas dit ça comme ça, mais bon c'est pas grave -

MT :   Je me disais peut-être Beny est fâché contre moi -

FC :   y a personne qui est fâché contre personne, y a personne qui est fâché contre personne, c'est juste de voir cette situation là bloquée qui embête tout le monde c'est ça, mais personne n'est fâchée contre personne,. Pour quelle raison tu veux que qui que se soit, soit fâché contre qui que ce soit ? C'est

CONFIDENTIEL

comme ça.  Enfin écoute, on va tout faire pour que les choses s'arrangent un peu et puis voilà.

Toi tu parles bien l'anglais maintenant, tu commences à te débrouiller ?

MT :   [inaudible]

FC :   C'est difficile à comprendre des fois. Quand ils parlent comme ça au micro des fois

MT :   Je n'entends pas.

FC :   Il va falloir que tu t'y mettes hein.

MT :   [inaudible]

FC :   Tu vas faire des cours aussi, d'anglais ?

MT :   Il faut que je vois si je peux parler avec ma sœur.

FC :   Tu devrais faire des cours. Non mais même pour ton travail, ton business, pour tes affaires tu dois parler un peu anglais.

MT :   Normalement. Normalement. Mais je vais pas être là. C'est eux qui vont vendre.

FC :   Je sais mais bon, c'est quand même ton affaire. C'est quand même ton affaire. Il faut que tu sois là -

MT :   Oui, ça marche bien.

FC :   Ça c'est les cafés - Starbucks ça marche toujours. Regardes ce truc-là, le matin, les Burger King tout ça, ça marche. Tu sais la bouffe, ça marche toujours.

MT :   Ouah je savais même pas il y avait ça ici. Je pensais que c'était le seul endroit. Je savais pas.

FC :   Tu veux aller manger quelque chose là-bas ?

MT :   Non. J'ai dit que je pensais que c'était le seul endroit.

FC :   Non regarde. Tu vois ?

MT :   C'est bien.

FC :   Oui c'est bien.

Je suis à l'aéroport. Oui je suis obligé de rentrer, il y a les fêtes de Pâques qui vont se lancer. Puis j'ai des choses à faire là-bas. [silence] Ouais.

Oui, comment il s'appelle - tu sais - il a pas eu d'autres alertes avec son commandement qui l'avait interrogé l'autre fois avant de quitter. Il m'avait dit une fois qu'il avait été un peu interrogé par son [inaudible]

MT :   Il a bloqué son sac de riz.

CONFIDENTIEL

FC :   Il avait bloqué son sac de riz. En fait, depuis il est pas retourné quoi ?

MT :   Non

FC :   Parce qu'il était repassé à Freetown. Et après il est revenu ici. Donc depuis il a plus remis les pieds à Conakry ?

MT :   Non, non, non. Ici les gens grossissent.

FC :   Hein ?

MT :   Ici les gens grossissent vite.

FC :   Le problème c'est que, si tu veux, tu vois là toi tu fais attention avec les fruits tout ça quoi, mais tu vas voir les gens là-bas ils prennent les petits déjeuners, c'est des gros trucs comme ça et tout ça. Ça fait grossir.

MT :   Ça fait grossir. Même moi j'essaie de diminuer parce que c'est pas bon pour la santé.

FC :   Bien sûr c'est pas bon. Bien sûr. Tu sais après, quand tu commences à avoir cette habitude de manger comme ça quand t'es jeune, tu t'en défaits plus. Si tu bouffes comme ça c'est terrible. Il y a des gens qui ont beaucoup de mal après.

MT :   Moi à l'époque, ayant du cholestérol, je ne savais pas.

FC :   Faut faire des analyses. Moi, je fais chaque année, je fais une prise de sang avec tout dessus.

MT :   Je pensais que j'étais gravement malade. C'est quand je suis venue ici maintenant, j'ai su c'était l'huile qui me fatiguait. Parce que l'huile qui vient là-bas, c'était pas bien.

FC :   Ah, si c'est en plus l'huile de palme, c'est pas bon. Tu sais, l'huile de palme c'est pas bon pour la santé. Ca ça fait du mal. Bon, maintenant, de toute façon tu vas manger du poisson et des légumes.

MT :   Oui.

FC :   Voilà, donc avec ça, c'est le meilleur régime.

MT :   Avec de l'huile d'olive.

FC :   L'huile d'olive c'est bon, mais pas l'huile de palme.

MT :   Moi je vais y aller.

FC :   Ok Mamadie. On s'appelle de toute façon.

Samsung. T'as toujours les derniers téléphones toi. Tu aimes bien les derniers téléphones. Toujours les téléphones à la mode. C'est bien Samsung ? Tout le monde dit mais Samsung c'est mieux que Iphone. Non ?

MT :   Non. Les gens disent que le dernier Iphone est plus bon que ça.

FC :   Ah bon ?

**p. 111**

CONFIDENTIEL

MT :   Oui.

FC :   Ah. Moi, il y en a beaucoup qui achètent ça maintenant.

MT :   Oui mais c'est ce que Cissé m'avait dit, que Samsung est plus fort que ça. Mais il y en a d'autres qui disent non, Samsung est plus -

Quand c'est l'époux qui t'accompagne c'est pas facile. [Rires] Il a toujours [rires] - je dois aller ici, je dois aller ici. Je dis mais toi là, tu fais comme les américains. Il faut m'accompagner.

[Au téléphone] Allo. [inaudible]. Tu peux venir maintenant me chercher ? [inaudible]

FC :   Il nous prévient, on sort. Comme ça je vais lui dirai bonjour en même temps.

MT :   [Au téléphone - inaudible (langue étrangère)]

FC :   Il est là déjà non ?

MT :   Il m'avait dit - il vient quand même. [inaudible] Il a pas le temps.

FC :   Il vient pas te chercher ?

MT :   Non, il vient. Il a pas le temps de faire - quand tu lui dis -

FC :   Tu lui as dit qu'il t'appelle quand il est dehors, comme ça je lui dis bonjour au moins

MT :   Oui je lui ai dit que tu veux lui dire bonjour. Je lui ai dit de venir.

FC :   On va aller dehors ?

[Inaudible]

01h30m54s   FC :   En haut ou en bas ? En haut hein ?

[Inaudible]

01h32m42s   MT :   Allo ? [Inaudible]

01h35m31s   FIN DE L'ENREGISTREMENT

**p. 112**

CONFIDENTIEL

## ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 10 AVRIL 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et Mamadie Touré ("MT").

REFERENCES :

Dossier:  4.10.2013 Call 4

Fichier :  Out_mama1634_04-10-2013_043405PM.wav

| 0h00m0s | DEBUT DE L'ENREGISTREMENT |
|---|---|
| FC : | Allo ? |
| MT : | Allo, bonsoir. |
| FC : | Allo. Oui Mamadie. |
| MT : | Bonsoir Frédéric. |
| FC : | Ça va ? |
| MT : | Ça va. |
| FC : | Bon. Euh c'est bon pour demain ? |
| MT : | Oui c'est bon pour demain. Mais - |
| FC : | D'accord. D'accord. |
| MT : | J'ai un problème là. |
| FC : | Oui ? |
| MT : | Je viens de quitter dans le bureau d'Immigration. Donc - |
| FC : | Ouais ? |
| MT : | Je veux pas parler de ça maintenant puisque demain on doit se voir. |
| FC : | Ok. Donc on va parler de ça oui. Ok. Ok. Ecoute, tu me dis tout ça demain alors. |
| MT : | Ok. |
| FC : | Hein ? Moi je suis - j'arrive à l'avion, j'arrive demain à l'avion à... en fin de matinée. Ou tu sais quoi ? Je te rappelle tout à l'heure, je te donne exactement l'heure d'arrivée. Tu veux qu'on se voit tout de suite dès que j'arrive ? |
| MT : | Oui parce que tu as dit que tu vas venir. |

CONFIDENTIEL

FC :   Oui bien sûr, bien sûr, j'arrive. Et j'ai du temps, parce que si tu veux j'arrive le matin - attends quelle heure il est ? - j'arrive je crois vers midi, quelque chose comme ça, et j'ai jusqu'au soir à vingt-et-une heures donc j'ai vraiment beaucoup de temps.

MT :   D'accord. Donc vous venez à midi ?

FC :   Oui. Oui, oui. Mais de midi jusqu'au soir, à vingt-et-une heures, donc j'ai beaucoup de temps.

MT :   Ok. Ok, c'est bon. Ok.

FC :   Hein ? D'accord. Ok. Allez, ça va. Je te rappelle tout à l'heure. Je te donne exactement l'horaire.

MT :   Ok. Merci.

FC :   Parce que j'ai pas le billet avec moi là. Allez, à tout à l'heure. Bye.

MT :   Ouais.

FC :   Bye bye.

**0h01m46s**          **FIN DE L'ENREGISTREMENT**

CONFIDENTIEL

## ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 11 AVRIL 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et et un homme non-identifié ("XX").

---

REFERENCES :

Dossier : 4.11.2013 Call 5

Fichier : 305-744-6629 T-Mobile 2013-04-11 19-44-03 00108-1.wav

---

| 0h00m0s | DEBUT DE L'ENREGISTREMENT |
|---|---|
| | FC : Allo. |
| | XX : Allo. |
| | FC : Oui. |
| | XX : Oui je vais essayer de t'envoyer quelques articles que j'ai reçu de notre ami. Je vais essayer de t'envoyer ça sur les [inaudible]. |
| | FC : Ok, ça va, y a pas de problème. Je vais regarder. |
| | XX : Ok ? |
| | FC : Ok. |
| | XX : D'accord, à tout à l'heure. |
| | FC : Ça marche. A plus tard. Ciao. Bye. |
| 0h00m25s | FIN DE L'ENREGISTREMENT |

CONFIDENTIEL

<u>ENREGISTREMENT D'UN RENDEZ-VOUS DU 11 AVRIL 2013</u>

Retranscription d'un enregistrement d'un rendez-vous entre Mamadie Touré ("MT") et Frédéric Cilins ("FC").

---

**REFERENCES :**

Dossier: 4.11.2013 CW Meeting with Cilins 12-2PM

Fichier : 0372_001.WAV

---

0h00m0s     **DEBUT DE L'ENREGISTREMENT**

            FBI :   This is special agent Vanessa [Stelli]. This is April 11th, 2013. This is going to be a consensually monitored conversation between the [CHS] and Frédéric Cilins.

18m16       FC :    [Venant du téléphone de MT] Allo ?

            MT :    [Au téléphone avec FC] Je trouve pas où vous êtes.

