# EXHIBIT C



Anne Reddy
Tel 212.801.9211
Fax 212.309.9500
reddya@gtlaw.com

November 17, 2017

Mitchell Berns, Esq.
Fox Rothschild LLP
101 Park Avenue
New York, NY 10178

Re:   *BSGR v. Soros, et al., Civil Action No. 1:17-cv-02726 (JFK) (AJP)*

Dear Mitch:

We write in connection with your August 28 responses and objections to the subpoena served on Veracity Worldwide LLC ("Veracity"), as supplemented by our communications with each other, and in light of Veracity's document production on November 6, 2017. Specifically, we write concerning your position that Veracity will not produce documents gathered or generated by Veracity "in the course of work done at the behest of counsel for Guinea in the course of a governmental investigation" based on your understanding of DLA Piper's position on these matters.

In addition, we have reviewed Veracity's November 6 production of documents, and note that even considering your objections, the production does not contain documents that would be non-privileged even were your assertions of privilege valid.

This letter shall not operate to waive any objection or to indicate acceptance of any limitation contained in your responses not addressed below. Plaintiffs reserve all their rights. Unless these issues are resolved, we intend to raise them at the next status conference before Magistrate Judge Peck, scheduled for November 27, 2017 at 2 pm, and we intend that this letter serve as notice of such.

1.   Sovereign Immunity and/or Law Enforcement Privileges

Assuming Veracity can demonstrate that it was retained by DLA Piper in connection with Guinea, we fail to see the basis for any sovereign immunity or law enforcement privilege Veracity purports to claim through DLA Piper. As we set forth in detail in sections A-C of our attached letter to DLA Piper, those privileges and immunities have no application in this context. Moreover, even if DLA Piper could somehow benefit from those governmental privileges – they cannot – we have found no authority extending such privileges to a party in Veracity's position. Veracity was at best a sub-contractor, far too attenuated from the sovereign to claim the benefit of any such privilege, even if Veracity could meet the other requirements of the privileges, which it cannot.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY⁺
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

* OPERATES AS
  GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS A
  SEPARATE UK REGISTERED LEGAL ENTITY
* OPERATES AS
  GREENBERG TRAURIG, S.C.
⁺ STRATEGIC ALLIANCE
∞ OPERATES AS
  GREENBERG TRAURIG LLP
  FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
  GREENBERG TRAURIG, P.A.,
  FLORIDA, USA
¤ OPERATES AS
  GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP.K.

November 17, 2017
Page 2

    2.   <u>Deficiencies in Veracity's Document Production</u>

As a threshold matter, we have not been able to locate within Veracity's production a copy of Veracity's engagement letter(s) with Guinea, DLA Piper or anyone else related to this matter. Please produce copies immediately or direct us to where they have been produced.

Veracity held back its document production until November 6, based on Defendants' objection to the scope of the Protective Order entered by Judge Peck on August 24.  Although given this additional time to gather and prepare responsive documents for production, Veracity's production does not appear to contain documents responsive to the following requests, which do not directly implicate the sovereign immunity or investigative privileges discussed in our November 17, 2017 letter to DLA Piper (even if they applied, and to the extent not waived):

- Documents and Communications concerning (i) mining in Guinea and George Soros or OSF; or (ii) Your Communications with George Soros or OSF concerning the same, including all Documents and Communications sufficient to show the basis for George Soros and Open Society Foundations' statement that You were not an "'agent[] of Soros'" during the Relevant Period (Req. 1);

- All Documents and Communications that concern Your work for Soros or OSF concerning mining in Guinea (Req. 6);

- Documents and Communications sufficient to show Your prior or simultaneous engagements performed for, in conjunction with, on behalf of, or paid for by DLA, Scott Horton, Soros or OSF (Req. 8);

- Documents and Communications sufficient to show Your engagements concerning Guinea, including the dates thereof (Req. 9);

- All Documents and Communications with George Soros or OSF concerning (i) BSGR; (ii) Beny Steinmetz; or (iii) mining in Guinea (Req. 11);

- Documents and Communications sufficient to identify any firms or individuals You or Veracity Worldwide have engaged to assist in any investigation of BSGR or Steinmetz (Req. 19);

- All Documents and Communications concerning funding, payments, reimbursement or other financial assistance or items of value You or Veracity Worldwide has received or been promised concerning legal costs and fees in connection with Your or Veracity Worldwide's investigations concerning the Republic of Guinea, including any funding, payment, reimbursement or other financial assistance or item of value that You, Veracity Worldwide or the Republic of Guinea have received or been promised, directly or indirectly, from (i) George Soros; (ii) Open Society Foundations; (iii) OSF; (iv) ALSF; or (v) International Senior Lawyering Project (Req. 29).

November 17, 2017
Page 3


Finally, we have not received your responses regarding the subpoena to Steven Fox.  Please provide them as soon as possible.


Very truly yours,


*Anne C. Reddy*