# WILLKIE FARR & GALLAGHER LLP

1875 K St., N.W.
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

**VIA ECF**

November 22, 2017

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOC[ument]
EL[ectronically filed]
DO[c #]
DAT[e fil]ED: 11/22/17

Re: *BSG Resources (Guinea) Limited, et al. v. Soros, et al.*, No. 1:17-cv-02726 (JFK) (AJP)

Dear Judge Peck,

The parties to the above-referenced action have agreed to seek an adjournment of the status conference before the Court scheduled for November 27, 2017. The parties have met and conferred regarding various discovery issues and believe that some or all of these issues may be resolved with additional discussion. Accordingly, the parties respectfully request an adjournment of the November 27 court conference to the week of December 11, or a date otherwise suitable for the Court. This is the parties' fourth request for hearing adjournment on consent.

Respectfully,

Elizabeth J. Bower

cc: All Counsel of record via ECF

11/22/17
**MEMO ENDORSED**
Conf adjourned from 11/27 to 12/11/17 at 2 PM

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Copies sent, per Chambers, Judge Keenan

BY ECF