**WILLKIE FARR & GALLAGHER** LLP

1875 K St., N.W.<br>
Washington, DC 20006<br>
Tel: (202) 303-1000<br>
Fax: (202) 303-2000

December 1, 2017

**VIA ECF**

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *BSG Resources (Guinea) Limited, et al. v. Soros, et al.*, No. 1:17-cv-02726 (JFK) (AJP) (the "Action")

Dear Judge Peck:

We represent Defendants in the Action.  On Wednesday, November 29, 2017, Judge Keenan issued an order granting "Defendants' motion to stay this action pending the outcome of the Arbitration between Plaintiffs and Guinea" and directing the Clerk of Court to "stay this case."  (Dkt. No. 136 (attached hereto as Exhibit 1), at 14.)   Consistent with Judge Keenan's order, Defendants respectfully request that the Court enter an order adjourning all discovery deadlines in the Action and the status conference before the Court scheduled for December 11, 2017, with such dates to be reset after the stay ordered by Judge Keenan is lifted.  Plaintiffs believe the relief requested is inherent in Judge Keenan's order, and thus do not object to Defendants' request.

Respectfully submitted,

s/ Elizabeth J. Bower

Elizabeth J. Bower

Enclosure

cc:   Louis M. Solomon