# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.: (212) 805-0036

**Dated**: December 1, 2017                                      **Total Number of Pages**:

**MEMO ENDORSED:**

1.  Generally approved, subject to ¶ 2 below.

2.  Counsel shall address the issue of the outstanding letters rotatory. Because of the delay that always occurs with such, my inclination is to have them go forward. Counsel to advise re their views by 12/6/17.

Copies **by ECF** to: All Counsel
                     Judge Keenan

# WILLKIE FARR & GALLAGHER LLP

1875 K St., N.W.
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

December 1, 2017

**VIA ECF**

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-1-17

Re:   *BSG Resources (Guinea) Limited, et al. v. Soros, et al.*, No. 1:17-cv-02726 (JFK) (AJP) (the "Action")

Dear Judge Peck:

We represent Defendants in the Action. On Wednesday, November 29, 2017, Judge Keenan issued an order granting "Defendants' motion to stay this action pending the outcome of the Arbitration between Plaintiffs and Guinea" and directing the Clerk of Court to "stay this case." (Dkt. No. 136 (attached hereto as Exhibit 1), at 14.) Consistent with Judge Keenan's order, Defendants respectfully request that the Court enter an order adjourning all discovery deadlines in the Action and the status conference before the Court scheduled for December 11, 2017, with such dates to be reset after the stay ordered by Judge Keenan is lifted. Plaintiffs believe the relief requested is inherent in Judge Keenan's order, and thus do not object to Defendants' request.

Respectfully submitted,

s/ Elizabeth J. Bower

Elizabeth J. Bower

Enclosure

cc:   Louis M. Solomon

**MEMO ENDORSED** 12/1/17

1. Generally approved, subject to #2 below.
2. Counsel should address the issue of the outstanding letter rogatory — because the delay that always occurs with such, my inclination is to have them go forward. Counsel to advise of their views by 12/6/17.

SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge

Copies by ECF to all Counsel

NEW YORK   WASHINGTON   PARIS   LONDON   MILAN   ROME   FRANKFURT   BRUSSELS
in alliance with Dickson Minto W.S., London and Edinburgh