

Louis M. Solomon
Tel 212.801.6500
Fax 212.801.6400
lsolomon@gtlaw.com

December 6, 2017

Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Court House
500 Pearl St.
New York, NY 10007-1312

Re:  *BSGR v. Soros, et al.*, Civil Action No. 1:17-cv-02726 (JFK) (AJP)

Dear Judge Peck:

We write pursuant to Your Honor's December 1, 2017 order concerning the stay of discovery and its effect on Letters Rogatory.  In principle, we fully agree with Your Honor's view that the delay inherent in the Letters Rogatory process warrants allowing discovery to proceed notwithstanding a stay on other discovery.  We believe that Your Honor's approach is consistent with other cases facing similar issues.  *See, e.g.*, *Spread Spectrum Screening LLC v. Eastman Kodak Co.*, 277 F.R.D. 84, 85 (W.D.N.Y. 2011) ("because the process of securing the letters rogatory can be lengthy, [Plaintiff] should be permitted to apply for the issuance of the letters rogatory during the pendency of the stay").

At the same time, we are concerned that freezing in time the process of seeking international discovery would create a terribly lopsided process that would prejudice plaintiffs here.  To take a couple of examples, the parties were in the process of trying to work through a fair method of getting discovery from Vale in Brazil.  That process was not completed when the Court's stay order was issued.  As another example, when the stay order issued, plaintiffs had submitted drafts of letters rogatory to counsel for defendants, pursuant to Your Honor's suggestion of cooperation.  We were mid-process, and as a result the letters had not been submitted to Your Honor for approval.

We request that Your Honor build on the sensible approach identified by Your Honor in the December 1 order and direct that the parties, within 10-14 days, present an agreed list of the third party discovery that should proceed, with any disagreements then quickly able to be resolved by Your Honor.

Respectfully,

Louis M. Solomon
cc: all Counsel of Record (via ECF)

*NY 246981971v3*

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
  GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS A
  SEPARATE UK REGISTERED LEGAL ENTITY
+ OPERATES AS
  GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
~ OPERATES AS
  GREENBERG TRAURIG LLP
  FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
  GREENBERG TRAURIG, P.A.,
  FLORIDA, USA
¤ OPERATES AS
  GT TOKYO HORITSU JIMUSHO
∞ OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
200 Park Avenue, New York, New York 10166 ■ Tel: 212.801.9200 ■ Fax 212.801.6400