# EXHIBIT A

| | |
|---|---|
| **From:** | Solomon, Louis M. <LSolomon@reedsmith.com> |
| **Sent:** | Thursday, March 29, 2018 12:18 PM |
| **To:** | Bower, Elizabeth; Baio, Joseph; Fitzmaurice, James; Dunn, Elizabeth |
| **Cc:** | Savitt, Nancy L.; Lazaroff, Michael S. |
| **Subject:** | BSGR v. Soros |

Counsel, we are advised that the Soros letters rogatory to BVI re Pentler is still in process. That would not seem to be in compliance with the stay. At a minimum it would seem that if you are not taking any steps to stop the process you should be seeking guidance from the Court.

Regards in this holiday season.

**Louis M. Solomon** (bio)
Direct Tel.: +1.212.549.0400
E-Mail: Lsolomon@reedsmith.com
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01