# EXHIBIT B

# WILLKIE FARR & GALLAGHER LLP

JOSEPH T. BAIO
212 728 8203
jbaio@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

April 4, 2018

**VIA EMAIL AND PRIORITY MAIL**

Supreme Court Registry
Registrar of the Supreme Court
No. 84 Main Street
P.O. Box 418
Road Town, Tortola
British Virgin Islands VG1110

RE: Letter of Request for International Judicial Assistance Pursuant to the Hague Convention in *BSG Resources (Guinea) Limited et al. v. George Soros et al.*, Case No. 1:17-cv-02726 (S.D.N.Y.)

To Whom It May Concern:

We represent George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund, Defendants in the above-referenced matter, a civil litigation pending in the United States District Court for the Southern District of New York (the "Action"). We write regarding the Letter Rogatory sent to the Registrar of the Supreme Court (the "Registrar") on or around November 21, 2017, which seeks the production of documents relevant to the Action from Pentler Holdings Ltd. (the "Pentler Letter Rogatory").

On November 29, 2017, Judge John F. Keenan issued an order staying the Action, including all discovery in the Action, pending the resolution of a related international arbitration. On December 7, 2017, Magistrate Judge Andrew J. Peck ordered that the Pentler Letter Rogatory would proceed in spite of the stay. On December 21, 2017, Defendants filed an objection to Magistrate Judge Peck's order, which asked Judge Keenan to overrule Magistrate Judge Peck and order that the Pentler Letter Rogatory would not proceed during the stay (the "Objection"). As of the date of this letter, the Objection remains pending. In light of the stay and Defendants' Objection, Defendants respectfully advise the Registrar that Defendants do not intend to pursue enforcement of the Pentler Letter Rogatory until further notice.

Your cooperation and assistance with respect to this matter is greatly appreciated. If you have any questions or concerns about this request, please contact me at (212) 728-8203 or jbaio@willkie.com.

Respectfully submitted,

s/ Joseph T. Baio

Joseph T. Baio

cc: All counsel of record