# EXHIBIT 2

```
In the matter of an arbitration
under the Rules of Arbitration of
the International Centre for
Settlement of Investment Disputes

Case No. ARB/14/22
                                ICC Hearing Centre
                                112, avenue Kléber
                                Paris, 75016
                                France

Day 1                           Monday, 26th March 2018
Hearing on Forensic Expert Evidence
                     Before:
          PROFESSOR GABRIELLE KAUFMANN-KOHLER
           PROFESSOR ALBERT JAN VAN DEN BERG
                PROFESSOR PIERRE MAYER
_____

             (1) BSG RESOURCES LIMITED
          (2) BSG RESOURCES (GUINEA) LIMITED
           (3) BSG RESOURCES (GUINEA) SÀRL
                                          Claimants
                        -v-

                 THE REPUBLIC OF GUINEA
                                          Respondent
_____

JAMES LIBSON, KAREL DAELE, KATY COLTON, JENNY HINDLEY and
MOHAMMED NAZEER, of Mishcon de Reya LLP, and DAVID BARNETT,
of Barnea & Co, appeared on behalf of the Claimants.

MICHAEL OSTROVE, SCOTT HORTON and THÉOBALD NAUD, of
DLA Piper, and LAURENT JAEGER, YANN SCHNELLER and AGNÈS
BIZARD, of Orrick, appeared on behalf of the Respondent.
_____
Secretary to the Tribunal: BENJAMIN GAREL
Assistant to the Tribunal: MAGNUS JESKO LANGER
_____
            Transcript produced by Trevor McGowan
               Georgina Vaughn and Lisa Gulland
                    www.thecourtreporter.eu
```

Case 1:17-cv-02726-JFK-OTW   Document 148-2   Filed 06/15/18   Page 3 of 6

BSG Resources Limited, BSG Resources (Guinea) Limited and BSG Resources (Guinea) SARL v Republic of Guinea
Day 1 -- Hearing on Forensic Expert Evidence      ICSID Case No ARB/14/22                Monday, 26th March 2018

ALSO APPEARING

FOR CLAIMANTS

MALCOLM COHEN  co-administrator of BSGR
ROBERT RADLEY, Radley Forensic Document Laboratory

FOR RESPONDENT

ANDREA LAPUNZINA VERONELLI, DLA Piper
CLÉMENTINE EMERY, DLA Piper
RACHEL GANEM, DLA Piper
MARIE CHEREAU, Orrick
LUCILLE COULON, Orrick

COURT REPORTER

SIMONE BARDOT, French court reporter

INTERPRETERS

SARAH ROSSI, French-English interpreter
CHRISTINE VICTORIN, French-English interpreter
CHANTAL BRET, French-English interpreter

_____

Case 1:17-cv-02726-JFK-OTW   Document 148-2   Filed 06/15/18   Page 4 of 6
BSG Resources Limited, BSG Resources (Guinea) Limited and BSG Resources (Guinea) SARL v Republic of Guinea
Day 1 -- Hearing on Forensic Expert Evidence     ICSID Case No ARB/14/22            Monday, 26th March 2018

```
    Claimants' application to defer the ..................2
            hearing

        Submissions by Mr Libson ......................3

        Submissions by Mr Ostrove ....................15

        Ruling .......................................24

        Questions from the parties ...................26

        Ruling .......................................29

        Further questions from the parties ...........30

    MR GERALD LAPORTE (called) ...........................31

    MR TODD WELCH (called) ...............................31

        Presentation by Mr LaPorte and Mr Welch ......35

                By Mr LaPorte ........................35

                Tribunal questions ...................40

                Tribunal questions ...................56

                By Mr Welch ..........................64

                Tribunal questions ...................73

                Tribunal questions ...................75

                Tribunal questions ...................80

        Examination on behalf of Claimants ...........87

                By Mr Daele ..........................87

                Tribunal questions ...................91

                Tribunal questions ...................97

                By Mr Libson ........................113

                By Mr Daele .........................160

        Examination on behalf of Respondent ........168
```

Case 1:17-cv-02726-JFK-OTW   Document 148-2   Filed 06/15/18   Page 5 of 6
BSG Resources Limited, BSG Resources (Guinea) Limited and BSG Resources (Guinea) SARL v Republic of Guinea
Day 1 -- Hearing on Forensic Expert Evidence    ICSID Case No ARB/14/22    Monday, 26th March 2018

```
            By Mr Ostrove .......................168
            By Mr Jaeger ........................172
            By Mr Ostrove .......................174
            Tribunal questions ..................176
            Tribunal questions ..................179
            Tribunal questions ..................184
            Tribunal questions ..................189
            Tribunal questions ..................193
    Questions from THE TRIBUNAL .................223
    Further examination on behalf of Claimants ..250
            By Mr Libson ........................250
            By Mr Daele .........................257
            Tribunal questions ..................262
Discussion re procedural matters ................271
```

