```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
BSG RESOURCES (GUINEA)            :
LIMITED, BSG RESOURCES            :
(GUINEA) SÀRL, and BSG            :
RESOURCES LIMITED,                :
                                  :
                Plaintiffs,       :
     -against-                    :
                                  :
GEORGE SOROS, OPEN SOCIETY        :
FOUNDATIONS, OPEN SOCIETY         :      No. 17 Civ. 2726 (JFK)
INSTITUTE, FOUNDATION TO          :              ORDER
PROMOTE OPEN SOCIETY, OPEN        :
SOCIETY FOUNDATION, INC.,         :
ALLIANCE FOR OPEN SOCIETY         :
INTERNATIONAL, INC., OPEN         :
SOCIETY POLICY CENTER, and        :
OPEN SOCIETY FUND,                :
                                  :
                Defendants.       :
-------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-18

**JOHN F. KEENAN, United States District Judge:**

    This Order addresses Plaintiffs' request for a modification of the stay in this action to permit Plaintiffs to (1) notice discovery in the United States and abroad, and (2) depose Defendant George Soros. On November 29, 2017, the Court stayed this action pending the outcome of the ICSID Arbitration (the "Arbitration") between Plaintiffs and Guinea because "the determination of key issues in the Arbitration . . . will have some bearing" on all of Plaintiffs' claims here, and the Arbitration is substantially farther along than this action. (ECF No. 136.) The Court asked the parties to apprise the Court of the status of the Arbitration by June 15, 2018. On June 15,

2018, Plaintiffs informed the Court that "there is still no decision in the Arbitration," and requested that the Court modify the stay or, in the alternative, lift the stay as of September 30, 2018 unless the ICSID tribunal renders a decision before that date. (ECF No. 147.)  In response, Defendants contend that the stay should remain in place because the Arbitration is "rapidly nearing completion" and the parties to the Arbitration will complete post-hearing briefing on July 2, 2018. (ECF No. 148.)  Defendants also argue that allowing Plaintiffs to depose Mr. Soros would run afoul of the Court's July 7, 2017 Order which held that "no depositions in this action shall proceed until the later of the Court's decision on Defendants' motion to dismiss or request for a stay." (ECF No. 30.)

The Court finds that because the Arbitration is proceeding towards a resolution, and in light of Defendants' pending motion to dismiss, judicial economy weighs in favor of the continuation of the stay until October 15, 2018.  The parties are directed to appear at a status conference on October 16, 2018 at 11:00 A.M. in Courtroom 20C.

**SO ORDERED.**

Dated:   New York, New York
         June 18, 2018

John F. Keenan
United States District Judge