USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-4-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BSG Resources

-V-

George Soros.

------------------------------------X

# 17cv 2726   (JFK)

The conference in this case is adjourned from  October 16, 2018 to November 19 2018 at 11:00 am in Courtroom 20-C

SO ORDERED.

Dated: New York, New York
10-4-18

*John F. Keenan*
JOHN F. KEENAN
United States District Judge