# EXHIBIT 1

```
In the matter of an arbitration
under the Rules of Arbitration of
the International Centre for
Settlement of Investment Disputes

Case No. ARB/14/22
                                ICC Hearing Centre
                                112, avenue Kléber
                                Paris, 75016
                                France

Day 2                           Tuesday, 27th March 2018
Hearing on Forensic Expert Evidence
                      Before:
           PROFESSOR GABRIELLE KAUFMANN-KOHLER
            PROFESSOR ALBERT JAN VAN DEN BERG
                PROFESSOR PIERRE MAYER
```
_____

```
              (1) BSG RESOURCES LIMITED
          (2) BSG RESOURCES (GUINEA) LIMITED
            (3) BSG RESOURCES (GUINEA) SÀRL
                                              Claimants
                           -v-

                  THE REPUBLIC OF GUINEA
                                              Respondent
```
_____

JAMES LIBSON, KAREL DAELE, KATY COLTON, JENNY HINDLEY and MOHAMMED NAZEER, of Mishcon de Reya LLP, and DAVID BARNETT, of Barnea & Co, appeared on behalf of the Claimants.

MICHAEL OSTROVE, SCOTT HORTON and THÉOBALD NAUD, of DLA Piper, and LAURENT JAEGER, YANN SCHNELLER and AGNÈS BIZARD, of Orrick, appeared on behalf of the Respondent.

_____
Secretary to the Tribunal: BENJAMIN GAREL
Assistant to the Tribunal: MAGNUS JESKO LANGER
_____
Transcript produced by Trevor McGowan
Georgina Vaughn and Lisa Gulland
www.thecourtreporter.eu

Case 1:17-cv-02726-JFK-OTW   Document 151-1   Filed 11/16/18   Page 3 of 4

BSG Resources Limited, BSG Resources (Guinea) Limited and BSG Resources (Guinea) SARL v Republic of Guinea
Day 2 -- Hearing on Forensic Expert Evidence     ICSID Case No ARB/14/22     Tuesday, 27th March 2018

ALSO APPEARING

FOR CLAIMANTS

STEPHEN PETERS, BDO
ROBERT RADLEY, Radley Forensic Document Laboratory

FOR RESPONDENT

ANDREA LAPUNZINA VERONELLI, DLA Piper
CLÉMENTINE EMERY, DLA Piper
RACHEL GANEM, DLA Piper
MARIE CHEREAU, Orrick
LUCILLE COULON, Orrick

COURT REPORTER

SIMONE BARDOT, French court reporter

INTERPRETERS

SARAH ROSSI, French-English interpreter
CHRISTINE VICTORIN, French-English interpreter
CHANTAL BRET, French-English interpreter

Case 1:17-cv-02726-JFK-OTW Document 151-1 Filed 11/16/18 Page 4 of 4

BSG Resources Limited, BSG Resources (Guinea) Limited and BSG Resources (Guinea) SARL v Republic of Guinea
Day 2 -- Hearing on Forensic Expert Evidence    ICSID Case No ARB/14/22    Tuesday, 27th March 2018

18:32
1    case it may be that BSGR or the administrators want to
2    make submissions to this Tribunal about whether or not
3    it has the authority to do that. Or it may be that we
4    ourselves decide, after looking at it, that we have to
5    make an application to the Guernsey courts, in which
6    case we'll do that, as necessary. So I'd hate to
7    prejudge that before we've taken counsel.
8    THE PRESIDENT: I think the best way of doing this is you
9    make your submission on 17th April, and the Tribunal
10    then decides whether it needs to hear you, or whatever
11    the appropriate action is.
12    MR LIBSON: That's agreed, thank you.
13    THE PRESIDENT: There was a question about the type of cost
14    submissions. I think the Tribunal could be satisfied
15    with a statement of the costs incurred by category,
16    without detailing every invoice, which is very tedious
17    and not necessarily helpful. We don't need the
18    supporting documentation.
19    But then the other side could have a brief time to
20    comment. In case one party thinks that the other's
21    costs on this item are unreasonable or so, they could
22    then raise this and we would take it into consideration.
23    And that would be a deadline that would follow the
24    2nd July second round.
25    How much time would you like then? End of July

