UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BSG Resources

-V-

George Soros

#17cv2726 (JFK)

------------------------------------X

The conference in this case is adjourned from July 11, 2019 to July 18, 2019 at 11 a.m. in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-19

SO ORDERED.

Dated: New York, New York

5-15-19

_John F. Keenan_
JOHN F. KEENAN
United States District Judge