


**ReedSmith**

Louis M. Solomon
Direct Phone: +1 212 549 0400
Email: Lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-19

June 20, 2019

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007-1312

BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and
BSG Resources Limited (in administration) v. Soros, et al.,
Civil Action No. 1:17-cv-02726

Dear Judge Keenan:

We respectfully write as counsel to Plaintiffs in the above-referenced action. We write with the consent of Defendants' counsel to request an adjournment of the conference in this matter currently scheduled for July 18, 2019. The reason for the request is two-fold. First, I have a pre-existing commitment on that date, which I would endeavor to move were it not for the second reason. Second, since we were before Your Honor last, two related litigations involving the Plaintiff BSG Resources Limited, including a Chapter 15 litigation, have been commenced in this Court (before Hon. Broderick and, in the Bankruptcy Court, Hon. Lane). Those proceedings could have a material bearing on whether and how this case proceeds with respect to Plaintiff BSG Resources Limited (including which counsel will be representing that Plaintiff). I'm advised that in the next 60-90 days there might be enough of a resolution of those matters to clarify BSG Resource Limited's role (and that of its counsel). Accordingly, we request an adjournment until September (or if not convenient then November) for the conference.

The parties make one further request. So that the parties can inform the Court in advance of the next scheduled conference, we jointly ask that Defendants' letter be submitted two weeks before such conference and Plaintiffs' letter be submitted one week before such conference.

We thank Your Honor for your consideration of this matter.

Hon. John F. Keenan
June 20, 2019
Page 2

Respectfully,

*[signature]*

Louis M. Solomon

cc: Counsel of Record (via ECF)

```
Both parties consenting, it is hereby ORDERED that the July 18 conference
be adjourned to September 10, 2019.  It is FURTHER ORDERED that the
Defendants file an update letter with the Court by August 27, 2019 and
that Plaintiffs file an update letter by September 3, 2019.

SO ORDERED.
Dated: New York, New York
       June 20, 2019
```

                                          _____
                                          John F. Keenan
                                          United States District Judge