

Louis M. Solomon
Direct Phone: +1 212 549 0400
Email: Lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

August 23, 2019

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007-1312

>BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and
>BSG Resources Limited (in administration) v. Soros, et al.,
>Civil Action No. 1:17-cv-02726

Dear Judge Keenan:

We are counsel to Plaintiffs in the above-referenced action. We respectfully write jointly with Defendants' counsel to request an adjournment of the conference in this matter currently scheduled for September 10, 2019, to a date in December at the Court's convenience. The parties are submitting a stipulation to that effect together herewith.

The conference has been adjourned once before (*see* Dkt. 154), as Plaintiffs believed there would by September be enough of a resolution of related proceedings involving Plaintiff BSG Resources Limited. To date, such clarification has not been obtained. Moreover, the parties are hopeful that, by December, there might be information regarding the ICSID proceedings, which currently remain stayed pending settlement discussions at the request of the parties thereto. We are advised that the ICSID settlement might be finalized by December.

On behalf of all parties, we thank Your Honor for your consideration of this matter.

Respectfully,

Louis M. Solomon

cc: Counsel of Record (via ECF)