UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited, <br><br> Plaintiffs, <br><br> -against- <br><br> George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund, <br><br> Defendants. | Civil Action No. 1:17-cv-02726-JFK |

## STIPULATION AND (PROPOSED) ORDER

Plaintiffs BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited, and Defendants George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund (collectively, "the parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The stay of proceedings originally entered by the Court on or about November 29, 2017 (see Dkt. 136 at 1-2, 12) shall be continued until the parties meet with this Court in December 2019.

2. The conference scheduled in this matter for September 10, 2019 shall be adjourned to a date in December, 2019, at the Court's convenience. Two weeks prior to such

NY 246609597v4

conference date, Defendants shall file an update letter with the Court; Plaintiffs shall file an update letter one week prior to the conference date.

| | |
|---|---|
| Dated:  August 23, 2019 | Respectfully submitted, |

/s/      Louis M. Solomon              
REED SMITH LLP  
Louis M. Solomon  
599 Lexington Avenue  
New York, New York 10022  
(212) 549-0400  
*Attorneys for Plaintiffs BSG Resources (Guinea) Limited,  BSG Resources (Guinea) Sàrl and BSG Resources Limited*

    /s/  Benjamin P. McCallen           
WILLKIE FARR & GALLAGHER LLP  
Benjamin P. McCallen  
James E. Fitzmaurice  
787 Seventh Avenue  
New York, New York 10019  
(212) 728-8000  
*Attorneys for Defendants George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund*

SO ORDERED

_____  
Hon. John F. Keenan