**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited,<br><br>    Plaintiffs,<br><br>  -against-<br><br>George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund,<br><br>    Defendants. | Civil Action No. 1:17-cv-02726-JFK<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8-26-19 |

## STIPULATION AND (PROPOSED) ORDER

Plaintiffs BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited, and Defendants George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund (collectively, "the parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The stay of proceedings originally entered by the Court on or about November 29, 2017 (see Dkt. 136 at 1-2, 12) shall be continued until the parties meet with this Court on December 10, 2019.

2. The conference scheduled in this matter for September 10, 2019 shall be adjourned to December 10, 2019. Two weeks prior to that date, Defendants shall file a status updated letter with the Court; Plaintiffs shall file an updated letter one week prior.

letter with the Court; Plaintiffs shall file an update letter one week prior to the conference date.

SO ORDERED.

Dated: New York, New York
August 26, 2019

Hon. John F. Keenan
United States District Judge