

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited, | Civil Action No. 1:17-cv-02726-JFK |
| Plaintiffs, | |
| -against- | |
| George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund, | |
| Defendants. | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-26-19

## STIPULATION AND ~~[PROPOSED]~~ ORDER

Plaintiffs BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited, and Defendants George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund (collectively, "the parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The stay of proceedings originally entered by the Court on or about November 29, 2017 (see Dkt. 136 at 1-2, 12) shall be continued until the parties meet with this Court in March 2020.

2. The conference scheduled in this matter for December 10, 2019 shall be adjourned to a date in March 2020, at the Court's convenience. Two weeks prior to such

conference date, Defendants shall file a stats update letter with the Court; Plaintiffs shall file an update letter one week prior to the conference date.

Dated: November 25, 2019                                                Respectfully submitted,

/s/     Louis M. Solomon                                      /s/  Benjamin P. McCallen
REED SMITH LLP                                                WILLKIE FARR & GALLAGHER LLP
Louis M. Solomon                                              Benjamin P. McCallen
599 Lexington Avenue                                          James E. Fitzmaurice
New York, New York 10022                                      787 Seventh Avenue
(212) 549-0400                                                New York, New York 10019
*Attorneys for Plaintiffs BSG Resources*                      (212) 728-8000
*(Guinea) Limited, BSG Resources*                             *Attorneys for Defendants George Soros, Open*
*(Guinea) Sàrl and BSG Resources*                             *Society Foundations, Open Society Institute,*
*Limited*                                                     *Foundation to Promote Open Society, Open*
                                                              *Society Foundation, Inc., Alliance for Open*
                                                              *Society International, Inc., Open Society Policy*
                                                              *Center, and Open Society Fund*

```
Both parties consenting, Plaintiffs' request to adjourn the
December 10, 2019 conference is GRANTED.  The next conference in
this action will be held on March 24 , 2020 at 11 a.m.

It is FURTHER ORDERED that the stay of proceedings remains in
effect and the parties shall comply with the provisions of the
above stipulation.

SO ORDERED.
Dated:  New York, New York
        November 26, 2019
                                            John F. Keenan
                                            United States District Judge
```

2