UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited,<br><br>Plaintiffs,<br><br>-against-<br><br>George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund,<br><br>Defendants. | Civil Action No. 1:17-cv-02726-JFK<br><br> |

## STIPULATION AND ~~[PROPOSED]~~ ORDER

Plaintiffs BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited, and Defendants George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund (collectively, "the parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The stay of proceedings originally entered by the Court on or about November 29, 2017 (see Dkt. 136 at 1-2, 12) shall be continued until the parties meet with this Court on or about July 28, 2020.

2. The conference scheduled in this matter for June 16, 2020 shall be adjourned to a time on or about July 28, 2020, at the Court's convenience. Two weeks prior to such conference

date, Defendants shall file an update letter with the Court; Plaintiffs shall file an update letter one week prior to the conference date.

Dated: May 27, 2020                                 Respectfully submitted,

| /s/ Louis M. Solomon | /s/ Benjamin P. McCallen |
|---|---|
| REED SMITH LLP | WILLKIE FARR & GALLAGHER LLP |
| Louis M. Solomon | Benjamin P. McCallen |
| 599 Lexington Avenue | James E. Fitzmaurice |
| New York, New York 10022 | 787 Seventh Avenue |
| (212) 549-0400 | New York, New York 10019 |
| *Attorneys for Plaintiffs BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl and BSG Resources Limited* | (212) 728-8000 |
| | *Attorneys for Defendants George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund* |

**MEMO ENDORSED**

```
The next conference will be held on July 28, 2020 at 11:15 a.m.
The conference will take place in Courtroom 20-C if the Daniel
Patrick Moynihan United States Courthouse has resumed public
hearings; it will occur via teleconference if not.  The Court will
enter an order in advance of the conference setting forth whether
it will be in-person or via teleconference.  This is the final
adjournment without counsel appearing before the Court.

SO ORDERED.

Dated:   New York, New York
         May 27, 2020
```

                                                    /s/ John F. Keenan
                                                    John F. Keenan
                                                    United States District Judge

2