# EXHIBIT 4

# CONFID E NTIEL
## Diplomatie & reseaux

## -DIPLOMATIQUE

### TURQUIE-TCHAD
**BIENTOT UN AEROPORT?**
Le dossier de la construction de l'aeroport de 0jermaya est en bonne voie. Lors de sa visite officielle en Turquie (26 au 28 fevrier), **Idriss Deby ttno** s'est entretenu avec **Fatih Bora,** le directeur general du groupe Summa, qui est sur les rangs. En janvier et en aout 2018, le president tchadien avait reçu u a N'Djamena **Envor Soyon,** le chef des operations de ce groupe turc present dans 7 pays d'Afrique (Congo, Guinee equatoriale, Libye, Niger, Rwanda, Senegal et e Swatini).

### BURUNDI
**SORTIE DEROUTE**
Ce 23 fevrier, **Christine-Nino Niyonsovye,** ambassadrice du Burundi en France depuis juillet 2017, a reçu une lettre de rappel a Bujumbura signee **d'Ezechiel Nibigiro,** son ministre des Affaires etrangeres. Selon plusieurs sources, son franc-parler aurait irrite plusieurs chancelleries occidentales, en particulier son intervention lors du sommet de la Francophonie, en octobre 2018, durant laquelle elle avait defendu des positions souverainistes.

### RUSSIE-AFRIQUE
**PREPARATIFS AU SOMMET**
**Vladimir Poutine** prepare le premier sommet Russie-Afrique, qui se tiendra en octobre a Sotchi. Le 25 fevrier, ii a nomme **Iouri Ouchokov,** son fidele conseiller diplomatique, a la tete de son comite d'organisation. La Fondation Roscongress sera chargee de la logistique. Son dirigeant, **Alexandre Stouglev,** fait partie du reseau des Petersbourgeosi, proches du president.

## AFFAIRE STEINMETZ
# Comment Sarl<ozy a reconcilie ses amis



Beny Steinmetz et Alpha Cond e, le 23 fevrier.

La mission de facilitation de **Nicolas Sarkozy** a Conakry a porte ses fruits *(JA n° 3033)*. En conflit depuis une decennie, ses amis **Alpha Conde** et **Beny Steinmetz** se sont entretenus en marge de sa visite du 21 fevrier, hors de sa presence. Steinmetz a non seulement renonce aux blocs 1 et 2 de la mine de fer de Simandou, mais il se serait egalement engage par ecrit a retirer ses plaintes contre **George Soros** et *Le Canard enchafne,* qu'il accusait d'avoir mene une campagne de desinformation contre lui. Selon nos informations, le diamantaire franco-israelien avait tente de rencontrer le chef de l'Etat guineen a deux reprises: lors du sommet de la Cedeao a Lome, en juillet 2018, puis lors du sommet de l'UA a Addls-Abeba, en fevrier demier. Le patron de BSGR s'etait rendu a ces deux evenements en vain, Conde ayant refuse de le recevoir.

Apres avoir discute avec ce dernier le 19 janvier lors de la ceremonie d'investiture d'**Andry Rajoelina** a Madagascar, !'ex-president fran ais a poursuivi les negociations. Il a organise a son domicile parisien des rencontres entre Steinmetz et des emissaires guineens. **Hamed Bakayoko,** le ministre ivoirien de la Defense, proche des deux parties, a egalement joue un role d'intermediaire, avec l'aval **d'Alassane Ouattara.!D**



# Freres sous haute surveillance

En deux vagues, debut et fin fevrier, la police marocaine a ferme une dizaine de locaux et d'appartements (notamment a Tanger, Casablanca, Feset Kenitra) servant de lieux de culte et de reunion a !'association islamiste Al Adl Wal Ihsane (Justice et Bienfaisance). Cette organisation illegale mais toleree, qui continue de proner l'instauration d'un califat via la *kaouma* («soulevement »), y multipliait les preches contre le « despotisme » et la « depravation ». Sous haute surveillance au Maroc, ou elle tente d'infiltrer systematiquement les mouvements sociaux et associatifs, !'association que dirige **Mohamed Abbadi** se developpe en Europe.

