UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
BSG RESOURCES (GUINEA) LIMITED, :
BSG RESOURCES (GUINEA) SÀRL,    :
and BSG RESOURCES LIMITED,      :
                                :
              Plaintiffs,       :
                                :
     -against-                  :
                                :
GEORGE SOROS, OPEN SOCIETY      :    No. 17 Civ. 2726 (JFK)
FOUNDATIONS, OPEN SOCIETY       :
INSTITUTE, FOUNDATION TO        :         ORDER
PROMOTE OPEN SOCIETY, ALLIANCE  :
FOR OPEN SOCIETY INTERNATIONAL, :
INC., OPEN SOCIETY POLICY       :
CENTER, OPEN SOCIETY FUND,      :
INC., and OPEN SOCIETY          :
FOUNDATION, INC.,               :
                                :
              Defendants.       :
------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

The conference, currently scheduled for July 28, 2020 at 11:15 a.m., will be conducted telephonically using the following conference line and dial-in:

    **AT&T Conference Line: 1-888-363-4749**
    **Access Code: 788 3927 #**

**SO ORDERED.**

Dated:  New York, New York
        July 23, 2020

                                                  */s/ John F. Keenan*
                                                  John F. Keenan
                                        United States District Judge