

Louis M. Solomon
Direct Phone: +1 212 549 0400
Email: Lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

August 7, 2020

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007-1312

> BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and
> BSG Resources Limited (in administration) v. Soros, et al.,
> Civil Action No. 1:17-cv-02726

Dear Judge Keenan:

On behalf of Plaintiffs in this action, we write to inform the Court of the following recent development. As we have previously informed the Court, Plaintiff BSG Resources Limited ("BSGRL") is currently in administration in Guernsey, and there is a related Chapter 15 proceeding pending in United States Bankruptcy Court for the Southern District of New York.  A letter was filed in the Chapter 15 proceeding on August 5 explaining that (a) the Joint Administrators of BSGRL filed an application with the Guernsey Court to discharge their appointment as administrators; and (b) Vale concurrently moved the Guernsey Court to place BSGRL into liquidation and appoint liquidators (*BSG Resources Ltd.,* No. 19-11845, Dkt. 109).  The letter also explained that a hearing on those applications in Guernsey was adjourned until at least August 11.

We do not know if and how this may impact this litigation.  We are seeking no relief from Your Honor at this time.  We will keep the Court apprised of any relevant developments.

Respectfully,

Louis M. Solomon

cc: Counsel of Record (via ECF)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON