# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

August 18, 2020

**VIA ECF**

Honorable John F. Keenan
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *BSG Resources (Guinea) Limited, et al. v. George Soros, et al.*, No. 1:17-cv-02726 (JFK)

Dear Judge Keenan:

We represent Defendants in the above-captioned action. Pursuant to Part 2.D of the Court's Individual Practices, we write to request an enlargement of the page limits for the memoranda of law in support of Defendants' renewed motion to dismiss the Amended Complaint, which is due on August 28, 2020. On May 31, 2017, the Court granted a similar request with respect to Defendants' initial motion to dismiss (to which Plaintiffs consented) to enlarge the page limits for the opening brief and opposition from 25 to 30 pages and for the reply from 10 to 15 pages. (Dkt. No. 22.) For the renewed motion, Defendants likewise request that the page limits for the opening brief be enlarged from 25 to 30 pages and for the reply from 10 to 15 pages. Plaintiffs consent to this request provided that the page limit for their opposition brief be enlarged from 25 pages to 33 pages. Defendants do not object to this request.

Respectfully submitted,

/s/ Benjamin P. McCallen

Benjamin P. McCallen

cc:   Louis M. Solomon (via ECF)