UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BSG RESOURCES (GUINEA) LIMITED, BSG RESOURCES (GUINEA) SÀRL, and BSG RESOURCES LIMITED,<br><br>          Plaintiffs,<br><br>   v.<br><br>GEORGE SOROS, OPEN SOCIETY FOUNDATIONS, OPEN SOCIETY INSTITUTE, FOUNDATION TO PROMOTE OPEN SOCIETY, OPEN SOCIETY FOUNDATION, INC., ALLIANCE FOR OPEN SOCIETY INTERNATIONAL INC., OPEN SOCIETY POLICY CENTER, and OPEN SOCIETY FUND,<br><br>          Defendants. | **No. 1:17-cv-02726 (JFK) (OTW)**<br><br>Oral Argument Requested |

## NOTICE OF DEFENDANTS' RENEWED MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss Plaintiffs' Amended Complaint; the Declaration of James Fitzmaurice in Support of Defendants' Renewed Motion to Dismiss Plaintiffs' Amended Complaint; and all prior papers and proceedings herein, Defendants will move this Court, before the Honorable John F. Keenan, at the United States Courthouse, 500 Pearl Street, Room 20C, New York, New York 10007, for an order, pursuant to Federal Rule of Civil Procedure 12(b), dismissing the Amended Complaint with prejudice and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order during the July 28, 2020 status conference, Plaintiffs shall serve any papers in opposition on or before September 25, 2020, and Defendants shall serve any reply no later than October 9, 2020.

Dated: August 28, 2020
New York, New York

        WILLKIE FARR & GALLAGHER LLP

By:   /s/ Benjamin P. McCallen
      Joseph T. Baio
      Benjamin P. McCallen
      James E. Fitzmaurice

787 Seventh Avenue
New York, New York  10019
Telephone: (212) 728-8000
jbaio@willkie.com

    Elizabeth J. Bower

1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1000
ebower@willkie.com

*Attorneys for Defendants*

TO:

REED SMITH LLP

Louis M. Solomon
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Lsolomon@reedsmith.com

*Attorneys for Plaintiffs*