# EXHIBIT 2

# THE PHILANTHROPY OF GEORGE SOROS

## BUILDING OPEN SOCIETIES

CHUCK SUDETIC

With an Essay by
GEORGE SOROS

and an Afterword by
ARYEH NEIER



PublicAffairs
NEW YORK

Copyright © 2011 Open Society Foundations
Published in the United States by PublicAffairs™, a Member of the Perseus Books Group
All rights reserved.
Printed in the United States of America.

No part of this book may be reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information, address PublicAffairs, 250 West 57th Street, Suite 1321, New York, NY 10107.

PublicAffairs books are available at special discounts for bulk purchases in the U.S. by corporations, institutions, and other organizations. For more information, please contact the Special Markets Department at the Perseus Books Group, 2300 Chestnut Street, Suite 200, Philadelphia, PA 19103, call (800) 810-4145, ext. 5000, or e-mail special.markets@perseusbooks.com.

Book design by Lisa Kreinbrink
Set in 11-point Janson by Eclipse Publishing Services

Library of Congress Cataloging-in-Publication Data
Sudetic, Chuck.
  The philanthropy of George Soros : building open societies / Chuck Sudetic ; with an introduction by George Soros, and an afterword by Aryeh Neier.
    p. cm.
  Includes bibliographical references and index.
  ISBN 978-1-58648-822-2 (hbk.) — ISBN 978-1-58648-859-8 (electronic)
  1. Soros, George. 2. Open Society Fund (New York) 3. Capitalists and financiers—Conduct of life. 4. Humanitarianism. I. Title.
  HG172.S63S83 2011
  361.7'6092--dc22
                                                      2011005156

First Edition
10 9 8 7 6 5 4 3 2 1

| | |
|---|---|
| **From:** | ExLibris Group Voyager Owner <voyager@c2blpilsapp01.loc.gov> |
| **Sent:** | Wednesday, October 21, 2020 2:20 PM |
| **To:** | Savitt, Nancy L. |
| **Subject:** | Copyright catalog Left Anchored Title Search for philanthropy of george soros |

EXTERNAL E-MAIL - From voyager@c2blpilsapp01.loc.gov

Type of Work:     Text

Registration Number / Date:
       TX0007380714 / 2011-06-03

Application Title: The Philanthropy of George Soros.

Title:       The Philanthropy of George Soros.

Description:     Book, 373 p.

Copyright Claimant:
       Open Society Foundation.

Date of Creation:  2011

Date of Publication:
       2011-04-19

Nation of First Publication:
       United States

Authorship on Application:
       Open Society Foundation, employer for hire; Domicile:
         United States; Citizenship: United States. Authorship:
         text, photograph(s), compilation, editing.

Rights and Permissions:
       Perseus Books Group, 11 Cambridge Center, Cambridge, MA,
         02142, (617) 252-5257, permissions@perseusbooks.com

Names:       Open Society Foundation

===============================================================================

++++++++++++++++++++++++++++++++++++++++++++

1

The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000