# EXHIBIT 4

# U.S. Programs Board Meeting

# December 18 and 19, 2012

At Open Society Foundations

400 West 59th Street

New York, NY 10019


# Open Places Initiative (OPI)

### *The Open Places Initiative Planning Grant*
### Call for Proposals
### Proposal Deadline: February 28, 2013

**IMPORTANT NOTICE** – February 7, 2013 Bidders' Conference call from 2:00-3:30pm EST at (866) 847-5821; access code: 099648#

**OVERVIEW**

Consistent with the long-standing interest of the Open Society Foundations[2] (OSF) in promoting a just, inclusive society that advances equal opportunity and promotes democratic institutions, U.S. Programs is launching a new place-based initiative. The *Open Places Initiative* will make long-term investments in a select number of sites to create or enhance locally based institutions and initiatives committed to advancing justice and equity objectives by developing sophisticated civic capacity. The initiative expects sites to achieve meaningful change at the local level, using multiple strategies and tools and building on local leadership and assets.

The *Open Places Initiative*'s Call for Proposals is a two-phase process. The first phase is an invitation-only proposal competition among 16 local places (cities, regions, territories) for approximately eight planning grants. OSF will award planning grants of up to $100K to approximately eight semi-finalists in early 2013. In the second phase, semi-finalists will submit their plans for final consideration, resulting in OSF awarding three to five finalists multi-year grants of up to $1 million dollars each year (for a minimum of three years) for efforts that will change policies and practices at the local level to advance open society priorities. These priorities may include increased equity and racial justice, strengthened democracy, and the advancement of justice.

Through this Request for Proposals, the Open Society Foundations is soliciting one proposal from each of the following 16 places: Albuquerque, New Mexico; Atlanta, Georgia; Buffalo, New York; Durham, North Carolina; Denver, Colorado; Hartford, Connecticut; Jackson, Mississippi; Las Vegas, Nevada; Louisville, Kentucky; Milwaukee, Wisconsin; Minneapolis/St. Paul, Minnesota; New Orleans, Louisiana; Philadelphia, Pennsylvania; San Antonio, Texas; San Diego, California and Puerto Rico. In each place, we have identified four to five organizations that we are inviting to work together to conceptualize and design a multi-issue, multi-faceted initiative that—through policy, procedural, administrative, judicial or cultural reform—secures greater justice and opportunity for local populations.

---

[2] The Open Society Foundations (OSF) is a 501c3 private operating foundation. The Open Society Foundations are prohibited by United States law from funding any electioneering, including the support for or, opposition to, political candidates or parties in the United States or abroad, and from the earmarking of grant funds for lobbying activities.