# EXHIBIT 5

# Form 990-PF

Department of the Treasury
Internal Revenue Service

## Return of Private Foundation
### or Section 4947(a)(1) Nonexempt Charitable Trust
### Treated as a Private Foundation

Note. The foundation may be able to use a copy of this return to satisfy state reporting requirements

OMB No 1545-0052

**2011**

**For calendar year 2011 or tax year beginning** 01/01, 2012, **and ending** 10/06, 2012

| | |
|---|---|
| **Name of foundation** | **A Employer Identification number** |
| OPEN SOCIETY FOUNDATION | 26-0248258 |
| **Number and street** (or P O box number if mail is not delivered to street address) / **Room/suite** | **B Telephone number** (see instructions) |
| 224 WEST 57TH STREET | (212) 548-0600 |
| **City or town, state, and ZIP code** | |
| NEW YORK, NY 10019 | **C** If exemption application is pending, check here ▶ ☐ |

**G Check all that apply:**
- ☐ Initial return
- ☐ Initial return of a former public charity
- ☒ Final return
- ☐ Amended return
- ☒ Address change
- ☐ Name change

**D 1** Foreign organizations, check here ▶ ☐
**2** Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐

**H Check type of organization:** ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust   ☐ Other taxable private foundation

**E** If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

**I Fair market value of all assets at end of year** (from Part II, col (c), line 16) ▶ $ _____

**J Accounting method:** ☐ Cash   ☒ Accrual   ☐ Other (specify) _____
(Part I, column (d) must be on cash basis.)

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

## Part I  Analysis of Revenue and Expenses
*(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions))*

| | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|
| 1 Contributions, gifts, grants, etc, received (attach schedule) | | | | |
| 2 Check ▶ ☒ if the foundation is not required to attach Sch B | | | | |
| 3 Interest on savings and temporary cash investments | | | | |
| 4 Dividends and interest from securities | | | | |
| 5a Gross rents | | | | |
| b Net rental income or (loss) _____ | | | | |
| 6a Net gain or (loss) from sale of assets not on line 10 | 3,700,429. | | | |
| b Gross sales price for all assets on line 6a  73,017,537. | | | | |
| 7 Capital gain net income (from Part IV, line 2) | | 5,832,846. | | |
| 8 Net short-term capital gain | | | | |
| 9 Income modifications | | | | |
| 10a Gross sales less returns and allowances _____ | | | | |
| b Less Cost of goods sold _____ | | | | |
| c Gross profit or (loss) (attach schedule) | | | | |
| 11 Other income (attach schedule) | | | | |
| 12 **Total.** Add lines 1 through 11 | 3,700,429. | 5,832,846. | | |
| 13 Compensation of officers, directors, trustees, etc. | | | | |
| 14 Other employee salaries and wages | | | | |
| 15 Pension plans, employee benefits | | | | |
| 16a Legal fees (attach schedule) | | | | |
| b Accounting fees (attach schedule) ATCH 1 | 379. | | | 24,353. |
| c Other professional fees (attach schedule) | | | | |
| 17 Interest | | | | |
| 18 Taxes (attach schedule) (see instructions) ** | -135,666. | | | |
| 19 Depreciation (attach schedule) and depletion | | | | |
| 20 Occupancy | | | | |
| 21 Travel, conferences, and meetings | | | | |
| 22 Printing and publications | | | | |
| 23 Other expenses (attach schedule) ATCH 3 | 711. | | | 8,882. |
| 24 **Total operating and administrative expenses.** Add lines 13 through 23 | -134,576. | | | 33,235. |
| 25 Contributions, gifts, grants paid | 74,610,016. | | | 74,610,016. |
| 26 **Total expenses and disbursements** Add lines 24 and 25 | 74,475,440. | 0 | 0 | 74,643,251. |
| 27 Subtract line 26 from line 12 | | | | |
| a Excess of revenue over expenses and disbursements | -70,775,011. | | | |
| b Net Investment income (if negative, enter -0-) | | 5,832,846. | | |
| c Adjusted net income (if negative, enter -0-) | | | | |

For Paperwork Reduction Act Notice, see Instructions.   JSA   ** ATCH 2   Form **990-PF** (2011)

1E1410 1 000
3507EW 720F                V 11-6.5                PAGE 2

RECEIVED APR 01 2013 OGDEN, UT
SCANNED APR 02 2013

Form 990-PF (2011)    OPEN SOCIETY FOUNDATION    26-0248258    Page **13**

### Part XVII   Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations

**1** Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| **a** Transfers from the reporting foundation to a noncharitable exempt organization of | | | |
| (1) Cash | 1a(1) | | X |
| (2) Other assets | 1a(2) | | X |
| **b** Other transactions | | | |
| (1) Sales of assets to a noncharitable exempt organization | 1b(1) | | X |
| (2) Purchases of assets from a noncharitable exempt organization | 1b(2) | | X |
| (3) Rental of facilities, equipment, or other assets | 1b(3) | | X |
| (4) Reimbursement arrangements | 1b(4) | | X |
| (5) Loans or loan guarantees | 1b(5) | | X |
| (6) Performance of services or membership or fundraising solicitations | 1b(6) | | X |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees | 1c | | X |

**d** If the answer to any of the above is "Yes," complete the following schedule. Column **(b)** should always show the fair market value of the goods, other assets, or services given by the reporting foundation. If the foundation received less than fair market value in any transaction or sharing arrangement, show in column **(d)** the value of the goods, other assets, or services received

| (a) Line no | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | N/A | | N/A |

**2a** Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? ☐ Yes ☒ No

**b** If "Yes," complete the following schedule

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

RICARDO A. CASTRO    Date 3/19/13    SECRETARY

May the IRS discuss this return with the preparer shown below

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature |
|---|---|
| MARGARET A. BRADSHAW CPA | Margaret A. |
| Firm's name ▶ KPMG LLP | |
| Firm's address ▶ 1676 INTERNATIONAL DRIVE MCLEAN, VA | |

JSA
1E 1493 2 000
3507EW 720F    V 11-6

Open Society Foundation
EIN: 26-0248258
Form 990-PF Attachment 4

### 990-PF, Part VII-A, Line 5 – Dissolution

During calendar year 2012, Open Society Foundation transferred $74,615,312 to Open Society Institute. This amount represents cash grants of $74,610,016 and $5,296 to pay liabilities incurred by Open Society Foundation. This transfer represents the complete liquidation of the Open Society Foundation as evidenced by the attached certified certificate of dissolution, dated September 28, 2012.

### List of recipient's name and address:

Open Society Institute
400 West 59th Street
New York, NY 10019

### Amounts:

| | |
|---|---|
| 6/22/12 | $26,000,000 |
| 8/6/12 | $40,000,000 |
| 9/19/12 | $7,213,190 |
| 9/19/12 | $1,402,122 |
| Total | $74,615,312 |

# Delaware

PAGE 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "OPEN SOCIETY FOUNDATION", FILED IN THIS OFFICE ON THE THIRD DAY OF OCTOBER, A.D. 2012, AT 4:06 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

4321090  8100

121096470

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 9896794

DATE: 10-05-12

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 05:22 PM 10/03/2012*
*FILED 04:06 PM 10/03/2012*
*SRV 121096470 - 4321090 FILE*

## STATE OF DELAWARE

## CERTIFICATE OF DISSOLUTION

The undersigned, being the Secretary of Open Society Foundation, a corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

FIRST: The dissolution of the Corporation has been duly authorized by all of the members of the Corporation entitled to vote on a dissolution in accordance with Sections 276(a) of the General Corporation Law of the State of Delaware.

SECOND: The date the dissolution was authorized is July 24, 2012.

THIRD: The following is a list of the names and addresses of the directors of the said corporation:

| Name | Address |
|---|---|
| George Soros | c/o Open Society Institute, 400 West 59th Street, New York, NY 10019 |
| Jonathan Soros | c/o Open Society Institute, 400 West 59th Street, New York, NY |

FOURTH: The following is a list of the names and addresses of the officers of the said corporation:

| Name | Office | Address |
|---|---|---|
| George Soros | Chair | c/o Open Society Institute, 400 West 59th Street, New York, NY 10019 |
| Jonathan Soros | Vice-Chair | c/o Open Society Institute, 400 West 59th Street, New York, NY 10019 |
| Daniel Eule | Treasurer | c/o Open Society Institute, 400 West 59th Street, New York, NY 10019 |
| Ricardo Castro | Secretary | c/o Open Society Institute, 400 West 59th Street, New York, NY 10019 |

FIFTH: The Certificate of Incorporation was filed with the Secretary of State on May 25, 2007.

IN TESTIMONY WHEREOF, and in compliance with the provisions of Section 276(a) of the General Corporation Law of the State of Delaware, as amended, the authorized officer hereunto set his hand to this Certificate this 28 day of September, 2012.

By: _____
Name: Ricardo Castro
Title: Secretary

OPEN SOCIETY FOUNDATION                                26-0248258

ATTACHMENT 5

FORM 990PF, PART VII-B, LINE 5C-EXPENDITURE RESPONSIBILITY STATEMENT

```
GRANTEE'S NAME:       OPEN SOCIETY INSTITUTE
GRANTEE'S ADDRESS:    400 WEST 59TH STREET
CITY, STATE & ZIP:    NEW YORK, NY   10019
GRANT DATE:           03/09/2011
GRANT AMOUNT:              67,500,000.
GRANT PURPOSE:        TO SUPPORT THE CHARITABLE ACTIVITIES & PROGRAMS PROMOT-
                      ING OPEN, DEMOCRATIC SOCIETIES GLOBALLY.
AMOUNT EXPENDED:           67,500,000.
ANY DIVERSION?        NO
DATES OF REPORTS:     06/25/2012
VERIFICATION DATE:
RESULTS OF VERIFICATION:


GRANTEE'S NAME:       OPEN SOCIETY INSTITUTE
GRANTEE'S ADDRESS:    400 WEST 59TH STREET
CITY, STATE & ZIP:    NEW YORK, NY   10019
GRANT DATE:           08/08/2011
GRANT AMOUNT:              30,000,000.
GRANT PURPOSE:        TO SUPPORT THE CHARITABLE ACTIVITIES & PROGRAMS PROMOT-
                      ING OPEN, DEMOCRATIC SOCIETIES GLOBALLY
AMOUNT EXPENDED:           30,000,000.
ANY DIVERSION?        NO
DATES OF REPORTS:     02/08/2013
VERIFICATION DATE:
RESULTS OF VERIFICATION:


GRANTEE'S NAME:       OPEN SOCIETY INSTITUTE
GRANTEE'S ADDRESS:    400 WEST 59TH STREET
CITY, STATE & ZIP:    NEW YORK, NY   10019
GRANT DATE:           06/22/2012
GRANT AMOUNT:              26,000,000.
GRANT PURPOSE:        TO SUPPORT THE CHARITABLE ACTIVITIES & PROGRAMS PROMOT-
                      ING OPEN, DEMOCRATIC SOCIETIES GLOBALLY.
AMOUNT EXPENDED:           26,000,000.
ANY DIVERSION?        NO
DATES OF REPORTS:     02/08/2013
VERIFICATION DATE:
RESULTS OF VERIFICATION:


GRANTEE'S NAME:       OPEN SOCIETY INSTITUTE
GRANTEE'S ADDRESS:    400 WEST 59TH STREET
CITY, STATE & ZIP:    NEW YORK, NY   10019
GRANT DATE:           08/06/2012
GRANT AMOUNT:              40,000,000.
GRANT PURPOSE:        TO SUPPORT THE CHARITABLE ACTIVITIES & PROGRAMS PROMOT-
                      ING OPEN, DEMOCRATIC SOCIETIES GLOBALLY.
AMOUNT EXPENDED:           40,000,000.
ANY DIVERSION?        NO
DATES OF REPORTS:     02/08/2013
VERIFICATION DATE:
```

CONT'D ON NEXT PAGE

OPEN SOCIETY FOUNDATION                                26-0248258

ATTACHMENT 5 (CONT'D)

FORM 990PF, PART VII-B, LINE 5C-EXPENDITURE RESPONSIBILITY STATEMENT

RESULTS OF VERIFICATION:

```
GRANTEE'S NAME:       OPEN SOCIETY INSTITUTE
GRANTEE'S ADDRESS:    400 WEST 59TH STREET
CITY, STATE & ZIP:    NEW YORK, NY   10019
GRANT DATE:           09/19/2012
GRANT AMOUNT:              7,213,190.
GRANT PURPOSE:        TO SUPPORT THE CHARITABLE ACTIVITIES & PROGRAMS PROMOT-
                      ING OPEN, DEMOCRATIC SOCIETIES GLOBALLY.
AMOUNT EXPENDED:           7,213,190.
ANY DIVERSION?        NO
DATES OF REPORTS:     02/08/2013
VERIFICATION DATE:
RESULTS OF VERIFICATION:


GRANTEE'S NAME:       OPEN SOCIETY INSTITUTE
GRANTEE'S ADDRESS:    400 WEST 59TH STREET
CITY, STATE & ZIP:    NEW YORK, NY   10019
GRANT DATE:           09/19/2012
GRANT AMOUNT:              1,402,122.
GRANT PURPOSE:        TO SUPPORT THE CHARITABLE ACTIVITIES & PROGRAMS PROMOT-
                      ING OPEN, DEMOCRATIC SOCIETIES GLOBALLY.
AMOUNT EXPENDED:             410,067.
ANY DIVERSION?        NO
DATES OF REPORTS:     02/08/2013
VERIFICATION DATE:
RESULTS OF VERIFICATION:
```