# EXHIBIT 6

**From:** Fitzmaurice, James <JFitzmaurice@willkie.com>
**Sent:** Thursday, May 11, 2017 12:03 AM
**To:** Solomon, Louis M. (Shld-NY-LT); McCallen, Benjamin; Savitt, Nancy (ProjectAtty-NY-LT)
**Cc:** Baio, Joseph; Lazaroff, Michael S. (Shld-NY-LT); Reddy, Anne C. (Assoc-NY-LT)
**Subject:** RE: BSGR v. Soros

Lou,

We cannot provide you with the name of a legal entity that might be named as a defendant in lieu of OSF because we do not believe there is any party or entity that engaged in the conduct as alleged in the complaint. This is not a situation where we can simply provide you with a name and reserve rights -- it goes to a fundamental dispute that we have about the failure of the complaint to allege wrongful conduct, and identify who did that conduct (a burden that rests with the plaintiff). While we understand that you have concerns about wanting to effect service, this is a situation where we as defense counsel cannot solve plaintiff's problem: you cannot serve something that doesn't exist. And we cannot identify a defendant for you to serve whom we do not believe engaged in the conduct that your client alleges "OSF" engaged in. It is unclear to us what plaintiff seeks to gain by naming some "OSF" entity as a defendant, given that we are not contesting that Mr. Soros was properly served.

We therefore propose the following: the parties agree to an extension of time for "OSF" to move without waiving defenses, and "OSF" moves forward with a motion on the same schedule as Soros. Please let us know if you agree. If you do not agree, we will send a letter to the court later today requesting to put the motion to dismiss from the named defendant OSF on the same schedule as the Soros motion. We will indicate that Plaintiffs do not consent to the request. Thank you.

Jim


**James Fitzmaurice**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8956 | Fax: +1 212 728 9956
jfitzmaurice@willkie.com | vCard | www.willkie.com bio

---

**From:** lsolomon@gtlaw.com [mailto:lsolomon@gtlaw.com]
**Sent:** Wednesday, May 10, 2017 4:35 AM
**To:** McCallen, Benjamin <BMcCallen@willkie.com>; savittn@gtlaw.com; Fitzmaurice, James <JFitzmaurice@willkie.com>
**Cc:** Baio, Joseph <jbaio@willkie.com>; lazaroffm@gtlaw.com; reddya@gtlaw.com
**Subject:** RE: BSGR v. Soros

Ben, I'm not able to open the draft. I see your email, and it's fine. You are authorized to sign my name on the Soros-only stip and get it filed. On OSF, we request that you advise us the correct name of the OSF entity, if you contend that we have not used the right name or sued the "right" entity. I appreciate that you believe that there is no "right" entity. You can fully reserve your right to claim that.

Thank you.


Louis M. Solomon
Global Co-Head, International Litigation

1

Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY |10166
Lsolomon@gtlaw.com | Direct Tel: 212.801.6500 | Direct Fax: 212.801.6400
*Lou's International Practice Domain:*
E-book (www.internationalpractice.org); Blog (http://blog.internationalpractice.org)

---

**From:** McCallen, Benjamin [mailto:BMcCallen@willkie.com]
**Sent:** Tuesday, May 09, 2017 11:23 PM
**To:** Solomon, Louis M. (Shld-NY-LT); Savitt, Nancy (ProjectAtty-NY-LT); Fitzmaurice, James
**Cc:** Baio, Joseph; Lazaroff, Michael S. (Shld-NY-LT); Reddy, Anne C. (Assoc-NY-LT)
**Subject:** RE: BSGR v. Soros

Lou,
Attached is an updated draft stipulation replacing the proposed stipulation from yesterday. This stipulation waives defenses under 12b4 and 5 for Mr. Soros as you requested, and extends the time to answer or move. We will have to get back to you on Open Society Foundations as we are still looking into that issue, but we would like to move forward with the Soros stip in the meantime. Let us know if this works, and we will adjust the letter accordingly and file along with the stip tomorrow. Thank you

Benjamin P. McCallen
Willkie Farr & Gallagher LLP
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8182 | Fax: +1 212 728 9182
bmccallen@willkie.com | vCard | www.willkie.com bio

**From:** lsolomon@gtlaw.com [mailto:lsolomon@gtlaw.com]
**Sent:** Tuesday, May 09, 2017 11:13 AM
**To:** McCallen, Benjamin <BMcCallen@willkie.com>; savittn@gtlaw.com; Fitzmaurice, James <JFitzmaurice@willkie.com>
**Cc:** Baio, Joseph <jbaio@willkie.com>; lazaroffm@gtlaw.com; reddya@gtlaw.com
**Subject:** RE: BSGR v. Soros

Ben I just tried you. I'm at 917 292 2484. Or, email me what you feel the error is.


Louis M. Solomon
Global Co-Head, International Litigation
Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY |10166
Lsolomon@gtlaw.com | Direct Tel: 212.801.6500 | Direct Fax: 212.801.6400
*Lou's International Practice Domain:*
E-book (www.internationalpractice.org); Blog (http://blog.internationalpractice.org)

---

**From:** McCallen, Benjamin [mailto:BMcCallen@willkie.com]
**Sent:** Monday, May 08, 2017 6:32 PM
**To:** Savitt, Nancy (ProjectAtty-NY-LT); Fitzmaurice, James
**Cc:** Solomon, Louis M. (Shld-NY-LT); Baio, Joseph; Lazaroff, Michael S. (Shld-NY-LT); Reddy, Anne C. (Assoc-NY-LT)
**Subject:** RE: BSGR v. Soros

Lou, there is an error in the stipulation. Let me know when you can talk. We need to do so before we file the letter and stipulation. thanks

**Benjamin P. McCallen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8182 | Fax: +1 212 728 9182
bmccallen@willkie.com | vCard | www.willkie.com bio

-----Original Message-----
From: savittn@gtlaw.com [mailto:savittn@gtlaw.com]
Sent: Monday, May 08, 2017 6:20 PM
To: Fitzmaurice, James <JFitzmaurice@willkie.com>
Cc: lsolomon@gtlaw.com; McCallen, Benjamin <BMcCallen@willkie.com>; Baio, Joseph <jbaio@willkie.com>; lazaroffm@gtlaw.com; reddya@gtlaw.com
Subject: Re: BSGR v. Soros

With our edits accepted, Lou has authorized you to sign his name to the stipulation.
Please let me know if you need anything further.
Thank you.
Nancy Savitt

Sent from my iPhone

On May 8, 2017, at 4:24 PM, Fitzmaurice, James <JFitzmaurice@willkie.com<mailto:JFitzmaurice@willkie.com>> wrote:

Given our current deadlines, we also plan to file the letter to Judge Keenan this afternoon, noting that the stipulation will follow in an email to the clerk.


James Fitzmaurice
Willkie Farr & Gallagher LLP
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8956 | Fax: +1 212 728 9956 jfitzmaurice@willkie.com<mailto:jfitzmaurice@willkie.com> |
vCard<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_f_fitzmaurice-2Djames-3Fformat-3Dvcf&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnlJjM4U_esLWt38G4tY_ghoUPgkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=A7GLE_n8IbqBa9Fsf3EYSqYdQbpNT_oazqFogGQg7m4&e=> |
www.willkie.com bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_f_fitzmaurice-2Djames&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnlJjM4U_esLWt38G4tY_ghoUPgkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=zCwg_z9KbGEu-4fjtnZVlcoXewwn5dn_EO6aJypNWYo&e=>

From: Fitzmaurice, James
Sent: Monday, May 08, 2017 4:08 PM
To: 'lsolomon@gtlaw.com<mailto:lsolomon@gtlaw.com>' <lsolomon@gtlaw.com<mailto:lsolomon@gtlaw.com>>
Cc: McCallen, Benjamin <BMcCallen@willkie.com<mailto:BMcCallen@willkie.com>>; Baio, Joseph <jbaio@willkie.com<mailto:jbaio@willkie.com>>; lazaroffm@gtlaw.com<mailto:lazaroffm@gtlaw.com>; savittn@gtlaw.com<mailto:savittn@gtlaw.com>; reddya@gtlaw.com<mailto:reddya@gtlaw.com>
Subject: RE: BSGR v. Soros

Lou,

Attached is a copy of the stipulation with Willkie's signature on behalf of the defendants. Please send us a countersigned PDF at your earliest convenience, which we will submit to the clerk.

Thanks,

Jim

James Fitzmaurice
Willkie Farr & Gallagher LLP
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8956 | Fax: +1 212 728 9956 jfitzmaurice@willkie.com<mailto:jfitzmaurice@willkie.com> |
vCard<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_f_fitzmaurice-2Djames-

3Fformat-3Dvcf&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnlJjM4U_esLWt38G4tY_ghoUPqkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=A7GLE_n8IbqBa9Fsf3EYSqYdQbpNT_oazqFogGQg7m4&e=> | www.willkie.com bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_f_fitzmaurice-2Djames&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnlJjM4U_esLWt38G4tY_ghoUPqkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=zCwg_z9KbGEu-4fjtnZVIcoXewwn5dn_EO6aJypNWYo&e=>

-----Original Message-----
From: lsolomon@gtlaw.com<mailto:lsolomon@gtlaw.com> [mailto:lsolomon@gtlaw.com]
Sent: Friday, May 05, 2017 5:42 PM
To: Fitzmaurice, James <JFitzmaurice@willkie.com<mailto:JFitzmaurice@willkie.com>>
Cc: McCallen, Benjamin <BMcCallen@willkie.com<mailto:BMcCallen@willkie.com>>; Baio, Joseph <jbaio@willkie.com<mailto:jbaio@willkie.com>>; lazaroffm@gtlaw.com<mailto:lazaroffm@gtlaw.com>; savittn@gtlaw.com<mailto:savittn@gtlaw.com>; reddya@gtlaw.com<mailto:reddya@gtlaw.com>
Subject: Re: BSGR v. Soros

Btw the letter when conformed to the stip is fine.


Louis M. Solomon
Global Co-Head, International Litigation Greenberg, LLP | 200 Park Avenue | New York, NY |10166<x-apple-data-detectors://1/1>
Lsolomon@gtlaw.com<mailto:Lsolomon@gtlaw.com<mailto:Lsolomon@gtlaw.com%3cmailto:Lsolomon@gtlaw.com>> | Direct Tel: 212.801.6500<tel:212.801.6500> | Direct Fax: 212.801.6400<tel:212.801.6400> Lou?s International Practice Domain:
E-book (www.internationalpractice.org<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.internationalpractice.org_&d=CwMFaQ&c=HZc2iMNQt2jZf4ve7hXwXw&r=b2ZdAjoYZ5GLws6_6VFSQG57BXakctKdpJaJ94Ab9xw&m=x6mUQTvOdEukGu4GhvFaCNrEE1cKD-eGytd5BgnPBEk&s=GvCT0AxCSJxKdiP4KmJ3hpcdlz5AqdzQWqVJcaD0pQc&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.internationalpractice.org-253chttps-3A_urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-5Fwww.internationalpractice.org-5F-26d-3DCwMFaQ-26c-3DHZc2iMNQt2jZf4ve7hXwXw-26r-3Db2ZdAjoYZ5GLws6-5F6VFSQG57BXakctKdpJaJ94Ab9xw-26m-3Dx6mUQTvOdEukGu4GhvFaCNrEE1cKD-2DeGytd5BgnPBEk-26s-3DGvCT0AxCSJxKdiP4KmJ3hpcdlz5AqdzQWqVJcaD0pQc-26e&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnlJjM4U_esLWt38G4tY_ghoUPqkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=al7JmlZCFmEEEwSGUzDCJ7r3Bcx9f9-Bsb6WZtMHiOQ&e=>=>);
Blog (www.blog.internationalpractice.org<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.blog.internationalpractice.org_&d=CwMFaQ&c=HZc2iMNQt2jZf4ve7hXwXw&r=b2ZdAjoYZ5GLws6_6VFSQG57BXakctKdpJaJ94Ab9xw&m=x6mUQTvOdEukGu4GhvFaCNrEE1cKD-eGytd5BgnPBEk&s=MH90k7_XQMEP8gnWFjXmTYPGia_mXfTpvNkx8RWC6hk&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.blog.internationalpractice.org-253chttps-3A_urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-5Fwww.blog.internationalpractice.org-5F-26d-3DCwMFaQ-26c-3DHZc2iMNQt2jZf4ve7hXwXw-26r-3Db2ZdAjoYZ5GLws6-5F6VFSQG57BXakctKdpJaJ94Ab9xw-26m-3Dx6mUQTvOdEukGu4GhvFaCNrEE1cKD-2DeGytd5BgnPBEk-26s-3DMH90k7-5FXQMEP8gnWFjXmTYPGia-5FmXfTpvNkx8RWC6hk-26e&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnlJjM4U_esLWt38G4tY_ghoUPqkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=x9gVdpniazR6E1MTBcZA4n5JC2UrwLvXa_2QFYW8MLk&e=>=>=)

On May 4, 2017, at 9:12 PM, Fitzmaurice, James <JFitzmaurice@willkie.com<mailto:JFitzmaurice@willkie.com<mailto:JFitzmaurice@willkie.com%3cmailto:JFitzmaurice@willkie.com>>> wrote:

Lou,

Attached are drafts of the letter and stipulation that Ben referenced earlier. Once you have reviewed and conferred with your clients, please let us know if you approve. If possible, we would like to get these on file tomorrow.

Thanks,

Jim

James Fitzmaurice
Willkie Farr & Gallagher LLP
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8956 | Fax: +1 212 728 9956
jfitzmaurice@willkie.com<mailto:jfitzmaurice@willkie.com<mailto:jfitzmaurice@willkie.com%3cmailto:jfitzmaurice@willkie.com>> | vCard<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_f_fitzmaurice-2Djames-3Fformat-3Dvcf&d=DwMFAw&c=2s2mvbfY0UoSKkl6_Ol9wg&r=dxDzbzEik4JJ32pRONar8ebU3UR2Y9nBTyx0S-_hKpM&m=VqD92b_xx1rXfUqlNq3dPHVL08tDmXfW44UwUQKtcHQ&s=hnJAbiZfuddMvvEPgcL3Zr9diHmnPWOMA5sHQ-Xes1I&e=> | www.willkie.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnlJjM4U_esLWt38G4tY_ghoUPgkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=bPzAdUB3gvQbggSijHRSNee0m1zNubpunEfGDTdi70k&e=> bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_f_fitzmaurice-2Djames&d=DwMFAw&c=2s2mvbfY0UoSKkl6_Ol9wg&r=dxDzbzEik4JJ32pRONar8ebU3UR2Y9nBTyx0S-_hKpM&m=VqD92b_xx1rXfUqlNq3dPHVL08tDmXfW44UwUQKtcHQ&s=3Mawh-L8MpDsdhmMBA9InbSY7P2ZFjW4Elz1fG9iNSw&e=>

-----Original Message-----
From: lsolomon@gtlaw.com<mailto:lsolomon@gtlaw.com<mailto:lsolomon@gtlaw.com%3cmailto:lsolomon@gtlaw.com>> [mailto:lsolomon@gtlaw.com]
Sent: Thursday, May 04, 2017 6:05 PM
To: McCallen, Benjamin <BMcCallen@willkie.com<mailto:BMcCallen@willkie.com<mailto:BMcCallen@willkie.com%3cmailto:BMcCallen@willkie.com>>>
Cc: Baio, Joseph <jbaio@willkie.com<mailto:jbaio@willkie.com<mailto:jbaio@willkie.com%3cmailto:jbaio@willkie.com>>>; Fitzmaurice, James <JFitzmaurice@willkie.com<mailto:JFitzmaurice@willkie.com<mailto:JFitzmaurice@willkie.com%3cmailto:JFitzmaurice@willkie.com>>>
Subject: Re: BSGR v. Soros

Likely fine. Let me see the letter and stip when convenient. FYI I'm out of town M-W of next week.


Louis M. Solomon
Global Co-Head, International Litigation Greenberg, LLP | 200 Park Avenue | New York, NY |10166<x-apple-data-detectors://1/1>
Lsolomon@gtlaw.com<mailto:Lsolomon@gtlaw.com><mailto:Lsolomon@gtlaw.com<mailto:Lsolomon@gtlaw.com%3cmailto:Lsolomon@gtlaw.com%3e%3cmailto:Lsolomon@gtlaw.com>> | Direct Tel: 212.801.6500<tel:212.801.6500> | Direct Fax: 212.801.6400<tel:212.801.6400> Lou?s International Practice Domain:
E-book (www.internationalpractice.org<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.internationalpractice.org&d=DwIF-g&c=2s2mvbfY0UoSKkl6_Ol9wg&r=NQIRGFuVOFNsPftJRTmvKIYGGs2_3JNk3uluSQIN7WA&m=j0-sYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII&s=mbwSYO5IsdvoW30AIZqlSne5rmZz9TleSydytgOFn1k&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.internationalpractice.org-253chttps-3A_urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-5Fwww.internationalpractice.org-26d-3DDwIF-2Dg-26c-3D2s2mvbfY0UoSKkl6-5FOl9wg-26r-3DNQIRGFuVOFNsPftJRTmvKIYGGs2-5F3JNk3uluSQIN7WA-26m-3Dj0-2DsYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII-26s-3DmbwSYO5IsdvoW30AIZqlSne5rmZz9TleSydytgOFn1k-26e&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnlJjM4U_esLWt38G4tY_ghoUPgkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=IxwK95EKyqalJpQ8fLYZ5PIsX9jz6LBJsgvBnFJO5og&e=>><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.internationalpractice.org_&d=CwMFaQ&c=HZc2iMNQt2jZf4ve7hXwXw&r=b2ZdAjoYZ5GLws6_6VFSQG57BXakctKdpJaJ94Ab9xw&m=x6mUQTvOdEukGu4GhvFaCNrEE1cKD-eGytd5BgnPBEk&s=GvCT0AxCSJxKdiP4KmJ3hpcdIz5AqdzQWqVJcaD0pQc&e=>); Blog (www.blog.internationalpractice.org<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.blog.internationalpractice.org&d=DwIF-g&c=2s2mvbfY0UoSKkl6_Ol9wg&r=NQIRGFuVOFNsPftJRTmvKIYGGs2_3JNk3uluSQIN7WA&m=j0-sYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII&s=tM87G5S0ASOFlmeKsAWtZziwWfR2D8uydkbajJ_zzoA&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.blog.internationalpractice.org-253chttps-3A_urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-5Fwww.blog.internationalpractice.org-26d-3DDwIF-2Dg-26c-

5

3D2s2mvbfY0UoSKkl6-5FOl9wg-26r-3DNQIRGFuVOFNsPftJRTmvKIYGGs2-5F3JNk3uluSQIN7WA-26m-3Dj0-2DsYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII-26s-3DtM87G5S0ASOFlmeKsAWtZziwWfR2D8uydkbajJ-5FzzoA-26e&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnIJjM4U_esLWt38G4tY_ghoUPqkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=8QKnr41GCZ35oPJ-Ir5U_IryHVk-APVx4ZEDmWtWMNI&e=>=><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.blog.internationalpractice.org_&d=CwMFaQ&c=HZc2iMNQt2jZf4ve7hXwXw&r=b2ZdAjoYZ5GLws6_6VFSQG57BXakctKdpJaJ94Ab9xw&m=x6mUQTvOdEukGu4GhvFaCNrEE1cKD-eGytd5BgnPBEk&s=MH90k7_XQMEP8gnWFjXmTYPGia_mXfTpvNkx8RWC6hk&e=>)

On May 4, 2017, at 5:52 PM, McCallen, Benjamin <BMcCallen@willkie.com<mailto:BMcCallen@willkie.com<mailto:BMcCallen@willkie.com%3cmailto:BMcCallen@willkie.com>><mailto:BMcCallen@willkie.com>> wrote:

Lou, my apologies for the delayed response: I have been trying to sort out some scheduling issues on my end.

On the 26(f) conference, I am generally free on June 6; I could do the afternoon of June 7. Whatever you prefer.

On the motion to dismiss, we are of course fine with June 29 for your opposition. Could we have until July 21 for our reply? We have some vacation schedules in July that we are trying to juggle (and preserve).

While you are considering those dates and discussing with your client, we will send you shortly a draft cover letter that we would send to Keenan pursuant to his rules, along with a stipulation.


Benjamin P. McCallen
Willkie Farr & Gallagher LLP
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8182 | Fax: +1 212 728 9182
bmccallen@willkie.com<mailto:bmccallen@willkie.com><mailto:bmccallen@willkie.com<mailto:bmccallen@willkie.com%3cmailto:bmccallen@willkie.com%3e%3cmailto:bmccallen@willkie.com>> |
vCard<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_m_mccallen-2Dbenjamin-2Dp-3Fformat-3Dvcf&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=dxDzbzEik4JJ32pRONar8ebU3UR2Y9nBTyx0S-_hKpM&m=0WJdY_STDrvndAU1fyGT49vwm2Fa3s0RFdqG0eLLdbY&s=SDz3-g4A0jCijr0IyzaWh3A0W1AV4SRjmI0r23FHyRs&e=> | www.willkie.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com&d=DwIF-g&c=2s2mvbfY0UoSKkl6_Ol9wg&r=NQIRGFuVOFNsPftJRTmvKIYGGs2_3JNk3uluSQIN7WA&m=j0-sYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII&s=wSiAEwEtm2jHtGLNuGEi1hwKhvS0z2PugbomxFCCOWg&e<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com-253chttps-3A_urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-5Fwww.willkie.com-26d-3DDwIF-2Dg-26c-3D2s2mvbfY0UoSKkl6-5FOl9wg-26r-3DNQIRGFuVOFNsPftJRTmvKIYGGs2-5F3JNk3uluSQIN7WA-26m-3Dj0-2DsYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII-26s-3DwSiAEwEtm2jHtGLNuGEi1hwKhvS0z2PugbomxFCCOWg-26e&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnIJjM4U_esLWt38G4tY_ghoUPqkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=7rYyDRI9WXGm7rnnFYXKAqvFEpvre_2-ePd2kzOi5Pk&e=>= >
bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_m_mccallen-2Dbenjamin-2Dp&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=dxDzbzEik4JJ32pRONar8ebU3UR2Y9nBTyx0S-_hKpM&m=0WJdY_STDrvndAU1fyGT49vwm2Fa3s0RFdqG0eLLdbY&s=0zIUjSMQoMi8gDKXfna9gyIKVOKCPSBpynLuSoehdMY&e=>

From: lsolomon@gtlaw.com<mailto:lsolomon@gtlaw.com><mailto:lsolomon@gtlaw.com<mailto:lsolomon@gtlaw.com%3cmailto:lsolomon@gtlaw.com%3e%3cmailto:lsolomon@gtlaw.com>> [mailto:lsolomon@gtlaw.com]
Sent: Tuesday, May 02, 2017 11:57 AM
To: McCallen, Benjamin <BMcCallen@willkie.com<mailto:BMcCallen@willkie.com<mailto:BMcCallen@willkie.com%3cmailto:BMcCallen@willkie.com>><mailto:BMcCallen@willkie.com>>
Cc: Baio, Joseph <jbaio@willkie.com<mailto:jbaio@willkie.com<mailto:jbaio@willkie.com%3cmailto:jbaio@willkie.com>><mailto:jbaio@willkie.com>>
Subject: RE: BSGR v. Soros

Ben, Joe: We would like until June 29 to respond to any motion you make on June 2. What do you want for a reply?

Also, can we set the morning of either June 6 or 7 for our Rule 26(f) conference?

Louis M. Solomon
Global Co-Head, International Litigation Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY |10166
Lsolomon@gtlaw.com<mailto:Lsolomon@gtlaw.com><mailto:Lsolomon@gtlaw.com<mailto:Lsolomon@gtlaw.com%3cmailto:Lsolomon@gtlaw.com%3e%3cmailto:Lsolomon@gtlaw.com>> | Direct Tel: 212.801.6500<tel:212.801.6500> | Direct Fax: 212.801.6400<tel:212.801.6400> Lou?s International Practice Domain:
E-book (www.internationalpractice.org<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.internationalpractice.org&d=DwIF-g&c=2s2mvbfY0UoSKkl6_Ol9wg&r=NQIRGFuVOFNsPftJRTmvKIYGGs2_3JNk3uluSQIN7WA&m=j0-sYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII&s=mbwSYO5IsdvoW30AIZglSne5rmZz9TleSydytgOFn1k&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.internationalpractice.org-253chttps-3A__urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-5Fwww.internationalpractice.org-26d-3DDwIF-2Dg-26c-3D2s2mvbfY0UoSKkl6-5FOl9wg-26r-3DNQIRGFuVOFNsPftJRTmvKIYGGs2-5F3JNk3uluSQIN7WA-26m-3Dj0-2DsYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII-26s-3DmbwSYO5IsdvoW30AIZglSne5rmZz9TleSydytgOFn1k-26e&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnlJjM4U_esLWt38G4tY_ghoUPqkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=IxwK95EKyqalJpQ8fLYZ5PIsX9jz6LBJsgvBnFJO5og&e=>=><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.internationalpractice.org_&d=CwMFaQ&c=HZc2iMNQt2jZf4ve7hXwXw&r=b2ZdAjoYZ5GLws6_6VFSQG57BXakctKdpJaJ94Ab9xw&m=x6mUQTvOdEukGu4GhvFaCNrEE1cKD-eGytd5BgnPBEk&s=GvCT0AxCSJxKdiP4KmJ3hpcdIz5AqdzQWqVJcaD0pQc&e=>); Blog (https://urldefense.proofpoint.com/v2/url?u=http-3A__blog.internationalpractice.org&d=DwIF-g&c=2s2mvbfY0UoSKkl6_Ol9wg&r=NQIRGFuVOFNsPftJRTmvKIYGGs2_3JNk3uluSQIN7WA&m=CY65m_MEMKTspXPntuSKyDd8G_Wa-B_gyacB_J9TYNM&s=IaQqe7KqTwoj_IVDbRzRo4wwlBxaWwdO9StL5gz0VG8&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__blog.internationalpractice.org_&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=W1-vhFs9McFcG5axpVa2M0aWC4YcFEN_4UIm-pabqFc&m=F5OMpDQpECxfjv7xara7eR_2rz1PvgoAJclwkrb_-gg&s=jW2XGe0LbtFXdIDLO1S1sfPOWRvTdygTBZLdrZeVGcA&e=>)

From: McCallen, Benjamin [mailto:BMcCallen@willkie.com]
Sent: Tuesday, May 02, 2017 10:46 AM
To: Solomon, Louis M. (Shld-NY-LT)
Cc: Baio, Joseph
Subject: Re: BSGR v. Soros

Thank you. Will do.


Benjamin P. McCallen
Willkie Farr & Gallagher LLP
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8182 | Fax: +1 212 728 9182
bmccallen@willkie.com<mailto:bmccallen@willkie.com><mailto:bmccallen@willkie.com<mailto:bmccallen@willkie.com%3cmailto:bmccallen@willkie.com%3e%3cmailto:bmccallen@willkie.com>> |
vCard<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_M_McCallen-2DBenjamin-2DP-3Fformat-3Dvcf&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=dxDzbzEik4JJ32pRONar8ebU3UR2Y9nBTyx0S-_hKpM&m=54aKz9IUh5_sLEm0L22G7KEN7PAAnMBbESZMKceIlBY&s=KXd3i2KFUZ8pz3QY0dmz778N597Q394F6Uy6CH7d7gY&e=> | www.willkie.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com&d=DwIF-g&c=2s2mvbfY0UoSKkl6_Ol9wg&r=NQIRGFuVOFNsPftJRTmvKIYGGs2_3JNk3uluSQIN7WA&m=j0-sYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII&s=wSiAEwEtm2jHtGLNuGEi1hwKhvS0z2PugbomxFCCOWg&e<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com-253chttps-3A__urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-5Fwww.willkie.com-26d-3DDwIF-2Dg-26c-3D2s2mvbfY0UoSKkl6-5FOl9wg-26r-3DNQIRGFuVOFNsPftJRTmvKIYGGs2-5F3JNk3uluSQIN7WA-26m-3Dj0-2DsYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII-26s-3DwSiAEwEtm2jHtGLNuGEi1hwKhvS0z2PugbomxFCCOWg-26e&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnlJjM4U_esLWt38G4tY_ghoUPqkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=7rYyDRI9WXGm7rnnFYXKAgvFEpvre_2-ePd2kzOi5Pk&e=>= >
bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_M_McCallen-2DBenjamin-2DP&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=dxDzbzEik4JJ32pRONar8ebU3UR2Y9nBTyx0S-_hKpM&m=54aKz9IUh5_sLEm0L22G7KEN7PAAnMBbESZMKceIlBY&s=NbJAAAuzVMDwEvM3r-

svoGMR_yVHzA2QCoOMwleu2KE&e=>

On May 2, 2017, at 10:17 AM,
"lsolomon@gtlaw.com<mailto:lsolomon@gtlaw.com><mailto:lsolomon@gtlaw.com<mailto:lsolomon@gtlaw.com%3cmailto:lsolomon@gtlaw.com%3e%3cmailto:lsolomon@gtlaw.com%3e>"
<lsolomon@gtlaw.com<mailto:lsolomon@gtlaw.com<mailto:lsolomon@gtlaw.com%3cmailto:lsolomon@gtlaw.com>><mailto:lsolomon@gtlaw.com>> wrote:
Ben, Joe, June 2 is fine for your response to the complaint. I will get back to you today about other dates, but if you want to draft a stip (acknowledge service please as well), please do.

Louis M. Solomon
Global Co-Head, International Litigation Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY |10166
Lsolomon@gtlaw.com<mailto:Lsolomon@gtlaw.com><mailto:Lsolomon@gtlaw.com<mailto:Lsolomon@gtlaw.com%3cmailto:Lsolomon@gtlaw.com%3e%3cmailto:Lsolomon@gtlaw.com>> | Direct Tel: 212.801.6500<tel:212.801.6500> | Direct Fax: 212.801.6400<tel:212.801.6400> Lou?s International Practice Domain:
E-book (www.internationalpractice.org<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.internationalpractice.org&d=DwIF-g&c=2s2mvbfY0UoSKkI6_Ol9wg&r=NQIRGFuVOFNsPftJRTmvKIYGGs2_3JNk3uluSQIN7WA&m=j0-sYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII&s=mbwSYO5IsdvoW30AIZqlSne5rmZz9TleSydytgOFn1k&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.internationalpractice.org-253chttps-3A_urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-5Fwww.internationalpractice.org-26d-3DDwIF-2Dg-26c-3D2s2mvbfY0UoSKkI6-5FOl9wg-26r-3DNQIRGFuVOFNsPftJRTmvKIYGGs2-5F3JNk3uluSQIN7WA-26m-3Dj0-2DsYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII-26s-3DmbwSYO5IsdvoW30AIZqlSne5rmZz9TleSydytgOFn1k-26e&d=DwMGaQ&c=2s2mvbfY0UoSKkI6_Ol9wg&r=CfnIJjM4U_esLWt38G4tY_ghoUPqkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=IxwK95EKygaIJpQ8fLYZ5PIsX9jz6LBJsgvBnFJO5og&e=>=><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.internationalpractice.org_&d=CwMFaQ&c=HZc2iMNQt2jZf4ve7hXwXw&r=b2ZdAjoYZ5GLws6_6VFSQG57BXakctKdpJaJ94Ab9xw&m=x6mUQTvOdEukGu4GhvFaCNrEE1cKD-eGytd5BgnPBEk&s=GvCT0AxCSJxKdiP4KmJ3hpcdIz5AqdzQWqVJcaD0pQc&e=>); Blog (https://urldefense.proofpoint.com/v2/url?u=http-3A__blog.internationalpractice.org&d=DwIF-g&c=2s2mvbfY0UoSKkI6_Ol9wg&r=NQIRGFuVOFNsPftJRTmvKIYGGs2_3JNk3uluSQIN7WA&m=CY65m_MEMKTspXPntuSKyDd8G_Wa-B_gyacB_J9TYNM&s=IaQge7KgTwoj_IVDbRzRo4wwlBxaWwdO9StL5gz0VG8&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__blog.internationalpractice.org_&d=DwMGaQ&c=2s2mvbfY0UoSKkI6_Ol9wg&r=W1-vhFs9McFcG5axpVa2M0aWC4YcFEN_4UIm-pabgFc&m=ETVIwrsW4gXd98fr3IjHjSUUFwnpRgXYm-87VoOTNLE&s=AZgI7z17z0HwBeuHof2eRwtb4QhfkPo2JOfzWrRCm6U&e=>)

From: McCallen, Benjamin [mailto:BMcCallen@willkie.com]
Sent: Monday, May 01, 2017 1:39 PM
To: Solomon, Louis M. (Shld-NY-LT)
Cc: Baio, Joseph
Subject: BSGR v. Soros

Louis,
We represent Soros and Open Society Foundations in the action filed by BSG Resources. We were hoping to speak with you about the case. Is there a time this afternoon that works for you?

Benjamin P. McCallen
Willkie Farr & Gallagher LLP
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8182 | Fax: +1 212 728 9182
bmccallen@willkie.com<mailto:bmccallen@willkie.com><mailto:bmccallen@willkie.com<mailto:bmccallen@willkie.com%3cmailto:bmccallen@willkie.com%3e%3cmailto:bmccallen@willkie.com>> |
vCard<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_M_McCallen-2DBenjamin-2DP-3Fformat-3Dvcf&d=DwMGaQ&c=2s2mvbfY0UoSKkI6_Ol9wg&r=dxDzbzEik4JJ32pRONar8ebU3UR2Y9nBTyx0S-_hKpM&m=YPH0vjHof1I-kY9f7kGUzLyR611_-aM2wj_BxnDZNgA&s=8DpI5RknyJuQn-FnRFb4LZIRM2XCJ0PZIMBfTsYHoGM&e=> | www.willkie.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com&d=DwIF-g&c=2s2mvbfY0UoSKkI6_Ol9wg&r=NQIRGFuVOFNsPftJRTmvKIYGGs2_3JNk3uluSQIN7WA&m=j0-

sYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII&s=wSiAEwEtm2jHtGLNuGEi1hwKhvS0z2PugbomxFCCOWg&e<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com-253chttps-3A_urldefense.proofpoint.com_v2_url-3Fu-3Dhttp-2D3A-5F-5Fwww.willkie.com-26d-3DDwIF-2Dg-26c-3D2s2mvbfY0UoSKkl6-5FOl9wg-26r-3DNQIRGFuVOFNsPftJRTmvKIYGGs2-5F3JNk3uluSQIN7WA-26m-3Dj0-2DsYWdJ35eqEXIHUVgrwz8XFjJdrA49DDiJEMGquII-26s-3DwSiAEwEtm2jHtGLNuGEi1hwKhvS0z2PugbomxFCCOWg-26e&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=CfnlJjM4U_esLWt38G4tY_ghoUPqkFXsRU8RKraNrf8&m=5h2pG_fmmtddV8FJlbfgn8IasMNSAo1NR7EGAmo1Hn8&s=7rYyDRI9WXGm7rnnFYXKAqvFEpvre_2-ePd2kzOi5Pk&e=>=  >
bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.willkie.com_professionals_M_McCallen-2DBenjamin-2DP&d=DwMGaQ&c=2s2mvbfY0UoSKkl6_Ol9wg&r=dxDzbzEik4JJ32pRONar8ebU3UR2Y9nBTyx0S-_hKpM&m=YPH0vjHof1I-kY9f7kGUzLyR611_-aM2wj_BxnDZNgA&s=5jmixFFtkKIujaKvIX9VLjK58rY91zVAa0j-Q6yq3u8&e=>

---

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com<mailto:postmaster@gtlaw.com><mailto:postmaster@gtlaw.com<mailto:postmaster@gtlaw.com%3cmailto:postmaster@gtlaw.com%3e%3cmailto:postmaster@gtlaw.com>>, and do not use or disseminate such information.

---

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
<Draft Stipulation to Extend Time to Respond.docx> <Draft Letter to Judge Keenan Re Extension.docx>

---

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.