# EXHIBIT 7



Louis Solomon
Tel 212.801.6500
Fax 212.805.5529
lsolomon@gtlaw.com

May 18, 2017

James Fitzmaurice
Benjamin P. McCallen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Re:    BSGR v. Soros, et al.

Dear Counsel:

We write to follow up on a discussion last week as well as Jim's email to me of May 11, 2017 concerning Defendant Open Society Foundations ("OSF") and its participation in this lawsuit.  Ben apparently told my colleague, Nancy Savitt, that you were taking the position that OSF is not a juridical entity, and you mentioned the Open Society Institute as the party that we might have meant to sue.  Thereafter, in your email of May 11, which says that in your view the entity did no wrong and so isn't a proper party, doesn't really move the ball forward from our perspective.

The wrongdoing is detailed in the complaint.  We believed that OSF is the correct entity who took the relevant actions described therein.  We allege that OSF and other entities are controlled directly or indirectly by Defendant Soros and participated in the wrongdoing by, among other things, funding.  We are more interested at this point in the funding sources, direct or indirect, and we believe that OSF is at least one of the proper parties.

We request that you set forth for us now why you believe OSF is not a juridical entity.  If it is a matter of substituting and/or adding other Open Society entities like the Open Society Institute, the Foundation to Promote Open Society, the Open Society Policy Center, and/or the Alliance for Open Society International, we can do so now rather than wasting the parties' and the Court's resources fighting about the issue and then making that change.  You could still preserve your rights and objections to dismiss.

If all you are going to do is repeat your email of May 11, there is no need.  You will make that argument to the Court, and we will respond.

Please let us know your response.

Sincerely,

Louis M. Solomon

*NY 246543761v1*

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
200 Park Avenue, New York, New York 10166 ■ Tel: 212.801.9200 ■ Fax 212.801.6400

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL~
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬OPERATES AS
 GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS A
 SEPARATE UK REGISTERED LEGAL ENTITY
+ OPERATES AS
 GREENBERG TRAURIG, S.C.
~ STRATEGIC ALLIANCE
* OPERATES AS
 GREENBERG TRAURIG LLP
 FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
 GREENBERG TRAURIG, P.A.,
 FLORIDA, USA
¤ OPERATES AS
 GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
 GREENBERG TRAURIG GRZESIAK SP.K.