# EXHIBIT 9

| | |
|---|---|
| **From:** | McCallen, Benjamin <BMcCallen@willkie.com> |
| **Sent:** | Friday, June 16, 2017 10:59 PM |
| **To:** | Solomon, Louis M. (Shld-NY-LT) |
| **Cc:** | Fitzmaurice, James; Lazaroff, Michael S. (Shld-NY-LT); Reddy, Anne C. (Assoc-NY-LT); Savitt, Nancy (ProjectAtty-NY-LT); Norden, Nicholas (Assoc-NY-LT); Baio, Joseph |
| **Subject:** | Re: BSGR v. Soros |

Lou, following up on our call from yesterday. We were not able to get the response out today. We will do so Monday at the latest, sooner if we possible.
Regards,

**Benjamin P. McCallen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8182 | Fax: +1 212 728 9182
bmccallen@willkie.com | vCard | www.willkie.com bio

On Jun 9, 2017, at 5:43 PM, "lsolomon@gtlaw.com" <lsolomon@gtlaw.com> wrote:

> Jim, we consent.
>
>
> Louis M. Solomon
> Global Co-Head, International Litigation
> Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY |10166
> Lsolomon@gtlaw.com | Direct Tel: 212.801.6500 | Direct Fax: 212.801.6400
> *Lou's International Practice Domain:*
> E-book (www.internationalpractice.org); Blog (http://blog.internationalpractice.org)
>
>
> **From:** Fitzmaurice, James [mailto:JFitzmaurice@willkie.com]
> **Sent:** Friday, June 09, 2017 5:41 PM
> **To:** Solomon, Louis M. (Shld-NY-LT)
> **Cc:** Lazaroff, Michael S. (Shld-NY-LT); Reddy, Anne C. (Assoc-NY-LT); Savitt, Nancy (ProjectAtty-NY-LT); Norden, Nicholas (Assoc-NY-LT); McCallen, Benjamin; Baio, Joseph
> **Subject:** BSGR v. Soros
>
> Lou,
>
> We write regarding your letter demand for information from OSF pursuant to SDNY Local Civil Rule 26.1, dated June 5, 2017. Due to client scheduling conflicts, we request a short extension of time to respond to the demand to Thursday, June 15. Please let us know if you agree.
>
> Thank you,
>
> Jim
>
> **James Fitzmaurice**

1

**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8956 | Fax: +1 212 728 9956
jfitzmaurice@willkie.com | vCard | www.willkie.com bio

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.