# EXHIBIT 11

# Form 990

**Return of Organization Exempt From Income Tax**
Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

► Do not enter social security numbers on this form as it may be made public.
► Information about Form 990 and its instructions is at www.irs.gov/form990.

OMB No. 1545-0047
**2015**
Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2015 calendar year, or tax year beginning _____, 2015, and ending _____, 20__

**B** Check if applicable:
- Address change
- Name change
- Initial return
- Final return/terminated
- Amended return
- Application pending

**C** Name of organization: **OPEN SOCIETY POLICY CENTER**
Doing business as
Number and street (or P.O. box if mail is not delivered to street address): **224 WEST 57TH STREET**  Room/suite
City or town, state or province, country, and ZIP or foreign postal code: **NEW YORK, NY 10019**
**F** Name and address of principal officer: **STEPHEN RICKARD**
**224 WEST 57TH STREET NEW YORK, NY 10019**

**D** Employer identification number: **52-2028955**
**E** Telephone number: **(212) 548-0600**
**G** Gross receipts $ **17,000,000**

**H(a)** Is this a group return for subordinates? Yes [ ] No [X]
**H(b)** Are all subordinates included? Yes [ ] No [ ]
If "No," attach a list. (see instructions)

**I** Tax-exempt status: [ ] 501(c)(3)  [X] 501(c)( 4 ) ◄ (insert no.) [ ] 4947(a)(1) or [ ] 527
**J** Website: ► **WWW.OPENSOCIETYPOLICYCENTER.ORG**
**H(c)** Group exemption number ►
**K** Form of organization: [X] Corporation [ ] Trust [ ] Association [ ] Other ►   **L** Year of formation: **1997**   **M** State of legal domicile: **DC**

## Part I  Summary

**Activities & Governance**
1. Briefly describe the organization's mission or most significant activities: **TO PROMOTE SOCIAL WELFARE, INCLUDING ADVOCACY FOR THE REFORM OF PUBLIC WELFARE LAWS.**
2. Check this box ► [ ] if the organization discontinued its operations or disposed of more than 25% of its net assets
3. Number of voting members of the governing body (Part VI, line 1a) ............. **3** | **7**
4. Number of independent voting members of the governing body (Part VI, line 1b) ... **4** | **1**
5. Total number of individuals employed in calendar year 2015 (Part V, line 2a) ..... **5** | **0.**
6. Total number of volunteers (estimate if necessary) ............. **6** | **0.**
7a. Total unrelated business revenue from Part VIII, column (C), line 12 ............. **7a** | **0**
b. Net unrelated business taxable income from Form 990-T, line 34 ............. **7b** | **0**

| | Prior Year | Current Year |
|---|---|---|
| **Revenue** | | |
| 8 Contributions and grants (Part VIII, line 1h) | 8,000,000 | 17,000,000 |
| 9 Program service revenue (Part VIII, line 2g) | 0. | 0 |
| 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 0 | 0 |
| 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 0. | 0 |
| 12 Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 8,000,000. | 17,000,000 |
| **Expenses** | | |
| 13 Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 10,535,232. | 7,653,480. |
| 14 Benefits paid to or for members (Part IX, column (A), line 4) | 0. | 0 |
| 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 0. | 0 |
| 16a Professional fundraising fees (Part IX, column (A), line 11e) | 0. | 0. |
| b Total fundraising expenses (Part IX, column (D), line 25) ► 0 | | |
| 17 Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 2,054,913 | 2,580,172 |
| 18 Total expenses Add lines 13-17 (must equal Part IX, column (A), line 25) | 12,590,145 | 10,233,652. |
| 19 Revenue less expenses  Subtract line 18 from line 12 | -4,590,145 | 6,766,348. |
| | Beginning of Current Year | End of Year |
| **Net Assets or Fund Balances** | | |
| 20 Total assets (Part X, line 16) | 4,243,090. | 10,591,160. |
| 21 Total liabilities (Part X, line 26) | 1,107,368. | 689,090. |
| 22 Net assets or fund balances  Subtract line 21 from line 20 | 3,135,722. | 9,902,070. |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**
Signature of officer: [signed]   Date: 11/10/2016
**STEPHEN RICKARD    EXECUTIVE DIRECTOR**
Type or print name and title

**Paid Preparer Use Only**
Print/Type preparer's name: **MARGARET A BRADSHAW**
Preparer's signature: [signed]   Date: **11/08/16**
Check [ ] if self-employed   PTIN: **P00501222**
Firm's name ► **KPMG LLP**   Firm's EIN ► **13-5565207**
Firm's address ► **345 PARK AVE NEW YORK, NY 10154-0102**   Phone no. **703-286-8399**

May the IRS discuss this return with the preparer shown above? (see instructions) ............. [X] Yes [ ] No

For Paperwork Reduction Act Notice, see the separate instructions.   Form **990** (2015)

JSA
5E1010 1 000
45274G 720F    V 15-7F    OSPC    PAGE 1

SCANNED DEC 14 2016

G40 8



OPEN SOCIETY POLICY CENTER                                                                 52-2028955

| SCHEDULE R (Form 990) | **Related Organizations and Unrelated Partnerships** ▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37 ▶ Attach to Form 990. | OMB No 1545-0047 **2015** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Information about Schedule R (Form 990) and its instructions is at *www irs gov/form990* | Open to Public Inspection |
| Name of the organization OPEN SOCIETY POLICY CENTER | | Employer identification number 52-2028955 |

**Part I** Identification of Disregarded Entities Complete if the organization answered "Yes" on Form 990, Part IV, line 33

| (a) Name, address and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |
| (6) | | | | | |

**Part II** Identification of Related Tax-Exempt Organizations Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related tax-exempt organizations during the tax year

| (a) Name address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|
| (1) OPEN SOCIETY INSTITUTE   13-7029285 224 WEST 57TH STREET   NEW YORK, NY 10019 | CHARITABLE | NY | 501(C)(3) | PF | N/A | | X |
| (2) FOUNDATION TO PROMOTE OPEN SOCIETY   26-3753801 224 WEST 57TH STREET   NEW YORK NY 10019 | CHARITABLE | DE | 501(C)(3) | PF | N/A | | X |
| (3) OPEN SOCIETY FUND, INC   13-3095822 224 WEST 57TH STREET   NEW YORK, NY 10019 | CHARITABLE | NY | 501(C)(3) | PF | N/A | | X |
| (4) ALLIANCE FOR OPEN SOCIETY INTERNATIONAL   81-0623035 224 WEST 57TH STREET   NEW YORK, NY 10019 | CHARITABLE | DE | 501(C)(3) | 7 | N/A | | X |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990                    Schedule R (Form 990) 2015

JSA
5E1307 1 000
45274G 720F                     V 15-7F            OSPC                              PAGE 39