# EXHIBIT 12

http://mosaiqueguinee.com/affaire-bsgr-ist-mamadie-toure-issiaga-bangoura-et-cie-disculpes-par-le-tpi-de-kaloum/
Case 1:17-cv-02726-JFK-OTW   Document 182-12   Filed 10/26/20   Page 2 of 6


Accueil  >  Actualités

# Affaire BSGR : IST, Mamadie Touré, Issiaga Bangoura et Cie disculpés par le TPI de Kaloum

ParMohamed Bangoura   —   Depuis 2 mois  dansActualités, Dernières Nouvelles, International, Justice                    0



Pour plusieurs observateurs et analystes, c'est un jugement définitif et exécutoire en Guinée qui va sans doute fragiliser l'accusation contre Beny Steinmetz lors du procès qui se tiendra à Genève en 2021.

Dans un jugement rendu le 30 mars dernier, le Tribunal de grande instance de Kaloum a reconnu non coupables les six prévenus poursuivis pour soupçon de corruption dans l'affaire de l'obtention de concessions minières de Simandou et Zogota par le groupe minier BSGR.

La nouvelle a été peu commentée en Guinée.

La procédure judiciaire aux ramifications internationales remonte au 6 août 2013.

Pour rappel, au terme de six ans d'instruction, l'homme d'affaires franco-israélien Beny Steinmetz a été renvoyé par acte d'accusation du 8 août 2019 devant le tribunal de Genève pour corruption d'agents publics étrangers et usage de faux dans le cadre de l'obtention de concessions de la mine de Simandou, le principal gisement mondial de minerai de fer, en Guinée, toujours inexploité à ce jour.

Beny Steinmetz est accusé, ainsi que deux autres personnes, d'avoir versé ou fait verser des pots-de-vin lors de l'attribution de concessions minières dans la région de Simandou, entre 2005 et 2010. En parallèle de la procédure suisse initiée sous commission rogatoire, la justice guinéenne a ouvert une procédure judiciaire à l'encontre de six intermédiaires présumés en Guinée : Mamadie Touré, la quatrième femme de l'ex-président Lansana Conté ; le journaliste Ibrahima Sory Touré ; le lieutenant Issiaga Bangoura, Mahmoud Thiam, le PDG du groupe Fouta mondial Corporation ; Aboubacar Bah et l'homme d'affaires malien Ismaël Daou.

Ces six prévenus, faisaient selon les cas l'objet d'un mandat de dépôt depuis le 6 mai 2013 ou d'un mandat d'arrêt international depuis le 9 juin 2017. Suite à l'ordonnance du 28 juillet 2018, tous ont été renvoyés devant le tribunal pour avoir, entre 2006 et 2010, *« cédé à des offres, promesses, dons, présents et autres avantages proposés directement ou non en abusant de leur influence réelle ou supposée en vue de faire obtenir du Président, du gouvernement et de l'administration publique des décisions favorables pour l'obtention des concessions minières de Simandou et Zogota, d'avoir accepté une somme indue à la suite d'une mission »*.

**Jugement définitif et exécutoire**

La partie civile s'étant désistée de son action et le ministère Public ayant abandonné les poursuites contre les prévenus, l'autorité judiciaire compétente pour statuer a décidé d'acquitter les prévenus, par décision du 30 mars 2020. Retenant que le *« fait poursuivi ne constitue aucune infraction à la loi pénale ou que le fait poursuivi n'est pas établi »*, le Tribunal de Kaloum a ainsi déclaré les prévenus non coupables des faits qui leur sont reprochés. Au vu de l'abandon des poursuites par le ministère Public, ce jugement est définitif et exécutoire. Une décision *« très importante »*, selon l'avocat de Beny Steinmetz, Marc Bonnant, pour qui *« il n'y a plus de corrompu. Il ne peut donc y avoir de corrupteur »*.

Cette décision devrait influer le cours de la procédure judiciaire suisse contre Benny Steinmetz, déjà fragilisée par l'accord conclu en février 2019 entre le groupe et le pouvoir guinéen, à l'origine de la plainte ayant débouché sur la procédure judiciaire à Genève. Cet accord a conditionné l'abandon des poursuites pour corruption intentées par la Guinée contre Beny Steinmetz et son groupe au renoncement à ses droits sur le gisement de Simandou. Preuve de cette entente : l'exploitation de la mine de Zogota, à la frontière avec le Liberia, a été confiée fin février 2019, à la demande du gouvernement guinéen, à un nouveau groupe d'investisseurs dirigé par Mick Davis, l'ex-patron du géant minier X-Strata et dirigeant de Niron Metal. Un an après, la décision du Tribunal de Kaloum devrait alléger un peu plus les charges pesant contre l'homme d'affaires et son groupe. *« On voit mal que Monsieur Beny Steinmetz ait à répondre devant votre tribunal d'une corruption… qui n'a pas eu lieu »*, soulignait ainsi Me Bonnant dans un courrier adressé à la présidente du Tribunal correctionnel de Genève, le 6 avril dernier.

**Mosaiqueguinee.com avec Financial Afrik**



Home > News

## BSGR Affair: IST, Mamadie Touré, Issiaga Bangoura and Co. exonerated by the the Court of First Instance of Kaloum

By Mohamed Bangoura — Two months ago in News, Latest News, International, Justice                    0



For many observers and analysts, this is a final and binding judgment in Guinea, one that will no doubt weaken the accusation against Beny Steinmetz in the trial to be held in Geneva in 2021.

In a judgment rendered on March 30, the Court of First Instance of Kaloum found the six defendants prosecuted on suspicion of corruption in the BSGR mining group's obtaining of mining concessions in Simandou and Zogota not guilty.

The news has received little comment in Guinea.

The judicial proceedings, whose ramifications have been felt around the world, date back to August 6, 2013.

After a six-year investigation, the Franco-Israeli businessman Beny Steinmetz was indicted to the Geneva court on August 8, 2019 for bribery of foreign public officials and falsification of records in the course of obtaining concessions for the Simandou mine in Guinea, the largest iron ore deposit in the world, which has never been mined.

Along with two other people, Beny Steinmetz has been accused of having paid bribes or arranging to have bribes paid when mining concessions were being awarded in the Simandou region between 2005 and 2010. At the same time as the Swiss procedure initiated under letters rogatory, the Guinean justice system opened legal proceedings against six presumed intermediaries in Guinea: Mamadie Touré, the fourth wife of ex-president Lansana Conté; journalist Ibrahima Sory Touré; Lieutenant Issiaga Bangoura, Mahmoud Thiam, CEO of the Fouta Corporation world group; Aboubacar Bah and Malian businessman Ismaël Daou.

Depending on the case, the six defendants have been under warrants of committal since May 6, 2013, or international arrest warrants since June 9, 2017. Further to the order of July 28, 2018, all were referred to the court for having, between 2006 and 2010, *"yielded to offers, promises, donations, gifts and other advantages offered directly or not by abusing their actual or supposed influence with a view to obtaining from the President, the government and the public administration decisions that were favorable for obtaining the Simandou and Zogota mining concessions, for having accepted an unwarranted sum after a mission."*

**Final and binding judgment**

As the civil party has dropped its action and the Public Prosecutor has abandoned the proceedings against the defendants, the



STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

### CERTIFICATION

I, Jacqueline Yorke, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided French into English translation(s) of the source document(s) listed below are true and accurate:

- An article titled "Affaire BSGR : IST, Mamadie Touré, Issiaga Bangoura et Cie disculpés par le TPI de Kaloum" from the mosaicqueguinee.com website.

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

Jacqueline Yorke, Project Manager
Currently situated in the County of New York

Sworn to before me remotely this
Tuesday, October 13, 2020

Signature, Notary Public
Currently situated in the County of new York

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T +1 212.689.5555 | F +1 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90+ CITIES WORLDWIDE

competent judicial authority ruled to acquit the defendants in a decision of March 30, 2020. Holding that the *"prosecuted fact does not constitute any infraction of criminal law, or the prosecuted fact is not established,"* the Kaloum Court declared the defendants not guilty of the facts of which they were accused. Because the Public Prosecutor dropped the proceedings, this judgment is final and binding. A *"very important"* decision, according to Beny Steinmetz's lawyer, Marc Bonnant, for whom *"there is no longer anyone corrupted. There can therefore be no corrupter."*

This decision should influence the course of the Swiss legal proceedings against Benny Steinmetz, already weakened by an agreement entered into in February 2019 between the group and the Guinean authorities, which sparked the complaint that led to the legal proceedings in Geneva. This agreement made the dropping of the corruption lawsuits brought by Guinea against Beny Steinmetz and his group conditional on his waiving of his rights to the Simandou deposit. Proof of this agreement: the exploitation of the Zogota mine, on the Liberian border, was entrusted in late February 2019, at the Guinean government's request, to a new group of investors led by Mick Davis, former head of mining giant X-Strata and director of Niron Metal. One year on, the Kaloum Court's decision is bound to lighten the charges against the businessman and his group a little more. *"It's not clear why Mr. Beny Steinmetz should be held accountable before your court for a corruption... that did not take place,"* said Me Bonnant in a letter addressed to the presiding judge of the Geneva Criminal Court last April 6.

**Mosaiqueguinee.com with Financial Afrik**