# EXHIBIT 1

# EXHIBIT 20



## PRESS RELEASE FROM THE PUBLIC PROSECUTOR

Geneva, 12 August 2019

### Mining licences in Guinea: Beny STEINMETZ committed to stand trial

**The office of the Public Prosecutor has filed an indictment against Beny Steinmetz and two other defendants in the Criminal Court. The indictment relates to the offences of bribery of foreign public officials and forgery of documents in connection with the granting of mining licences in the Republic of Guinea between 2005 and 2010.**

Prosecutor Claudio MASCOTTO, who has been in charge of the case since it was opened in 2013, has filed an indictment with the Criminal Court in the proceedings against Benjamin (Beny) STEINMETZ and two other defendants.

Following an investigation that involved intensive cooperation with various foreign authorities, the Public Prosecutor has accused the three defendants of having promised as early as 2005, and then paying, or causing to be paid, bribes to one of the wives of former Guinean president Lansana CONTÉ in order to exclude a competitor and subsequently grant Beny Steinmetz Group Resources (BSGR) mining rights in the Simandou region of the Republic of Guinea. The charge is bribery of foreign public officials (Article 322$^{septies}$ of the Criminal Code).

At the relevant time, a significant part of the BSGR group's activities was conducted from Geneva, where Beny Steinmetz also had his domicile. According to the indictment, the sums paid as bribes amounted to approximately USD 10 million, with part of that amount being channelled through accounts in Switzerland.

The office of the Public Prosecutor further alleges that the three defendants fabricated false contracts and invoices in order to conceal from the banks and the authorities that BSGR or Beny STEINMETZ was financing the payment of bribes. In this connection, he is alleging forgery of documents (Article 251 of the Criminal Code).

It should be noted that the Criminal Court has jurisdiction as the office of the Public Prosecutor is seeking a custodial sentence of 2 to 10 years.

The defendants are entitled to the presumption of innocence.

No further comments will be made.

Contact: Marc Guéniat, Media Relations Officer, PJ, +41 (0)22 327 62 77, communication@justice.ge.ch



**RÉPUBLIQUE ET CANTON DE GENÈVE**

POST TENEBRAS LUX

**POUVOIR JUDICIAIRE**

## COMMUNIQUÉ DE PRESSE DU MINISTÈRE PUBLIC

Genève, le 12.08.2019

### Licences minières en Guinée: Beny STEINMETZ renvoyé en jugement

**Le Ministère public a saisi le Tribunal correctionnel d'un acte d'accusation contre Beny STEINMETZ et deux autres prévenus. Il retient les infractions de corruption d'agents publics étrangers et de faux dans les titres dans le contexte de l'attribution de licences minières en République de Guinée entre 2005 et 2010.**

Le procureur Claudio MASCOTTO, en charge de la procédure depuis son ouverture en 2013, a déposé au Tribunal correctionnel un acte d'accusation dans la procédure dirigée contre Benjamin (Beny) STEINMETZ et deux autres prévenus.

Au terme de son instruction, qui a nécessité une intense coopération avec diverses autorités étrangères, le Ministère public accuse les trois prévenus d'avoir promis dès 2005, puis versé ou fait verser, des pots-de-vin à l'une des épouses de l'ancien président guinéen Lansana CONTÉ en vue de faire évincer un concurrent puis de faire octroyer au Beny Steinmetz Group Resources (BSGR) des droits miniers dans la région de Simandou en République de Guinée. Il retient à cet égard la corruption d'agents publics étrangers (art. $322^{septies}$ du code pénal).

Une partie importante de l'activité du groupe BSGR était conduite à l'époque depuis Genève, où Beny STEINMETZ était par ailleurs domicilié. Les sommes versées à titre de pots-de-vin selon l'acte d'accusation s'élèvent à environ dix millions de dollars, dont une partie a transité par des comptes en Suisse.

Le Ministère public reproche en outre aux trois prévenus d'avoir fabriqué des faux contrats et des fausses factures pour cacher aux banques et aux autorités que BSGR respectivement Beny STEINMETZ finançaient le paiement de pots-de-vin. Il retient à cet égard le faux dans les titres (art. 251 du code pénal).

Pour mémoire, le Tribunal correctionnel est compétent lorsque le Ministère public entend requérir une peine privative de liberté de 2 à 10 ans.

Les prévenus bénéficient de la présomption d'innocence.

Il ne sera fait aucun autre commentaire.

Contact : Marc Guéniat, chargé de relations médias, PJ, +41 (0)22 327 62 77, communication@justice.ge.ch



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK     )
                      )             ss:
COUNTY of NEW YORK    )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Ex. XX (Geneva Public Prosecutor Press Release" -- originally written in Fench -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into English.

Dated: 6/25/2020

_____
Heather Cameron
Projects Manager
Consortra Translations

Sworn to and signed before ME
This 25th day of June, 2020

_____
Notary Public



JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022

Your legal translation partner

New York, NY | Washington DC | Houston, TX | San Francisco, CA | Hong Kong