**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

BSG RESOURCES (GUINEA) LIMITED, et al.,

                Plaintiffs,            17-CV-2726 (JFK) (OTW)

      -against-                    **ORDER**

GEORGE SOROS, et al.,

                Defendants.

-----------------------------------------------------------x

    **ONA T. WANG, United States Magistrate Judge:**

    The Court has reviewed the parties' joint letter (ECF 208) and the associated exhibits.

The Court's rulings are as follows:

- Issue 1: Plaintiffs' request to compel production in response to their requests for production ("RFPs") is denied.

- Issue 2: Plaintiffs are directed to produce documents on a rolling basis, to begin no later than April 21, 2021, as follows**:** Defendants' RFPs No. 1(b), 1(c), 1(f), and 3(a) are not in dispute and so production shall proceed forthwith; RFP No. 1(a) is limited to bribery of Mamadie Touré; and all other RFPs are *not* limited to bribery of Mamadie Touré.

- Issue 3: The end date for the relevant period of Plaintiffs' production shall be the present.

- Issue 4: BSGR shall produce the witness statements submitted to the ICSID and LCIA arbitrations by 5:00 pm EDT on April 8, 2021. Parties shall meet and confer on the depositions of Beny Steinmetz and Dag Cramer and the procedural vehicles for securing their depositions.

- Issue 5: The parties are directed to meet and confer to resolve Issue 5 in light of the Court's ruling on Issue 2.

- Issue 6: By 5:00 pm EDT on April 8, 2021, Plaintiffs are directed to produce or identify to Defendants any orders, agreements, or laws purportedly barring Plaintiffs from producing documents. Simultaneously, Plaintiffs shall also provide to Defendants an explanation of why these orders, agreements, or law limit production if it is not clear from the face of such orders, agreements, or laws.

On April 14, 2021, the parties are directed to submit a three-page joint letter (*see* ECF 207 for instructions on properly preparing a joint letter) on Issue 4 (Steinmetz and Cramer deposition plan) and Issue 6 (whether/how Plaintiffs' production may be limited due to any existing orders, agreements, or laws).

**SO ORDERED.**

Dated: April 7, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge