# EXHIBIT G



Louis M. Solomon
Tel 212.801.6500
Fax 212.805.5529
lsolomon@gtlaw.com

August 21, 2017

Elizabeth J. Bower, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099

Re:   *BSGR v. Soros, et al.*, Civil Action No. 1:17-cv-02726 (JFK) (AJP)

Dear Counsel:

We write in response to the request in your August 10 letter that we advise you concerning whether Plaintiffs will produce documents from various persons or, if not, whether we will accept service of subpoenas to such persons.

Plaintiffs will produce documents from Onyx, Margali, Beny Steinmetz, and Dag Cramer.

Plaintiffs will produce documents in their possession from persons who formerly were associated with them during the time of their association, namely Asher Avidan and Roy Oron. Plaintiffs will run searches for documents from Ibrahima Touré and disclose any relevant documents Plaintiffs have in their possession; however, to the best of Plaintiffs' knowledge, Mr. Touré used his personal email for BSGR business. Plaintiffs are not in a position to accept service of any subpoenas directed at Mr. Avidan, Mr. Oron, or Mr. Touré personally.

By stating that Plaintiffs will produce documents, we are not representing that any such documents exist, but rather that they will be produced if they are located in the course of Plaintiffs' search for covered documents.

Plaintiffs will not be producing documents from, and Plaintiffs are not in a position to accept service for, the following: Pentler, Frederic Cilins, Michael Noy, Avraham Lev Ran, Ricardo Saad.

Very truly yours,

*Louis M. Solomon*

Louis M. Solomon

*NY 246722655v3*