UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BSG RESOURCES (GUINEA) LIMITED, BSG RESOURCES (GUINEA) SÀRL, and BSG RESOURCES LIMITED,

          Plaintiffs,

    v.

GEORGE SOROS, OPEN SOCIETY FOUNDATIONS, OPEN SOCIETY INSTITUTE, FOUNDATION TO PROMOTE OPEN SOCIETY, OPEN SOCIETY FOUNDATION, INC., ALLIANCE FOR OPEN SOCIETY INTERNATIONAL INC., OPEN SOCIETY POLICY CENTER, and OPEN SOCIETY FUND,

          Defendants.

## NOTICE OF APPLICATION FOR THE ISSUANCE OF LETTER OF REQUEST (LETTER ROGATORY)

PLEASE TAKE NOTICE that upon the Application for the Issuance of a Letter of Request (Letter Rogatory) submitted by Defendants George Soros, Open Society Foundations, Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund (collectively, "Defendants"), and exhibits thereto, and all other papers and proceedings herein, Defendants will move this Court, before the Honorable Judge Ona T. Wang, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order issuing a Letter of Request addressed to the Registrar of the Supreme Court, for the attention of the Supreme Court Registry, acting as the Central Authority of the British Virgin Islands.

| | |
|---|---|
| Dated: April 14, 2021<br>New York, New York | Respectfully submitted,<br><br>WILLKIE FARR & GALLAGHER LLP<br><br>By: /s/ Benjamin P. McCallen<br>    Joseph T. Baio<br>    Benjamin P. McCallen<br>    James Fitzmaurice<br><br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>bmccallen@willkie.com<br><br>    Elizabeth J. Bower<br><br>1875 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 303-1000<br>ebower@willkie.com<br><br>*Attorneys for Defendants* |

TO:

REED SMITH LLP

Louis M. Solomon
Michael S. Lazaroff
599 Lexington Avenue
New York, NY 10022-7650
lsolomon@reedsmith.com
mlazaroff@reedsmith.com

KATTEN MUCHIN ROSENMAN LLP

David J. Stagman
525 West Monroe Street
Chicago, Illinois 60661-3693
david.stagman@katten.com

*Attorneys for Plaintiffs*