**WILLKIE FARR & GALLAGHER LLP**

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

April 22, 2021

Honorable John F. Keenan
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *BSG Resources (Guinea) Limited, et al. v. George Soros, et al.*, No. 1:17-cv-02726 (JFK) (OTW)

Dear Judge Keenan:

      We write in response to Plaintiffs' Objection to Judge Wang's April 7 Order, which was filed yesterday. (Dkt. 215). Plaintiffs' Objection is meritless, and Defendants dispute various characterizations and arguments contained therein. Given that there is no deadline for Defendants to respond to Plaintiffs Objection under Federal Rule of Civil Procedure 72 (or any applicable rule of this Court), Defendants write to state that they intend to file a substantive response to Plaintiffs' Objection by April 28, 2021, or another date of the Your Honor's choosing. We appreciate the Court's consideration.

Respectfully submitted,

/s/ Benjamin P. McCallen

Benjamin P. McCallen