**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

BSG RESOURCES (GUINEA) LIMITED, et al.,

                    Plaintiffs,                    17-CV-2726 (JFK) (OTW)

        -against-                        **ORDER**

GEORGE SOROS, et al.,

                    Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' joint letter (ECF 210). It is HEREBY ORDERED that Defendants' motion to compel Beny Steinmetz's and Dag Cramer's depositions shall be filed by **May 7, 2021**. Plaintiffs' opposition, if any, shall be filed by **May 11, 2021**. Defendants' reply, if any, shall be filed by **May 18, 2021.**

**SO ORDERED.**

Dated: April 22, 2021
New York, New York

                                           *s/ Ona T. Wang*
                                              **Ona T. Wang**
                                     United States Magistrate Judge