# EXHIBIT K

| | |
|---|---|
| **From:** | Lazaroff, Michael S. <MLazaroff@reedsmith.com> |
| **Sent:** | Tuesday, March 23, 2021 6:42 PM |
| **To:** | Antonello, Gabrielle |
| **Cc:** | Solomon, Louis M.; david.stagman@katten.com; Kennedy, John P.; Baio, Joseph; Bower, Elizabeth; McCallen, Benjamin; Fitzmaurice, James |
| **Subject:** | RE: BSGR v. Soros |

### *** EXTERNAL EMAIL ***

Counsel:

You asked us in your letter whether plaintiffs would produce a copy of any orders, agreements or other authority that prohibits production of some responsive documents from other proceedings or investigations. Plaintiffs agree to provide a copy of any such orders or agreements in their possession and citations to any such authority. However, Plaintiffs do not agree to provide any log (categorical or document log) regarding documents from other proceedings withheld due to these issues. There is no such requirement in the Federal Rules of Civil Procedure and it is an unduly burdensome and unnecessary request.

As noted in my letter from earlier today, we still do not know what you intend to put in your portion of tomorrow's joint status letter or even the list of issues you intend to raise. Nor do we have a process for finalizing the submission.

In our letter, we have told you the issues we intend to raise. In yesterday's letter, you indicated that there were potentially two issues you would raise with Judge Wang which are what you termed "scope of production" and "confidentiality of documents". Please confirm that these are the only two issues you intend to raise in tomorrow's submission. If not, please let us know whether you intend to raise any other issues.

Thank you,

Michael

---

**From:** Lazaroff, Michael S.
**Sent:** Tuesday, March 23, 2021 7:14 AM
**To:** 'Antonello, Gabrielle'
**Cc:** Solomon, Louis M. ; david.stagman@katten.com; Kennedy, John P. ; Baio, Joseph ; Bower, Elizabeth ; McCallen, Benjamin ; zz-Fitzmaurice, James
**Subject:** RE: BSGR v. Soros

Counsel:

Please see the attached letter.

Thank you,

Michael Lazaroff
mlazaroff@reedsmith.com

Reed Smith LLP

1

599 Lexington Avenue
New York, NY 10022-7650
+1 212 5490412
Fax +1 212 521 5450

---

**From:** Antonello, Gabrielle <GAntonello@willkie.com>
**Sent:** Monday, March 22, 2021 10:02 AM
**To:** Lazaroff, Michael S. <MLazaroff@reedsmith.com>
**Cc:** Solomon, Louis M. <LSolomon@reedsmith.com>; david.stagman@katten.com; Kennedy, John P. <JKennedy@reedsmith.com>; Baio, Joseph <jbaio@willkie.com>; Bower, Elizabeth <EBower@WILLKIE.COM>; McCallen, Benjamin <BMcCallen@willkie.com>; zz-Fitzmaurice, James <jfitzmaurice@willkie.com>
**Subject:** BSGR v. Soros

EXTERNAL E-MAIL - From GAntonello@willkie.com

Michael,

Please see the attached correspondence.

Regards,
Gabrielle

**Gabrielle Antonello**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8136 | Fax: +1 212 728 9136
gantonello@willkie.com | vCard | www.willkie.com bio

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

External Signed

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01