**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

BSG RESOURCES (GUINEA) LIMITED, et al.,

                        Plaintiffs,

            -against-

GEORGE SOROS, et al.,

                      Defendants.

--------------------------------------------------------------x

17-CV-2726 (JFK) (OTW)

**ORDER**

        **ONA T. WANG, United States Magistrate Judge:**

        The Court is in receipt of the parties' June 22, 2021 status letter. (ECF 256). It is HEREBY

ORDERED that:

- Dag Lars Cramer shall be deposed on August 24, 2021, and Benjamin "Beny" Steinmetz shall be deposed on August 29, 2021. Defendants may seek to reopen either or both depositions on the basis of any documents produced on or after August 17, 2021.[1]

- On **July 7, 2021**, the parties are directed to submit a 3-page joint status letter on: 1) the log and metadata issues referenced in the June 22, 2021 status letter; and 2) any other open discovery disputes.

- The parties are directed to appear for a series of confidential, telephonic, counsel-only discovery *settlement* conferences on **July 12, 2021**. Plaintiffs shall dial in at **2:00 pm** to (866) 390-1828, access code 1582687. Defendants shall dial in at **3:00 pm** to the same conference line.

        **SO ORDERED.**

                                  _s/ Ona T. Wang_____

Dated: June 28, 2021                              **Ona T. Wang**
       New York, New York                    United States Magistrate Judge

---

[1] It thus behooves Plaintiffs to substantially complete production of relevant documents so that Mr. Cramer's and Mr. Steinmetz's depositions may be completed on the scheduled dates.