**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BSG RESOURCES (GUINEA) LIMITED, et al.,

                     Plaintiffs,           17-CV-2726 (JFK) (OTW)

         -against-                  **ORDER**

GEORGE SOROS, et al.,

                     Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold an in-person discovery status conference in this matter on **Thursday, July 22, 2021 at 2:30 p.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D. The items to be addressed will be limited to ECF 260-1, and specifically, the claimed impediments to production of the documents identified on ECF 260-1.

**SO ORDERED.**

Dated: July 14, 2021                              *s/ Ona T. Wang*
       New York, New York                    **Ona T. Wang**
                                         United States Magistrate Judge