**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BSG RESOURCES (GUINEA) LIMITED, et al.,

                      Plaintiffs,                    17-CV-2726 (JFK) (OTW)

         -against-                         **ORDER**

GEORGE SOROS, et al.,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Defendants' proposed briefing schedule related to a motion for sanctions and to shift fees and costs. (ECF 271). The parties shall abide by the following briefing schedule:

- Defendants shall file their motion on or before September 3, 2021.
- Plaintiffs' response shall be due September 20, 2021.
- Defendants' reply shall be due September 27, 2021.

**SO ORDERED.**

Dated: August 17, 2021
New York, New York

                                                    */s/ Ona T. Wang*
                                                      **Ona T. Wang**
                                                    United States Magistrate Judge