

|  |  |
|---|---|
| **Louis M. Solomon**<br>Direct Phone: +1 212 549 0400<br>Email: lsolomon@reedsmith.com | ReedSmith LLP<br>599 Lexington Avenue<br>New York, NY 10022-7650<br>+1 212 521 5400<br>Fax +1 212 521 5450<br>reedsmith.com |

August 18, 2021

**Via ECF**

Honorable Ona T. Wang
United States Magistrate Judge
U.S. District Court Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *BSG Resources Guinea Limited et al. (BSGR) v. George Soros et al.*, No. 1:17-cv-02726 (JFK) (OTW)

Dear Judge Wang:

As co-counsel for Plaintiffs, we write respectfully to respond briefly to the letter from counsel for Mr. Cramer just sent to Your Honor (ECF 279). Rather than just raising a scheduling issue that we assume could have been easily handled, counsel for Mr. Cramer lays out a story that is essentially devoid of accuracy. We request until 5 p.m. on August 20, 2021, two days from now, to submit a substantive response, which will lay out in detail the documented steps we took to secure the date for Mr. Cramer's deposition.

Respectfully,

*/s/ Louis M. Solomon/*

Louis M. Solomon

cc: Counsel of Record (via ECF), Daniel Kinzer (via email), David Barnett (via email), Craig Pollack (via email).