| | |
|---|---|
| **From:** | McCallen, Benjamin |
| **To:** | "Solomon, Louis M."; Gimbel, Mark |
| **Cc:** | Pollack, Craig; Lazaroff, Michael S.; "david.stagman@kattenlaw.com"; Baio, Joseph; Bower, Elizabeth; Antonello, Gabrielle |
| **Subject:** | RE: BSGR v Soros |
| **Date:** | Friday, August 20, 2021 11:51:23 AM |

**[EXTERNAL]**

Mark,

Thank you for the email. I believe Lou meant to say "Plaintiffs" in his email, not "Defendants." Judge Wang has now issued three orders regarding the timing of these depositions, and we do not believe the parties have the ability to stipulate around those Court orders. Nor do we think it would be appropriate. Defendants have undertaken significant work in connection with these depositions, including filing a motion to compel, addressing various discovery disputes to the Court in advance of these depositions, reviewing tens of thousands of documents and finally preparing for the depositions themselves. This was done on a timeline based upon Plaintiffs' representations regarding the willingness of Mr. Cramer, who we understand to be an officer and director of BSGR, to appear voluntarily for a deposition on August 24. Defendants have already been substantially prejudiced in this matter due to Plaintiffs' failure to comply with their discovery obligations in connection with this meritless action, and we cannot consent to further delay and cost. Defendants reserve all rights.

Regards,

**Benjamin P. McCallen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8182 | Fax: +1 212 728 9182
bmccallen@willkie.com | vCard | www.willkie.com bio

**From:** Solomon, Louis M. <LSolomon@reedsmith.com>
**Sent:** Thursday, August 19, 2021 9:29 PM
**To:** Gimbel, Mark <mgimbel@cov.com>; McCallen, Benjamin <BMcCallen@willkie.com>
**Cc:** Pollack, Craig <CPollack@cov.com>; Lazaroff, Michael S. <MLazaroff@reedsmith.com>; 'david.stagman@kattenlaw.com' <david.stagman@kattenlaw.com>; Baio, Joseph <jbaio@willkie.com>; Bower, Elizabeth <EBower@WILLKIE.COM>
**Subject:** RE: BSGR v Soros

**\*\*\* EXTERNAL EMAIL \*\*\***

Mr. Gimbel, Defendants will consent to the relief you are seeking in your application.

**Louis M. Solomon** (bio)

E-Mail: Lsolomon@reedsmith.com

Direct Tel.: +1.212.549.0400

Mobile:  +1.917.292.2484

Reed Smith LLP

599 Lexington Avenue

New York, New York 10022

---

**From:** Gimbel, Mark <mgimbel@cov.com>
**Sent:** Thursday, August 19, 2021 6:44 PM
**To:** Solomon, Louis M. <LSolomon@reedsmith.com>; 'bmccallen@willkie.com' <bmccallen@willkie.com>
**Cc:** Pollack, Craig <CPollack@cov.com>; Lazaroff, Michael S. <MLazaroff@reedsmith.com>; 'david.stagman@kattenlaw.com' <david.stagman@kattenlaw.com>; 'jbaio@willkie.com' <jbaio@willkie.com>; 'ebower@willkie.com' <ebower@willkie.com>
**Subject:** Re: BSGR v Soros

EXTERNAL E-MAIL - From mgimbel@cov.com

Dear Counsel,

As you know, we represent Dag Cramer.   In an effort to resolve this matter constructively and avoid wasting further judicial and party resources, we have communicated with each of you today and proposed to make Mr. Cramer available voluntarily for deposition on September 23 or September 30 (or, if those dates do not work for either side, on some alternative date that is convenient for all parties involved).

We intend to send the attached letter to the Court at noon tomorrow proposing this solution and would appreciate it if you would let us know before then if it is acceptable to your respective clients so that we may inform the Court of your consent.

Regards,

Mark


**Mark Gimbel**

Covington & Burling LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1161 | mgimbel@cov.com
www.cov.com

COVINGTON

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

---

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.