

ReedSmith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Louis M. Solomon**
Direct Phone: +1 212 549 0400
Email: lsolomon@reedsmith.com

September 2, 2021

**Via ECF**

Honorable Ona T. Wang
United States Magistrate Judge
U.S. District Court Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *BSG Resources Guinea Limited et al. (BSGR) v. George Soros et al.*, No. 1:17-cv-02726 (JFK) (OTW)

Dear Judge Wang:

Pursuant to Section IV(a) of Your Honor's Individual Practices, Plaintiffs request permission to file under seal the enclosed and linked letter, which responds to one point in Defendants' August 30 letter (ECF 288). The basis for this request is that Defendants sought permission to file their entire letter under seal as it references confidential material (ECF 290). Thus, Defendants' entire August 30 letter is presumptively under seal. While the part of Defendants' letter quoted by Plaintiffs does not itself cite any confidential material, Plaintiffs felt that, given Defendants' application, they should also seek permission to file this letter under seal. Plaintiffs, therefore, seek permission to file this letter under seal.

Respectfully,

*[signature]*

Louis M. Solomon

cc: Counsel of Record (via ECF), Yisrael Hiller, Esq. (via email), Daniel Kinzer, Esq. (via email)