UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BSG RESOURCES (GUINEA) LIMITED, BSG RESOURCES (GUINEA) SÀRL, and BSG RESOURCES LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE SOROS, OPEN SOCIETY FOUNDATIONS, OPEN SOCIETY INSTITUTE, FOUNDATION TO PROMOTE OPEN SOCIETY, OPEN SOCIETY FOUNDATION, INC., ALLIANCE FOR OPEN SOCIETY INTERNATIONAL INC., OPEN SOCIETY POLICY CENTER, and OPEN SOCIETY FUND,<br><br>Defendants. | No. 1:17-cv-02726 (JFK) (OTW) |

## DECLARATION OF BENJAMIN P. MCCALLEN

I, BENJAMIN P. MCCALLEN, pursuant to 28 U.S.C. § 1746, declare as follows:

I am a member of the bar of this Court and of the law firm of Willkie Farr & Gallagher LLP, counsel for George Soros, Open Society Foundations ("OSF"), Open Society Institute, Foundation to Promote Open Society, Open Society Foundation, Inc. ("OSFI"), Alliance for Open Society International, Inc., Open Society Policy Center, and Open Society Fund (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion for Sanctions, dated September 3, 2021.

1. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's [sic] Responses and Objections to Defendants' First Request for Production, dated August 23, 2017.

2. Attached hereto as **Exhibit B** is a true and correct copy of Defendants' Third Request for Production of Documents to Plaintiffs, dated February 17, 2021.

3. Attached hereto as **Exhibit C** is a true and correct copy of email correspondence between Plaintiffs' and Defendants' counsel, dated February 23-24, 2021.

4. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' Responses and Objections to Defendant's Third Request for Production, dated March 15, 2021.

5. Attached hereto as **Exhibit E** is a true and correct copy of a letter from Elizabeth J. Bower to Louis M. Solomon, et al., dated November 9, 2017.

6. Attached hereto as **Exhibit F** is a true and correct copy of a letter from Benjamin P. McCallen to Michael S. Lazaroff, dated March 22, 2021.

7. Attached hereto as **Exhibit G** is a true and correct copy of email correspondence from Michael Lazaroff to Defendants' counsel, dated March 23, 2021.

8. Attached hereto as **Exhibit H** is a true and correct copy of a letter from Louis M. Solomon to Benjamin P. McCallen, dated April 8, 2021.

9. Attached hereto as **Exhibit I** is a true and correct copy of email correspondence from Michael Lazaroff to Defendants' counsel, dated June 18, 2021.

10. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2021
      New York, New York

                                             /s/ Benjamin P. McCallen
                                              Benjamin P. McCallen