# EXHIBIT C

| | |
|---|---|
| **From:** | Lazaroff, Michael S. <MLazaroff@reedsmith.com> |
| **Sent:** | Wednesday, February 24, 2021 1:46 PM |
| **To:** | McCallen, Benjamin; Bower, Elizabeth; Baio, Joseph; Antonello, Gabrielle; Fitzmaurice, James |
| **Cc:** | Solomon, Louis M.; david.stagman@katten.com; Kennedy, John P. |
| **Subject:** | RE: BSGR v. Soros - Plaintiffs' Supplemental Disclosures and RFPs |

**\*\*\* EXTERNAL EMAIL \*\*\***

Ben:

Per the proposed schedules and Judge Wang's order, we are focused now on responding to the requests for production and documents. We will respond/produce in the agreed upon and/or ordered time frame.

Please note that, as indicated in our supplemental initial disclosures, we do not represent Beny Steinmetz and cannot answer for him.

Thank you,

Michael Lazaroff
mlazaroff@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 5490412
Fax +1 212 521 5450

---

**From:** McCallen, Benjamin
**Sent:** Tuesday, February 23, 2021 1:05 AM
**To:** Kennedy, John P. ; Bower, Elizabeth ; Baio, Joseph ; Antonello, Gabrielle ; zz-Fitzmaurice, James
**Cc:** Solomon, Louis M. ; Lazaroff, Michael S. ; david.stagman@katten.com
**Subject:** RE: BSGR v. Soros - Plaintiffs' Supplemental Disclosures and RFPs

EXTERNAL E-MAIL - From BMcCallen@willkie.com

Lou,

Will Mr. Steinmetz and Mr. Stagman make themselves available for depositions in this matter?

In addition, there are documents in plaintiffs' possession that are relevant and which should be producible quickly, such as documents from ICSID and LCIA related to the three issues in Judge Keenan's order. Plaintiffs conceded the relevance of those documents in the February 3 letter to Judge Wang, so there should be no need to wait for service of objections to our document requests to produce those. When will plaintiffs produce those documents?

Regards,


**Benjamin P. McCallen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8182 | Fax: +1 212 728 9182
bmccallen@willkie.com | vCard | www.willkie.com bio



External Signed

**From:** Kennedy, John P. <JKennedy@reedsmith.com>
**Sent:** Monday, February 22, 2021 7:45 PM
**To:** Bower, Elizabeth <EBower@WILLKIE.COM>; McCallen, Benjamin <BMcCallen@willkie.com>; Baio, Joseph <jbaio@willkie.com>; Antonello, Gabrielle <GAntonello@willkie.com>; Fitzmaurice, James <JFitzmaurice@willkie.com>
**Cc:** Solomon, Louis M. <LSolomon@reedsmith.com>; Lazaroff, Michael S. <MLazaroff@reedsmith.com>; david.stagman@katten.com
**Subject:** BSGR v. Soros - Plaintiffs' Supplemental Disclosures and RFPs

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

Attached are service copies of (a) Plaintiffs' Supplemental Disclosures 2-22-2021; (b) Plaintiffs' Second Request for Production on Soros 2-22-2021; and (c) Plaintiffs' Second Request for Production on OSF 2-22-2021.

Sincerely,

**John Kennedy**
+1 212 549 4186
jkennedy@reedsmith.com
*Pronouns: He/Him/His*

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
+1 703 336 3119 (cell)
Fax +1 212 521 5450


\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then

delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.