# EXHIBIT H



**Louis M. Solomon**
Direct Phone:  +1 212 549 0400
Email:  Lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

April 8, 2021

**By Electronic Mail**

Benjamin P. McCallen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Re:       *BSGR v. Soros et al.*

Dear Ben:

You will be receiving an email with a link and a password for documents numbered
BSGRSOR00017685-BSGRSOR00018581.  These documents are being produced pursuant to the
protective order in this action, and in accordance with Judge Wang's April 7 order.

As you know, BSGR is in administration and has recently changed administrators.  As it has been
explained to us, and I believe as counsel at Katten may have more information on, the new
administrators have faced a series of challenges getting access to documents and information for
production.  Thus, this production reflects those documents that BSGR in good faith and after much
effort has in its possession at the time of production.  We have been and are continuing to take steps to
obtain the relevant information and documents.  BSGR will supplement this production if and when it
receives additional responsive documents.

Finally, as we have explained, LCIA Procedural Order 2 (part of the production) restricts production of
the LCIA witness statements.  They also reference Swiss and Guinean law that limit production of
information about investigations.  Similarly, various ICSID procedural orders (*e.g.,* Numbers 2, 4, 6, 8,
10, 12, 13, 16 and 19 – also in the production) limit production of certain ICSID witness statements,
information and documents.  At this time, we are not producing witness statements in our possession
that we believe are covered by these orders.  We are prepared to meet and confer about these orders as
directed by the Court (Issue 6).  And though we think the orders are self-explanatory, we are willing to
try to answer any questions you have.

Sincerely,

Louis M. Solomon