# EXHIBIT I

| | |
|---|---|
| **From:** | Lazaroff, Michael S. <MLazaroff@reedsmith.com> |
| **Sent:** | Friday, June 18, 2021 5:11 PM |
| **To:** | Antonello, Gabrielle; McCallen, Benjamin; Baio, Joseph; Fitzmaurice, James |
| **Cc:** | Solomon, Louis M.; Kennedy, John P.; Olbrantz, Casey J.; David J. Stagman (david.stagman@katten.com) |
| **Subject:** | BSGR v. Soros |

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel:

Below is a link for Plaintiffs' production of documents numbered BSGRSOR00222091 - BSGRSOR00287218. As Plaintiffs stated in their May 6 reply on the order to show cause (ECF 234) ("May 6 Reply"), Plaintiffs believe that the LCIA documents being produced today are covered by LCIA Procedural Order number 2 and are confidential under that order. However, Plaintiffs also stated in the May 6 Reply that, if Judge Wang directed a production of these documents, Plaintiffs would produce in this litigation those specific LCIA documents (as discussed in the May 6 Reply) to which they had access subject to the protections of the protective order in this litigation. Plaintiffs understand that Judge Wang's June 4 order (ECF 253) has directed Plaintiffs to make such a production and Plaintiffs are hereby producing those LCIA documents (discussed in the May 6 Reply) in accordance with Judge Wang's June 4 order subject to the protective order in this action.

You should be able to access this production using the credentials that were previously sent to you on April 8.

https://reedsmith.sharefile.com/f/fo75af1c-f84a-400d-9b6c-855b51fa8382


Michael Lazaroff
mlazaroff@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 5490412
Fax +1 212 521 5450

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01