

| | |
|---|---|
| **Louis M. Solomon**<br>Direct Phone:  +1 212 549 0400<br>Email:  lsolomon@reedsmith.com | ReedSmith LLP<br>599 Lexington Avenue<br>New York, NY 10022-7650<br>+1 212 521 5400<br>Fax +1 212 521 5450<br>reedsmith.com |

October 4, 2021

**Via ECF**

Honorable Ona T. Wang
United States Magistrate Judge
U.S. District Court Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *BSG Resources Guinea Limited et al. (BSGR) v. George Soros et al.*, No. 1:17-cv-02726 (JFK) (OTW)

Dear Judge Wang:

We are co-counsel for Plaintiffs and write at the direction of our client in response to Defendants' October 1 letter (ECF 305).  In accordance with the Court's September 10 order (ECF 300), Plaintiffs submitted a letter on October 1 explaining that Plaintiffs were seeking a brief fourteen-day extension of the stay so that Joint Administrators can try to amicably dispose of this case without incurring more costs and distractions (ECF 306).  Plaintiffs believe the Court should grant that request.

However, if the Court does not do so, Plaintiffs object to Defendants' October 1 letter, which went well beyond the Court's September 10 order (ECF 300).  In their letter, Defendants sought specific relief from the Court against Plaintiffs without having first conferred with Plaintiffs about those issues or even telling Plaintiffs that they were going to raise them with the Court.  If the Court does not grant the requested stay, Plaintiffs respectfully request that they be permitted to submit a response to Defendants letter by Tuesday, October 12 (without a stay, Plaintiffs' opposition to the sanctions motion is due Friday October 8).

Respectfully,

*/s/ Louis M. Solomon*

Louis M. Solomon

cc:  Counsel of Record (via ECF)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON