

| | |
|---|---|
| Louis M. Solomon<br>Direct Phone: +1 212 549 0400<br>Email: lsolomon@reedsmith.com | ReedSmith LLP<br>599 Lexington Avenue<br>New York, NY 10022-7650<br>+1 212 521 5400<br>Fax +1 212 521 5450<br>reedsmith.com |

October 19, 2021

**Via ECF**

Honorable Ona T. Wang
United States Magistrate Judge
U.S. District Court Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *BSG Resources Guinea Limited et al. (BSGR) v. George Soros et al.*, No. 1:17-cv-02726 (JFK) (OTW)

Dear Judge Wang:

We are co-counsel for Plaintiffs and write with respect to the Court's October 13 order (ECF 311) (the "October 13 Order"), staying this case an additional week.

Plaintiffs respectfully request that the current stay be extended an additional 3 days until the end of this week, Friday, October 22, 2021. The parties have reached agreement on the resolution of this case and counsel for Plaintiffs will be filing a stipulation of dismissal on behalf of the three Plaintiffs—with prejudice—of all claims against all of the Defendants. After the filing of that stipulation, Defendants will withdraw their pending motion for sanctions, with prejudice.

The requested three-day extension will permit counsel to share the proposed stipulation with the parties and will continue conservation of the Court's and the parties' resources. Thus, Plaintiffs respectfully request an extension of the current stay for an additional 3 days. Counsel for Defendants has stated that Defendants do not consent to this requested 3-day extension of the stay.

Respectfully,

*/s/ Louis M. Solomon*

Louis M. Solomon

cc: Counsel of Record (via ECF)

---

SO ORDERED:

Application **GRANTED**. The parties are directed to file the stipulation of dismissal by 5:00 PM on Monday, October 25, 2021.

_____
Ona T. Wang                         10/20/21
United States Magistrate Judge