UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BSG RESOURCES (GUINEA) LIMITED, BSG RESOURCES (GUINEA) SÀRL, and BSG RESOURCES LIMITED,<br><br>      Plaintiffs,<br><br>   v.<br><br>GEORGE SOROS, OPEN SOCIETY FOUNDATIONS, OPEN SOCIETY INSTITUTE, FOUNDATION TO PROMOTE OPEN SOCIETY, OPEN SOCIETY FOUNDATION, INC., ALLIANCE FOR OPEN SOCIETY INTERNATIONAL INC., OPEN SOCIETY POLICY CENTER, and OPEN SOCIETY FUND,<br><br>      Defendants. | **No. 1:17-cv-02726 (JFK) (OTW)**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited (in administration), on the one hand, and Defendants George Soros, Open Society Foundations, Open Society Institute, Foundations to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International Inc., Open Society Policy Center, and Open Society Fund, on the other hand, by their undersigned counsel, hereby stipulate and agree that the above action be dismissed with prejudice, with each party bearing its own costs, attorneys' fees and expenses.  This Stipulation may be executed in counterparts, and by facsimile, each of which shall constitute an original, but all of which taken together shall constitute one and the same instrument.

Dated:    October 25, 2021
          New York, New York

**REED SMITH LLP**                              **WILLKIE FARR & GALLAGHER LLP**

By: _____                   By: _____
    Louis Solomon                                    Joseph T. Baio
    Michael Lazaroff                                 Benjamin P. McCallen
    599 Lexington Avenue                             787 Seventh Avenue
    New York, New York 10022                         New York, New York 10019
    (212) 521-5400                                   (212) 787-8000
    lsolomon@reedsmith.com                           jbaio@willkie.com
                                                     bmccallen@willkie.com
    *Attorneys for Plaintiffs*
                                                     Elizabeth J. Bower
**KATTEN MUCHIN ROSENMAN LLP**                       1875 K Street, N.W.
                                                     Washington, DC 20006
By: _____                        (202) 303-1000
    David J. Stagman                                 ebower@willkie.com
    525 West Monroe Street
    Chicago, Illinois 60661-3693                     *Attorneys for Defendants*
    Telephone: (312) 902-5200
    david.stagman@katten.com

    *Attorneys for BSG Resources Limited (In*
    *Administration), through the Joint*
    *Administrators acting as agents of BSG*
    *Resources Limited and not in their*
    *personal capacity or subject to personal*
    *liability*

SO ORDERED this _____ day of _____, 2021

_____
Hon. John F. Keenan
United States District Judge

Dated:    October 25, 2021
          New York, New York


**REED SMITH LLP**                                    **WILLKIE FARR & GALLAGHER LLP**

By: _____      By: _____
    Louis Solomon                               Joseph T. Baio
    Michael Lazaroff                            Benjamin P. McCallen
    599 Lexington Avenue                        787 Seventh Avenue
    New York, New York 10022                    New York, New York 10019
    (212) 521-5400                              (212) 787-8000
    lsolomon@reedsmith.com                      jbaio@willkie.com
                                                bmccallen@willkie.com
    *Attorneys for Plaintiffs*
                                                Elizabeth J. Bower
**KATTEN MUCHIN ROSENMAN LLP**                   1875 K Street, N.W.
                                                Washington, DC 20006
By:_____               (202) 303-1000
    David J. Stagman                            ebower@willkie.com
    525 West Monroe Street
    Chicago, Illinois 60661-3693                *Attorneys for Defendants*
    Telephone: (312) 902-5200
    david.stagman@katten.com

    *Attorneys for BSG Resources Limited (In*
    *Administration), through the Joint*
    *Administrators acting as agents of BSG*
    *Resources Limited and not in their*
    *personal capacity or subject to personal*
    *liability*


SO ORDERED this ___ day of _____, 2021


_____
Hon. John F. Keenan
United States District Judge


- 2 -

Dated:    October __, 2021
          New York, New York


**REED SMITH LLP**                           **WILLKIE FARR & GALLAGHER LLP**


By: _____                By: _____
   Louis Solomon                               Joseph T. Baio
   Michael Lazaroff                            Benjamin P. McCallen
   599 Lexington Avenue                        787 Seventh Avenue
   New York, New York 10022                    New York, New York 10019
   (212) 521-5400                              (212) 787-8000
   lsolomon@reedsmith.com                      jbaio@willkie.com
                                               bmccallen@willkie.com
   *Attorneys for Plaintiffs*
                                               Elizabeth J. Bower
**KATTEN MUCHIN ROSENMAN LLP**                 1875 K Street, N.W.
                                               Washington, DC 20006
By: _____                   (202) 303-1000
   David J. Stagman                            ebower@willkie.com
   525 West Monroe Street
   Chicago, Illinois 60661-3693                *Attorneys for Defendants*
   Telephone: (312) 902-5200
   david.stagman@katten.com

   *Attorneys for BSG Resources Limited (In
   Administration), through the Joint
   Administrators acting as agents of BSG
   Resources Limited and not in their
   personal capacity or subject to personal
   liability*




SO ORDERED this __ day of _____, 2021




_____
Hon. John F. Keenan
United States District Judge