USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-27-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BSG RESOURCES (GUINEA) LIMITED, BSG
RESOURCES (GUINEA) SÀRL, and BSG
RESOURCES LIMITED,

    Plaintiffs,

  v.

GEORGE SOROS, OPEN SOCIETY
FOUNDATIONS, OPEN SOCIETY
INSTITUTE, FOUNDATION TO PROMOTE
OPEN SOCIETY, OPEN SOCIETY
FOUNDATION, INC., ALLIANCE FOR OPEN
SOCIETY INTERNATIONAL INC., OPEN
SOCIETY POLICY CENTER, and OPEN
SOCIETY FUND,

    Defendants.

---

No. 1:17-cv-02726 (JFK) (OTW)

**STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
WITH PREJUDICE**

---

   Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs BSG Resources (Guinea)

Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited (in administration), on the

one hand, and Defendants George Soros, Open Society Foundations, Open Society Institute,

Foundations to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society

International Inc., Open Society Policy Center, and Open Society Fund, on the other hand, by their

undersigned counsel, hereby stipulate and agree that the above action be dismissed with prejudice,

with each party bearing its own costs, attorneys' fees and expenses.  This Stipulation may be

executed in counterparts, and by facsimile, each of which shall constitute an original, but all of

which taken together shall constitute one and the same instrument.

Dated:     October 25, 2021
           New York, New York

**REED SMITH LLP**                          **WILLKIE FARR & GALLAGHER LLP**

By: _____              By: _____
    Louis Solomon                              Joseph T. Baio
    Michael Lazaroff                           Benjamin P. McCallen
    599 Lexington Avenue                       787 Seventh Avenue
    New York, New York 10022                   New York, New York 10019
    (212) 521-5400                             (212) 787-8000
    lsolomon@reedsmith.com                     jbaio@willkie.com
                                               bmccallen@willkie.com
    *Attorneys for Plaintiffs*
                                               Elizabeth J. Bower
**KATTEN MUCHIN ROSENMAN LLP**                 1875 K Street, N.W.
                                               Washington, DC 20006
By: _____                  (202) 303-1000
    David J. Stagman                           ebower@willkie.com
    525 West Monroe Street
    Chicago, Illinois 60661-3693               *Attorneys for Defendants*
    Telephone: (312) 902-5200
    david.stagman@katten.com

    *Attorneys for BSG Resources Limited (In*
    *Administration), through the Joint*
    *Administrators acting as agents of BSG*
    *Resources Limited and not in their*
    *personal capacity or subject to personal*
    *liability*

SO ORDERED this 27 day of October, 2021

_____
Hon. John F. Keenan
United States District Judge

Dated:    October 25, 2021
          New York, New York

**REED SMITH LLP**

By: _____
      Louis Solomon
      Michael Lazaroff
      599 Lexington Avenue
      New York, New York 10022
      (212) 521-5400
      lsolomon@reedsmith.com

      *Attorneys for Plaintiffs*

**KATTEN MUCHIN ROSENMAN LLP**

By:_____
      David J. Stagman
      525 West Monroe Street
      Chicago, Illinois 60661-3693
      Telephone: (312) 902-5200
      david.stagman@katten.com

      *Attorneys for BSG Resources Limited (In*
      *Administration), through the Joint*
      *Administrators acting as agents of BSG*
      *Resources Limited and not in their*
      *personal capacity or subject to personal*
      *liability*

**WILLKIE FARR & GALLAGHER LLP**

By: _____
      Joseph T. Baio
      Benjamin P. McCallen
      787 Seventh Avenue
      New York, New York 10019
      (212) 787-8000
      jbaio@willkie.com
      bmccallen@willkie.com

      Elizabeth J. Bower
      1875 K Street, N.W.
      Washington, DC 20006
      (202) 303-1000
      ebower@willkie.com

      *Attorneys for Defendants*

SO ORDERED this 27 day of October 2021

_____
Hon. John F. Keenan
United States District Judge

- 2 -

Dated:   October ___, 2021
         New York, New York

**REED SMITH LLP**                          **WILLKIE FARR & GALLAGHER LLP**

By: _____            By: _____
    Louis Solomon                              Joseph T. Baio
    Michael Lazaroff                           Benjamin P. McCallen
    599 Lexington Avenue                       787 Seventh Avenue
    New York, New York 10022                   New York, New York 10019
    (212) 521-5400                             (212) 787-8000
    lsolomon@reedsmith.com                     jbaio@willkie.com
                                               bmccallen@willkie.com
    *Attorneys for Plaintiffs*
                                               Elizabeth J. Bower
**KATTEN MUCHIN ROSENMAN LLP**                 1875 K Street, N.W.
                                               Washington, DC 20006
By: _____                (202) 303-1000
    David J. Stagman                           ebower@willkie.com
    525 West Monroe Street
    Chicago, Illinois 60661-3693               *Attorneys for Defendants*
    Telephone: (312) 902-5200
    david.stagman@katten.com

    *Attorneys for BSG Resources Limited (In*
    *Administration), through the Joint*
    *Administrators acting as agents of BSG*
    *Resources Limited and not in their*
    *personal capacity or subject to personal*
    *liability*

SO ORDERED this 27 day of October 2021

_____
Hon. John F. Keenan
United States District Judge