**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------- X
BSG RESOURCES (GUINEA) LIMITED, :
BSG RESOURCES (GUINEA) SÀRL, :
and BSG RESOURCES LIMITED, :
                                 :
                     Plaintiffs, :
                                 :
    -against-                    :
                                 :
GEORGE SOROS, OPEN SOCIETY       :    No. 17 Civ. 2726 (JFK)
FOUNDATIONS, OPEN SOCIETY        :
INSTITUTE, FOUNDATION TO         :         **ORDER**
PROMOTE OPEN SOCIETY, OPEN       :
SOCIETY FOUNDATION, INC.,        :
ALLIANCE FOR OPEN SOCIETY        :
INTERNATIONAL, INC., OPEN        :
SOCIETY POLICY CENTER, and OPEN  :
SOCIETY FUND, INC.,              :
                                 :
                     Defendants. :
-------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

    Before the Court is a stipulation of dismissal with prejudice of the above-captioned case filed by the Plaintiffs BSG Resources (Guinea) Limited, BSG Resources (Guinea) Sàrl, and BSG Resources Limited (in administration), and signed by the Defendants George Soros, Open Society Foundations, Open Society Institute, Foundations to Promote Open Society, Open Society Foundation, Inc., Alliance for Open Society International Inc., Open Society Policy Center, and Open Society Fund. In light of the Plaintiffs' stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is:

ORDERED that all claims asserted by Plaintiffs in the above-captioned case are dismissed with prejudice.

It is further ORDERED that each party is to bear its own costs, expenses, and attorneys' fees.

**SO ORDERED.**

Dated: New York, New York
October 27, 2021

_____
John F. Keenan
United States District Judge