            FC :    [Venant du téléphone de MT] Dans la salle là-bas. Dans l'aéroport.

            MT :    Non je trouve pas. Dans quelle salle ?

            FC :    [inaudible]

            MT :    C'est bon je vous vois.

            FC :    ah ok

            MT :    Bonjour.

            FC :    Comment ça va ?

            MT :    Ça va. Vous allez bien ?

            FC :    La forme ?

            MT :    Ouais.

            FC :    Ouais ? Tu veux qu'on aille manger un morceau là ?

            MT :    Ok.

                    [inaudible - musique]

            FC :    Cény t'a déposée ?

            MT :    Cény ne m'a pas déposée parce que je lui avais dit à quinze heures donc il a dit qu'il pouvait pas venir.

**p. 116**

CONFIDENTIEL

[inaudible]

MT :   Là c'est mieux.

[inaudible]

FC :   Ici ? Tu veux le mettre là-bas ? Ou ici comme tu préfères. Tu préfères ici ?

MT :   Comme tu veux toi.

FC :   C'est pareil pour moi.

MT :   Ok.

FC :   Alors [inaudible]

      Qu'est-ce que tu veux boire ?

MT :   Cranberry.

FC :   Cranberry and I'll have strawberry and apple mix. [inaudible] Strawberry and orange. Thank you.

      L'anglais c'est difficile ?

MT :   Ouais.

21m12s    FC :   Qu'est-ce qui se passe avec l'immigration alors ?

MT :   Tu peux pas croire quand je te dis. J'étais partie là-bas pour l'obtention de mon visa. Lorsque j'étais là, j'attendais l'agent, ils m'ont fait attendre dans un bureau. Ils m'ont fait attendre longtemps. J'étais là assise, j'ai dit mais qu'est-ce qu'il y a ? C'est là maintenant j'ai vu deux personnes rentrer, une femme et un homme, et ils m'ont parlé que ils sont de la FBI, que ils font une enquête concernant des pots-de-vin - concernant des pots-de-vin des contrats miniers en Guinée.

FC :   Ouah.

MT :   J'étais assise je sais pas quoi dire.

FC :   Ils t'ont dit que c'était le FBI ? Ils t'avaient convoquée là-bas ou c'est toi qui est allée volontairement ?

MT :   C'est moi qui ai parti voir l'immigration pour l'obtention de mon visa.

FC :   Tu es allée - tu avais un rendez-vous ou tu es allée juste comme ça ?

MT :   Non ! Je suis partie juste comme ça demander. Et, c'est comme ça qu'on m'a mise dans un bureau.

FC :   Mmm.

MT :   J'ai attendu longtemps, longtemps, longtemps. Je vois deux personnes venir rentrer de la porte, ils ont fait leur badge comme ça là, qu'ils sont de la FBI, qu'ils font une enquête concernant les pots de vins des contrats des mines guinéennes et si j'ai les documents. J'ai dit j'ai pas de documents. Ils ont dit si je refuse de leur parler, ils vont me donner un (subpoena) -

**p. 117**

CONFIDENTIEL

FC :   Ils vont te demander ?

MT :   Ils vont me donner un (subpoena).

FC :   C'est quoi ça un (subpoena) ?

MT :   Je sais pas, quelque chose comme ça, ils vont me donner un (subpoena) et me comparer -

Waiter [inaudible]

FC :   Not yet.

MT :   Ils vont me donner un (subpoena), me comparer devant le juge à la Cour, devant le grand jury à la Cour et témoigner et donner tous les documents à la Cour.

FC :   Les documents, tu leur as dit que tu avais aucun document ?

MT :   Oui.

FC :   Il faut détruire ça, urgent, urgent, urgent. Il faut détruire ça très urgent, très très urgent. Ce que je comprends pas -

MT :   Je crois -

FC :   Ce que je comprends pas -

MT :   Je crois que, Frédéric, on dirait que le même document que [inaudible], c'est le même que le gouvernement américain cherche. Je sais pas quoi faire.

FC :   Il faut tout détruire, il y a - je t'ai dit ça il y a longtemps - ne garde rien ici, ne garde surtout rien ici, même pas un bout de photocopie et tu dois tout tout tout détruire. J'ai ici, je t'ai amené - bon je t'avais fait voir la lettre qu'avait envoyée le gouvernement guinéen ? Tu sais qu'ils avaient missionné - il faut qu'on regarde ce qu'on veut commander.

MT :   Ok.

FC :   Ce que je comprends pas c'est qu'ils t'ont pas convoqué et comme ça, c'est toi qui va les voir et ils te disent ça d'un coup. Je suis très surpris de ça.

MT :   Moi aussi. J'étais là assise. Je savais même pas quoi faire.

FC :   Et en français ou en anglais ça parlait ?

MT :   Maintenant l'autre parlait français et l'autre parlait anglais. Evidemment, son français un peu tordu là.

FC :   Mmm.

25m30s   MT :   [inaudible] je fais quoi Frédéric ? Je suis partie je -

FC :   C'est rien. Ils t'ont donné un papier, ils t'ont donné quelque chose ?

MT :   Ils m'ont donné le numéro de téléphone au cas où j'aurais besoin de les contacter.

**p. 118**

CONFIDENTIEL

FC :   Fais voir ton numéro.

MT :   Non j'ai pas amené ça avec moi.

FC :   Ah. Faudra que tu me donnes.

MT :   Regarde, j'ai cliqué sur l'internet qu'est ce que c'est que le grand jury ?

FC :   ah - [il lit] "de façon officielle afin d'enquêter..." - c'est ce que je t'avais dit, il y a une seule chose à faire déjà tout de suite, c'est ce que je t'avais dit - tu dis "là j'ai rien à voir avec tout ça", parce que là en plus il y a le groupe qui attaque, George Soros, par rapport à toutes ces enquêtes qu'ils ont fait, ils n'ont pas le droit de faire tout ça, d'accord ? Tu sais le problème qu'il y a ? Dans le rapport que je vais te faire voir - on commande et après je vais te faire voir tout ça. Le problème c'est que Samy il est allé voir tout ces gens là, en disant euh elle m'a donné des documents, elle m'a donné ci, elle m'a donné là, elle a des preuves de tout ça et tout ça c'est dans le [tour de contrôle [?]] de la société américaine avec des agents que nous on [inaudible]. Moi quand ils m'ont parlé de toi, j'ai dit mais elle n'a rien à voir dans tout ça, elle ne s'est jamais occupée de -

MT :   Ils connaissent mon nom ?

FC :   Mais bien sûr, mais tu plaisantes où quoi ? Tant que Samy - quand tu as vu Samy ici - quand il a vu ces documents, ces photocopies, toutes ces choses là, lui est allé les voir et il leur a dit voilà "Madame Untel et Untel, elle a des documents, elle a eu des rapports avec la société Untel, elle avait ça, elle devait toucher de l'argent..." - Samy il a tout donné à ces gens là. Samy il leur a tout donné. Ils ont toutes les photocopies que Samy a eu.

MT :   Et ils ont mentionné mon nom ?

FC :   Mais bien sûr, je vais te faire voir ça. Ecoute, on commanda et je vais te faire voir. J'ai tout marqué. C'est, c'est... Tu sais il n'y a pas cinquante solutions. Il faut tout détruire et nier tout ça.

MT :   Moi je sais pas de tout ça là mais je vais commander un sandwich.

FC :   Tu sais ce que tu veux ?

MT :   Oui. Parce que je connais pas tout ce qu'il y a en anglais ici. Je connais pas tout ce qu'il y a.

28m00s   FC :   Aïe aïe aïe. Ça, c'est un document hyper, hyper confidentiel. Ces gens-là qui ont fait l'enquête, ils ont fait un rapport. Et ce rapport là, il dit - il parle de tout ce qu'ils ont revu et tout ça. Cette note - attends je vais mettre mes lunettes [inaudible].

C'est incroyable ce que tu me dis là. Ce qui est incroyable c'est qu'ils ne viennent pas te voir, et qu'ils te demandent ça comme ça quand toi tu vas les voir. C'est ça qui est incroyable. Comme s'ils étaient prêts - [Il commence à lire le rapport] "*Cette note est couverte par le secret professionnel ainsi que les privilèges hinhinhin... et ne doit pas être divulguée à qui que ce soit sans l'autorisation expresse de ses auteurs.*" Ça, c'est la société DLA, c'est ceux qui ont fait des enquêtes, qui m'ont enquêté moi, d'accord ? Donc je vais tout - partout où il y a... Bon, tu vois ? Là, ils parlent de ce qui s'est passé.

**p. 119**

CONFIDENTIEL

[il lit] *"Marc Struik et Asher Avidan, dirigeants de BSGR, séjournent en Guinée et rencontrent Ibrahima Sory Touré, frère de Mamadie Touré, quatrième épouse du Président Conté, et accédant ainsi au cercle le plus influent de la Guinée."*

Il y a plein de mensonges dans tout ça, hein ? C'est pas des vérités, hein ? Mais eux, c'est come ça qu'ils ont vu, qu'ils ont donné le rapport à Condé - à Alpha Condé - c'est comme ça qu'ils ont fait le rapport et tout.

*"Afin de se rapprocher de la famille du Président, Frédéric Cilins organise un don de produits pharmaceutiques à la fondation de Henriette Conté, dont la valeur est estimée à dix milles dollars."*

C'est faux. C'est n'importe quoi.

*"Frédéric Cilins s'installe à mi-temps au Novotel à Conakry et, agissant au nom de BSGR, développe et met en œuvre un plan afin de permettre à BSGR d'acquérir les droits de Simandou."*

Euh... Bon, ça c'est plein de petites choses comme ça.

[Il continue de lire et de commenter que c'est "n'importe quoi"] : *"Lors d'une réunion à laquelle participe Frédéric Cilins, Roy Oron et trois ou quatre autres représentants de BSGR. Oron offre au Président Conté une montre en or sertie de diamants d'une valeur de 60.000 dollars. BSGR adresse un chèque sans provision d'un montant de 10 millions de dollars ou 7 millions de dollars, selon les sources, à Mamadie Touré. BSGR promet une commission d'une valeur de 2,5 millions de dollars à Mamadie Touré, qui lui sera versée si elle parvient à permettre à la société d'acquérir des droits dans l'exploitation des blocs 1 et 2 de Simandou. BSGR verse à Frédéric Cilins une commission pour services rendus."*

Je te donne juste les points où on est nommé toi et moi hein. Donc là ils parlent de - euh... Bon.

*"Les quatre femmes de Conté étaient les principaux acteurs dans la conclusion de transactions avec Steinmetz [inaudible]. Steinmetz est en premier lieu en contact avec la première femme du président, Henriette Conté, d'origine Soussou. Il a ensuite développé des liens avec Mamadie Touré, la quatrième et plus jeune femme du Président, également d'origine Soussou. Selon la source, les femmes de Condé - de Conté - n'étaient pas très bien organisées et ne possédaient que des moyens de paiement en liquide et argent comptant, n'utilisant pas de comptes à l'étranger. Frédéric Cilins est un ressortissant franco-israélien qui agit comme intermédiaire à Steinmetz en Guinée. Il est réputé, selon la source 1, avoir une connaissance détaillée des activités de Beny Steinmetz et des paiements effectués par ce dernier et par des représentants de BSGR -"*

Serveur [inaudible]

FC :   Yes. Qu'est-ce que tu veux alors ?

MT :   Je sais pas moi.

FC :   Non mais tu as envie de quoi ? Une salade ?

MT :   Ils ont un sandwich à quoi ?

p. 120

CONFIDENTIEL

FC :   Des sandwich à quoi ? A quoi tu voudrais ? Dis-moi ce que tu voudrais. Après je vais te le trouver.

MT :   S'il y a poulet, quelque chose comme ça.

FC :   Do you have chicken with euh -

Serveuse : Chicken sandwich ?

FC :   Chicken sandwich. Yeah. Make two of them please. Tu veux quoi avec ?

Serveuse : It comes with lettuce and tomatoes.

FC :   Yes.

Serveuse : Do you want to add cheese or mushrooms ?

FC :   Tu veux du fromage avec ?

MT :   Oui.

FC :   Ca vient avec - Yes, with cheese please.

Serveuse : Cheddar? Swiss?

FC :   Cheddar.

Serveuse : Cheddar.

FC :   Tu veux du coleslaw avec ? Tu veux des frites, tu veux quoi avec - à côté ?

MT :   Oui des frites.

FC :   And the french fries please.

Serveuse : Ok.

FC :   Ok ? Both the same.

Serveuse : Do you want mayonnaise, honey mustard or barbecue sauce ?

FC :   Euh... Tu veux de la sauce avec ? Mayonnaise, moutarde... - Yes, mayonnaise. One with mayonnaise. Only one with mayonnaise.

Serveuse : Barbecue ?

FC :   No. Ok ? Thank you.

Serveuse : Thank you.

FC :   Donc ça. Alors.

[Il reprend la lecture] *"Au printemps 2008, BSGR est venu à Conakry avec un chèque sans provision de 10 millions de dollars qui - qui a été refusé. La source a noté qu'il était surprenant pour Steinmetz de venir à Conakry avec un tel chèque et compte tenu des moyens et qu'il présumait que Steinmetz pouvait trouver d'autres moyens d'effectuer des paiements à l'épouse de*

CONFIDENTIEL

*Conté. Une chaîne diplomatique américaine classée a déclaré par la suite que Rio Tinto avait perdu le contrôle d'un des plus grands gisements mondiaux de minerai de fer après qu'un rival ait payé un avantage pécuniaire de 7 millions de dollars à des fonctionnaires en Guinée. Le chèque utilisé a été refusé pour manque de provisions."*

C'est n'importe quoi. Ça c'est dans le rapport officiel, qui est arrivé aux autorités et à Conté et à tout le monde.

[Il continue de lire] *"Un membre de la famille d'un haut fonctionnaire du régime de Conté a noté qu'il était de notoriété publique que BSGR ait payé Mamadie Touré 150.000 dollars en espèces pour le transfert des blocs 1 et 2 de Simandou de Rio Tinto à BSGR. Un fonctionnaire du Ministère des Mines de Guinée a signalé que Mamadie Touré avait joué un rôle auprès de Lounceny Nabé, alors Ministre des Mines, pour faciliter le transfert des licences de Simandou de Rio Tinto à BSGR en novembre 2008, avant la mort du Président Conté."*

Tout ça, tu sais, c'est incroyable voilà, mais c'est comme ça.

[Il continue de lire] *"Frédéric Cilins, ressortissant franco-israélien, actuellement résidant à Valleuris en France, jouait le rôle d'intermédiaire dans les transactions entre Steinmetz et les femmes du président Conté. Selon la source - une source"* - de gens je sais pas qui c'est. Euh... *"avec l'aide de Kassory Fofane, Cilins a présenté les femmes de Conté à Steinmetz. Cilins a agi comme conseiller de Steinmetz et a été sûrement associé aux services secrets israéliens. La source a rapporté que Cilins avait probablement une connaissance détaillée des activités de Steinmetz et notamment des versements effectués en Guinée. Cilins a des liens avec le premier ministre israélien Benyamin Netanyau et semble également lié à la droite israélienne et à la ministre israélienne des affaires étrangères Avigdor Lieberman. Selon la source, Cilins aurait procédé au transfert des fonds pour le compte de Steinmetz et, maintenant, aurait désormais des comptes politiques à régler avec ce dernier. Lorsqu'il a été interrogé, Cilins a fourni de nombreux éléments permettant de corroborer ces allégations. Il ressort de ces éléments que Cilins a bien agi au service de BSGR afin d'amorcer et de pérenniser l'implantation de la société en Guinée, a poursuivi cet objectif en développant des liens avec la famille présidentielle, a offert de nombreux cadeaux à des fonctionnaires du gouvernement guinéen, à des membres de la famille présidentielle, a permis à BSGR d'obtenir les premiers droits de Simandou et en contrepartie récompenser la société pour ses agissements. Les femmes de Lansana Conté. La première femme, Henriette Conté, a reçu pour sa fondation caritative des produits pharmaceutiques et des fournitures de la part de Frédéric Cilins. Elle a en contrepartie offert son soutien à Cilins dans les transactions gérées par Steinmetz. C'est selon la source, la quatrième femme qui a ensuite joué un rôle majeur, Mamadie Touré Conté, originaire de la préfecture de Forécariah. Toujours selon la source, était bénéficiaire d'un chèque de 10 millions fait par Steinmetz en 2008. Selon les autres sources, elle a reçu une commission de 2,5 millions de dollars pour avoir aidé BSGR à acquérir les droits de Simandou."*

Quand je vais te lire le paragraphe de - comment tu l'appelles ? - de, de Samy. Tu vas voir après. Tu vas comprendre.

[Il reprend la lecture] *"Frédéric Cilins admet qu'il a conclu un contrat de consultant en 2005 au titre duquel il est engagé à aider BSGR à obtenir les blocs 1 et 2 du gisement de Simandou."*

CONFIDENTIEL

Bon ça c'est que des conneries. Hinhin. *"Selon les dires de Cilins, le contrat lui imposait d'agir seul et d'utiliser ses propres sources et fonds moyennant le versement d'une compensation et d'une prime en cas de succès. Frédéric Cilins a établi une présence à Conakry et a commencé à obtenir des réunions avec des hauts fonctionnaires de la République de Guinée dans l'objectif de mettre au point un plan qui permettait d'atteindre ses objectifs. Parmi les personnes qu'il a rencontrées et celles qu'il aurait sollicitées"* - hinhinhin - *"Ibrahima Kassoury Fofana. Frédéric Cilins indique avoir offert des petites sommes d'argent et des petits cadeaux dans le cadre de ces rencontres. Il indique également que Kassoury Fofana, qui a régulièrement et ouvertement reçu des visiteurs dans les salles communes du Novotel, était connu comme jouant le rôle d'intermédiaire entre les hommes d'affaires et la famille du Président de la République."*

J'ai jamais rien dit de ça. C'est n'importe quoi.

*"Frédéric Cilins a conclu des droits - que des droits pouvaient être obtenus en accédant à la famille du Président Lansana Conté et, ultimement, au Président lui-même. Il a décidé dans un premier temps d'approcher la première dame Henriette Conté"* - là ils disent toujours pareil, des médicaments et des conneries comme ça. Euh... là ils parlent de la petite voiture qui avait été remise pendant la signature du contrat. *"Cilins a entamé les premiers contacts avec Henriette Conté et a rapporté ceux-ci lors d'un premier entretien. Il a refusé cependant d'évoquer la relation - Frédéric Cilins a cependant refusé d'évoquer la relation entretenue entre BSGR et la quatrième femme du Président Conté, Mamadie Touré. Il a toutefois reconnu que l'on s'occupait bien d'elle. Cette relation a été développée grâce au frère de Mamadie, Ibrahima Sory Touré, soit avant l'arrivée de Cilins à Conakry soit avec son aide en 2005. Avec l'accord du Président Conté, Mamadie Touré est devenue la lobbyiste principale de BSGR au niveau du gouvernement."*

Lobbyiste ça veut dire que c'est toi qui as aidé BSGR auprès du gouvernement.

Alors, *"Mamadie Touré a fait la promotion des intérêts de BSGR en sachant qu'une commission substantielle lui serait versée quand les licences seraient accordées. Il est également probable que plusieurs paiements lui aient été précédemment versés. Au début de l'année 2008, BSGR a remis un chèque au bénéfice de Touré dont le montant varie entre 10 et 7 millions USD selon les sources. Le chèque a été refusé parce que sans provision et plusieurs histoires à propos de cet évènement se sont, par la suite, rapidement répandues au sein de la communauté de Conakry. A la fin de l'année 2008, la santé de son mari se détériorant, elle a insisté pour que BSGR transcrive par écrit la promesse de paiement d'une commission. Neuf projets d'accord ont été rédigés et échangés."* Il y a neuf projets. *"finalement l'accord a été signé par Asher Avidan pour le compte de BSGR, qui s'engageait à verser une commission de 2 millions 5 en cas d'obtention des droits de licence. Après l'octroi de ces droits en décembre 2008, peu de temps avant la mort du Président Conté, Mamadie Touré a obtenu le paiement de sa commission. Ibrahima Sory Touré, à l'origine journaliste et pilote d'hélicoptère".*

Tu vois, ils mélangent tout. Ils disent qu'il est pilote - qu'il est journaliste et pilote d'hélicoptère. Ils mélangent IST et Samy. Tu vois, c'est n'importe quoi. Mais ça le problème c'est que c'est n'importe quoi mais c'est le rapport officiel ça. Euh... Ça... Bon là ils reprennent encore - pareil, les 7 millions, le chèque de 7 millions, les 2 millions 5 versés... Toujours la même histoire. Alors ...

**p. 123**

CONFIDENTIEL

Alors attends, il faut que je trouve. Là ils parlent de - voilà, c'est là. Donc là on continue toujours les mêmes histoires. Euh… [inaudible]. Ça c'est là - c'est là que tu comprends que tout est parti de là. Parce que moi quand ils m'ont interrogé bien sûr je leur ai dit que toutes ces histoires étaient fausses. Alors :

*"Preuves concernant l'arrangement au sujet de la commission de Mamadie Touré. Les preuves de - documentaires concernant la commission sont constituées de neuf documents à l'en-tête de BSGR, incluant également une série d'avant-projets et un projet réalisé par Asher Avidan, ainsi qu'un document final scellé au sein duquel une commission de 2.5 millions de dollars était promise à Mamadie Touré pour les services permettant de garantir les droits de Simandou. Samuel Mebiane"* - donc ça c'est Samy - *"a permis au ministre - au ministre Fofana de consulter ces documents."* Donc c'est Samy qui a amené ça, ça au ministre Fofana.

MT :   Oui oui.

FC :   *"Le Ministre, après avoir examiné attentivement, les a considéré - les documents - les a considéré comme authentiques. Lorsqu'il a été interrogé sur la provenance de ces documents, Mebiane a indiqué qu'il les avait reçus de Mamadie Touré pour qu'ils soient gardés en lieu sûr. Il a déclaré que Touré"* - donc toi Mamadie Touré - *"avait insisté sur l'importance de ces documents car son époux était mourant et qu'elle avait peur d'être abusée par BSGR. Cet écrit c'était la trace de leur promesse. Il a également déclaré que Mamadie Touré craignait BSGR, et qu'il soit même porté atteinte à son intégrité physique et avait ainsi déménagé aux Etats-Unis pour des raisons de sécurité."* Donc tu aurais soi-disant déménagé aux Etats-Unis parce que tu avais peur de BSGR. Euh… *"Nos enquêtes préliminaires laissent penser que ce que Mebiane a raconté soit exact. Depuis son emménagement en Floride, Mamadie Touré a acquis de luxueux biens immobiliers dont le montant correspond à celui de la commission. Enfin, certaines personnes au sein du ministre - ministère des mines ont confirmé que Mamadie Touré avait été extrêmement active et avait fait pression de manière agressive sur BSGR, en invoquant le nom du président dans le processus, notamment au cours de ces derniers mois de 2008. L'arrangement de la commission explique donc son attention et son implication.*

MT :   [Soupir]

FC :   [Il continue de lire] *"De manière générale, nous disposons de suffisamment d'éléments de preuve pour constituer un dossier de corruption apparente. En particulier, la preuve fournie par Frédéric Cilins rend possible la poursuite d'un cas très rare de corruption. La preuve entourant Mamadie Touré est également hautement préjudiciable pour BSGR car elle met directement en cause l'un de ses plus élevés dirigeants."*

44m09s          Donc le problème qu'il y a, c'est que, premièrement comme je t'avais dit, il faut en urgence, urgence, urgence, détruire tout ça, mais c'est hyper urgent. Hyper urgent. Et puis de toute façon, toi tu dis - toi tu n'as rien à voir avec ça, tu n'as rien à voir avec ça, tu as - comment il s'appelle - Samy, tu peux pas dire qu'il n'est pas venu te voir. Tu dis "bien sûr, il est venu me voir mais je ne lui ai jamais rien donné quoi que ce soit. J'ai jamais rien donné puis que j'ai rien. Il est venu me voir pour - parce que le Président voulait me rencontrer mais moi je ne veux pas avoir à faire avec le nouveau Président." Il est venu te voir, parce qu'il est venu te demander d'aller voir le Président, le Président voulait s'entretenir avec toi. Ça fait déjà plusieurs personnes qui t'envoient - qui viennent te voir pour que le Président te rencontre, et toi tu as peur de lui parce que tu sais que c'est un menteur, et c'est quelqu'un qui

**p. 124**

CONFIDENTIEL

monte plein de choses contre toi, contre ta famille, contre toutes ces choses-là. Et toi tu as rien à voir avec ça. Tu as rien à voir avec ça. Mais il faut faire vite. Il faut faire vite pour te débarrasser de tout ça. Parce que là en plus, si tu veux, ce qu'il se passe c'est que comme ils sont entrain d'attaquer, tu sais, là il va y avoir la, la, la guerre qui va commencer, quand je t'avais dit que ca va commencer, maintenant ca va commencer entre tous là. Parce ce que ce rapport là, c'est fait pour attaquer le groupe, et pour dire le groupe a fait de la corruption, alors on va leur enlever - on va leur enlever Simandou. C'est ca le truc. Mais moi, je suis surpris là ce que tu me dis. C'est incroyable qu'ils soient venus. S'ils te convoquent, je comprends. Mails ils t'ont pas convoqué et ils sont venu te voir, c'est a qua je comprends pas. Quand toi tu y allée - mais ça va aller, il faut juste être clair avec ça, ce que toi tu dis -

MT :   Mais j'ai peur.

FC :   Tu as peur, mais écoute je vais pas te laisser tomber. On va pas te laisser tomber. Personne va te laisser tomber. D'accord ? Et qu'est-ce que - tu es restée d'accord comment avec eux ?

MT :   Je leur avais dit "j'ai pas de dossiers, de documents."

FC :   Et quand ils t'ont dit "est-ce que vous connaissez BSGR ? Est-ce que vous avez fait ça ? Est-ce que vous avez fait ça?" Tu peux pas dire tu les connais pas. Tu dis "oui c'est un groupe, comme il y avait cinquante groupes qui étaient là-bas à Conakry et voilà. Tu dis "Ecoutez, moi vous savez je suis une femme seule, je suis jeune. Je m'occupe de mes affaires, de ma famille et, voilà, je ne me suis jamais occupée de quoi que ce soit. J'ai jamais eu ni un rôle, ni rien du tout. Je suis allez que très très rarement au Palais quand euh, quand euh, voilà - après il y a une autre question aussi qui se pose. C'est que il y en a qui disent "elle était mariée", tu en as qui disent "elle était pas mariée". Il n'y a jamais eu de cérémonie officielle de mariage avec euh - avec Conté ? Qu'est-ce qu'il y a eu exactement ? Parce que ca c'est très important. Si tu es officiellement mariée, tu rentres dans une catégorie qui est très, on va dire, dangereuse, exposée parce que en tant que mari - en tant que mariée, que femme, qu'épouse - en tant qu'épouse tu rentres dans le cadre familial. En tant que "amie", amie de la famille, parce que, parce que il connaissait bien ton papa, parce qu'il connaissait bien toute ta famille depuis très longtemps. C'est différent, qu'en tant qu'épouse. Tu comprends ce que je veux dire ? Donc là, il y a toute une grande histoire là-dessus. Toi tu sais pas, mais tout le monde se bat pour dire, "elle était épouse" ou "elle était amie de la famille". C'est deux choses qui sont complètement différentes. Alors, d'après - moi je sais pas - d'après, si tu veux...

MT :   Vous savez, la loi de chez nous. On marie quatre femmes, et c'est pas obligatoire même que ca soit officialisé - selon nos lois.

FC :   Je sais pas. Je sais pas. Si tu veux, il y a deux choses. Il y a un côté civil, il y a un côté religieux, alors après, est-ce qu'il y a - moi je - si tu veux, même les avocats ils travaillent là-dessus. Parce que tout ça, tout ce dossier là, c'est chez les avocats à Paris, c'est chez les avocats en Angleterre qui sont en train de se battre pour attaquer, pour contrer cette histoire de Alpha. Tu comprends ?

MT :   [inaudible] actuellement, il y a une loi qui est sortie là-bas, si tu es avec un Président cinq ans, si le Président l'admet, le fait qu'il a été cinq ans avec toi, tu fais partie de ses héritiers.

FC :   Ah ouais ?

CONFIDENTIEL

MT :   Tu sais ça ?

FC :   Je ne sais pas non.

MT :   Si.

FC :   Bon, écoute je te dis. Ça, je sais pas. Moi je veux pas te dire - si tu veux c'est quelque chose dont tout le monde parle actuellement, de ça. En disant, c'est une épouse, c'est pas une épouse, comment elle doit être considérée ? Parce que, il y a le droit, il y a la coutume, il y a différentes choses. Après il y a le côté euh je veux dire officiel. Il y a le côté religieux, ou la coutume, qui sont encore des autres choses. Je sais pas quoi dire.

MT :   Vous savez, [inaudible]. Il y a des coutumes qui existent dans notre pays.

FC :   Je sais, je sais bien, mais il faut bien savoir une chose. C'est que, en étant considérée comme épouse, tu as un risque supplémentaire. C'est-à-dire que, en étant considérée comme épouse, c'est ce que je t'avais expliqué l'autre fois quand on s'était vu avec Ahmed, voilà. En étant considérée comme épouse, tu as une responsabilité supplémentaire de surtout ne pas te mêler des affaires. De ne pas avoir à te mêler de quoi que ce soit. Bien sûr encore moins si, de toucher la moindre aide, la moindre commission, la moindre chose comme ça. C'est encore plus risqué et dangereux en tant qu'épouse, qu'en tant que pas épouse. Tu vois ce que je veux dire ? Parce que en tant que pas épouse, tu as le droit de faire du business, des affaires, des choses comme ça. En tant qu'épouse ça devient plus compliqué, parce que si tu fais des affaires, il faut que tu arrives à prouver que t'as pas profité de ton - ta relation d'épouse. Tu vois ce que je veux dire ? Donc moi je pense que -

**50m26s**   MT :   Je dois - qu'est-ce que je dois dire par là ?

FC :   Qu'est-ce que -

MT :   Qu'est-ce que je dois dire par là ? Je dois dire -

FC :   Je ne sais pas. Je peux pas te dire que tu dois dire que tu n'es pas épouse. Je ne peux pas te dire de dire ça. C'est à toi de penser est-ce que tu penses que tu dois dire que tu es épouse, ou est-ce que tu penses que tu dois dire que tu n'es pas épouse. Tu peux dire que tu étais - tout le monde t'embêtait avec ça en disant que tu étais une épouse ou pas une épouse. Mais tu étais simplement une amie de la - la famille du Président et ta famille étaient amis depuis longtemps et voilà.

MT :   Mais je peux pas dire ça parce que -

FC :   Alors ne le dit pas - [inaudible]

MT :   [inaudible] sait que je suis la femme du patron donc elle a pu moi-même me donner à la première dame donc -

FC :   Ecoute, je comprends donc ne mens pas, je ne te demande pas de mentir. Je te dis simplement que tu dois penser à ça. Maintenant pour ce qui est du reste, tu dois dire "écoutez, moi j'ai toujours été - j'ai acheté de la marchandise, je faisais venir la marchandise, je distribuais ça avec le [inaudible], ça c'était mon activité" - tu vois.

Serveuse [inaudible]

CONFIDENTIEL

FC :   Thank you. Tu vois simplement de dire, "écoute, écoutez, c'était mon activité, je faisais mon commerce. Après il y a plein de gens qui étaient jaloux de moi, qui ont, qui m'ont, qui ont considéré que je faisais plein de choses, qui m'ont embêté avec BSGR, ils m'ont embêté avec toutes ces choses-là, mais je n'ai rien à voir avec tout ça. Moi je n'ai rien à voir avec tout ça.

MT :   Mmm mmm.

FC :   J'ai jamais touché le moindre centime, le moindre argent. Je connais BSGR comme je connais tous les groupes qui sont en Guinée parce que la Guinée c'est mon pays. Mais j'ai rien à voir avec ça. Et Samuel Mebiane..." Et tu peux dire "Ecoutez, moi j'ai plein de gens qui sont venus me voir par rapport à ce dossier de - à toutes ces histoires qu'il y a en Guinée - Samuel Mebiane est venu en me demandant d'aller voir le Président et j'ai refusé. Et j'ai refusé." Ça a été une grosse erreur d'aller voir ce Samy de malheur. C'est - c'est incroyable ça. Qui connaissait ce Samy ?

MT :   Si je dis - je vais dire quelque chose ça - j'ai menti. J'ai vu Samy comme ça, je ne le connaissais même pas.

FC :   Tu le connaissais même pas ?

MT :   Oui, il disait qu'il était ami à - ami à chose, comment il s'appelle ? - à Sampil.

FC :   Ouah.

MT .   Mais il - il s'entend pas avec Sampil. Quelque chose comme ça il m'a dit.

53m50s         FC :   Comment c'est possible que tu m'appelles pas quand tu as ça ? Comment c'est possible que tu m'appelles pas ? C'est des gens que tu connais même pas en plus. Mais c'est incroyable. Ecoute, en tout cas, il faut faire ça en urgence. Ca c'est sûr. Tu as ça à la maison ?

MT :   Pas à la maison. J'ai caché ça. Tu vois où on garde les dossiers, les trucs importants.

FC :   Où tu veux dire ? Tu vas où ?

MT :   Par exemple, ici il a des lieux où tu peux mettre des papiers que tu gardes. Et qu'on tu en as besoin, tu vas pour récupérer. C'est toi seul qui as la clé.

FC :   Ecoute tu dois absolument, absolument, faire ça. Même cet après-midi même, en rentrant. Fais attention que l'on ne te voit pas et qu'on ne sache pas que tu ailles là-bas. Il n'y a personne d'autre que tu peux envoyer pour faire ça à ta place, pour détruire ça ?

MT :   Non [inaudible].

FC :   Bon... C'est pour ça que ce qui est important c'est que quand - dans la, dans la procédure officielle qu'il va y avoir, de BSGR - parce qu'il va y avoir ça - si toi tu apparais déjà comme quelqu'un - comme je t'avais dit l'autre fois. Comme j'ai fait moi, parce que t'as vu maintenant mon nom il est partout là-dedans, partout. Autant de foi que toi. Il y a mon nom à chaque fois - et moi c'est encore pire parce que j'ai Henriette et toi. Le seul avantage qu'il y a, c'est que en donnant notre déclaration en même temps que la - je veux dire la - la procédure officielle en disant que l'on a rien à voir avec tout ça, ça apparait officiellement. C'est-à-dire ta déclaration elle va apparaître officiellement dans le truc.

**p. 127**

CONFIDENTIEL

Serveuse : Everything good here ?

FC :   Yes, thank you. C'est pour ça que c'est important de faire cette déclaration en disant je n'ai rien à voir avec tout ça. Tu comprends ? Je n'ai pas touché un chèque de 10 millions sans provision, je n'ai pas touché les 2.5 millions, je n'ai rien à voir avec tout ça. [Silence]

Et les gens ils avaient l'air courant du dossier, quand ils sont venus te voir ?

MT :   Aucune idée.

FC :   Non ?

MT :   J'étais là. J'avais seulement peur.

FC :   Tu parles de rien au téléphone s'il te plait. Surtout tu parles de rien au téléphone. Rien, rien, rien. Et quand tu parles de quelque chose, au téléphone, tu le mets loin. Ils écoutent tout. Il faut faire attention.

MT :   [inaudible]

FC :   Ils peuvent tout écouter. Ils peuvent écouter avec ton téléphone, ils peuvent tout écouter.

MT :   Ah bon ?

FC :   Bah bien sûr avec ton téléphone ils peuvent - un téléphone on peut le mettre sur écoute hein. Qu'est-ce que tu crois ?

[inaudible] Tu le mets loin. Tu vois. Pas que maintenant. Il faut faire attention tout le temps.

MT :   Ok.

FC :   Tu parles de rien.

58m50s         Ils en restaient pas beaucoup des documents ?

MT :   Non.

FC :   Il faut trouver un endroit pour les suppr - pour les détruire, les détruire complètement, les brûler. Bon, tu peux pas faire ça à la maison. Tu peux faire ça je ne sais pas où, mais je sais pas comment tu peux faire ça. C'est loin d'ici ?

MT :   Je peux faire ça dans ma chambre. Dans les toilettes.

FC :   C'est loin d'ici ? là où tu as ça ? C'est loin ? Tu veux qu'on y aille ensemble ?

MT :   Non, j'ai pas la clé avec moi.

FC :   parce que si tu veux...

MT :   mais t'inquiète pas je vais le faire

[inaudible]

**p. 128**

CONFIDENTIEL

FC :  Hein ?

MT :  C'est bon.

1h00m51s  FC :  Parce que en fait, ça - il faut accélérer les choses quoi.

Tu vois ce que je veux dire ? Il faut faire ça vite maintenant. Avant, on prenait du temps, on prenait du temps, mais -

[silence]

FC :  Et pour ton visa, qu'est-ce qu'ils t'ont dit ?

MT :  [inaudible] je suis partie à la maison.

[Silence]

MT :  [inaudible] l'attestation.

FC :  J'ai ça ici. [inaudible]. On va parler de tout ça.

[Silence]

quel enfoiré ce Samy, quel enfoiré

MT :  J'ai jamais aimé le [inaudible].

FC :  Est-ce que Ahmed et - Ahmed et Cissé t'avaient raconté un peu comment ça c'était passé quand on s'était vu à Miami ? Ils t'avaient raconté ?

MT :  Oui, oui.

FC :  C'était [inaudible].

MT :  Oui. Je me rappelle que c'était -

FC :  ...pas laissé faire quoi [inaudible]. C'était fort quand on était là bas

1h04m28s  FC :  T'as compris ce qu'il a fait maintenant avec les documents ? Il est allé voir Fofana, il est allé voir Conté - Condé. Il est allé voir Alpha Condé.

Et tous les problèmes sont à cause de ça. Tous les problèmes sont à cause de ça. Tous les problèmes sont à cause de ça. Tous les problèmes qu'ils essayent de, de, de - parce qu'ils se disent si on récupère ça, hein [inaudible], mais toi si ça ça saute. Toi tu es dans une grosse, grosse, grosse galère. Ici aux Etats Unis déjà  c'est fini. Déjà aux Etats-Unis pour toi c'est fini. Ils vont comprendre ce que tu as et ils te mettent dehors.  Ils vont te poursuivre en justice en plus. C'est grave. C'est pour ça que si tu m'avais - si on s'était vu pour en parler de ça. Le risque il est très très grave pour toi et pour tout le monde. Le groupe, c'est l'histoire du - des permis et ces choses là. Mais toi c'est personnellement que tu as un problème. Parce que ces documents là, s'ils authentifient que ces documents - parce qu'il y a plein de photocopies qui circulent - s'il y a des documents originaux qui prouvent que ça, mais toi tu es la première [inaudible]. Parce que c'est interdit de faire ça. Tu comprends ? C'est pour ça que je t'avais dit si - tu me - malheureusement c'est fait, mais c'est fait, mais c'est une belle bêtise.

CONFIDENTIEL

Ecoute, bon. Ce que je t'avais dit. J'ai amené ici une attestation, tu vas lire, tu vas regarder. Je vais te la lire. Simplement, ça dit simplement que t'as rien à voir avec ça, t'as rien à voir avec ça. Il y a un paragraphe, je sais pas, les avocats ils ont - si tu veux, comme IST a travaillé dans le groupe et comme ils disent que IST, étant ton frère, proche de toi, la famille ici et là, il a aidé le groupe là bas, ils ont mis un paragraphe dessus en disant que premièrement IST c'est pas ton frère, c'est ton demi-frère. Et deuxièmement, vous étiez en conflit. Vous n'étiez pas très proche, mais plutôt des rivaux. [inaudible] Malheureusement, malheureusement - parce que j'aime bien quand vous étiez amis - mais malheureusement c'est la vérité. Donc vous êtes un peu des rivaux. Donc ça aussi ça a été mis dedans. Simplement, les avocats pensent que c'est bien que ça montre que tu es pas trop amie avec lui, ok ? Et comme vous êtes pas amis, il n'y a aucune raison pour que - même si toi tu voulais aider, comme tu étais pas trop amie avec euh, tu as aucune raison d'aider BSGR. Tu comprends ce que je veux dire ? Donc ça, c'est une chose. Quand tu es prête, tu me dis. S'il y a quelqu'un qui peut récupérer, je ne sais pas si c'est Cissé, qui peut récupérer 200 à Freetown, quand tu veux. Par contre, ce que - ce qu'on m'a demandé, c'est de voir quand on détruit les documents.  C'est pour ça que je te demandais si tu voulais que l'on aille ensemble. De voir, pour être sûr à 100 % que tout est détruit et qu'il y a rien qui circule. Donc si tu veux que l'on fasse ça aujourd'hui, on peut bien le faire aujourd'hui.

MT :   Mais j'ai pas emmené la clé avec moi, c'est ça.

FC :   Non mais, si tu veux, on prend un taxi. Moi je t'attends. Tu vas - on se retrouve. Tu me donnes un plan de rendez-vous. Tu vas chercher ta clé. Et moi je t'attends et on y va ensemble. J'ai l'avion à 9h, alors tu sais j'ai le temps. A 21h j'ai l'avion. Ça et puis comme je te dis, le temps de préparer, le temps de préparer euh...

MT :   Je peux le faire, même si vous êtes pas là. Je peux le faire.

FC :   Je sais. Mais on m'a demandé de voir si c'était fait. Tu comprends ?

MT :   Frédéric je peux le faire. Si j'ai décidé de venir, j'ai laissé tout mon temps.

FC :   Je sais. Je sais. Mamadie, tu sais - tu sais, toi et moi on se comprend en se regardant dans les yeux je sais très bien. Mais moi on m'a demandé de faire et tu sais je peux pas mentir moi. Si on me dit Frédéric qu'est-ce que tu as vu, si j'ai vu je dis oui. Si j'ai pas vu je ne peux pas dire oui. Je peux pas mentir. Comme je mens pas à toi, je mens à personne. Tu le sais. Tu le sais. Donc c'est pour ça que je suis un peu - moi je ne pensais jamais que l'on allait faire ça tout seul aujourd'hui. C'est pour ça que je t'ai dit même si tu veux, si on fini pas aujourd'hui je reviens dimanche, ou quoi. Je reviens samedi. Parce que je pensais jamais qu'on - mais là maintenant il y a - je te promets, vu ce que tu m'as dit - il y a urgence, il y a vraiment urgence.

MT :   Je te dis que je vais le faire. [inaudible]

FC :   Je suis d'accord avec toi.

MT :   [inaudible] Vraiment vraiment, j'en ai marre de tout ça.

1h09m22s   FC :   Je vais te dire une chose. Là, en faisant ça, en mettant dans la procédure qu'on va faire, le groupe va combattre ces gens-là, tu vas être de son côté. Donc tu vas être défendue aussi par les avocats qui vont dire, elle n'a rien à voir. Regardez, la preuve d'ailleurs, on est allé lui demander une attestation

CONFIDENTIEL

disant qu'elle avait rien à voir avec nous. Elle l'a signée. Elle n'a rien à voir avec tout ça. Toutes ces conneries de Samuel et tout ça, c'est n'importe quoi. Tu vois ? Aïe aïe aïe.

C'est dommage que pendant un temps, tu as fait les choses - on se parlait tout le temps mais tu m'as jamais expliqué tout ça tout ça. Moi j'étais un peu en dehors. Tu m'as laissé en dehors mais voilà. Mais c'est dommage parce que jamais je t'aurais laissée faire tout ça. Jamais jamais jamais.

MT:     Ouais.

FC :    Jamais je t'aurais laissée faire tout ça. Bon, allez ça sert à rien de regarder derrière hein. Maintenant c'est fait, c'est fait. C'est pour ça que le pauvre Ahmed, tu sais, il me disait : "Frédéric tu sais" - quand tu donnais plus de nouvelles il me disait : "Frédéric tu sais, j'espère que ça va, j'espère que" - tu as eu Ahmed depuis ?

MT :    Non.

FC :    Il se fait beaucoup de souci pour toi.

MT :    Ouais.

FC :    Il se fait beaucoup de souci pour toi.

1h11m04s   MT :    Mais le reste de l'argent maintenant, comment on va faire ? Et combien ?

FC :    Alors, je t'avais dit qu'il y aurait un million, il y aura un million. Deux cents tu touches maintenant, et les 800 c'est dès que l'autre il est parti - dès que l'autre. Dès qu'il n'y a plus l'autre, et tout le monde dit qu'il a un cancer très grave. C'est le pancréas je crois. Et qu'il a cancer du pancréas et qu'il a encore juste quelques mois à vivre, je ne sais pas. Je ne souhaite pas la mort de personne, parce que je n'aime pas souhaiter la mort de quelqu'un. Mais en tout cas, s'il décède ou s'il va jusqu'à la fin de ce mandat. Il a encore deux ans de mandat. Quand lui il est plus là, tu touches le reste.

MT :    Mais je ne sais pas combien.

FC :    800. Bah je t'ai dit, en tout, il y avait un million. Ça, c'est une chose. Après quand le dossier est terminé, tu dois recevoir ça et ça tu vas le recevoir. Tu vois ce que je veux dire ? Ça c'est deux choses différentes. Ce que tu dois recevoir, les 5 que tu dois recevoir quand le dossier est terminé, s'ils nous mettent pas dehors.

Serveuse : Are you finished ?

FC :    Yes thank you.

Serveuse : Are you interested in dessert ?

FC :    Tu veux quelque chose de sucré ? Tu veux un café, tu veux un thé, tu veux -

MT :    Non, je veux pas.

FC :    Non ?

Serveuse : Do you want the check ?

p. 131

CONFIDENTIEL

FC :    L'addition. Yeah yeah we want the check and euh...

MT :    Thank you.

FC :    Et euh... Qu'est-ce que je disais ? Oui - ce que tu dois recevoir quand - si le groupe n'est pas mis dehors et qu'il a - qu'on lui confirme son projet, les 5 que tu dois recevoir, ceux-là c'est sûr tu vas les recevoir, il y a pas de problème. L'histoire des uns, en plus, ce que on discute maintenant, c'est-à-dire au lieu d'être un quand toi tu [inaudible], ca va être 200 maintenant et 800 quand l'autre va partir. 200 maintenant c'est parce que j'ai essayé. Tu m'as dit essaye d'avoir un montant tout de suite, parce que j'ai besoin pour [inaudible] là-bas. Donc c'est pour ça que tu as 200 -

MT :    Mais tu m'avais dit 300 après.

FC :    Je - écoute, je pensais arriver à 300, je suis arrivé à 200. Je vais encore me battre. 200 c'est sûr, c'est accepté. Je vais encore voir si j'arrive à avoir 200-250 peut-être, je vais faire le maximum. Mais j'ai obtenu 200. Tu vois ? Je vais essayer, je te promets que je vais essayer.

MT :    Mais à part les 5, il n'y aura rien.

FC :    Il y aura les 5 et il y aura les 800. Ca va faire 6 avec ce que tu as en plus. Ca c'est une chose, c'est déjà accepté. En fonction - écoute bien ce que je te dis - parce que ca je te l'ai toujours dit, parce que je sais que c'est comme ça. En fonction de la manière que ca se termine. Si c'est une bonne manière pour lui, qu'on lui coupe pas trop à droite, à gauche, j'en sais rien, il y aura encore en plus. Combien je ne sais pas. Il y aura 3, 4, 5 en plus, j'en sais rien. Mais il y aura encore en plus. Et ça c'est directement la communication qui m'a été donnée directement par le numéro 1, je ne veux même pas donner son nom. En disant, c'est comme ça. D'accord ? Et ça c'est sûr et certain.

1h14m03s    MT :    Le numéro un ? Michael ?

FC :    Non, non.. Beny [en chuchotant].

MT :    Ok.

FC :    Ok ? Tout ce que je te dis, c'est directement de Beny.  L'autre jour quand je te dis, je suis - j'attends là-bas en rendez-vous, je suis allé en voyage, je me suis déplacé pour aller le voir directement, parler en tête à tête, et avoir - tout ce que je te dis là, c'est de lui que je le tiens. Personne d'autre. D'accord ?

MT :    Je savais pas.

FC :    Personne d'autre. Personne d'autre. Je suis allé exprès pour le voir, pour le voir parler de tout ça, très très bien. Je lui ai toujours dit, je lui ai toujours dit. Encore la semaine dernière, je lui ai dit, je lui ai dit Beny, toujours répété, qu'elle était - que jamais elle te trahira, jamais elle te trahira, jamais elle donnera les documents à qui que ce soit. Il m'a dit "écoute", il m'a dit "écoute, c'est bien, mais je veux que tu ailles voir. Je veux que tu détruises ces documents." Il m'a dit, tu vois, "fais ce que tu veux mais je veux que tu me dises "j'ai vu Mamadie et les documents, c'est terminé, il n'y a plus de documents.""  Et là-dessus, je te dis, je te répète, que ce soit bien clair dans ta tête, les 5 qui sont prévus, tu les auras, quoi qu'il en soit. Tu les auras, si ils sont pas éjectés. S'ils sont toujours dans le projet. Ce que tu vas avoir quoi qu'il arrive, le un million, c'est-à-dire 200 plus 800, tu vas les avoir cela - remarque j'ai un petit bout de papier juste comme ça pour que [il écrit sur un

CONFIDENTIEL

papier]. bon ok ? on va mettre ça comme ça : 1, 5 et là je sais pas combien. 1, 800, 200. Donc cela [inaudible], et celui-là, de toute façon tu les auras quoiqu'il arrive. Même s'ils sont éjectés, ceux là tu les auras quand le vieux dégage. Ca c'est tout de suite et ça c'est quand le vieux dégage. Ceux là, c'est si c'est positif.

MT :    Le 5 ?

FC :    Le 5. Ok. Ca, c'est si ok. Si c'est ok, selon comment c'est, si on lui coupe pas trop. Parce que t'as vu tout ce que l'on voulait lui demander, si on lui coupe pas trop. Il y aura ici. Et là, à mon avis, il y aura. C'est pratiquement sûr. Combien je sais pas. 2, 3, 5, je sais pas. Mais il y aura de toute façon. Donc en plus, si tu veux, imagine, peut-être, imagine que ce soit 5, hein je sais pas, ca fait en tout 11. Tu comprends ? Ca c'est le truc tel qu'il est. Ok ? Par contre, ça je t'assure, la semaine dernière, c'était indispensable, il m'a dit "écoute, tu vas, tu vois, je veux que tu me dises, Frédéric, je veux que tu me dises que tu as détruit ces papiers. Je veux que tu me dises." Je peux pas... Tu vois ?

        [inaudible]

Serveuse : No change ?

FC :    No change, thank you.

Serveuse : Do you need the receipt ?

FC :    No thank you. That's okay.

Serveuse : Thank you. Have a good day.

FC :    Thank you. You too. Bye.

MT :    [inaudible]

FC :    Comment ?

MT :    J'ai dit il faut que tu donnes un peu.

FC :    J'ai donné, j'ai donné. Ça faisait 30, j'ai donné, j'ai donné 35.

MT :    D'accord.

FC :    Normalement tu dois donner 10-20%, ça fait plus que 35. On laisse un pourboire à la dame. Tu sais qu'ils travaillent dur les gens ici . Pas comme en Europe hein ? Ils travaillent dur. Tu sais, j'ai beaucoup de respect pour ces gens-là, parce que, les pauvres, tu sais c'est pas facile ici.

        Bon, qu'est-ce qu'on fait Mamadie ?

MT :    Faut que je dois signer les documents.

FC :    Oui mais qu'est ce que tu veux qu'on fasse pour ces documents là-bas ?

MT :    Je t'ai dit que je vais signer et je vais aller - après - si me repose [inaudible] ça dans la maison, aux toilettes.

CONFIDENTIEL

1h18m52s   FC :   Comment on peut faire pour que je sois là quand tu vas les détruire ? Je suis obligé de lui dire que j'ai vu. C'est ça que j'essaye de t'expliquer. Je suis obligé de lui dire j'ai vu quand elle a détruit. Ca m'embête de te dire ça mais je suis obligé de lui - c'est pas que je, c'est pas que je, c'est pas que je - ton intérêt c'est de le faire. Je le sais, je le sais que ton intérêt c'est de le faire. Mais je suis obligé de lui dire j'ai vu que c'était fait, c'est ça que je -

MT :   Mais c'est vraiment - je suis fatiguée de tout ça.

1h19m18s   FC :   Tu sais, je sais que tu es fatiguée de tout ça mais tu peux même pas t'imaginer comment moi je suis fatigué. T'as vu mon nom comment il est là-dedans ? Mon nom il est partout là-dedans. Partout, partout, partout. Voilà. Ca, c'est un truc qui fait 28 pages. 28 pages. Ca je peux te dire c'est - personne sait qu'on a ça hein ? Personne sait qu'on a ça, parce qu'il a fallu payer pour avoir ça.

Regarde, regarde comment c'est. Rapport relatif à hmmhmm... C'est... Ça... Le véritable problème - tout est parti de ça. Cette histoire de Samuel Mebiame. Tout est parti de ça.

MT :   Ouais.

FC :   Ah la la. Donc, écoute, qu'est-ce que tu veux que je fasse ?

MT :   On va signer.

FC :   Oui, oui. Je suis d'accord avec toi de signer mais - hein ?

MT :   Je dis [inaudible].

FC :   Oui je sais. Euh... Ça c'est ce que je t'avais fait voir, c'est le truc officiel tu sais ? Quand officiellement ils avaient envoyé à la présidence. Je te l'avais lu ça quand on était à Freetown, tu te rappelles ?

MT :   Mmm mmm.

1h21m00s   FC :   Tiens, tu vois, ça c'est une attestation que moi j'ai faite et l'avocat il a demandé à ce que je la modifie encore un peu. Tu vois, il y a - il y a 3 pages.

MT :   Mmm mmm.

FC :   Tu vois : *"je n'ai jamais demandé à Madame Touré d'intervenir en faveur de BSGR auprès de quiconque, et notamment auprès du Président..."* bon, tu vois ? Ah la la.

1h21m42s   FC :   Alors, je vais te le lire.

[Silence]

[Il lit une attestation] *"Je m'appelle Mamadie Touré. Je suis de nationalité guinéenne. J'ai vécu la plus grande partie de ma vie en guinée et j'habite aujourd'hui aux Etats-Unis. Les représentants de la société BSGR sont venus me voir et m'ont indiqué que la République de Guinée leur reprochait des faits dans lesquels j'aurai été impliquée. Ils m'ont exposé quels auraient été les faits et m'ont demandé si j'étais d'accord pour dire ce que j'en pensais. J'ai été d'accord parce que - parce que ce qu'ils m'ont rapporté est faux et je souhaite aujourd'hui attester ce qui suit. Ma situation familiale. Je suis la demi-sœur de Ibrahim Touré et non sa sœur. Nous avons jamais*

CONFIDENTIEL

*été très proches, mais plutôt des rivaux. Mes relations avec la société BSGR. Il apparaît comme dit que j'aurais signé des contrats avec BSGR et que BSGR devait me payer des commissions en contrepartie de mes services en leur faveur. C'est faux. Je n'ai jamais signé aucun contrat avec BSGR ni directement, ni par l'intermédiaire de qui que ce soit. Il paraît qu'on dit que j'aurais intercédé auprès de dirigeants officiels de Guinée, en faveur de BSGR pour que BSGR obtienne des droits miniers en Guinée. C'est faux. Je suis jamais intervenue auprès de dirigeants guinéens en faveur de BSGR. Je n'ai jamais donné d'instructions ni demandé à quiconque de prendre des décisions en faveur de BSGR. Je ne me suis jamais intéressée aux affaires minières du pays. Il paraît qu'on dit que BSGR m'aurait versé de l'argent. C'est faux. Je n'ai jamais touché d'argent de la part de BSGR, ni directement, ni indirectement. On parle d'un chèque de 7 millions de dollars qu'ils m'auraient remis, ça ne s'est jamais passé. On dit qu'ils m'auraient remis de l'argent en liquide, des sommes de 2.5 millions de dollars, c'est faux. Ils ne m'ont jamais versé ces sommes, ni d'ailleurs aucune somme. Ni à moi, ni directement, ni à quelqu'un d'autre pour mon compte. Ils ne m'ont pas non plus promis de verser quoi que ce soit, ni à moi, ni à qui que ce soit, pour mon compte. Enfin, je voudrais dire que c'est ridicule que j'aurais déménagé aux Etats-Unis parce que j'aurais eu peur que BSGR porte atteinte à ma personne. Cette idée ne m'est pas passée par la tête. Je suis très choquée par les faits que m'a exposé BSGR en utilisant mon nom, et je n'ai rien à voir avec cette société, ni avec les faits qu'on leur reproche." Voilà. Ok ?*

MT :   Mmm mmm.

FC :   [Inaudible] Il faut mettre Jacksonville, la date et signer. Alors ça c'est - j'ai un double si tu veux.

En fait ça dit simplement que tout ça - c'est ce qui est repris dans le rapport qu'ils ont eu - donc en disant que toutes ces choses-là dans le rapport c'est faux. Ni tu as touché de l'argent, ni tu as touché de, de, de chèque impayé pas impayé ou quoique ce soit.

[Silence]

MT :   Mais si je me rappelle bien, tu avais dit que -

FC :   Comment ?

1h28m49s   MT :   Si je me rappelle bien tu m'avais dit que tant que Beny est là, il va continuer à me donner de l'argent encore un peu -

FC :   Quand ? Te donner quand ?

MT :   Tu as dit - que s'il reste - tant qu'il reste, si Beny il reste en Guinée il va me donner de l'argent un peu, un peu. S'il reste, pour quand il reste.

FC :   S'il reste, ce qui était prévu, ce qui était prévu tu auras. C'est ça que je veux dire.

MT :   Ok.

FC :   Là il faut mettre [inaudible] "à Jacksonville" et on est le... le 11.

MT :   Comment on est écrit Jackson-

FC :   Jacksonville c'est comme ça.

CONFIDENTIEL

[Silence]

[Inaudible]

1h30m21s    FC :    Je regarde si j'ai eu des messages. Attends hein, juste une seconde. Je réponds parce que j'ai les enfants qui cherchent des trucs.

FC :    [Silence]

FC :    Qu'est-ce que je voulais dire ? Donc ça - on va aller faire une photocopie là-bas si tu veux avoir une photocopie de ça ? Je te l'envoies par mail ou il y a un petit bureau en face, on peut aller faire une photocopie si tu veux.

MT :    Où ça ?

FC :    En face là-bas, je crois qu'il y a un petit bureau où on peut faire des photocopies.

MT :    Je dois t'attendre ?

FC :    Oui ben on va aller ensemble. On va aller ensemble.

MT :    Où ?

FC :    Là, juste là. Euh.. devant. Là où on s'est retrouvé. Juste à côté, il y a un petit bureau pour faire des photocopies. Dans l'aéroport.

MT :    Ok.

FC :    Dis-moi, qu'est-ce qu'on fait maintenant ? Parce que pour - pour détruire ces trucs-là. Je, je, je t'embête avec ça mais -

MT :    Je t'ai dit, je le fais.

FC :    Oui mais -

MT :    Ce que je dis c'est plus important que -

FC :    Je suis d'accord avec toi.

MT :    C'est plus important que...

[Silence]

1h32m30s    MT :    Je voulais appeler Michael. Tu as le num -

FC :    L'appeler ?

MT :    Oui pour lui dire bonjour. Il m'avait laissé -

FC :    Oui je sais. Je lui ai dit. Je lui ai dit. Mais tu sais quand c'était ? Il t'avait laissé un message quand tu avais disparu. Il avait essayé de te joindre juste pour ça quoi.

MT :    Ouais.

FC :    Je vais l'appeler maintenant ?

CONFIDENTIEL

MT :   Ouais.

       [inaudible]

FC :   Je te le passe.

[L'enregistrement de cet appel apparaît également sous la référence de l'enregistrement téléphonique du 4 novembre 2013, enregistré sous le dossier "4.11.2013 Call 11" et sous le fichier : "305-744-6629 T-Mobile 2013-04-11 14-03-26 00092-1.wav"]

       Allo ? Ca va bien ? Ça va, ça va. [pause] Oui je suis bien arrivé. Tout va bien, tout va bien. Je te - je te passe Mamadie pour te dire bonjour [inaudible].

       [FC passe le téléphone à Mamadie]

MT :   Allo. Michael. [pause] Ca va et vous ? [pause] Oui oui. Vous m'avez appelée l'autre fois, je voulais vous rappeler mais vous n'avez pas laissé le numéro. Ouais. Donc euh.. [pause] Oui, elle va bien oui. [pause] Oui. [pause] Oui. [pause] Je vais venir. [pause] Oui, oui. [pause] Oui.

       Mais j'ai pas son numéro, comment je vais faire si je veux le joindre ?

FC :   Le numéro de qui ?

MT :   De Michael.

FC :   Je vais te le donner.

MT :   Ok. [Au téléphone] Je vais venir, je vais venir, je vais t'appeler. Ok. Ok. Ouais. Bye. Merci.

FC :   [Il reprend le téléphone] Allo ? Bon, ben écoute. Oui, oui ça va ça va. [pause] Ouais, ouais d'accord. On se rappelle tout à l'heure. J'ai un avion à 21 heures.

MT :   Il veut que je vienne là-bas.

FC :   Où ?

MT :   Je lui ai dit je vais aller à [inaudible].

FC :   Aller où ?

MT :   A Miami.

FC :   Tu sais, on quitte en même temps.

MT :   Oui, oui.

FC :   Mardi.

MT :   Oui.

1h35m25s   FC :   On va quitter Mardi. Je suis embêté avec ça, Mamadie, cette histoire de voir la destruction des trucs parce que ça m'a été demandé tellement clairement que je ne peux pas - je ne vais pas pouvoir mentir.

CONFIDENTIEL

MT :    Qui ?

FC :    Tu sais bien qui. Il y en a qu'un avec qui je parle. Le le le le le.... le big boss.
        Donc s'il me dit, "je veux que tu vois quand c'est détruit", je ne peux pas lui
        mentir. Je ne peux pas mentir à personne moi.

MT :    Alors, qu'est-ce que moi je peux faire ? Puis que moi je te dis je vais le faire.
        J'ai déjà signé ce -

FC :    C'est - pardon - c'est pas une histoire de signer. C'est que - le deal c'était ça,
        le deal c'était en rentrant on détruit, mais faut - c'est là pour faire les
        photocopies.

        [Inaudible puis silence]

FC :    Thank you. Tu as un endroit pour mettre - pour mettre ça ?

MT :    Mmm.

FC :    On le plie. Je le plie comme ça ?

MT :    Oui.

        [Silence]

FC :    Maintenant on prend un taxi, je t'attends, tu vas prendre ta clé, on va là-bas,
        on les détruit et comme ça c'est tranquille.

MT :    Tu peux pas partir avec moi Frédéric

FC :    Ah la la, comme tu veux, enfin  je ne sais pas. Moi je ne peux pas lui dire que
        c'est fait, si ce n'est pas fait. C'est ça qui me - si j'ai pas vu, je ne peux pas lui
        dire. Je peux pas -

MT :    Je t'ai dit je vais le faire.

FC :    Je sais que tu vas le faire, parce que c'est dans ton intérêt de le faire, mais tu
        comprends ce que je veux dire ? Je ne peux pas lui dire oui si - je ne peux
        pas lui dire que j'étais là si j'étais pas là. Je ne peux pas lui mentir. Je peux
        pas lui mentir.

MT :    Alors, dans ce cas, il faut que je rentre à la maison, comme ça je vais
        t'appeler.

FC :    Ok. Tu vas là-bas. Tu fais et tu me donnes - tu me dis l'adresse où tu veux
        qu'on se retrouve et euh.. Tu m'envoies un message sur le téléphone et moi,
        je prends un taxi et on se retrouve là où tu veux.

MT :    Ok.

FC :    D'accord ?

MT :    Oui.

FC :    Ok. Comme ça c'est réglé. Donc j'attends ton appel alors ? Moi je t'attends
        ici.

MT :    Ok.

CONFIDENTIEL

FC :   Ok ?

MT :   Merci.

1h38m57s   FC :   A tout à l'heure. Mais ça va aller. Te fais pas de soucis.  Ecoute, je ne t'ai jamais laissée tomber. Quand tu as eu besoin de moi, j'ai toujours été là et je serai toujours là. Donc même dans cette galère là, on va toujours marcher ensemble, parce que t'as vu dans les documents, on est dans les mêmes galères tous les deux alors.

MT :   Mais, je ne veux pas que vous allez dire vous allez me donner 5, après 5, quelque chose ok ce ne soit pas respecté.

FC :   Est-ce que tu crois que – est-ce que dans ce que tu as eu jusqu'à présent ça n'a pas été respecté ? Dans ce que tu -

MT :   Ca prend tu temps toujours, des fois tout changer.

FC :   Oui - c'est pas que ça prend du temps, c'est que regarde le dossier comment il prend du temps lui ? Le dossier aussi il prend du temps. Si c'était pas cette histoire de Samy, ça serait déjà terminé tout ça.

MT :   Ok.

FC :   Tu comprends ? C'est ça qu'il faut comprendre.

MT :   Ok.

FC :   Ok ?

MT :   Oui.

FC :   J'attends ton appel, je suis là.

MT :   Ok.

FC :   A tout à l'heure.

1h39min44s   [MT quitte FC]

1h43min05s   MT :   I need to go here. At this address.

Taxi :   [inaudible]

MT :   Yeah.

Taxi :   [inaudible]

MT :   Thank you.

[Car door closing]

Taxi :   [inaudible]

MT :   What ?

Taxi :   [inaudible]

**p. 139**

CONFIDENTIEL

[Bruits ambiants]

1h51min40s

Agent FBI:     This is Special Agent Vanessa Stell. I am now ending the consensually recorded conversation.

01h51m54s     FIN DE L'ENREGISTREMENT


ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 11 AVRIL 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et un homme non-identifié ("HN").


REFERENCES :

Dossier: 4.11.2013 Call 12

Fichier : 305-755-6629 T-Mobile 2013-04-11 14-10-27 00093-1.Wav


0h00m0s     DEBUT DE L'ENREGISTREMENT

HN :     Allo ?

FC :     Oui.

PN :     Oui ?

FC :     Bon écoute, là elle est partie là, je vais la revoir dans un petit moment. Donc le document, c'est fait, c'est signé

PN :     Ah bon ?

FC :     Oui, c'est fait, oui. Euh,, sans l'histoire du mari, parce que toute façon elle pourra jamais écrire ça, ça c'est sûr. Attends. Et euh, bon par contre quand elle est allée là-bas pour renouveler son document pour rester ici

PN :     hein, hein

FC :     Ils l'ont fait attendre, ils l'ont fait attendre, ils l'ont fait attendre et il y a .. il y a deux personnes des services euh spécialisés, qui sont, qui ont commencé à l'interroger en disant qu'ils étaient entrain de faire une, de travailler sur un dossier de, de, de bakchich euh dans son pays, concernant un dossier bien précis, et c'est le dossier bien précis. Et ils ont commencé à lui poser pas mal de questions, et voilà, avec une personne - ce qui est fou c'est, elle est allée comme ça sans prendre rendez-vous, et ils l'ont fait attendre très longtemps, et voilà.

PN :     Ok, alors, qu'est-ce qu'elle a dit ?

FC :     Bah, elle a dit la seule chose qu'elle pouvait dire, c'est qu'elle n'avait rien à voir avec tout ça et que c'était n'importe quoi.

**p. 140**

CONFIDENTIEL

PN :   Ah. Et comment ça s'est terminé ?

FC :   Pour l'instant, comme ça. Pour l'instant comme ça.

PN :   Et elle a obtenu...

FC :   Non, non, non. Non, non, non. Elle est partie et, je ne te dis pas dans quel état elle est.

PN :   J'imagine. J'imagine.

FC :   Bon écoute, on ne va pas en parler trop au téléphone, parce que je ne sais pas où on en est dans tout ça. Donc euh, voilà.

PN :   Ok, d'accord. C'est ce qu'il faut faire. D'accord.

FC :   En tout cas, je pense que, si tu dois faire des commentaires là-bas, je pense que ton téléphone, tu devrais le mettre de côté.

PN :   Oui, oui. Ne t'inquiète pas. D'accord ok.

FC :   Allez, je te tiens au courant euh plus tard, parce que, voilà. OK, à tout à l'heure.

PN :   A toute à l'heure, bye.

FC :   Ciao, ciao.

**0h02m54s**      FIN DE L'ENREGISTREMENT

CONFIDENTIEL

ENREGISTREMENT D'UN RENDEZ-VOUS DU 11 AVRIL 2013

Retranscription d'un enregistrement d'un rendez-vous entre Mamadie Touré ("MT") et Frédéric Cilins ("FC").

REFERENCES :

Dossier : 4.11.2013. CW meeting with Cilins 7.45-9PM

Fichier : 0372_002.WAV

| | | |
|---|---|---|
| 0h00m0s | DEBUT DE L'ENREGISTREMENT | |
| Agent FBI : | "This is special agent Vanessa Stely. This is April 11th, 2013. We're about to make a consensually monitored conversation with Frédéric Cilins." | |
| | [Bruits de pas] | |
| MT : | [Au téléphone] "Oui, oui, oui." | |
| | [Bruits de voiture, musique] | |
| 0h20m07s | | |
| Homme non-identifié : | [Inaudible] | |
| | [Musique, bruits de voiture] | |
| 0h24m24s | | |
| MT : | Départ. | |
| Homme non-identifié : | hum ? | |
| MT : | Départ. Allo ? [au téléphone] Hein ? J'arrive euh à le C'est qui ? Ok, j'arrive. Le taximan s'est trompé là , mais il s'est retourné. Donc, j'arrive, oui. Dans combien de minutes ? | |
| Homme non-identifié : | 15 minutes. | |
| MT : | [Au téléphone] Dans 15 minutes, oui. Oui. | |
| | [Musique, bruits de voiture] | |
| 0h36m00s | | |
| Homme non-identifié : | [Inaudible]. | |
| MT : | Si tu pouvais faire vite. | |
| Homme non-identifié : | [Inaudible]. | |

p. 142

CONFIDENTIEL

MT :　On était là, tu nous as emmené jusqu'à... je t'ai, je t'ai dit "Aéroport", si tu n'avais pas compris, il fallait me demander.

Homme non-identifié :　[Inaudible].

MT :　Faut faire vite. Personne n'est là. [Au téléphone] Alors je suis là. Ok.

[Bruits de pas]

0h39m23s　MT :　[Au téléphone] J'ai laissé le, le document sous le truc. Vous pouvez me ramener ? Où vous êtes ? Vous êtes toujours garé ? Ok, descends, j'arrive. Descends, vous me donnez.

[Bruits de pas]

0h41m59s　FC :　Alors, t'as couru ?

MT :　Je suis fatiguée, oui .

FC :　Tu es fatiguée ? Tu veux boire quelque chose.

MT :　Oui.

FC :　Bon, c'est ouvert là-bas. Tu veux quoi ?

MT :　De l'eau.

FC :　De l'eau ?

MT :　Oui.

FC :　Bon, si tu veux restez assises là-bas je vais prendre de l'eau j'arrive. Tu veux de l'eau, pas de jus de fruit ?

MT :　Non, de l'eau. Oui, c'est bon. Je suis fatigué. Merci.

[Bruits ambiants]

FC :　Tu veux un verre ? Attends, je vais prendre un verre.

MT :　C'est bon.

FC :　T'as couru ?

MT :　J'ai couru.

0h43m28s　FC:　Tu sais que, comme je t'ai dit ils ont attaqué là, à la justice avec, c'est ce que j'étais entrain de regarder là. C'est en anglais, mais. Tu n'avais pas intérêt de partir quelques jours, quelque part. Tu penses que c'est mieux de rester ici ? ton visa que tu l'as, il reste jusqu'à quand là ?

MT :　[Inaudible]

FC :　Ca, c'est si tu veux. Euh...Beny Steinmetz... qui attaque George Soros pour tout ce qu'ils ont fait. Parce que le document que tu as vu là ca a été fait à la demande de Soros. Tu vois ? [Inaudible]