Case 1:17-cv-02726-JFK-OTW   Document 148-2   Filed 06/15/18   Page 6 of 6
BSG Resources Limited, BSG Resources (Guinea) Limited and BSG Resources (Guinea) SARL v Republic of Guinea
Day 1 -- Hearing on Forensic Expert Evidence    ICSID Case No ARB/14/22    Monday, 26th March 2018

### Page 29

11:09
1 for their presentation. I think that it would be almost
2 impossible for them to make this presentation if they
3 cannot refer back to their slides, because to answer the
4 criticisms of BSGR, without prejudging what they are
5 going to say, I imagine they will need to refer back to
6 the demonstrative exhibit. If they simply repeat what
7 they said initially, without answering the questions
8 regarding the differences or variations that were
9 identified, which is really the main topic of their
10 presentation -- there is some visual support, visual
11 material, in their slides. But if their presentation is
12 much shorter, we would like then to have more time to be
13 able to ask them some questions, so that we can have
14 some explanations in their answers to the comments made
15 by the Claimants.
16     (Pause to resolve a technical problem)
17 THE PRESIDENT: Let's try, and hope that the microphones
18     will work.
19     In answer to the Respondent's points, the ruling is
20     that the Tribunal experts should present their report as
21     they have drafted it, the methods they used,
22     conclusions, without reference to the critique by the
23     Claimants; and that can then be addressed, if deemed
24     appropriate, in questions. And if more time is needed,
25     then we will allow more time, as long as we keep within

### Page 30

11:14
1 reasonable bounds and can complete our programme by
2 tomorrow night.
3     Is this clear, so we have no misunderstandings about
4 what we are doing here? On the Respondent's side?
5 MR OSTROVE: (Interpreted) I'm not going to express our
6 position on this decision right now, because I think we
7 might have a problem regarding due process, as there is
8 a submission of the Tribunal experts, in their
9 presentation they won't be able to answer the
10 criticisms, they have to review the whole report,
11 whereas really the point today was to hear their answers
12 to these criticisms.
13     Something else I had forgotten when we had these
14 problems with the microphones actually: the experts'
15 slides, are they going to be part of the file? And
16 I was wondering how we proceed. Usually, when there is
17 someone who hands slides to the material as support
18 material, I imagine it's not part of the proceedings,
19 it's simply submitted.
20     So I didn't understand the decision of the Tribunal
21 regarding the status of these slides, as they were
22 referenced to by the Tribunal experts. I understand if
23 there are some slides for which there is no reference,
24 it's not part of the file. But if they refer back to
25 slide 5, is it included only for the demonstrative

### Page 31

11:16
1 exhibit, or will the Tribunal and the parties have the
2 right to refer back to these elements?
3 THE PRESIDENT: (Interpreted) The decision of the Tribunal
4 was that the PDF is not part of the record; that the
5 PowerPoint presentations as such, and for the time
6 being, are not part of the record. If one expert in
7 answer to a question refers to a slide, he can do so,
8 and then that slide is in the record.
9 MR OSTROVE: (Interpreted) Thank you, Madam President.
10 THE PRESIDENT: (In English) The experts said that they
11 needed some time, because now they are actually asked to
12 do something they had not prepared for. So when will
13 they be ready?
14 MR GAREL: I will check. (Pause)
15 THE PRESIDENT: The experts say that they will be ready in
16 five minutes. So we have a five-minute break.
17 (11.18 am)
18     (A short break)
19 (11.25 am)
20     MR GERALD LAPORTE (called)
21     MR TODD WELCH (called)
22 THE PRESIDENT: Good morning, gentlemen.
23 MR WELCH: Good morning.
24 MR LAPORTE: Good morning.
25 THE PRESIDENT: It's nice to meet you. We are sorry we kept

### Page 32

11:28
1 you waiting so long before we could start hearing you.
2     For the record, Mr Welch, can you please confirm
3 that you are Todd Welch?
4 MR WELCH: Yes, I can.
5 THE PRESIDENT: You are a forensic document examiner?
6 MR WELCH: Yes, I am.
7 THE PRESIDENT: Mr LaPorte, you can confirm that you are
8 Gerald LaPorte?
9 MR LAPORTE: I confirm that I am Gerald LaPorte.
10 THE PRESIDENT: You are a forensic chemist, a document
11 dating expert?
12 MR LAPORTE: Yes, madam.
13 THE PRESIDENT: And you are both with the firm Riley Welch
14 LaPorte; is that right?
15 MR WELCH: That's correct.
16 MR LAPORTE: Yes.
17 THE PRESIDENT: So on the request of the Tribunal, you have
18 established a report that you have submitted to us,
19 dated 12th February 2018?
20 MR LAPORTE: Correct.
21 THE PRESIDENT: Who wants to take the lead when I ask
22 questions that are directed to both? It might be easier
23 that just one of you responds.
24 MR LAPORTE: I'll take the lead.
25 THE PRESIDENT: Good. You are acting, and have acted so