Page 245

18:34
1    or ...? (Pause)
2    MR OSTROVE: Unless the Tribunal thought that it might be
3    able to issue an award within a month or two of the
4    final post-hearing brief, then even if we wanted to
5    submit the cost submission in September, that would
6    be --
7    THE PRESIDENT: You could do so, absolutely.
8    MR OSTROVE: Of course, if you thought you would get your
9    award out in August, that would be fine with us as well,
10    in which case we would accelerate our cost submission.
11    We're entirely in your hands, Madam President.
12    THE PRESIDENT: I know that this case has been pending for
13    a long time, and the Tribunal will endeavour to be
14    diligent and render an award as soon as possible. It is
15    true that the matters are complex, and there are many
16    issues and there's a lot of materials, and we also need
17    to do a serious job and not just give rough justice.
18    So you have to take all this together, and it means
19    that we can allow you to file your cost submissions in
20    September if that is preferable.
21    MR DAELE: Yes, I think so. I think we will be able, maybe
22    just the parties among themselves, to maybe agree on
23    maybe a deadline somewhere in September. I think we
24    will manage to sort something out.
25    THE PRESIDENT: You will do this, I'm sure.

Page 246

18:36
1    MR OSTROVE: There is a narrow scope of issues on which we
2    are able to agree!
3    THE PRESIDENT: Can I suggest 14th September? Then it's
4    done, and I incorporate it in the order. It's a Friday.
5    The 21st? The 14th?
6    MR DAELE: Yes, the 14th is fine.
7    THE PRESIDENT: The 14th is fine.
8    The transcript corrections: you will agree as soon
9    as you get them. You get the transcripts and the audio;
10    there is audio as well, right? And then should we set
11    a time, in case there is disagreement on anything, for
12    you to raise it? Or do you want to agree among counsel?
13    MR DAELE: I would say maybe somewhere in the end of next
14    week or something. We need to review, and it's Easter
15    and some of us will be away.
16    THE PRESIDENT: Yes.
17    MR DAELE: So maybe by next week, Friday or something.
18    THE PRESIDENT: That is fine. That is 6th April.
19    MR OSTROVE: That's fine with us again, assuming that we do
20    like we did last time, which is: in this hearing, most
21    of the testimony and pleadings and discussions were in
22    English, so we won't correct the French translations;
23    but the parts that were done in French, we won't correct
24    the English translations. Which is what we did last
25    time, where only the actual language spoken fait foi.

Page 247

18:38
1    THE PRESIDENT: Yes. It should be easier, and it's much
2    shorter as well.
3    Fine. That is all on my list. Is there anything
4    that I forgot? No.
5    Please make sure that all the different
6    presentations and materials that you have used during
7    the hearing are transmitted by electronic mail or
8    uploaded on Box, because I'm not sure everything was
9    done electronically.
10    Nothing further? No. Anything on the Claimants'
11    side?
12    MR DAELE: No, except that I would like to thank the
13    Tribunal and all the experts and the people for the
14    translation, and obviously counsel on the other side;
15    and also Mr Garel for installing the green light that
16    I've been looking at, but that we haven't used. So
17    thanks, everyone.
18    MR GAREL: On that topic, I'm going to talk off the record
19    about that portion. There were two instances.
20    THE PRESIDENT: Anything further on Respondent's side?
21    MR OSTROVE: Nothing from our side, other than likewise to
22    thank all the members of the Tribunal, the experts,
23    opposing counsel, interpreters and court reporters.
24    Thank you very much.
25    THE PRESIDENT: So it remains for me to reciprocate the

Page 248