Selon des sources securitaires a Rabat, des cadres d'Al Adi au sein de la diaspora sont entres en contact, sous le couven d'associations educatives, avec le parti espagnol Podemos de **Pablo Iglesias,** avec l'universite islamique de Rotterdam, que dirige le recteur d'origine turque **Ahmet Akgilndiiz,** et meme avec !'entourage du president italien, **Sergio Mattarella.** Les services marocains observent egalement de pres les tentatives d'implantation au Senegal, au Mali, au Niger et au Nigeria de cette confrerie qui denie a **Mohammed VI** le titre de commandeur des croyants. w

SPOTLIGHT
CONFIDENTIAL
Diplomacy and network

## DIPLOMATIC BAG

### TURKEY-CHAD
**AN AIRPORT SOON?**

The dossier of the construction of the airport of Djermaya is well on its way. During his official visit to Turkey (February 26 or 28), **Idriss Déby Itno** spoke with **Fatih Bora**, the managing director of the Summa group, who was present. In January and in August of 2018, the Chadian president had received in N'Djamena **Envar Sayan**, the head of operations of this Turkish group that is present in 7 countries in Africa (Congo, Equatorial Guinea, Libya, Nigeria, Rwanda, Senegal and Eswatini).

### BURUNDI
**LEAVING THE ROAD**

This February 23, **Christine-Nina Niyonsavye**, ambassador of Burundi in France since July 2017, received a letter recalling her to Bujumbura signed by **Ézéchiel Nibigira**, their minister of Foreign Affairs. According to several sources, her outspokenness has irritated several western chancelleries, in particular her intervention during the Francophonie Summit, in October of 2018, during which she defended sovereigntist stances.

### RUSSIA-AFRICA
**PREPARATIONS FOR THE SUMMIT**

**Vladimir Poutine** is preparing the first Russia-Africa summit, which will take place on October in Sochi. On February 25, he appointed **Iouri Ouchakov**, his faithful diplomatic adviser, as head of the organization committee. The Roscongress Foundation will be in charge of the logistics. Their head, Alexandre Stouglev, is a part of the St. Petersburg network, close friends of the president.

### STEINMETZ AFFAIR
## How Sarkozy reconciled his friends



Beny Steinmetz and Alpha Condé, on February 23

**Nicolas Sarkozy's** facilitation mission in Conakry has borne fruit (JA no. 3033). In conflict for a decade, his friends **Alpha Condé** and **Beny Steinmetz** met at the time of his visit, without his presence. Steinmetz has not only renounced blocks 1 and 2 of the Simandou iron mine, but he has also committed, in writing, to remove his charges against **George Soros** and *Le Canard enchainé*, accusing him of having carried out a campaign of misinformation against him. According to our information, the Israelite diamond dealer had attempted to meet the Guinean Head of State twice: during the Cedeao summit in Lomé, on July 2018, and then during the UA summit in Addis-Ababa, last February. The head of the BSGRE had no success on both occasions, with Condé refusing to meet with him.

After discussing with the latter in January 19 during the nomination ceremony of **Andry Rajoeline** in Madagascar, the French ex-president continued the negotiations. He organized meetings between Steinmetz and Guinean emissaries in his home. **Hamed Bakayoko**, the minister of defense of Côte d'Ivoire, friend of the two parties, also played an intermediary role, with the support of **Alassane Ouattara**.

### MOROCCO
## Brothers under high surveillance

In two phases, beginning and ending in February, the Moroccan police shut down ten premises and apartments (notably in Tangier, Casablanca, Fes and Kenitra) serving as worship and gathering places for the Islamic association Al Adl Wal Ihsane (Justice and Benevolence). This illegal but tolerated organization, which continues to advocate the instauration of a caliphate via *kaouma* ("uprising"), propagated preaches against "despotism" and "depravation" in those locations. Under high surveillance in Morocco, where they attempt to systematically infiltrate social and associative movements, the association lead by **Mohamed Abbadi** is expanding in Europe.

According to safe sources in Rabat, members of Al Adl among diaspora communities have, under the guise of educational associations, contacted Pablo Iglesias' Spanish party Podemos, the Islamic university of Rotterdam, which is led by the chancellor Ahmet Akgündüz, of Turkish origin, and even the entourage of the Italian president Sergio Mattarella. The Moroccan services are also closely observing the implantation attempts in Senegal, Mali, Niger and Nigeria of this brotherhood that does accept Mohammed VI's title of commander of the faithful.



**D]**
**TRANSPERFECT**

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

## CERTIFICATION

I, Alyssa Mullally, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided French into English translation(s) of the source document(s) listed below are true and accurate:

- *Comment Sarkozy a reconcilie* ses *amis*

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty-five years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

Alyssa Mullally, Project Assistant

Sworn to before me this
Tuesday, March 10, 2020

Authorized Signature

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 6TH FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE